1  Reuven L. Cohen (Bar No. 231915)
   rcohen@dordiwilliamscohen.com
2  Marc S. Williams (Bar No. 198913)
   mwilliams@dordiwilliamscohen.com
3  DORDI WILLIAMS COHEN, LLP
   724 South Spring Street
4  Suite 903
   Los Angeles, CA  90014
5  Telephone:  (213) 232-5160
   Facsimile:  (213) 232-5167
6

7  Attorneys for Defendant,
   EDWARD WISHNER
8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12                                            Case No. CV 14-07249-SJO

13  SECURITIES AND EXCHANGE
    COMMISSION,                              **[PROPOSED] ORDER EXTENDING
14                                           THE TIME TO SERVE AND FILE
                       Plaintiff,            DISCLOSURES UNDER PART X OF
15                                           COURT'S SEPTEMBER 30, 2014
                       v.                    ORDER**
16
    NATIONWIDE AUTOMATED
17  SYSTEMS, INC., JOEL GILLIS, and
    EDWARD WISHNER,
18
                       Defendants,
19
                       and
20
    OASIS STUDIO RENTALS, LLC, OASIS
21  STUDIO RENTALS #2, LLC, and OASIS
    STUDIO RENTALS #3, LLC,
22
                       Relief Defendants.
23

24

25

26

27

28

---

[PROPOSED] ORDER EXTENDING TIME

1    The Court, having considered the parties' stipulation filed on October 7, 2014, and

2  for good cause shown, hereby ORDERS that:

3          1.    The financial disclosures required by the Temporary Restraining Order

4    issued on September 30, 2014 are hereby extended to October 15, 2014.

5          2.    All other terms and conditions of the TRO shall remain in full force and

6    effect.

7    IT IS SO ORDERED

8

9  DATED: October __, 2014                    _____

10                                            HON. S. JAMES OTERO
                                              United States District Judge

11  Presented by:

12  */s/ Reuven L. Cohen*

13  REUVEN L. COHEN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME