```
 1  JEFFREY D. NADEL, ESQ.
    16000 VENTURA BLVD., SUITE 908
 2  ENCINO, CA 91436
    818-784-4914
 3  S.B.#193012

 4  ATTORNEY FOR ALEJANDRO "ALEX" TREJO,
    THIRD PARTY CLAIMANT
 5
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE #: CV14-07249-SJO-(FFMx) |
| Plaintiff, | NOTICE OF OBJECTION, IN PART, TO THE ISSUANCE OF A RESTRAINING ORDER |
| vs. | |
| NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER, | |
| Defendants, | |
| and | |
| OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC, | |
| Relief Defendants. | DATE: October 27, 2014<br>TIME: 10:00 A.M.<br>CRTRM.: 1 |

PLEASE TAKE NOTICE:

ALEJANDRO "ALEX" TREJO, by and through his attorney JEFFREY D. NADEL, objects, in part, to Section XVI of the temporary restraining order.

This Objection is supported by this Notice, Memorandum of Points and Authorities, and Declaration of Alejandro "Alex" Trejo.

//

1

1  I.     INTRODUCTION

2  On September 30, 2014, the Court issued an order in this action providing at

3  Section 16:

4                                      XVI.

5  IT IS FURTHER ORDERED that, except by leave of this Court, during the pendency of this receivership, all clients, investors, trust
6  beneficiaries, note holders, creditors, claimants, lessors and all other persons or entities seeking relief of any kind, in law or in equity, from
7  Defendant Nationwide Automated Systems, Inc., or its subsidiaries or affiliates, and all persons acting on behalf of any such investor, trust
8  beneficiary, note holder, creditor, claimant, lessor, consultant group or other person, including sheriffs, marshals, servants, agents, employees
9  and attorneys, are hereby restrained and enjoined from, directly or indirectly, with respect to these persons and entities:
10  A. commencing, prosecuting, continuing or enforcing any suit or proceeding (other than the present action by the SEC or any other action
11  by the government) against any of them;
   B. using self-help or executing or issuing or causing the execution
12  or issuance of any court attachment, subpoena, replevin, execution or other process for the purpose of impounding or taking possession of or
13  interfering with or creating or enforcing a lien upon any property or property interests owned by or in the possession of Defendant
14  Nationwide Automated Systems, Inc., and
   C. doing any act or thing whatsoever to interfere with taking
15  control, possession or management by the temporary receiver appointed hereunder of the property and assets owned, controlled or managed by
16  or in the possession of Defendant Nationwide Automated Systems, Inc., or in any way to interfere with or harass the temporary receiver or his or
17  her attorneys, accountants, employees, or agents or to interfere in any manner with the discharge of the temporary receiver's duties and
18  responsibilities hereunder.

19  Third Party Claimant, Mr. ALEJANDRO "ALEX" TREJO, submits this

20  objection on the basis that he is being limited from pursuing his claims against

21  NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, EDWARD

22  WISHNER, and their spouses.

23  II.    OTHER PARTIES MAY BE RESPONSIBLE FOR DAMAGES

24  As the individual defendants and ALEJANDRO "ALEX" TREJO reside in the

25  State of California, California Family Code Section 910(a) applies to expose assets of

26  the spouses of JOEL GILLIS and EDWARD WISHNER.  Such section states:

27  Except as otherwise expressly provided by statute, the community estate is liable for a debt incurred by either spouse before or during marriage,
28  regardless of which spouse has the management and control of the

2

OBJECTION TO THE RESTRAINING ORDER

property and regardless of whether one or both spouses are parties to the debt or to a judgment for the debt.

*Id.*

ALEJANDRO "ALEX" TREJO intends to bring a civil lawsuit in the Superior Court of the State of California, County of Los Angeles alleging fraud, accounting, breach of contract, fraudulent transfer (a state-law version of the fraudulent transfer act), violation of the Cal. Bus. & Prof. C. Sect. 17200 (unfair business practices), and pursue a foreclosure of the chattel / security in the automated teller machines (replevin / "Claim and Delivery") sold to ALEJANDRO "ALEX" TREJO but managed by the named defendants in this action. The relief sought would include monetary, equitable, and punitive damages.

