GARY Y. LEUNG, *L.R. 83-2.4.1 leave to practice granted*
Email:  leungg@sec.gov
PETER F. DEL GRECO (Cal. Bar No. 164925)
Email:  delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>Defendants,<br><br>and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>Relief Defendants. | Case No.  CV 14-07249 SJO (FFMx)<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER (1) EXTENDING SEPTEMBER 30, 2014 TEMPORARY RESTRAINING ORDER AND (2) CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

1    This Stipulation is made by and between Plaintiff Securities and Exchange

2    Commission and Defendants Nationwide Automated Systems, Inc., Joel Gillis,

3    Edward Wishner and Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio

4    Rentals #2, LLC and Oasis Studio Rentals #3, LLC, through their respective counsel.

**RECITALS**

6    WHEREAS, on September 30, 2014, this Court entered an order granting the

7    SEC's application for a Temporary Restraining Order against NASI, Gillis, Wishner

8    and Relief Defendants and Order To Show Cause Why a Preliminary Injunction

9    Should Not Be Granted.  (Ex. 1).

10    WHEREAS, the Temporary Restraining Order expires at 1:00 p.m. on October

11    27, 2014, unless for good cause shown it is extended or the parties against whom it is

12    directed consent that it may be extended for a longer period.  (*Id.* at § XXI, p. 14).

13    WHEREAS, the Court further ordered that Defendants appear before the Court

14    on October 27, 2014 at 10:00 a.m. to show cause, if there be any, why a preliminary

15    injunction should not be granted and a Receiver should not be permanently appointed

16    by the Court.  (*Id.* at § XXII, p. 14).

17    WHEREAS, on October 12, 2014, for good cause given the complexity of the

18    case, the parties agreed to jointly ask the Court to continue the October 27, 2014

19    show cause hearing to a date in mid-November, 2014, convenient to the Court.  After

20    conferring through counsel, Defendants and Relief Defendants further consented, in

21    the event that the hearing is continued by the Court, to an extension of the September

22    30, 2014 Temporary Restraining Order up to and through the time of the continued

23    hearing on the Court's Order To Show Cause Why A Preliminary Injunction Should

24    Not Be Granted.  The parties accordingly submit the following stipulation and

25    proposed order (Ex. 2).

**STIPULATION**

27    THE PARTIES HEREBY STIPULATE AND AGREE AND JOINTLY

28    REQUEST THAT THE COURT ISSUE AN ORDER AS FOLLOWS:

1                    Case No. CV 14-7249 SJO (FFMx)

1.   That hearing on the Court's September 30, 2014 Order To Show Cause Why A Preliminary Injunction Should Not Be Granted be continued to <u>November 10, 2014 at 10:00 a.m.</u>

2.   That Defendants' declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court on or by <u>October 28, 2014</u>.

3.   That the SEC's reply papers in support of the issuance of such an Order shall be filed with the Court on or by <u>November 3, 2014</u>.

4.   That Defendants and Relief Defendants shall comply with the financial accounting requirement set forth in Section X, pp. 7-8 of the September 30, 2014 Temporary Restraining Order on or by <u>October 29, 2014</u>.

5.   That the September 30, 2014 Temporary Restraining Order shall be extended by the Court, based on Defendants and Relief Defendants' consent to said extension and in accordance with Fed. R. Civ. P. 65(b)(2), and shall now expire at <u>1:00 p.m. on November 10, 2014</u>, unless for good cause shown it is extended or the parties against whom it is directed consent that it may be extended for a longer period.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  October 13, 2014

By: *Is/ Reuven L. Cohen*
Reuven L. Cohen
DORDI WILLIAMS COHEN, LLP
Attorneys for Defendant
EDWARD WISHNER

DATED:  October 13, 2014

By: *Is/ James W. Spertus*
James W. Spertus
SPERTUS, LANDES & UMHOFER, LLP

1

2

3

4

5

6

7

8
DATED:  October 13, 2014

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendant
JOEL GILLIS and
NATIONWIDE AUTOMATED
SYSTEMS, INC. and specially
appearing for Relief Defendants for
purposes of consenting to this requested
relief

Respectfully Submitted,

By: */s/ Gary Leung*
Gary Y. Leung
Attorneys for Plaintiff
SECURITIES EXCHANGE
COMMISSION

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower St., Suite 900, Los Angeles, California 90071
Telephone No.  (323) 965-3998; Facsimile No.  (213)443-1904

On October 14, 2014, I caused to be served the document entitled **STIPULATION AND JOINT REQUEST FOR ORDER (1) EXTENDING SEPTEMBER 30, 2014 TEMPORARY RESTRAINING ORDER AND (2) CONTINUING HEARING ON ORDER TO SHOW CAUSE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 14, 2014            /s/ *G. David Simmons*

G. DAVID SIMMONS

1

*SEC v. Nationwide Automated Systems, Inc., et al.*
**United States District Court—Central District of California**
**Case No. CV 14-07249 SJO (FFMx)**

## SERVICE LIST

| | |
|---|---|
| James W. Spertus<br>SPERTUS, LANDES & UMHOFER, LLP<br>1990 S. Bundy Drive, Suite 705<br>Los Angeles, CA 90025<br>Email: *jim@spertuslaw.com* | *Attorneys for Defendants JOEL GILLIS* and *NATIONWIDE AUTOMATED SYSTEMS, INC* |
| Reuven L. Cohen, Esq.<br>Email: rcohen@dordiwilliamscohen.com<br>Marc S. Williams, Esq.<br>Email: mwilliams@dordiwilliamscohen.com<br>DORDI WILLIAMS COHEN, LLP<br>724 South Spring Street, Suite 903<br>Los Angeles, CA 90014 | *Attorneys for Defendant EDWARD WISHNER* |