GARY Y. LEUNG, *L.R. 83-2.4.1 leave to practice granted*
Email: leungg@sec.gov
PETER F. DEL GRECO (Cal. Bar No. 164925)
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>　　　　Defendants,<br><br>　　　　and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>　　　　Relief Defendants. | Case No.  CV 14-07249 SJO (FFMx)<br><br>**ORDER EXTENDING THE SEPTEMBER 30, 2014 TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING ON THE ORDER TO SHOW CAUSE**<br><br>Judge:  Hon. S. James Otero<br><br>Courtroom No. 1 – 2nd Floor |

Case No. CV 14-07249 SJO (FFMx)

The Court having considered the parties' Stipulation and Joint Request for Order (1) Extending the September 30, 2014 Temporary Restraining Order and (2) Continue Hearing on Order to Show Cause, and good cause appearing therefor, hereby orders as follows:

1. The hearing on the Court's September 30, 2014 Order To Show Cause Why A Preliminary Injunction Should Not Be Granted is continued to November 10, 2014 at 10:00 a.m.

2. Defendants' and Relief Defendants' declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such an Order shall be filed with the Court on or by October 28, 2014.

3. The SEC's reply papers in support of the issuance of such an Order shall be filed with the Court on or by November 3, 2014.

4. Defendants and Relief Defendants shall comply with the financial accounting requirement set forth in Section X, pp. 7-8 of the September 30, 2014 Temporary Restraining Order on or by October 29, 2014.

5. The September 30, 2014 Temporary Restraining Order is hereby extended by the Court, based on Defendants' and Relief Defendants' consent to said extension and in accordance with Fed. R. Civ. P. 65(b)(2), and shall now expire at 1:00 p.m. on November 10, 2014, unless for good cause shown it is extended or the parties against whom it is directed consent that it may be extended for a longer period.

IT IS SO ORDERED.

Dated: October 15, 2014

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1