Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
mwilliams@dordiwilliamscohen.com
DORDI WILLIAMS COHEN, LLP
724 South Spring Street
Suite 903
Los Angeles, CA  90014
Telephone:  (213) 232-5160
Facsimile:  (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>              Defendants,<br><br>     and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>              Relief Defendants. | Case No. CV 14-07249-SJO<br><br>**RESPONSE BY DEFENDANT EDWARD WISHNER TO PART X OF COURT'S SEPTEMBER 30, 2014 ORDER** |

On September 30, 2014, the Court issued a Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Granting Expedited Discovery; (4) Requiring Accountings; and (5) Appointing a Temporary Receiver, and Order To Show Cause Re Preliminary Injunction and Appointment of a Permanent Receiver (the "**September 30 Order**").

Under Part X of the September 30 Order, all Defendants and Relief Defendants were ordered to produce certain financial information.  Defendant Edward Wishner hereby responds to Part X of the September 30 Order as follows:

ASSERTION OF FIFTH AMENDMENT RIGHTS

*Based upon the advice of counsel, Edward Wishner respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines, at this time, to respond to Part X of the September 30 Order.*

Mr. Wishner reserves his rights to withdraw or modify his assertion of the Fifth Amendment privilege in this action.  Mr. Wishner further reserves his rights to assert or not assert the Fifth Amendment privilege in any other proceedings.

Dated: October 29, 2014              **DORDI WILLIAMS COHEN, LLP**

By: /S/ Reuven L. Cohen
    Reuven L. Cohen, Esq.
    Marc S. Williams, Esq.
    Attorneys for Defendant,
    EDWARD WISHNER