SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus, Esq. (SBN 159825)
Dolly K. Hansen, Esq. (SBN 254026)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711

Attorneys for Defendant Joel Gillis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>    Defendants,<br><br>    and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>Relief Defendants | CASE NO.  CV 14-07249-SJO<br><br>**DEFENDANT JOEL GILLIS'S FINANCIAL DISCLOSURE PURSUANT TO PART X OF COURT'S SEPTEMBER 30, 2014 ORDER** |

DISCLOSURE PURSUANT TO PART X OF COURT ORDER

On September 30, 2014, the Court issued a Temporary Restraining Order (the "**Order**"), which orders Defendant Joel Gillis in Part X to make a financial disclosure. Defendant Joel Gillis hereby responds to Part X of the Order as follows:

## ASSERTION OF FIFTH AMENDMENT PRIVILEGE

Defendant Joel Gillis, by and through his undersigned counsel, hereby provides notice that he asserts his privilege against self-incrimination under the Fifth Amendment in response to Part X of the Order, but the assertion of this privilege in not intended to constitute an admission of any guilt. As the United States Supreme Court has stated expressly: "One of the Fifth Amendment's basic functions is to protect innocent men who otherwise might be ensnared by ambiguous circumstances." Ohio v. Reiner, 532 U.S. 17, 20 (2001). Upon the advice of counsel, Mr. Gillis respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to Part X of the Order. Mr. Gillis reserves his rights to withdraw or modify this assertion of the Fifth Amendment privilege in the future, and reserves his rights to assert or not assert the Fifth Amendment privilege in any other proceedings.

Dated: October 29, 2014             Respectfully submitted,


/S
James W. Spertus
Dolly K. Hansen
Attorneys for Yair Shoshani

1.
DISCLOSURE PURSUANT TO PART X OF COURT ORDER