SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus, Esq. (SBN 159825)
Dolly K. Hansen, Esq. (SBN 254826)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711

Attorneys for Defendant Joel Gillis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>Defendants,<br><br>and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>Relief Defendants | CASE NO.  CV 14-07249-SJO<br><br>**JOEL GILLIS'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

The undersigned, counsel of record for Defendant Joel Gillis certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Nationwide Automated Systems, Inc. ("NASI") | Defendant |
| Edward Wishner | Defendant |
| Joel Gillis | Defendant |
| Oasis Studio Rentals, LLC | Relief Defendant |
| Oasis Studio Rentals #2, LLC | Relief Defendant |
| Oasis Studio Rentals #3, LLC | Relief Defendant |
| Securities and Exchange Commission | Plaintiff |

Dated:  December 9, 2014          Respectfully submitted,

/S James W. Spertus
James W. Spertus
Dolly K. Hansen
Attorneys for Defendant Joel Gillis

1.

JOEL GILLIS'S NOTICE OF INTERESTED PARTIES