1  Reuven L. Cohen (Bar No. 231915)
   rcohen@dordiwilliamscohen.com
2  Marc S. Williams (Bar No. 198913)
   mwilliams@dordiwilliamscohen.com
3  **DORDI WILLIAMS COHEN, LLP**
   724 South Spring Street
4  Suite 903
   Los Angeles, CA  90014
5  Tel. (213) 232-5160
   Fax (213) 232-5167
6

7  Attorneys for Defendant,
   EDWARD WISHNER
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>　　　　　　　　Defendants,<br><br>　　　　　　and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>　　　　　　　　Relief Defendants. | Case No. CV 14-07249-SJO<br><br>**DEFENDANT EDWARD WISHNER'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

DEFENDANT EDWARD WISHNER'S NOTICE OF INTERESTED PARTIES

1  The undersigned, counsel of record for Defendant Edward Wishner, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Nationwide Automated Systems, Inc. | Defendant |
| Edward Wishner | Defendant |
| Joel Gillis | Defendant |
| Oasis Studio Rentals, LLC | Relief Defendant |
| Oasis Studio Rentals #2, LLC | Relief Defendant |
| Oasis Studio Rentals #3, LLC | Relief Defendant |
| Securities and Exchange Commission | Plaintiff |

Dated:  December 9, 2014         **DORDI WILLIAMS COHEN, LLP**

By: /S/ Reuven L. Cohen
    Reuven L. Cohen, Esq.
    Marc S. Williams, Esq.
    Attorneys for Defendant,
    EDWARD WISHNER