1　DAVID R. ZARO (BAR NO. 124334)
　　YALE K. KIM (BAR NO. 188895)
2　TED FATES (BAR NO. 227809)
　　ALLEN MATKINS LECK GAMBLE
3　　　MALLORY & NATSIS LLP
　　515 South Figueroa Street, Ninth Floor
4　Los Angeles, California 90071-3309
　　Phone:  (213) 622-5555
5　Fax:  (213) 620-8816
　　E-Mail:  dzaro@allenmatkins.com
6　　　　　　ykim@allenmatkins.com
　　　　　　　tfates@allenmatkins.com
7
　　Attorneys for Receiver
8　WILLIAM J. HOFFMAN

9　　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　　CENTRAL DISTRICT OF CALIFORNIA

11　　　　　　　　　　WESTERN DIVISION

12　SECURITIES AND EXCHANGE　　　│　Case No. CV-14-07249-SJO (FFMx)
　　COMMISSION,
13　　　　　　　　　　　　　　　　　│　**SECOND INTERIM FEE**
　　　　　　　　Plaintiff,　　　　　　　│　**APPLICATION OF ALLEN**
14　　　　　　　　　　　　　　　　　│　**MATKINS LECK GAMBLE**
　　　　　　v.　　　　　　　　　　　　│　**MALLORY & NATSIS LLP,**
15　　　　　　　　　　　　　　　　　│　**GENERAL COUNSEL TO THE**
　　NATIONWIDE AUTOMATED　　　│　**RECEIVER, FOR PAYMENT OF**
16　SYSTEMS, INC.; JOEL GILLIS; and │　**FEES AND REIMBURSEMENT OF**
　　EDWARD WISHNER,　　　　　　│　**EXPENSES**
17
　　　　　　　　Defendants,　　　　　│　Date:　　July 6, 2015
18　　　　　　　　　　　　　　　　　│　Time:　　10:00 a.m.
　　OASIS STUDIO RENTALS, LLC;　　│　Ctrm:　　1 - 2nd Floor
19　OASIS STUDIO RENTALS #2, LLC;　│　Judge:　　Hon. S. James Otero
　　and OASIS STUDIO RENTALS #3,
20
　　　　　　　　Relief Defendants.
21

22

23

24

25

26

27

28

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates, hereby submits this second interim application for approval and payment of fees and reimbursement of expenses ("Application"). This Application covers the period from January 1, 2015 through March 31, 2015 ("Second Application Period"), and seeks interim approval of $67,638.75 in fees and $4,420.18 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of the fees incurred ($54,111) and 100% of expenses incurred. As it has since the beginning of the receivership, Allen Matkins has discounted its customary hourly rates by 10%.

## I.     INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission"). The Receiver was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors. The appointment orders also authorize the Receiver to engage counsel to assist him in the performance of his duties. The Receiver promptly determined that experienced, qualified counsel was critical due to the size and complexity of the receivership estate. Accordingly, the Receiver engaged Allen Matkins to assist with urgent legal issues facing the receivership estate and the firm immediately began work, including assisting with the

takeover of the companies and securing their assets.  The Court approved the Receiver's proposal to file reports and fee applications on a quarterly basis.  Dkt. No. 47.  The Court also approved Allen Matkins' First Interim Fee Application, authorizing payment of 80% of fees incurred and 100% of costs incurred.  Dkt. No. 72.

This fee application should be read in conjunction with the Receiver's Third Interim Report ("Third Report"), which describes in detail the Receiver's activities during the Second Application Period.  So as to avoid repetition, references are made to relevant portions of the Third Report in the below descriptions of Allen Matkins' work.

This Application seeks interim approval of $67,638.75 in fees for a total of 153.50 hours worked and payment on an interim basis of 80% of that amount, or $54,111.  The work performed is described task-by-task on Exhibit A and is broken down into the following categories:

| Category | Hours | Amount |
|----------|-------|--------|
| General Receivership | 9.0 | 4,282.20 |
| Asset Investigation | 71.3 | 29,084.40 |
| Reporting | 8.8 | 4,078.80 |
| Operations & Asset Sales | 1.9 | 880.65 |
| Claims & Distributions | 5.9 | 2,900.70 |
| Third Party Recoveries | 53.3 | 24,882.45 |
| Employment/Fees | 3.3 | 1,529.55 |
| Total Fees | 153.50 | 67,638.75 |

The initial phase of a complex equity receivership always involves substantial work by the receiver and professionals to (a) identify and secure cash, real property, and other assets, (b) preserve their value, (c) investigate and pursue recovery of funds disbursed from the Receivership Entities' accounts, (d) address operational and

employee issues, (e) gather and review key documents, and (f) advise the Court on the status of the Receiver's activities.  As this type of receivership progresses, fees and costs generally decline as operations are stabilized, assets are secured and protected, and procedures for the efficient administration of the receivership are put in place.  This general trend of declining fees after the initial phase of the receivership is very evident here.  The fees incurred during the Second Application Period have declined substantially from those in Allen Matkins' First Interim Fee Application ($113,047.65).

Allen Matkins has worked diligently and efficiently to assist the Receiver with urgent legal issues facing the receivership estate.  The firm has assisted the Receiver in carrying out his Court-ordered duties and should be compensated on an interim basis for its work.

**II.     SUMMARY OF TASKS PERFORMED AND COSTS INCURRED**

**A.     Categories and Descriptions of Work**

1.     General Receivership

Allen Matkins' work in the General Receivership category involved communications with counsel for the Securities and Exchange Commission ("Commission"), Defendants, as well as the Assistant United States Attorneys working on the related criminal case.  Attorney Ted Fates participated in the Rule 26(f) conference of counsel and assisted the Receiver in responding to document requests from counsel for the Commission.  Allen Matkins also advised the Receiver on the engagement of a tax accountant to prepare receivership tax returns.  The reasonable and necessary fees for Allen Matkins' work in this category total $4,282.20.

2.     Asset Investigation

Allen Matkins' time in this category focused on assisting in the Receiver's investigation and recovery of receivership assets.  In particular, Allen Matkins issued 24 subpoenas to various financial institutions, witnesses (entities and individuals),

and other third parties to obtain documents necessary to the Receiver's investigation and accounting.  Allen Matkins followed up and handled direct communications with the recipients of subpoenas as necessary and appropriate to ensure their compliance. The firm also maintains a tracking log of subpoenas issued and records received.

During the Second Application Period, the Receiver's investigation and document gathering efforts focused largely on the Oasis entities.  As discussed in the Third Report, very little information about the Oasis entities' assets or operations was provided by Defendants.  For the most part, the Receiver and Allen Matkins had to gather records from scratch, conduct a deposition of Robert Keller, and interview witnesses to ascertain the assets and operations of the Oasis entities.[1]  Due to the large number of entities, individuals, and vehicles associated with Oasis, and the lack of record-keeping by the companies, the investigation and document gathering work was very time-consuming.

During the investigation, the Receiver learned that prior to the receivership Oasis had transferred funds to Lisa Freede Design, LLC ("LFD"), a settlement had been reached between LFD and Wishner, and that LFD had been making payments to Wishner pursuant to the settlement.  Allen Matkins assisted the Receiver in contacting Wishner's counsel and securing Wishner's agreement to turn over the settlement payments to the Receiver.

During the deposition of Robert Keller, it was learned that Robert Keller had taken vehicles previously being managed by Oasis and continues managing them under the name Fiji Rentals, Inc.  Allen Matkins assisted the Receiver in communications with Robert Keller and his counsel and in securing Keller's agreement to turn over the rental income from the vehicles.

---

[1] Aaron Kudla from the Receiver's office and attorney Ted Fates did also meet with Edward Wishner, his staff, and his counsel, although the meeting took place in April 2015 (after the Second Application Period).

Finally, Allen Matkins assisted in communications with Fuel Doctor, LLC and Mark Soffa and in securing the production of documents necessary of the Receiver's investigation by Fuel Doctor.  The reasonable and necessary fees for work in this category during the Second Application Period total $29,084.40.

### 3.   Reporting

Allen Matkins' work in this category during the Second Application Period focused on preparing the Receiver's Second Report and Recommendations ("Second Report").  Dkt. No. 60.  The Second Report, filed on January 30, 2015, provided a summary of the Receiver's activities, focusing on the time period since his first report was filed on November 6, 2014, including takeover of the Oasis entities, ongoing operation of the ATM business, the Receiver's forensic accounting, post-receivership receipts and disbursements, the receivership website, and communications with investors.  The reasonable and necessary fees for work in this category total $4,078.80.

### 4.   Operations and Asset Sales

Time in this category focuses primarily on advising the Receiver on legal issues relating to the ongoing operations of the ATM business.  The reasonable and necessary fees for work in this category total $880.65.