The Temporary Restraining Order issued September 30, 2014, would prejudice ALEJANDRO "ALEX" TREJO from pursuing his constitutional rights to petition the court and seek redress for the damages and injury sustained by him. Additionally, the ALEJANDRO "ALEX" TREJO seeks to conduct discovery in an attempt to ascertain potential parties that may be responsible for the losses and damages so that they could be joined to the anticipated civil litigation.

### III. CONCLUSION

Based on the foregoing, and the Declaration of ALEJANDRO "ALEX" TREJO, request is hereby made that Section XVI of the temporary restraining order expire to the extent it prohibits, impairs, or otherwise impedes ALEJANDRO "ALEX" TREJO from pursuing civil claims, discovery, and seeking to recover from the named defendants and related parties.

Respectfully submitted,

/S/ JEFFREY D. NADEL

DATED: October 14, 2014

By: _____
Jeffrey D. Nadel, Esq.
Attorney for Alejandro Alex Trejo
Third Party Claimant

Declaration of Alejandro Alex Trejo

I, Alejandro Alex Trejo, declare:

1. I am a resident of the State of California and County of Los Angeles. I have invested with NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER by paying roughly $300,000 in exchange for 15 automated teller machines to be managed by them.

2. Although I routinely received monthly income from the operations of NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER, that stream of payments has ended as of August, 2014.

3. I have retained counsel, Mr. JEFFREY D. NADEL, to assist in a civil lawsuit to recover from my investment. As a result of a September 30, 2014 Temporary Restraining Order, I am unable to proceed as intended.

4. By way of this, my objection, I am seeking permission to pursue a civil action in the Los Angeles Superior Court for fraud, accounting, breach of contract, fraudulent transfer (a state-law version of the fraudulent transfer act), violation of the Cal. Bus. & Prof. C. Sect. 17200 (unfair business practices), and pursue a foreclosure of the chattel / security in the automated teller machines (replevin / "Claim and Delivery") against NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER and their spouses.

5. The temporary restraining order, issued by this Court, following a Complaint and request by the Securities and Exchange Commission is materially preventing me from seeking redress from the court in pursuing my civil claims arising from my substantial financial loss.

6. It is my intention to conduct discovery as to the investment by NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER and their spouses of my funds and property, ascertain other possible partners, custodians, and assets of NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER and their spouses for the purpose

of recovering my investment or assets under a constructive trust or equitable lien theory. The existing order issued September 30, 2014, seems to prevent me from instituting a lawsuit, conducting discovery, and recovering my property.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Los Angeles County, State of California, on October 13, 2014.

      SEE ATTACHED FAXED SIGNATURE PAGE

By:_____

ALEJANDRO "ALEX" TREJO

5

OBJECTION TO THE RESTRAINING ORDER

1 of recovering my investment or assets under a constructive trust or equitable
2 lien theory. The existing order issued September 30, 2014, seems to prevent me
3 from instituting a lawsuit, conducting discovery, and recovering my property.
4 I declare, under penalty of perjury, under the laws of the United States of America, that
5 the foregoing is true and correct. Executed at Los Angeles County, State of
6 California, on October 13, 2014.

7
8 By: /s/
9 ALEJANDRO "ALEX" TREJO

5

CERTIFICATE OF SERVICE OF OBJECTION (ELECTRONIC)

I hereby certify that on October 14, 2014, I electronically filed the foregoing "NOTICE OF OBJECTION" with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/S/ JEFFREY D. NADEL

JEFFREY D. NADEL, ESQ. SBN 193012

16000 VENTURA BLVD., STE. 908

ENCINO, CA 91436

(818) 784-4914

ATTORNEY FOR THIRD PARTY CLAIMANT:

ALEX TREJO