### 5.   Claims and Distributions

During the Second Application Period, Allen Matkins responded to direct inquiries from investors and creditors and their counsel regarding the Receiver's appointment and the effect of the receivership.  Investor inquiries also focused on amounts investors transferred to the Receivership Entities, the anticipated claims administration process, and tax implications of the receivership for investors.  This category also includes time advising the Receiver on the content and features of the receivership website.  The reasonable and necessary fees for work in this category total $2,900.70.

### 6.   Third Party Recoveries

Allen Matkins' work in this category focused mainly on the investigation and pursuit of Clawback Claims.  The firm advised the Receiver on identifying potential Clawback Claims, the scope of recoverable transfers, and the statute of limitations and repose for such claims.  Allen Matkins also advised on recovery strategy, forensic accounting needed to support Clawback Claims, and seeking approval and authorization from the Court.  The firm prepared the Receiver's Motion for Authority to Pursue Clawback Claims and Approval of Proposed Procedures (Dkt. No. 64) filed on March 17, 2015, including the proposed form of settlement agreement and stipulated judgment attached to the motion.  Allen Matkins also met and conferred with the parties to get their respective positions on the motion.  The motion was approved by order entered on April 21, 2015.  Dkt. No. 72.

Allen Matkins also assisted the Receiver in investigating claims against other third parties who may have assisted in NASI's fraudulent activities.  The Receiver's investigation and evaluation of such claims is ongoing.  The reasonable and necessary fees for work in this category total $24,822.45.

### 7.   Employment/Fees

Although fee applications are a necessary component of federal equity receiverships, neither the Receiver nor his professionals charge for time spent preparing their own detailed applications.  Allen Matkins assisted the Receiver in preparing his First Interim Fee Application as well as in discussing the fee applications with counsel for the Commission.  The reasonable and necessary fees for work in this category total $1,529.55.

### B.   Summary of Expenses Requested for Reimbursement

Allen Matkins requests the Court approve reimbursement of $4,420.18 in out-of-pocket costs.  The itemization of such expenses is summarized below by category. The majority of expenses incurred relate to the service of the 24 subpoenas issued by Allen Matkins to assist the Receiver in obtaining necessary records.

The total for costs incurred by Allen Matkins during the Application Period is $4,420.18 and is broken down by category as follows:

| Category | Total |
|---|---|
| Legal Research / PACER fees | 627.90 |
| Service / Messenger fees | 3,476.47 |
| Duplication | 66.37 |
| Conference Calls | 70.07 |
| Transportation/Parking/Mileage | 86.21 |
| Text Editing | 9.00 |
| Witness Fees | 84.16 |
| TOTAL | $4,420.18 |

## III.   THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of the Receiver and his professionals, including Allen Matkins.  Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted).  In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the

1    "economy of administration, the burden that the estate may be able to bear, the

2    amount of time required, although not necessarily expended, and the overall value of

3    the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir.

4    1970).  Regardless of how this balancing test is formulated, no single factor is

5    determinative and "a reasonable fee is based [upon] all circumstances surrounding

6    the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F.

7    Supp. 465, 480 (S.D. Tex. 1974).

8            As a preliminary matter, the TRO and Preliminary Injunction Order confer on

9    the Receiver substantial duties and powers, including to conduct such investigation

10   and discovery as is necessary to locate and account for all receivership assets, take

11   such action as is necessary and appropriate to assume control over and preserve

12   receivership assets, and employ attorneys and others to investigate and, where

13   appropriate, institute, pursue, and prosecute all claims and causes of action of

14   whatever kind and nature.  *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42

15   (Preliminary Injunction Order, Part XII).  The Receiver promptly determined that

16   experienced, qualified counsel was necessary due to the size and complexity of the

17   receivership estate.  The Court approved the Receiver's proposal to file interim

18   reports and fee applications on a quarterly basis.  Dkt. No. 47.

19           Allen Matkins has submitted a detailed fee application which describes the

20   nature of the services rendered and the identity and billing rate of each individual

21   performing each task.  *See* Exhibit A.  Allen Matkins has endeavored to staff matters

22   as efficiently as possible while remaining cognizant of the complexity of issues

23   presented.  The request for fees is based on Allen Matkins' customary billing rates

24   charged for comparable services provided in other matters, less a 10% discount.  In

25   addition, Allen Matkins did not charge for 5.5 hours of work during the Second

26   Application Period.

27           The work performed by Allen Matkins was essential to carrying out the

28   Receiver's Court-ordered duties.  The Receiver and Allen Matkins have worked

1   diligently since the Receiver's appointment to (a) investigate, secure, and protect the

2   assets of the receivership estate, (b) preserve and maintain the limited revenue stream

3   from the ATM business, (c) investigate transfers to third parties and potential claims

4   related thereto, (d) inform the Court and the parties of the Receiver activities,

5   (e) make recommendations for the efficient and effective administration of the

6   receivership, and (f) efficiently disseminate information to investors and respond to

7   frequently asked questions.  It should be noted that Allen Matkins' work does not

8   duplicate or overlap with work performed by David Wallace, the General Counsel of

9   the Receiver's company, Trigild, Inc.  Mr. Wallace has handled legal issues relating

10  to NASI's operations, including the ATM business, the servicers, other vendors, and

11  insurance issues.

12          Allen Matkins seeks payment of only 80% of fees incurred on an interim basis

13  in recognition of the fact that its work in assisting the Receiver is ongoing.  Payment

14  of the proposed 20% holdback will be sought at the conclusion of the receivership.

15  Allen Matkins' fees are fair and reasonable and should be approved and paid on an

16  interim basis.

17                          **IV.   CONCLUSION**

18          Allen Matkins therefore respectfully request that this Court enter an Order:

19  1.          Approving Allen Matkins' fees, on an interim basis, of $67,638.75;

20  2.          Authorizing and directing the Receiver to pay 80% of approved fees, or

21  $54,111, from the assets of the Receivership Entities;

22  3.          Approving Allen Matkins' costs in the amount of $4,420.18, and

23  authorizing and directing the Receiver to reimburse such costs in full; and

24  4.          For such other and further relief as the Court deems appropriate.

25  Dated:  June 8, 2015                    ALLEN MATKINS LECK GAMBLE
                                            MALLORY & NATSIS LLP
26
27                                          By:_____/s/ Ted Fates_____
                                            TED FATES
28                                          Attorneys for Receiver
                                            WILLIAM J. HOFFMAN

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

830203.01/SD                        -9-

# EXHIBIT A

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00002                    Matter Name: General Receivership

Date of Last Billing: 05-05-2015                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214554
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/05/15 | 6420291 | Communications with SDNY district court regarding 28 USC 754 filing (.2); call with SEC's counsel regarding M. Soffa, Fuel Doctor, sales representatives, and related issues (.7); discuss documents requested by SEC with A. Kudla, gather same (.2); communications with Defendants' counsel and SEC's counsel regarding Rule 26(f) conference (.2). | Fates, Edward G. | 1.3 | 602.55 | 602.55 |
| 01/06/15 | 6420828 | Communications with SEC's counsel regarding request for 1099 documentation (.2); review G. Leung declaration regarding service of complaint on J. Gillis (.1); work on motion for order in aid of receivership and discuss same with SEC's counsel (.4). | Fates, Edward G. | 0.7 | 324.45 | 927.00 |
| 01/07/15 | 6422239 | Participate on Rule 26(f) call with SEC's counsel and counsel for Defendants (.7); communications with SEC's counsel and K. Berry regarding motion for order in aid of receivership and investor email addresses (.3). | Fates, Edward G. | 1.0 | 463.50 | 1,390.50 |
| 01/08/15 | 6423151 | Relay discussion from Rule 26(f) conference regarding potential Gillis | Fates, Edward G. | 0.2 | 92.70 | 1,483.20 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and Wishner plea agreement/cooperation agreement, consent to liability with SEC, and related issues to A. Kudla. | | | | |
| 01/09/15 | 6426373 | Address Rule 26(f) conference, defendants/pleas and issues, coordinate with Receiver re approach (.4). | Zaro, David R. | 0.4 | 259.20 | 1,742.40 |
| 01/12/15 | 6426401 | Discuss investor email addresses and Receiver's engagement of tax accountant and motion for order in aid of receivership with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 1,927.80 |
| 01/14/15 | 6428575 | Review detailed summary of events at plea hearing in criminal case against Gillis and Wishner. | Fates, Edward G. | 0.2 | 92.70 | 2,020.50 |
| 01/15/15 | 6429869 | Discuss Receiver's engagement of tax accountant, conflict issue, and motion for order in aid of receivership with A. Kudla. | Fates, Edward G. | 0.3 | 139.05 | 2,159.55 |
| 01/16/15 | 6431327 | Discuss status of criminal case, guilty pleas, forensic accounting, investor claims process, clawback claims, restitution and related issues with AUSA Paul Stern and discuss same with Receiver (.7); review and revise Rule 26(f) report and discuss same with SEC counsel (.4). | Fates, Edward G. | 1.1 | 509.85 | 2,669.40 |
| 01/21/15 | 6433865 | Review US Attorney press release regarding Gillis and Wishner guilty pleas (.2); review SEC, E. Wishner, and J. Gillis's initial disclosures (.3). | Fates, Edward G. | 0.5 | 231.75 | 2,901.15 |
| 01/31/15 | 6442718 | Confer with SEC's counsel and Gillis and Wishner's counsel regarding scheduling conference and discuss | Fates, Edward G. | 0.3 | 139.05 | 3,040.20 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | same with Receiver. | | | | |
| 02/02/15 | 6445009 | Communications with Gillis and Wishner's counsel and SEC's counsel regarding scheduling conference; review minutes of same. | Fates, Edward G. | 0.4 | 185.40 | 3,225.60 |
| 02/04/15 | 6446255 | Discuss issues regarding false tax returns with Receiver. | Fates, Edward G. | 0.1 | 46.35 | 3,271.95 |
| 02/05/15 | 6447923 | Review and revise engagement agreement with CPA firm; discuss same with A. Kudla. | Fates, Edward G. | 0.6 | 278.10 | 3,550.05 |
| 02/09/15 | 6450405 | Discuss Defendant asset freeze and seizure issues with A. Kudla (.2); discuss SEC's document request with K. Berry and respond to SEC's counsel regarding same (.4). | Fates, Edward G. | 0.6 | 278.10 | 3,828.15 |
| 03/10/15 | 6478241 | Discuss preparation of receivership qualified settlement fund tax returns with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 3,920.85 |
| 03/12/15 | 6480261 | Communications with SEC's counsel and A. Kudla regarding potential sale of real estate and Preliminary Injunction Order violation by E. Wishner. | Fates, Edward G. | 0.3 | 139.05 | 4,059.90 |
| 03/17/15 | 6484466 | Call with investor related to claim and FBI inquiry/coordinate (.2). | Zaro, David R. | 0.2 | 129.60 | 4,189.50 |
| 03/26/15 | 6491477 | Discuss potential additional 28 USC 754 filings for Oasis vehicles with Receiver. | Fates, Edward G. | 0.2 | 92.70 | 4,282.20 |

**Disbursements for Matter 374464-00002 (General Receivership)**

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 01/05/15 | 2103158 | Federal Express - - Messenger - Invoice No: 290200460 Ship To: Gary Y Leung, Esq | 1.00 | 10.91 |
| 01/06/15 | 2103183 | Federal Express - - Messenger - Invoice No: 290228435 Ship To: Ms Stacy Round | 1.00 | 14.57 |
| 01/06/15 | 2107956 | Service of Process - - Nationwide - STACY ROUND ^ 132120 | 1.00 | 509.25 |
| 01/07/15 | 2109153 | Pacer Service - - Document Search 10/01/2014-12/31/2014 ^AM0021-Q4201 | 1.00 | 217.90 |
| 01/07/15 | 2109154 | Pacer Service - - Document Search 10/01/2014-12/31/2014 ^AM0021-Q4201 | 1.00 | 0.40 |
| 01/21/15 | 2106876 | Lexis - Research | 1.00 | 76.80 |
| 01/30/15 | 2110368 | Other Court Costs - - Nationwide USDC/CENTRAL DISTRICT ^ 422861 | 1.00 | 27.00 |
| 01/31/15 | 2105275 | Text Editing | 0.30 | 9.00 |
| 02/05/15 | 2122487 | Audio Conferencing - Aspen Conferencing - Fates Edward (Ted) ^ 10731 - Call to: 858242122 2 8582421222 6192331155 8582421222 6192008889 | 1.00 | 27.47 |
| 02/09/15 | 2110973 | Federal Express - - Messenger - Invoice No: 293837939 Ship To: Peter Del Greco | 1.00 | 15.83 |
| 02/11/15 | 2112069 | Duplication | 60.00 | 11.40 |
| 02/12/15 | 2114336 | Lexis Lexis - Research | 1.00 | 56.80 |
| 02/12/15 | 2114337 | Lexis Lexis - Research | 1.00 | 233.60 |
| 02/23/15 | 2112993 | Witness Fees - - Robert Keller - Witness fee for deposition subpoena | 1.00 | 84.16 |
| 02/24/15 | 2115766 | Duplication | 54.00 | 10.26 |
| 02/24/15 | 2116660 | Federal Express - - Messenger - Invoice No: 295281870 Ship To: Vahid Naziri, Esq | 1.00 | 11.25 |
| 02/27/15 | 2123658 | Lexis Lexis - Research | 1.00 | 42.40 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/03/15 | 2118099 | Duplication | 10.00 | 1.90 |
| 03/03/15 | 2119822 | Federal Express - - Messenger - Invoice No: 296006377 Ship To: Andrew Kerns, Esq | 1.00 | 10.66 |
| 03/10/15 | 2119474 | Mileage | 151.24 | 86.21 |
| 03/11/15 | 2129914 | Audio Conferencing - Aspen Conferencing - Fates Edward (Ted) ^ 10749 - Call to: 858242122 2 8582421222 2132325160 6192331155 | 1.00 | 12.24 |
| 03/17/15 | 2119303 | Duplication | 224.00 | 42.56 |
| 03/17/15 | 2119304 | Reprographics - Color | 1.00 | 0.25 |
| 03/18/15 | 2130808 | Nationwide - Other Court Costs - USDC/CENTRAL DISTRICT - DELIVER CHAMBERS SEC V.^423352 | 1.00 | 106.00 |
| 03/20/15 | 2129915 | Audio Conferencing - Aspen Conferencing - Fates Edward (Ted) ^ 10749 - Call to: 619233115 5 2147899424 8582421222 | 1.00 | 21.67 |
| 03/20/15 | 2130809 | Nationwide - Filing Fees - FTP PRODUCTIONS, LLC - SUBPOENA TO CUSTODIA SEC^423352 | 1.00 | 72.00 |
| 03/20/15 | 2130810 | Nationwide - Filing Fees - COR BST POWER, LLC - SUBPOENA TO COR FOR SEC NAT^423352 | 1.00 | 48.00 |
| 03/20/15 | 2130811 | Nationwide - Filing Fees - COR FRATELLI'S PIZZA, INC. - SUBPOENA TO COR FOR^423352 | 1.00 | 240.00 |
| 03/20/15 | 2130812 | Nationwide - Filing Fees - COR FIJI - SUBPOENA TO COR FOR SEC NATIONWIDE^423352 | 1.00 | 98.00 |
| 03/20/15 | 2130813 | Nationwide - Filing Fees - COR STAR DRESSING ROOMS, INC - SUBPOENA TO COR F^423352 | 1.00 | 155.00 |
| 03/20/15 | 2130814 | Nationwide - Filing Fees - COR HOLLYWOOD WAGONS, LLC - SUBPOENA TO COR FOR^423352 | 1.00 | 240.00 |
| 03/20/15 | 2130815 | Nationwide - Filing Fees - COR KING KONG PRODUCTION - SUBPOENA TO COR FOR S^423352 | 1.00 | 176.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/20/15 | 2130816 | Nationwide - Filing Fees - COR NATWEST MANAGEMENT, INC - SUBPOENA TO COR FO^423352 | 1.00 | 92.00 |
| 03/20/15 | 2130817 | Nationwide - Filing Fees - COR LAURELWOOD PLACE LLC - SUBPOENA TO COR FOR S^423352 | 1.00 | 165.00 |
| 03/20/15 | 2130818 | Nationwide - Filing Fees - COR APACHE RENTAL, LLC - SUBPOENA TO COR FOR SEC^423352 | 1.00 | 60.00 |
| 03/20/15 | 2130819 | Nationwide - Filing Fees - COR KER, LLC - SUBPOENA TO COR FOR SEC NATIONWID^423352 | 1.00 | 120.00 |
| 03/20/15 | 2130820 | Nationwide - Filing Fees - COR D&L STUDIO TRANSPORTATION, INC - SUBPOENA TO^423352 | 1.00 | 45.00 |
| 03/20/15 | 2130821 | Nationwide - Filing Fees - COR R&S RV REPAIR, INC - SUBPOENA TO COR FOR SEC^423352 | 1.00 | 176.00 |
| 03/20/15 | 2130822 | Nationwide - Filing Fees - COR HERITAGE ESCROW CO. - SUBPOENA TO COR FOR SE^423352 | 1.00 | 72.00 |
| 03/20/15 | 2130823 | Nationwide - Service of Process - COR BEST STUDIO RENTALS, LLC - SUBPOENA TO COR F | 1.00 | 120.00 |
| 03/20/15 | 2130824 | Nationwide - Service of Process - COR LISA FREEDE DESIGN, LLC - SUBPOENA TO COR FO^423352 | 1.00 | 160.00 |
| 03/20/15 | 2130825 | Nationwide - Service of Process - COR HOLLYWOOD TRUCKS, INC. - SUBPOENA TO COR FOR^423352 | 1.00 | 160.00 |
| 03/20/15 | 2130826 | Nationwide - Filing Fees - COR KUNTRY KUSTOM RV, LLC - SUBPOENA TO COR FOR^423352 | 1.00 | 160.00 |
| 03/20/15 | 2130827 | Nationwide - Service of Process - COR STUDIO MAUI PRODUCTIONS, LLC - SUBPOENA TO C^423352 | 1.00 | 160.00 |
| 03/20/15 | 2130828 | Nationwide - Filing Fees - COR DESMOND'S STUDIO PRODUCTION - SUBPOENA TO CO^423352 | 1.00 | 60.00 |
| 03/20/15 | 2130845 | Nationwide - Service of Process - COR GEORGIA PRODUCTION SERVICES,LLC - SUBPOENA T^423352 | 1.00 | 120.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/24/15 | 2130793 | Nationwide - Service of Process - COR FIJI RENTALS, INC. - SUBPOENA TO PRODUCE SEC^423352 | 1.00 | 72.00 |
| 03/26/15 | 2129916 | Audio Conferencing - Aspen Conferencing - Fates Edward (Ted) ^ 10749 - Call to: Restricte d | 1.00 | 0.75 |
| 03/26/15 | 2129917 | Audio Conferencing - Aspen Conferencing - Fates Edward (Ted) ^ 10749 - Call to: Restricte d 6192331155 Restricted | 1.00 | 7.94 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.6 | 648.00 | 388.80 |
| 001665 | Edward G. Fates | 8.4 | 463.50 | 3,893.40 |
| | | 9.0 | | 4,282.20 |
| Total Fees | | | | 4,282.20 |
| Total Disbursements | | | | 4,420.18 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                     Matter #: 374464-00003                      Matter Name: Asset Investigation

Date of Last Billing: 05-05-2015                                                             Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214555
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00003 (Asset Investigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/05/15 | 6420294 | Call with K. Berry and A. Kudla to discuss status of Oasis-related subpoenas, next steps regarding M. Soffa/Fuel Doctor, status and cost of forensic accounting, potential clawback claims, and motion for authority to pursue/settle clawback claims. | Fates, Edward G. | 1.1 | 509.85 | 509.85 |
| 01/05/15 | 6420240 | Review status of production on various subpoenas and motion for order in aid (0.3). | Hsu, Tim | 0.3 | 101.25 | 611.10 |
| 01/06/15 | 6420831 | Communications with A. Kudla regarding subpoenas to Oasis personnel and addresses for same (.2); revise email to M. Soffa regarding production of Fuel Doctor financial statements (.2); review response from M. Soffa (.1). | Fates, Edward G. | 0.5 | 231.75 | 842.85 |
| 01/07/15 | 6421320 | Review documents and communications related to payments from Oasis Studios to R. Keller and service of subpoena regarding same (.4); review communications from M. Soffa regarding production of documents (.1). | Fates, Edward G. | 0.5 | 231.75 | 1,074.60 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/07/15 | 6423875 | Call with V.Nazari, counsel for Keller Jr., re: subpoena and required production (0.5). | Hsu, Tim | 0.5 | 168.75 | 1,243.35 |
| 01/08/15 | 6423147 | Call with A. Kudla to discuss investigation into Oasis entities, subpoenas to Keller and Round, and conference call with Keller's counsel (.4); prepare email communication to Keller's counsel (.2). | Fates, Edward G. | 0.6 | 278.10 | 1,521.45 |
| 01/08/15 | 6444421 | Review additional production of electronic files from M.Soffa (0.2); Email to Receiver's staff re: the same (0.1). | Hsu, Tim | 0.3 | 101.25 | 1,622.70 |
| 01/12/15 | 6534076 | Communications with R. Keller's counsel and A. Kudla regarding conference call (.2). | Fates, Edward G. | 0.2 | 92.70 | 1,715.40 |
| 01/13/15 | 6427438 | Communications with R. Keller's counsel and A. Kudla to arrange conference call and put together follow up questions (.3); conference call with R. Keller's counsel (.6). | Fates, Edward G. | 0.9 | 417.15 | 2,132.55 |
| 01/15/15 | 6534262 | Discuss status and next steps regarding investigation into Oasis Studios' assets with A. Kudla (.4); review status of service of subpoena on S. Round (.1). | Fates, Edward G. | 0.5 | 231.75 | 2,364.30 |
| 01/15/15 | 6430534 | Call with counsel for S.Round re: subpoena (0.4); Correspondence to Receiver re: the same (0.1). | Hsu, Tim | 0.5 | 168.75 | 2,533.05 |
| 01/20/15 | 6432968 | Review communication and documents from counsel for S. Round. | Fates, Edward G. | 0.2 | 92.70 | 2,625.75 |
| 01/20/15 | 6433079 | Review production from S.Round | Hsu, Tim | 0.6 | 202.50 | 2,828.25 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (0.1); Correspondence with Receiver re: the same (0.1); Correspondence to counsel for S.Round re: the same (0.1); Review production from Keller Jr. (0.3). | | | | |
| 01/21/15 | 6534270 | Review correspondence from counsel for S. Round and advise regarding response to same (.2). | Fates, Edward G. | 0.2 | 92.70 | 2,920.95 |
| 01/21/15 | 6534275 | Calls with counsel for Stacy Round re: production and records required by subpeona (0.5); Email to counsel for S.Round to follow up and confirm discussion (0.1); Review production from Keller Jr. and confer with counsel for Keller Jr. re: the same (0.6); Correspondence to Receiver re: Keller Jr. production (0.1). | Hsu, Tim | 1.3 | 438.75 | 3,359.70 |
| 01/27/15 | 6438572 | Call with S.Jaffe, Esq. re: payment of costs for prior production (0.1). | Hsu, Tim | 0.1 | 33.75 | 3,393.45 |
| 01/29/15 | 6440933 | Review and advise regarding efforts to obtain Oasis documents from S. Round. | Fates, Edward G. | 0.2 | 92.70 | 3,486.15 |
| 01/29/15 | 6443065 | Correspondence with counsel for S.Round re: documents produced (0.2). | Hsu, Tim | 0.2 | 67.50 | 3,553.65 |
| 01/30/15 | 6442351 | Call to counsel for Keller Jr. re: production for subpoena (0.2). | Hsu, Tim | 0.2 | 67.50 | 3,621.15 |
| 02/02/15 | 6445007 | Discuss documents produced by R. Keller and S. Round, documents not produced, and next steps to enforce subpoenas with A. Kudla. | Fates, Edward G. | 0.5 | 231.75 | 3,852.90 |
| 02/02/15 | 6445231 | Discuss strategy regarding Fuel Doctor interests and next steps in | Fates, Edward G. | 0.3 | 139.05 | 3,991.95 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | addressing M. Soffa regarding same. | | | | |
| 02/02/15 | 6445222 | Call with Receiver's staff to discuss various issues with subpeona responses from Keller Jr. and S.Round, and other tax filing issues (0.8). | Hsu, Tim | 0.8 | 270.00 | 4,261.95 |
| 02/03/15 | 6446015 | Communications with Gillis and Wishner's counsel regarding Oasis entities and connections to Georgia Production Services. | Fates, Edward G. | 0.2 | 92.70 | 4,354.65 |
| 02/04/15 | 6446257 | Discuss further investigation, gathering of records, and issuance of subpoenas regarding Oasis and related entities with A. Kudla (.5); follow up email to Gillis and Wishner's counsel regarding same (.2). | Fates, Edward G. | 0.7 | 324.45 | 4,679.10 |
| 02/05/15 | 6447966 | Communications with Gillis and Wishner's counsel regarding requests for information on Oasis entities and Georgia Production Services; review answers to requests. | Fates, Edward G. | 0.4 | 185.40 | 4,864.50 |
| 02/06/15 | 6448364 | Discuss responses to requests regarding Oasis and GPS and next steps regarding investigation of same with A. Kudla (.3); follow up communications with Gillis and Wishner's counsel (.2). | Fates, Edward G. | 0.5 | 231.75 | 5,096.25 |
| 02/10/15 | 6452625 | Review additional documents regarding Oasis and Georgia Production Services provided by Wishner's counsel. | Fates, Edward G. | 0.2 | 92.70 | 5,188.95 |
| 02/13/15 | 6455277 | Discuss issues regarding checks to Georgia Production Services and investigation of ties to Oasis with A. | Fates, Edward G. | 0.3 | 139.05 | 5,328.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Kudla. | | | | |
| 02/19/15 | 6459812 | Discuss status of investigation into Oasis assets and strategy regarding further investigation and securing of vehicles and rental payments with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 5,513.40 |
| 02/20/15 | 6461141 | Draft letter to R. Keller's counsel regarding production of documents, information regarding Oasis vehicles, deposition notice, and related issues and discuss same with A. Kudla. | Fates, Edward G. | 1.5 | 695.25 | 6,208.65 |
| 02/23/15 | 6461322 | Work on deposition subpoena to R. Keller and communications with A. Kudla regarding scheduling of deposition (.5); discuss request for tax documents with A. Kudla and email to Gillis and Wishner's counsel regarding same (.3); revise letter to R. Keller and attachments (.7). | Fates, Edward G. | 1.5 | 695.25 | 6,903.90 |
| 02/23/15 | 6468363 | Prepare depo subpoena to Keller Jr. (0.4); Analysis of issues to include for depo of Keller Jr. and required costs associated with deposition (0.7). | Hsu, Tim | 1.1 | 371.25 | 7,275.15 |
| 02/24/15 | 6462978 | Finalize letter and deposition subpoena to R. Keller (.4); call with R. Keller's counsel regarding same (.3); follow up communications with Gillis and Wishner's counsel regarding production of NASI tax documents (.1). | Fates, Edward G. | 0.8 | 370.80 | 7,645.95 |
| 02/25/15 | 6463694 | Communications with Wishner's counsel regarding production of tax documents and Wishner's health condition. | Fates, Edward G. | 0.2 | 92.70 | 7,738.65 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/26/15 | 6466091 | Communications with R. Keller's counsel regarding timing of providing requested information. | Fates, Edward G. | 0.1 | 46.35 | 7,785.00 |
| 02/27/15 | 6466256 | Communications with R. Keller's counsel regarding meeting with R. Keller to gather information about Oasis vehicles and rental agreements. | Fates, Edward G. | 0.2 | 92.70 | 7,877.70 |
| 03/02/15 | 6470432 | Communications with Wishner's counsel regarding requested tax documents (.2); discuss subpoena to R. Keller's ex-wife with A. Kudla (.2). | Fates, Edward G. | 0.4 | 185.40 | 8,063.10 |
| 03/03/15 | 6470951 | Work on subpoena to R. Keller's wife and communications with A. Kudla regarding same (.4); communications with counsel for D. Keller regarding subpoena and document production and draft letter to accompany subpoena to same (1.3); calls with R. Keller's counsel regarding Oasis vehicles, production of documents, and March 10 deposition (.6). | Fates, Edward G. | 2.3 | 1,066.05 | 9,129.15 |
| 03/03/15 | 6471114 | Prepare subpoena to Deb. Keller for production of documents (0.3). | Hsu, Tim | 0.3 | 101.25 | 9,230.40 |
| 03/05/15 | 6473698 | Call with R. Keller's counsel regarding documents to be produced, location and sources of documents, and date for R. Keller deposition. | Fates, Edward G. | 0.5 | 231.75 | 9,462.15 |
| 03/06/15 | 6474106 | Attention to arrangements for R. Keller's deposition on March 10 and communications with A. Kudla regarding same. | Fates, Edward G. | 0.3 | 139.05 | 9,601.20 |
| 03/09/15 | 6475890 | Gather and review documents for R. Keller's deposition and discuss | Fates, Edward G. | 3.1 | 1,436.85 | 11,038.05 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | strategy and topics for same with A. Kudla (2.2); call with counsel for R. Keller regarding document production and deposition and follow up emails regarding documents (.6); review documents provided by R. Keller's counsel (.3). | | | | |
| 03/10/15 | 6478958 | Review the approach to recovery of Oasis assets and the documents reflecting ownership/control (.4). Advice re recovery of Oasis assets and strategy (.2). | Zaro, David R. | 0.6 | 388.80 | 11,426.85 |
| 03/10/15 | 6478239 | Take deposition of R. Keller (4.2); discuss subpoenas and follow up document requests to be made pursuant to deposition with A. Kudla (.6); travel to and from deposition (2.6); email to E. Wishner's counsel regarding Oasis document production (.2). | Fates, Edward G. | 7.6 | 3,522.60 | 14,949.45 |
| 03/11/15 | 6478618 | Communications with Receiver and E. Wishner's counsel regarding conference call to discuss Oasis document production issues (.4); attention to issues regarding obtaining rough transcript from R. Keller's deposition (.2); discuss Wishner and Oasis issues with A. Kudla in preparation for conference call (.2); conference call with Wishner's counsel and A. Kudla regarding document production and meeting at Wishner's office (.8); follow up communications regarding conference call (.2); review list of Oasis affiliates and discuss same with | Fates, Edward G. | 2.2 | 1,019.70 | 15,969.15 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | A. Kudla (.4). | | | | |
| 03/12/15 | 6480077 | Communications with A. Kudla regarding Wishner meeting and list of demands regarding same (.9); review email from Wishner's counsel regarding proposed dates for meeting (.1); prepare letter to Wishner's counsel regarding list of demands for Oasis documents and information (.8); discuss follow up communication to R. Keller's counsel with A. Kudla (.2); call from R. Keller and communication to R. Keller's counsel regarding same (.5). | Fates, Edward G. | 2.5 | 1,158.75 | 17,127.90 |
| 03/13/15 | 6481175 | Discuss Oasis related information from R. Keller and next steps regarding investigation and subpoenas with A. Kudla (.4); communications with Wishner's counsel and A. Solero's counsel regarding meeting at Wishner offices and advise A. Kudla regarding same (.7). | Fates, Edward G. | 1.1 | 509.85 | 17,637.75 |
| 03/16/15 | 6481875 | Discuss status and strategy regarding Oasis investigation with Receiver (.4); communications with counsel for Wishner and counsel for A. Solero regarding Oasis investigation and meeting (.5); discuss dates for Wishner meeting with A. Kudla (.2); communications with A. Kudla and R. Keller's counsel regarding document requests (.2); review L. Gauff lawsuit documents from R. Keller's counsel and discuss same with A. Kudla (1.1). | Fates, Edward G. | 2.4 | 1,112.40 | 18,750.15 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/16/15 | 6482916 | Correspondence with Receiver re: additional documents produced by Keller Jr. (0.2). | Hsu, Tim | 0.2 | 67.50 | 18,817.65 |
| 03/17/15 | 6483035 | Follow up communications with R. Keller's counsel regarding status and filings in L. Gauff lawsuit (.3); communications with A. Solero and Wishner's counsel regarding scope, timing and logistics for meeting regarding Oasis entities (.5). | Fates, Edward G. | 0.8 | 370.80 | 19,188.45 |
| 03/18/15 | 6484105 | Communications with A. Kudla regarding investigation of transfers to Fratelli's and Lisa Freede (.2); call from R. Keller regarding Oasis investigation (.3); discuss call from Keller with A. Kudla (.1); follow up communication to counsel for D. Keller regarding document subpoena (.1); call with A. Kudla to discuss list of subpoenas to be issued, transfers to investigate, and topics for March 25 meeting with Wishner and A. Solero (1.3). | Fates, Edward G. | 2.0 | 927.00 | 20,115.45 |
| 03/19/15 | 6486299 | Review information on document subpoenas and begin preparation of document subpoenas to multiple third-party witnesses. | Kaup, John T. | 1.3 | 292.50 | 20,407.95 |
| 03/19/15 | 6485733 | Communications with counsel for R. Keller regarding requests for Oasis related information (.2); review list of subpoenas to be issued provided by A. Kudla and work on same (.8); discuss facts regarding Oasis contract with FTP Productions, post-receivership invoices and payments | Fates, Edward G. | 1.4 | 648.90 | 21,056.85 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding same, and issues concerning S. Round with A. Kudla (.4). | | | | |
| 03/20/15 | 6487994 | Prepare subpoenas to third party witnesses regarding Oasis documents and assist with research and services. | Kaup, John T. | 4.8 | 1,080.00 | 22,136.85 |
| 03/20/15 | 6486623 | Work on subpoena to FTC Production regarding Oasis-related documents and send same to A. Kudla (.4); review and finalize subpoenas to other entities associated with Oasis (.5). | Fates, Edward G. | 0.9 | 417.15 | 22,554.00 |
| 03/23/15 | 6488830 | Follow up on status of subpoenas; update spreadsheet; review information regarding Fiji Rentals, Inc. | Kaup, John T. | 1.3 | 292.50 | 22,846.50 |
| 03/23/15 | 6487876 | Discuss investigation into FTP Production/Oasis with A. Kudla (.2); discuss status of subpoenas and gathering of Gillis, Wishner, and employee emails with A. Kudla (.4). | Fates, Edward G. | 0.6 | 278.10 | 23,124.60 |
| 03/24/15 | 6489950 | Follow up on subpoenas regarding Oasis documents and prepare subpoena to Fiji Rentals. | Kaup, John T. | 1.0 | 225.00 | 23,349.60 |
| 03/24/15 | 6488655 | Communications with AUSA P. Stern regarding forensic accounting issues and advise A. Kudla regarding same (.3); communications with A. Solero's counsel, Wishner's counsel, and A. Kudla regarding rescheduling of meeting at Wishner's office, production of Oasis records, and imaging of additional Wishner computer (1.7); communications with counsel for Fiji Rentals regarding | Fates, Edward G. | 3.2 | 1,483.20 | 24,832.80 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | subpoena related to Oasis (.4); calls with L. Freede and her counsel regarding subpoena, dealings with Oasis and Wishner, and ongoing payments to Wishner (.8). | | | | |
| 03/25/15 | 6491072 | Multiple emails regarding status of subpoenas; research regarding additional addresses for service of subpoenas; update spreadsheet tracking subpoenas. | Kaup, John T. | 2.5 | 562.50 | 25,395.30 |
| 03/25/15 | 6489792 | Call and emails with Wishner's counsel regarding Oasis and L. Freede issues (.7); advise A. Kudla regarding same (.2); call with counsel for Disney regarding subpoena (.3); follow up communications with A. Solero's counsel (.3); attention to issues regarding service of subpoena to Studio Maui and communications with Wishner's counsel regarding same (.3). | Fates, Edward G. | 1.8 | 834.30 | 26,229.60 |
| 03/26/15 | 6492905 | Continue to monitor status of subpoenas and update spreadsheet; review and respond to emails. | Kaup, John T. | 2.3 | 517.50 | 26,747.10 |
| 03/26/15 | 6491125 | Call with R&S RV Repair regarding subpoena for Oasis documents (.2); communications with registered agent for D&L Transportation regarding subpoena (.2); communications with Wishner's counsel regarding payments from L. Freede (.4). | Fates, Edward G. | 0.8 | 370.80 | 27,117.90 |
| 03/27/15 | 6492916 | Follow up on status of subpoenas. | Kaup, John T. | 0.5 | 112.50 | 27,230.40 |
| 03/27/15 | 6493090 | Call with R. Keller regarding Oasis vehicles, document production, Fiji Rentals, and related issues (.4); | Fates, Edward G. | 0.8 | 370.80 | 27,601.20 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | respond to communications from ABC Studios regarding subpoena and payments (.2); respond to communications from King Kong Productions regarding subpoena and records (.1); communications with Fiji Rentals' counsel (.1). | | | | |
| 03/29/15 | 6493398 | Review lengthy communication from Wishner's counsel regarding cooperation, document production, and Lisa Freede payments (.1). | Fates, Edward G. | 0.1 | 46.35 | 27,647.55 |
| 03/30/15 | 6493408 | Review purchase order and equipment lease provided by ABC regarding mobile studio rental and communications with ABC accountant regarding same and fire damage to vehicle (.5); discuss Star Dressing subpoena service issues with A. Kudla (.1); call from R. Keller regarding Fiji documents (.2); review Fiji documents provided by R. Keller (.2); provide summary of communications and documents from R. Keller to Receiver and A. Kudla (.5); discuss status and strategy regarding Oasis investigation with Receiver (.3); follow up communications with Wishner's counsel regarding L. Freede issues (.2). | Fates, Edward G. | 2.0 | 927.00 | 28,574.55 |
| 03/31/15 | 6495571 | Discuss meeting with J. Gillis with A. Kudla and next steps regarding same (.5); call with R. Keller regarding documents produced and potential settlement of Fiji issues (.4); advise regarding subpoena service issues | Fates, Edward G. | 1.1 | 509.85 | 29,084.40 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (.1); communications with A. Solero's counsel regarding April 3 meeting (.1). | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.6 | 648.00 | 388.80 |
| 000820 | John T. Kaup | 13.7 | 225.00 | 3,082.50 |
| 001665 | Edward G. Fates | 50.6 | 463.50 | 23,453.10 |
| 002055 | Tim Hsu | 6.4 | 337.50 | 2,160.00 |
| | | 71.3 | | 29,084.40 |
| Total Fees | | | | 29,084.40 |
| Total Disbursements | | | | 0.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00004        Matter Name: Reporting

Date of Last Billing: 05-05-2015                                 Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214556
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00004 (Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/12/15 | 6426388 | Discuss preparation of Receiver's second report with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 185.40 |
| 01/13/15 | 6427439 | Work on Receiver's second interim report; discuss updates and content for same with Receiver. | Fates, Edward G. | 3.6 | 1,668.60 | 1,854.00 |
| 01/20/15 | 6431912 | Discuss content for Second Interim Report with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 1,946.70 |
| 01/23/15 | 6435938 | Communications with A. Kudla regarding Receiver's second report and communications with SEC's counsel regarding same. | Fates, Edward G. | 0.3 | 139.05 | 2,085.75 |
| 01/27/15 | 6438901 | Discuss content and revisions to Receiver's second report with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 2,178.45 |
| 01/28/15 | 6439463 | Discuss status of Receiver's second report with A. Kudla (.3); review and revise Second Interim Report (2.3). | Fates, Edward G. | 2.6 | 1,205.10 | 3,383.55 |
| 01/29/15 | 6440425 | Communications with SEC's counsel and Gillis and Wishner's counsel regarding Second Interim Report (.5); discuss standardized fund accounting report for Second Interim Report with A. Kudla (.2); final revisions to report | Fates, Edward G. | 1.5 | 695.25 | 4,078.80 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and discuss same with Receiver (.8). | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 8.8 | 463.50 | 4,078.80 |
| | | 8.8 | | 4,078.80 |
| Total Fees | | | | 4,078.80 |
| Total Disbursements | | | | 0.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00005 (Operations & Asset Sales) 374464-00005

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00005          Matter Name: Operations & Asset Sales

Date of Last Billing: 05-05-2015          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214557
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00005 (Operations & Asset Sales)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/15/15 | 6430121 | Review communication from Hilton's counsel requesting conference call regarding ATMs; discuss same with Receiver. | Fates, Edward G. | 0.3 | 139.05 | 139.05 |
| 01/16/15 | 6430663 | Communications with Receiver and Hilton regarding arranging conference call. | Fates, Edward G. | 0.2 | 92.70 | 231.75 |
| 01/20/15 | 6432052 | Discuss Hilton and National Link operating issues with Receiver and emails with Hilton's counsel regarding same. | Fates, Edward G. | 0.6 | 278.10 | 509.85 |
| 01/21/15 | 6433547 | Discuss status regarding Hilton's issues with Receiver. | Fates, Edward G. | 0.1 | 46.35 | 556.20 |
| 02/05/15 | 6447836 | Discuss potential claims against NationalLink regarding withholding of funds with D. Wallace. | Fates, Edward G. | 0.2 | 92.70 | 648.90 |
| 02/09/15 | 6450568 | Discuss letters to servicers with Receiver and A Kudla (.3); discuss NationalLink withholding issue with D. Wallace (.2). | Fates, Edward G. | 0.5 | 231.75 | 880.65 |

## Proforma Summary

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00005 (Operations & Asset Sales) 374464-00005

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.9 | 463.50 | 880.65 |
| | | 1.9 | | 880.65 |
| Total Fees | | | | 880.65 |
| Total Disbursements | | | | 0.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00006                    Matter Name: Claims & Distributions

Date of Last Billing: 05-05-2015                    Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214558
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00006 (Claims & Distributions)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/05/15 | 6420295 | Communications with SEC's counsel and K. Berry regarding inquiries from investor Cohen-Arazi. | Fates, Edward G. | 0.3 | 139.05 | 139.05 |
| 01/08/15 | 6422988 | Call from investor A. Litzer. | Fates, Edward G. | 0.2 | 92.70 | 231.75 |
| 01/16/15 | 6431325 | Discuss communications from investors and updates for receivership website with SEC's counsel; discuss same with Receiver. | Fates, Edward G. | 0.4 | 185.40 | 417.15 |
| 01/20/15 | 6432159 | Review and respond to e-mail and claim from landlord at NASI's office in Calabasas and discuss same with K. Berry (.3); call from investor Cohen (.3). | Fates, Edward G. | 0.6 | 278.10 | 695.25 |
| 01/21/15 | 6433986 | Discuss update to receivership website regarding criminal pleas with Receiver. | Fates, Edward G. | 0.1 | 46.35 | 741.60 |
| 01/22/15 | 6434272 | Discuss receivership website email alert system with Receiver. | Fates, Edward G. | 0.1 | 46.35 | 787.95 |
| 01/23/15 | 6435379 | Discuss edits to receivership website with Receiver. | Fates, Edward G. | 0.1 | 46.35 | 834.30 |
| 01/27/15 | 6437789 | Review letter from former counsel for NASI regarding outstanding vendor invoice and discuss same with | Fates, Edward G. | 0.5 | 231.75 | 1,066.05 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Receiver (.3); call from counsel for NASI investor Thompson (.2). | | | | |
| 02/02/15 | 6445008 | Discuss investor inquiry regarding 1099s, engagement of tax firm, and related issues with A. Kudla (.6); respond to investor inquiry (.2). | Fates, Edward G. | 0.8 | 370.80 | 1,436.85 |
| 02/05/15 | 6450602 | Review of issues related to investor claims, follow-up with several investors re process/timing (.4). | Zaro, David R. | 0.4 | 259.20 | 1,696.05 |
| 02/06/15 | 6448597 | Respond to investor inquiries. | Fates, Edward G. | 0.1 | 46.35 | 1,742.40 |
| 02/09/15 | 6451145 | Review inquiry from investor regarding claims. | Fates, Edward G. | 0.1 | 46.35 | 1,788.75 |
| 02/20/15 | 6460871 | Review investor correspondence regarding letter from FBI, respond to same, and advise Receiver regarding same. | Fates, Edward G. | 0.4 | 185.40 | 1,974.15 |
| 03/03/15 | 6475196 | Call re fuel doctor with counsel for creditor in Detroit (.1). | Zaro, David R. | 0.1 | 64.80 | 2,038.95 |
| 03/10/15 | 6478240 | Discuss issues regarding issuance of 1099s to investors with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 2,131.65 |
| 03/16/15 | 6482763 | Review communication from potential counsel for NASI investors. | Fates, Edward G. | 0.1 | 46.35 | 2,178.00 |
| 03/17/15 | 6484463 | Work with counsel on claims issues, coordinate with FBI as to collection of claims information (.4). | Zaro, David R. | 0.4 | 259.20 | 2,437.20 |
| 03/23/15 | 6487861 | Communications with SEC's counsel regarding responses to investor inquiries regarding taxes (.2); discuss investor 1099s and related tax issues with A. Kudla (.4). | Fates, Edward G. | 0.6 | 278.10 | 2,715.30 |
| 03/24/15 | 6488658 | Respond to inquiry from M. Soffa | Fates, Edward G. | 0.2 | 92.70 | 2,808.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding investor 1099s and taxes. | | | | |
| 03/31/15 | 6495609 | Advise Receiver regarding response to investor inquiry regarding dissolution of entity, power of attorney and related issues. | Fates, Edward G. | 0.2 | 92.70 | 2,900.70 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.9 | 648.00 | 583.20 |
| 001665 | Edward G. Fates | 5.0 | 463.50 | 2,317.50 |
| | | 5.9 | | 2,900.70 |
| Total Fees | | | | 2,900.70 |
| Total Disbursements | | | | 0.00 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                         Matter #: 374464-00007                              Matter Name: Third Party Recoveries

Date of Last Billing:                                                                                    Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214559
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00007 (Third Party Recoveries)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/12/15 | 6534075 | Research and analyze scope of potential fraudulent transfer and clawback claims (.2). | Fates, Edward G. | 0.2 | 92.70 | 92.70 |
| 01/14/15 | 6429332 | Analysis and review of authorities for issues re: statute of limitations for disgorgement claims (0.8). | Hsu, Tim | 0.8 | 270.00 | 362.70 |
| 01/15/15 | 6534266 | Discuss status and strategy regarding investigation and pursuit of potential clawback claims with A. Kudla (.3). | Fates, Edward G. | 0.3 | 139.05 | 501.75 |
| 01/21/15 | 6534271 | Analyze statute of limitations issues for potential clawback claims (.2). | Fates, Edward G. | 0.2 | 92.70 | 594.45 |
| 01/21/15 | 6534279 | Research and analysis of applicable case law re: fraudulent transfer statute of limitations (0.9); Prepare summary of law pertaining to the same (1.1). | Hsu, Tim | 2.0 | 675.00 | 1,269.45 |
| 01/22/15 | 6434331 | Discuss investigation and strategy regarding pursuit of potential clawback claims with Receiver and A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 1,454.85 |
| 01/23/15 | 6435579 | Communications with counsel for Gillis and Wishner regarding meeting with Receiver to discuss potential clawback claims (.4); discuss | Fates, Edward G. | 0.9 | 417.15 | 1,872.00 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | investigation and evaluation of potential receivership and investor claims against third parties with D. Wallace (.5). | | | | |
| 01/26/15 | 6437106 | Discuss status of efforts to gather and preserve records from third parties with Receiver. | Fates, Edward G. | 0.2 | 92.70 | 1,964.70 |
| 01/27/15 | 6438038 | Follow up communications with Gillis and Wishner's counsel regarding meeting with Receiver (.1); advise A. Kudla regarding status (.1). | Fates, Edward G. | 0.2 | 92.70 | 2,057.40 |
| 01/28/15 | 6439423 | Discuss potential investor claims against third parties and communications with law firms regarding same with Receiver (.3); call with Gillis and Wishner's counsel to discuss potential clawback claims and meeting in San Diego regarding same and advise Receiver regarding same (.6). | Fates, Edward G. | 0.9 | 417.15 | 2,474.55 |
| 01/29/15 | 6442241 | Review issues re accounting and scope of investigation, advice as to pre-litigation approach, cost-benefit analysis (.6). | Zaro, David R. | 0.6 | 388.80 | 2,863.35 |
| 01/29/15 | 6440750 | Research and analyze potential claims against third parties and strategies regarding pursuit of same, discuss with Receiver (1.8); communications with Gillis and Wishner's counsel regarding cooperation and assistance in identifying clawback claims (.3). | Fates, Edward G. | 2.1 | 973.35 | 3,836.70 |
| 01/30/15 | 6442302 | Communications with Gillis and Wishner's counsel regarding issues and documents to be discussed at | Fates, Edward G. | 0.1 | 46.35 | 3,883.05 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | meeting. | | | | |
| 01/31/15 | 6442716 | Communications with Gillis and Wishner's counsel regarding meeting to discuss investigation and analysis of potential clawback claims. | Fates, Edward G. | 0.1 | 46.35 | 3,929.40 |
| 02/02/15 | 6445046 | Research and analyze potential claims against third parties, including elements of claims and issue of receiver v. investor standing to pursue claims (1.7); communications with Wishner and Gillis's counsel regarding meeting to discuss assistance in investigating potential clawback claims and discuss same with Receiver (.9); discuss motion for authority to pursue clawback claims with A. Kudla (.2). | Fates, Edward G. | 2.8 | 1,297.80 | 5,227.20 |
| 02/03/15 | 6445505 | Communications with Gillis and Wishner's counsel regarding assistance in gathering information about potential clawback claims. | Fates, Edward G. | 0.4 | 185.40 | 5,412.60 |
| 02/04/15 | 6446385 | Research regarding standing issue with respect to potential claims against third parties, provide initial report to Receiver and A. Kudla regarding same, and arrange call to discuss strategy regarding further investigation of claims (1.8); work on motion for authority to pursue clawback claims for investor profits (1.7). | Fates, Edward G. | 3.5 | 1,622.25 | 7,034.85 |
| 02/05/15 | 6447342 | Work on motion for authority to pursue clawback claims for investor profits, proposed settlement and litigation procedures (1.9); call with | Fates, Edward G. | 3.1 | 1,436.85 | 8,471.70 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Receiver to discuss potential claims against third parties, standing, investor claims, and potential investor action, and review information gathered by Receiver regarding same (1.0); communications with Gillis and Wishner's counsel regarding potential clawback claims (.2). | | | | |
| 02/09/15 | 6450399 | Work on motion regarding pursuit of clawback claims; discuss same with A. Kudla. | Fates, Edward G. | 1.1 | 509.85 | 8,981.55 |
| 02/11/15 | 6453025 | Work on motion for authority to pursue clawback claims and procedures regarding same (1.4); review information on potential investor claims against third parties and discuss same with D. Wallace (.9). | Fates, Edward G. | 2.3 | 1,066.05 | 10,047.60 |
| 02/11/15 | 6453654 | Draft legal basis for receiver's standing to pursue CUFTA claim and ponzi-presumption iso mtn for clawback claims (0.6). | Hsu, Tim | 0.6 | 202.50 | 10,250.10 |
| 02/12/15 | 6454571 | Conference call with potential investor class counsel regarding potential claims against third parties (.8); analyze issues regarding potential claims and discuss same with Receiver and D. Wallace (.8); work on motion for authority to pursue clawback claims and discuss same with A. Kudla (.9). | Fates, Edward G. | 2.5 | 1,158.75 | 11,408.85 |
| 02/12/15 | 6468481 | Research for additional legal authority iso arguments for motion to pursue clawback claims and draft citations for draft motion (1.8). | Hsu, Tim | 1.8 | 607.50 | 12,016.35 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/19/15 | 6459817 | Discuss information to be provided to Gillis and Wishner for assistance in analyzing potential clawback claims with A. Kudla; communications with Gillis and Wishner's counsel regarding same. | Fates, Edward G. | 0.4 | 185.40 | 12,201.75 |
| 02/20/15 | 6460044 | Review information about potential clawback claims provided by Gillis's counsel, respond to Gillis's counsel regarding same, discuss with A. Kudla, and further communications with Gillis's counsel. | Fates, Edward G. | 0.8 | 370.80 | 12,572.55 |
| 02/20/15 | 6461143 | Communications with D. Wallace regarding potential investor claims against third parties and class counsel regarding same. | Fates, Edward G. | 0.2 | 92.70 | 12,665.25 |
| 02/23/15 | 6461331 | Communications with Gillis's counsel regarding meeting to assist with potential clawback claims, access to computer files, and discuss same with A. Kudla (.8); discuss data needed for motion for authority to pursue clawback claims with A. Kudla (.4). | Fates, Edward G. | 1.2 | 556.20 | 13,221.45 |
| 02/23/15 | 6462142 | Call with SEC's counsel regarding first interim fee applications and motion for authority to pursue claims. | Fates, Edward G. | 0.3 | 139.05 | 13,360.50 |
| 02/24/15 | 6464172 | Call regarding fuel doctor with counsel in Detroit/follow-up with Receiver/counsel as to the same (.3); Address the strategy for the claw back motion/scope of demands/follow-up (.4). | Zaro, David R. | 0.7 | 453.60 | 13,814.10 |
| 02/25/15 | 6464597 | Discuss accounting analysis for potential clawback claims and motion | Fates, Edward G. | 1.9 | 880.65 | 14,694.75 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | for authority to pursue same with A. Kudla (.8); work on motion for authority to pursue claims (1.1). | | | | |
| 02/26/15 | 6466835 | Assess legal analysis of certain third party claims, related to net winners/recoveries, cost benefit of alternative approaches and advice to counsel (.6). | Zaro, David R. | 0.6 | 388.80 | 15,083.55 |
| 02/26/15 | 6465247 | Work on motion for authority to pursue clawback claims, including sections on statute of limitations and statute of repose and legal fees for pursuit of claims (1.7); correspondence with Gillis's counsel and A. Kudla regarding meeting with Gillis to discuss investor disbursements and profits (.2). | Fates, Edward G. | 1.9 | 880.65 | 15,964.20 |
| 02/27/15 | 6466169 | Communications with Receiver and D. Wallace regarding response to law firm about potential investor class action against third parties (.4); work on motion for authority to pursue clawback claims, form of settlement agreement and stipulated judgment (2.6). | Fates, Edward G. | 3.0 | 1,390.50 | 17,354.70 |
| 02/27/15 | 6468254 | Research issues and prepare citations for re: transferor's intent for input to mtn re: clawback claims (0.6). | Hsu, Tim | 0.6 | 202.50 | 17,557.20 |
| 03/02/15 | 6471186 | Review/revise the draft motion to approve clawback procedures, follow-up advice as to strategy (1.2). | Zaro, David R. | 1.2 | 777.60 | 18,334.80 |
| 03/02/15 | 6470389 | Work on form of settlement agreement and stipulated judgment for motion for authority to pursue claims (.9); communications with A. | Fates, Edward G. | 2.0 | 927.00 | 19,261.80 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Kudla and Gillis's counsel to arrange meeting with J. Gillis (.2); discuss accounting work for motion for authority to pursue claims with A. Kudla (.3); revisions to motion regarding same (.6). | | | | |
| 03/03/15 | 6471596 | Revisions to motion regarding clawback claims; discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 19,447.20 |
| 03/04/15 | 6472440 | Review accounting data for motion regarding clawback claims provided by A. Kudla, revisions to motion regarding same, and discuss revisions and timeline for clawback actions with A. Kudla (1.2); work on form of stipulated judgment for motion regarding clawback claims (.7). | Fates, Edward G. | 1.9 | 880.65 | 20,327.85 |
| 03/05/15 | 6472939 | Revisions to form of settlement agreement and stipulated judgment and discuss motion and exhibits with SEC's counsel (.9); follow up communications with J. Gillis's counsel regarding meeting with J. Gillis in San Diego (.1). | Fates, Edward G. | 1.0 | 463.50 | 20,791.35 |
| 03/12/15 | 6482064 | Work with counsel related to terms for the settlement proposals in connection with the recovery of profits/clawback. | Zaro, David R. | 0.4 | 259.20 | 21,050.55 |
| 03/12/15 | 6480255 | Discuss clawback motion with SEC's counsel (.3); revisions and edits to motion (.2). | Fates, Edward G. | 0.5 | 231.75 | 21,282.30 |
| 03/13/15 | 6480681 | Revisions to clawback motion and discuss same with Receiver and A. Kudla (.6); meet and confer communication to counsel for SEC | Fates, Edward G. | 0.9 | 417.15 | 21,699.45 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and counsel for Gillis and Wishner regarding clawback motion (.2); discuss hearing date for motion with Receiver (.1). | | | | |
| 03/17/15 | 6483314 | Call and emails with prospective investor class counsel regarding facts and documents for potential claims against third parties and discuss same with D. Wallace and Receiver. | Fates, Edward G. | 1.3 | 602.55 | 22,302.00 |
| 03/19/15 | 6485987 | Discuss issues regarding potential investor class claims against third parties with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 22,394.70 |
| 03/20/15 | 6486921 | Call with Receiver and D. Wallace to discuss potential receivership and investor class claims against third parties, inquiries regarding same from potential investor class counsel, and gather and review documents regarding potential claims. | Fates, Edward G. | 1.3 | 602.55 | 22,997.25 |
| 03/23/15 | 6490199 | Work on the issues concerning settlement strategy with regard to initial parties and confer with counsel related to approach to the cases (.4). | Zaro, David R. | 0.4 | 259.20 | 23,256.45 |
| 03/23/15 | 6487863 | Discuss forensic accounting for clawback claims with A. Kudla (.3); work on gathering information for evaluation and pursuit of potential claims against third parties (.2). | Fates, Edward G. | 0.5 | 231.75 | 23,488.20 |
| 03/24/15 | 6488705 | Gather information regarding potential firms to evaluate third party claims for Receiver (.4); discuss April 20 hearing with Receiver (.1). | Fates, Edward G. | 0.5 | 231.75 | 23,719.95 |
| 03/25/15 | 6490326 | Discuss forensic work needed for clawback demand letters with A. | Fates, Edward G. | 0.2 | 92.70 | 23,812.65 |

05/08/15 16:52:20 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Kudla. | | | | |
| 03/26/15 | 6491682 | Communications with Gillis's counsel regarding March 30 meeting with Gillis at Receiver's office, scope and participants at meeting. | Fates, Edward G. | 0.4 | 185.40 | 23,998.05 |
| 03/30/15 | 6493414 | Communications with Receiver and A. Kudla regarding plan for Gillis meeting. | Fates, Edward G. | 0.4 | 185.40 | 24,183.45 |
| 03/31/15 | 6497606 | Work on the claims related to clawback claims and follow-up thereon/advise regarding next steps (.4); Address potential claims against financial institutions and advise regarding same (.3). | Zaro, David R. | 0.7 | 453.60 | 24,637.05 |
| 03/31/15 | 6495572 | Advise Receiver regarding potential claims against third parties and investigation of same. | Fates, Edward G. | 0.4 | 185.40 | 24,822.45 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 4.6 | 648.00 | 2,980.80 |
| 001665 | Edward G. Fates | 42.9 | 463.50 | 19,884.15 |
| 002055 | Tim Hsu | 5.8 | 337.50 | 1,957.50 |
| | | 53.3 | | 24,822.45 |
| Total Fees | | | | 24,822.45 |
| Total Disbursements | | | | 0.00 |

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00009                    Matter Name: Employment/Fees

Date of Last Billing:                                                                                   Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1214560
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00009 (Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/08/15 | 6423067 | Discuss legal fees incurred per month, costs, and fee applications with A. Kudla. | Fates, Edward G. | 0.3 | 139.05 | 139.05 |
| 01/12/15 | 6426398 | Discuss preparation of Receiver's fee application with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 231.75 |
| 01/20/15 | 6534343 | Assist in reviewing and revising Receiver's fee application and discuss same with A. Kudla (.9). | Fates, Edward G. | 0.9 | 417.15 | 648.90 |
| 01/27/15 | 6438245 | Review and revise Receiver's first interim fee application and discuss same with A. Kudla. | Fates, Edward G. | 1.6 | 741.60 | 1,390.50 |
| 01/29/15 | 6440428 | Communications with SEC's counsel regarding first interim fee applications. | Fates, Edward G. | 0.1 | 46.35 | 1,436.85 |
| 02/09/15 | 6450726 | Communications with SEC's counsel regarding fee applications. | Fates, Edward G. | 0.1 | 46.35 | 1,483.20 |
| 02/11/15 | 6454047 | Discuss timing of fee applications with A. Kudla. | Fates, Edward G. | 0.1 | 46.35 | 1,529.55 |

### Proforma Summary

05/08/15 15:57:18 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 3.3 | 463.50 | 1,529.55 |
| | | 3.3 | | 1,529.55 |
| Total Fees | | | | 1,529.55 |
| Total Disbursements | | | | 0.00 |