DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
          tfates@allenmatkins.com
          thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>                    Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>                    Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**THIRD INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:      September 21, 2015<br>Time:      10:00 a.m.<br>Ctrm:      1 - 2nd Floor<br>Judge:    Hon. S. James Otero |

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates, hereby submits this third interim application for approval and payment of fees and reimbursement of expenses ("Application").  This Application covers the period from April 1, 2015 through June 30, 2015 ("Third Application Period"), and seeks interim approval of $51,826.50 in fees and $2,951.36 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of fees incurred ($41,461.20) and 100% of expenses incurred.  As it has since the beginning of the receivership, Allen Matkins has discounted its customary hourly rates by 10%.

## I.    INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission").  The Receiver was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors.  The appointment orders also authorize the Receiver to engage counsel to assist him in the performance of his duties.  The Receiver promptly determined that experienced, qualified counsel was critical due to the size and complexity of the receivership estate.  Accordingly, the Receiver engaged Allen Matkins to assist with urgent legal issues facing the receivership estate and the firm immediately began work, including assisting with the

1 takeover of the companies and securing their assets.  The Court approved the

2 Receiver's proposal to file reports and fee applications on a quarterly basis.  Dkt.

3 No. 47.  The Court also approved Allen Matkins' First and Second Interim Fee

4 Application, authorizing payment of 80% of fees incurred and 100% of costs

5 incurred.  Dkt. Nos. 72, 79.

6      This fee application should be read in conjunction with the Receiver's Fourth

7 Interim Report ("Fourth Report"), which describes in detail the Receiver's activities

8 during the Third Application Period.  So as to avoid repetition, references are made

9 to relevant portions of the Fourth Report in the below descriptions of Allen Matkins'

10 work.

11      This Application seeks interim approval of $51,826.50 in fees for a total of

12 128.30 hours worked and payment on an interim basis of 80% of that amount, or

13 $41,461.20.  The work performed is described task-by-task on Exhibit A and is

14 broken down into the following categories:

| Category | Hours | Amount |
|---|---|---|
| General Receivership | 3.5 | 1,622.25 |
| Asset Investigation | 85.3 | 32,251.05 |
| Reporting | 8.5 | 3,939.75 |
| Claims & Distributions | 3.7 | 1,687.05 |
| Third Party Recoveries | 22.3 | 10,008.90 |
| Pending Litigation | 0.7 | 324.45 |
| Employment/Fees | 4.3 | 1,993.05 |
| Totals | 128.30 | $51,826.50 |

25      The initial phase of a complex equity receivership always involves substantial

26 work by the receiver and professionals to (a) identify and secure cash, real property,

27 and other assets, (b) preserve their value, (c) investigate and pursue recovery of funds

28 disbursed from the Receivership Entities' accounts, (d) address operational and

employee issues, (e) gather and review key documents, and (f) advise the Court on the status of the Receiver's activities.  As this type of receivership progresses, fees and costs generally decline as operations are stabilized, assets are secured and protected, and procedures for the efficient administration of the receivership are put in place.  This general trend of declining fees after the initial phase of the receivership is evident here.  The fees incurred during the Third Application Period have declined substantially from those in Allen Matkins' First and Second Interim Fee Applications ($113,047.65 and $67,638.75, respectively).

Allen Matkins has worked diligently and efficiently to assist the Receiver with urgent legal issues facing the receivership estate.  The firm has assisted the Receiver in carrying out his Court-ordered duties and should be compensated on an interim basis for its work.

## II.   SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

### A.   General Receivership

Allen Matkins' work in the General Receivership category involved communications with counsel for Defendant Joel Gillis and the Assistant United States Attorneys working on the related criminal case.  Allen Matkins advised the Receiver regarding the production of information to Gillis' counsel in response to their request.  The reasonable and necessary fees for Allen Matkins' work in this category total $1,622.25.

### B.   Asset Investigation

Allen Matkins' time in this category focused on assisting in the Receiver's investigation and recovery of receivership assets.  In particular, during the Third Application Period, Allen Matkins issued 33 subpoenas to various financial institutions, witnesses (entities and individuals), and other third parties to obtain documents necessary to the Receiver's investigation and accounting.  Allen Matkins followed up and handled direct communications with the recipients of subpoenas as

1  necessary and appropriate to ensure their compliance.  The firm also maintains a
2  tracking log of subpoenas issued and records received.

3      During the Third Application Period, the Receiver's investigation and
4  document gathering efforts focused largely on the Oasis entities.  Very little
5  information about the Oasis entities' assets or operations was provided by Defendants
6  or Relief Defendants.  For the most part, the Receiver and Allen Matkins had to
7  gather records from scratch, review and analyze bank statements and other
8  documents, and interview witnesses to ascertain the assets and operations of the
9  Oasis entities, as well as investments, loans, and other transfers made from Oasis
10 accounts.  Attorney Ted Fates also participated in a meeting with Defendant Edward
11 Wishner and his counsel on April 3, 2014.  Due to the large number of entities,
12 individuals, and vehicles associated with Oasis, and the lack of record-keeping by the
13 companies, the investigation and document gathering work was very time-
14 consuming.

15     During the investigation, the Receiver learned that prior to the receivership,
16 Oasis had transferred funds to Lisa Freede Design, LLC ("LFD"), a settlement had
17 been reached between LFD and Wishner, and LFD had been making payments to
18 Wishner pursuant to the settlement.  Allen Matkins assisted the Receiver in
19 contacting Wishner's counsel and securing Wishner's agreement to (a) turn over the
20 settlement payments to the Receiver and (b) instruct LFD to make all future
21 settlement payments directly to the Receiver.  A total of $12,000 was recovered, with
22 payments of $1,500 due from LFD each month.

23     The Receiver's investigation also revealed that NASI and Oasis transferred
24 $160,000 to KER, LLC, an entity associated with Robert Keller's sister, Karin
25 McCoy.  Allen Matkins assisted the Receiver in communications with KER's counsel
26 and in securing recovery of the full $160,000.

27     During the deposition of Robert Keller taken in March 2015, it was learned
28 that Robert Keller had taken vehicles previously being managed by Oasis and

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1  continued managing them under the name Fiji Rentals.  Allen Matkins assisted the

2  Receiver in communications with Robert Keller and Fiji Rentals regarding this issue.

3  Although Keller and Fiji Rentals initially agreed to turn over the rental income from

4  the vehicles, they have failed to do so and the Receiver now intends to seek relief

5  from the Court.

6        Finally, Allen Matkins assisted in communications with Fuel Doctor, LLC and

7  Mark Soffa and in securing the production of documents necessary of the Receiver's

8  investigation of Fuel Doctor.  The reasonable and necessary fees for work in this

9  category during the Second Application Period total $32,251.05.

10        **C.**     <u>**Reporting**</u>

11        Allen Matkins' work in this category during the Third Application Period

12  focused on preparing the Receiver's Third Interim Report and Recommendations

13  ("Third Report").  Dkt. No. 73.  The Third Report, filed on May 27, 2015, provided a

14  detailed summary of the Receiver's activities during the first quarter of 2015,

15  including receipts and disbursements for the receivership estate during that period.

16  Allen Matkins also assisted in discussing the Third Report with counsel for the

17  Securities and Exchange Commission ("Commission") and in responding to the

18  Commission's questions.  The reasonable and necessary fees for work in this

19  category total $3,939.75.

20        **D.**     <u>**Claims and Distributions**</u>

21        During the Third Application Period, Allen Matkins responded to direct

22  inquiries from investors and creditors and their counsel regarding the Receiver's

23  appointment, the effect of the receivership, claims against the receivership estate,

24  1099 tax statements, and related issues.  This category also includes time advising

25  the Receiver on the content and features of the receivership website.  The reasonable

26  and necessary fees for work in this category total $1,687.05.

27

28

### E.   Third Party Recoveries

Allen Matkins' work in this category focused mainly on the pursuit of Clawback Claims pursuant to the order authorizing the Receiver to pursue such claims and approving procedures related thereto.  Dkt. No. 72.  The firm advised the Receiver regarding legal issues relating to Clawback Claims, the scope of recoverable transfers, and the statute of limitations and repose for such claims.  Allen Matkins also advised on legal issues unique to certain claims (including probate issues), recovery strategy, and forensic accounting needed to support Clawback Claims.  Allen Matkins advised on demand letters and communicated directly with counsel for various investors who received profits ("Net Winners"), including finalizing settlements with certain Net Winners pursuant to the Court-approved procedures.[1]  The success of the Receiver and Allen Matkins' work on Clawback Claims is already evident as the Receiver has recovered more than $1.1 million in Clawback settlements to date.

Allen Matkins also assisted the Receiver in investigating claims against other third parties who may have assisted in NASI's fraudulent activities.  The Receiver's investigation and evaluation of such claims is ongoing.  The reasonable and necessary fees for work in this category total $10,008.90.

### F.   Pending Litigation

Allen Matkins assisted the Receiver in reviewing and addressing a lawsuit brought by Lisa Gauff against an Oasis-related entity, among other defendants.  The reasonable and necessary fees for work in this category total $324.45.

---

[1]   It should be noted that Allen Matkins' work on Clawback Claims does not duplicate or overlap with work performed by the Receiver and his staff.  Allen Matkins' role is to prepare legal documents, advise on legal issues and strategy, communicate with counsel for Net Winners who contact the firm directly, and handle litigation in the event Net Winners do not accept the Court-approved settlement offer.  The Receiver and his staff perform necessary accounting and analysis, prepare and track demand letters, handle direct communications with Net Winners, and finalize settlements with Net Winners who do not have counsel.

## G.     Employment/Fees

Although fee applications are a necessary component of federal equity receiverships, neither the Receiver nor his professionals charge for time spent preparing their own detailed applications.  Allen Matkins assisted the Receiver in preparing his Second Interim Fee Application as well as in discussing the fee applications with counsel for the Commission.  The reasonable and necessary fees for work in this category total $1,993.05.

## H.     Summary of Expenses

Allen Matkins requests the Court approve reimbursement of $2,951.36 in out-of-pocket costs.  The itemization of such expenses is summarized below by category. The majority of expenses incurred relate to the service of the 33 subpoenas issued by Allen Matkins to assist the Receiver in obtaining necessary records.

The total for costs incurred by Allen Matkins during the Application Period is $2,951.36 and is broken down by category as follows:

| Category | Total |
| --- | --- |
| Legal Research / PACER fees | 199.50 |
| Service / Messenger fees | 1,634.04 |
| Duplication/Faxes/Postage | 64.07 |
| Conference Calls | 19.25 |
| Discovery Costs | 1,034.50 |
| TOTAL | $2,951.36 |

## III.    THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered."  *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of the Receiver and his professionals, including Allen Matkins.  Decisions regarding the timing and amount of an award of

1    fees and costs to the Receiver and his Professionals are committed to the sound

2    discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

3        In allowing fees, a court should consider "the time, labor and skill required,

4    but not necessarily that actually expended, in the proper performance of the duties

5    imposed by the court upon the receiver[], the fair value of such time, labor and skill

6    measured by conservative business standards, the degree of activity, integrity and

7    dispatch with which the work is conducted and the result obtained."  *United States v.*

8    *Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks

9    omitted).  In practical terms, receiver and professional compensation thus ultimately

10   rests upon the result of an equitable, multi-factor balancing test involving the

11   "economy of administration, the burden that the estate may be able to bear, the

12   amount of time required, although not necessarily expended, and the overall value of

13   the services to the estate."  *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir.

14   1970).  Regardless of how this balancing test is formulated, no single factor is

15   determinative and "a reasonable fee is based [upon] all circumstances surrounding

16   the receivership."  *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*,

17   374 F. Supp. 465, 480 (S.D. Tex. 1974).

18       As a preliminary matter, the TRO and Preliminary Injunction Order confer on

19   the Receiver substantial duties and powers, including to conduct such investigation

20   and discovery as is necessary to locate and account for all receivership assets, take

21   such action as is necessary and appropriate to assume control over and preserve

22   receivership assets, and employ attorneys and others to investigate and, where

23   appropriate, institute, pursue, and prosecute all claims and causes of action of

24   whatever kind and nature.  *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42

25   (Preliminary Injunction Order, Part XII).  The Receiver promptly determined that

26   experienced, qualified counsel was necessary due to the size and complexity of the

27   receivership estate.  The Court approved the Receiver's proposal to file interim

28   reports and fee applications on a quarterly basis.  Dkt. No. 47.

Allen Matkins has submitted a detailed fee application which describes the nature of the services rendered and the identity and billing rate of each individual performing each task. *See* Exhibit A. Allen Matkins has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented. The request for fees is based on Allen Matkins' customary billing rates charged for comparable services provided in other matters, less a 10% discount. In addition, Allen Matkins did not charge for 3.4 hours ($1,575.90) of work during the Third Application Period.

The work performed by Allen Matkins was essential to carrying out the Receiver's Court-ordered duties. The Receiver and Allen Matkins have worked diligently since the Receiver's appointment to (a) investigate, secure, and protect the assets of the receivership estate, (b) preserve and maintain the limited revenue stream from the ATM business, (c) investigate transfers to third parties and potential claims related thereto, (d) inform the Court and the parties of the Receiver activities, (e) make recommendations for the efficient and effective administration of the receivership, and (f) efficiently disseminate information to investors and respond to frequently asked questions. It should be noted that Allen Matkins' work does not duplicate or overlap with work performed by David Wallace, the General Counsel of the Receiver's company, Trigild, Inc. Mr. Wallace has handled legal issues relating to NASI's operations, including the ATM business, the servicers, other vendors, and insurance issues.

Allen Matkins seeks payment of only 80% of fees incurred on an interim basis in recognition of the fact that its work in assisting the Receiver is ongoing. Payment of the proposed 20% holdback will be sought at the conclusion of the receivership. Allen Matkins' fees are fair and reasonable and should be approved and paid on an interim basis.

## IV.   CONCLUSION

Allen Matkins therefore respectfully requests this Court enter an Order:

1.      Approving Allen Matkins' fees, on an interim basis, of $51,826.50;

2.      Authorizing and directing the Receiver to pay 80% of approved fees, or $41,461.20, from the assets of the Receivership Entities;

3.      Approving Allen Matkins' costs in the amount of $2,951.36, and authorizing and directing the Receiver to reimburse such costs in full; and

4.      For such other and further relief as the Court deems appropriate.

Dated:  August 18, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:_____/s/ Ted Fates_____
TED FATES
Attorneys for Receiver
WILLIAM J. HOFFMAN

# EXHIBIT A

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00002                    Matter Name: General Receivership

Date of Last Billing: 06-22-2015                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220769
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/21/15 | 6515806 | Review request from Gillis's counsel for investor contact information, analyze legal issues regarding same, communications with Gillis's counsel, confer with SEC's counsel and AUSA regarding same; and advise A. Kudla regarding status. | Fates, Edward G. | 0.8 | 370.80 | 370.80 |
| 04/22/15 | 6516578 | Confer with Gillis's counsel regarding request for information and continuance of criminal sentencing and advise Receiver regarding same. | Fates, Edward G. | 1.2 | 556.20 | 927.00 |
| 04/23/15 | 6518107 | Discuss issues regarding Gillis's request for information with A. Kudla (.2); call with AUSA regarding same and sentencing issues (.3). | Fates, Edward G. | 0.5 | 231.75 | 1,158.75 |
| 04/24/15 | 6519093 | Communications with AUSA Katzenstein (.2); discuss Gillis's request for information with A. Kudla and communications with Gillis's counsel regarding same (.3). | Fates, Edward G. | 0.5 | 231.75 | 1,390.50 |
| 04/28/15 | 6522306 | Discuss production of investor list to Gillis's counsel with A. Kudla. | Fates, Edward G. | 0.1 | 46.35 | 1,436.85 |
| 05/01/15 | 6528463 | Discuss NASI investor list with A. Kudla and communications with | Fates, Edward G. | 0.4 | 185.40 | 1,622.25 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Gillis's counsel regarding same. | | | | |

## Disbursements for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 04/01/15 | 2124670 | Production of Documents - - Mark S. Varshwsky & Associates - Fee for production of records per subpoena re Hollywood Wagons LLC | 1.00 | 50.00 |
| 04/13/15 | 2126835 | Duplication | 2.00 | 0.38 |
| 04/15/15 | 2136844 | Audio Conferencing - Aspen Conferencing - Fates Edward ^ 10773 - Call to: 2147899424 6192 331155 6192331155 8582421222 8582421222 | 1.00 | 19.25 |
| 04/29/15 | 2131731 | Document Search - - Pacer Service 01/01/2015- 03/31/2015^2505376-Q120 | 1.00 | 2.70 |
| 05/20/15 | 2138771 | Messenger - - Federal Express - Invoice No: 504823405  Ship To: Aaron Kudla, Esq | 1.00 | 10.74 |
| 05/21/15 | 2134566 | Duplication | 9.00 | 1.71 |
| 05/21/15 | 2138804 | Messenger - - Federal Express - Invoice No: 504843216  Ship To: Ramon  Santoyo Sr | 1.00 | 10.74 |
| 05/22/15 | 2138805 | Messenger - - Federal Express - Invoice No: 504843216  Ship To: c o Ramon  Santoyo Jr | 1.00 | 13.82 |
| 05/22/15 | 2144308 | Service of Process - - Nationwide Legal, LLC Touchstone Televison Productions^135146 | 1.00 | 105.00 |
| 05/23/15 | 2138777 | Messenger - - Federal Express - Invoice No: 504843216  Ship To: MARCELLA LYONS | 1.00 | 10.91 |
| 05/27/15 | 2139495 | Messenger  - - Federal Express Invoice No: 505525016 Ship To: Hon  James S  Otero | 1.00 | 10.74 |
| 05/29/15 | 2135366 | Transcript - - Veritext, LLC - Re: Robert Alan Keller's deposition | 1.00 | 984.50 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 06/05/15 | 2145763 | Service of Process - - Nationwide Legal, LLC Paul McCormick^424200 | 1.00 | 154.00 |
| 06/05/15 | 2145767 | Service of Process - - Nationwide Legal, LLC Cor Bgallo Social LLC^424200 | 1.00 | 38.00 |
| 06/05/15 | 2145768 | Service of Process - - Nationwide Legal, LLC Brian Gallo^424200 | 1.00 | 35.00 |
| 06/05/15 | 2145769 | Service of Process - - Nationwide Legal, LLC COR SH Equity Holdings LLC^424200 | 1.00 | 61.00 |
| 06/05/15 | 2145770 | Service of Process - - Nationwide Legal, LLC Steve Doherty^424200 | 1.00 | 25.00 |
| 06/05/15 | 2145771 | Service of Process - - Nationwide Legal, LLC Southwestern Imports Tiffany Inc^424200 | 1.00 | 141.00 |
| 06/05/15 | 2145772 | Service of Process - - Nationwide Legal, LLC Dana Point Horror LLC^424200 | 1.00 | 95.00 |
| 06/05/15 | 2145773 | Service of Process - - Nationwide Legal, LLC Cor Van Owen Group Limited^424200 | 1.00 | 90.00 |
| 06/05/15 | 2145774 | Service of Process - - Nationwide Legal, LLC Cor Padre Group^424200 | 1.00 | 35.00 |
| 06/05/15 | 2145775 | Service of Process - - Nationwide Legal, LLC J. Richard Leyner^424200 | 1.00 | 35.00 |
| 06/05/15 | 2145776 | Service of Process - - Nationwide Legal, LLC Cor Tamp Media Consulting Inc^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145777 | Service of Process - - Nationwide Legal, LLC Cor Sepna LLC^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145778 | Service of Process - - Nationwide Legal, LLC Ali Reza Nader^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145779 | Service of Process - - Nationwide Legal, LLC Rachel Howitt^424200 | 1.00 | 45.00 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 06/05/15 | 2145780 | Service of Process - - Nationwide Legal, LLC NAI Capital Management Services^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145781 | Service of Process - - Nationwide Legal, LLC Michael Zugsmith^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145782 | Service of Process - - Nationwide Legal, LLC Cor Nai Capital Inc^424200 | 1.00 | 45.00 |
| 06/05/15 | 2145783 | Service of Process - - Nationwide Legal, LLC Catherine Nguyen^424200 | 1.00 | 38.00 |
| 06/05/15 | 2145784 | Service of Process - - Nationwide Legal, LLC Cor L.E.D.Productions LLC^424200 | 1.00 | 35.00 |
| 06/05/15 | 2145785 | Service of Process - - Nationwide Legal, LLC Cor Devonshire Capital Group LLC^424200 | 1.00 | 76.00 |
| 06/05/15 | 2145786 | Service of Process - - Nationwide Legal, LLC K. Joseph Shabani Esq^424200 | 1.00 | 35.00 |
| 06/05/15 | 2145787 | Service of Process - - Nationwide Legal, LLC Cor Insurance West Corporation^424200 | 1.00 | 55.00 |
| 06/08/15 | 2140809 | Duplication | 133.00 | 25.27 |
| 06/08/15 | 2141289 | Messenger - - Federal Express Invoice No: 506257909  Ship To: Hon S James Otero | 1.00 | 11.26 |
| 06/08/15 | 2141290 | Messenger - - Federal Express Invoice No: 506257909  Ship To: Aaron J Kudla, Esq | 1.00 | 10.78 |
| 06/09/15 | 2140810 | Duplication | 109.00 | 20.71 |
| 06/15/15 | 2145764 | Service of Process - - Nationwide Legal, LLC Cor for Hanna Ridge Vineyards LLC^424200 | 1.00 | 76.00 |
| 06/15/15 | 2145765 | Service of Process - - Nationwide Legal, LLC Cor for U.S. Bank, Torrance Office^424200 | 1.00 | 50.00 |
| 06/15/15 | 2145766 | Service of Process - - Nationwide Legal, LLC Hanna Soffa^424200 | 1.00 | 35.00 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 06/19/15 | 2142680 | Telecopier | 8.00 | 16.00 |
| 06/19/15 | 2146721 | Messenger - - Federal Express Invoice No: 507744705 Paid to: 1665 Ship To: Darren Wishner Ship Dt: 06/19/15 Airbill: 780849716832 | 1.00 | 15.27 |
| 06/22/15 | 2144988 | Lexis Lexis - Research | 1.00 | 196.80 |
| 06/24/15 | 2147093 | Messenger - - Federal Express Invoice No: 508441925 Ship To: Aaron Kudla Ship Dt: 06/24/15 Airbill: 780875603609 | 1.00 | 10.78 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 3.5 | 463.50 | 1,622.25 |
| | | 3.5 | | 1,622.25 |
| Total Fees | | | | 1,622.25 |
| Total Disbursements | | | | 2,951.36 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00003                    Matter Name: Asset Investigation

Date of Last Billing: 06-22-2015                                                         Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220779
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00003 (Asset Investigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/01/15 | 6498425 | Calls with R. Keller and D. Perillo regarding Fiji document production, accounting and potential settlement of issues and discuss same with A. Kudla (1.1); call with Georgia Production Services counsel regarding subpoena and document production and emails regarding same (.6); call with counsel for L. Freede regarding subpoena, document production, and settlement payments (.4); communications with Wishner's counsel regarding L. Freede issues (.2); work on new subpoenas to Oasis-related entities (.2); communications with A. Kudla regarding Oasis documents produced by Wishner (.1); communications with A. Kudla regarding call with US Attorney accountant (.1); call with counsel for KER, LLC regarding Oasis loan and document production and advise A. Kudla regarding same (.8); call with counsel for Laurelwood Place and Natwest Management regarding subpoena and extension of time to respond (.3); discuss | Fates, Edward G. | 4.3 | 1,993.05 | 1,993.05 |

Exhibit A
Page 17

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | preparation and plan for Wishner meeting with A. Kudla (.5). | | | | |
| 04/01/15 | 6500898 | Review production received from Kuntry Kustom and correspondence to Receiver re: the same (0.4); Prepare subpoena to CNB (0.3). | Hsu, Tim | 0.7 | 236.25 | 2,229.30 |
| 04/02/15 | 6499648 | Review and respond to emails regarding service of subpoenas and update and forward spreadsheet tracking status of subpoenas. | Kaup, John T. | 1.8 | 405.00 | 2,634.30 |
| 04/02/15 | 6498974 | Communications with counsel for Georgia Production Services regarding document production, affidavit from GPS, and funds held by Receiver, advise Receiver regarding same, and revisions to affidavit regarding lack of affiliation to Oasis (2.8); call from Apache Rentals regarding subpoena and document production (.2); follow up call and email to Deborah Keller's counsel regarding subpoena and document production (.2). | Fates, Edward G. | 3.2 | 1,483.20 | 4,117.50 |
| 04/03/15 | 6500974 | Review documents and prepare for meeting with Wishner and A. Solero and discuss same with A. Kudla (2.6); attend meeting with Wishner and A. Solero to discuss Oasis assets, business, loans, records, and related issues (5.7); travel to and from meeting in Woodland Hills (1.5); communications with counsel for Fiji Rentals (.2). | Fates, Edward G. | 10.0 | 4,635.00 | 8,752.50 |
| 04/05/15 | 6506936 | Communications with counsel for Georgia Production Services | Fates, Edward G. | 0.1 | 46.35 | 8,798.85 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding document production and affidavit. | | | | |
| 04/06/15 | 6502336 | Review incoming responses to subpoenas. | Kaup, John T. | 0.4 | 90.00 | 8,888.85 |
| 04/07/15 | 6503709 | Review of latest productions/responses to subpoenas. | Kaup, John T. | 0.2 | 45.00 | 8,933.85 |
| 04/07/15 | 6506930 | Communications with Receiver and counsel for Georgia Production Services regarding document production and release of funds. | Fates, Edward G. | 0.3 | 139.05 | 9,072.90 |
| 04/07/15 | 6521332 | Calls with Desmond Studio re: subpoena and document production (0.4); Correspondence with receiver re: documents produced by Desmond Studio (0.2). | Hsu, Tim | 0.6 | 202.50 | 9,275.40 |
| 04/08/15 | 6504617 | Review status of subpoenas and document responses. | Kaup, John T. | 0.1 | 22.50 | 9,297.90 |
| 04/08/15 | 6506929 | Discuss affiliate status and payments from studios for trailer rentals with A. Kudla and K. Berry (.2); communications with counsel for L. Freede and Wishner regarding recovery of settlement payments (.3). | Fates, Edward G. | 0.5 | 231.75 | 9,529.65 |
| 04/08/15 | 6504359 | Call with A.Nader re: subpoena to Laurelwood Place (0.2). | Hsu, Tim | 0.2 | 67.50 | 9,597.15 |
| 04/09/15 | 6506033 | Review and update information on responses to subpoenas. | Kaup, John T. | 0.2 | 45.00 | 9,642.15 |
| 04/09/15 | 6521437 | Correspondences and calls with Desmonds re: production of documents (0.3); Review Desmonds' document production and correspondence to Receiver re: the same (0.4); Review production from | Hsu, Tim | 1.1 | 371.25 | 10,013.40 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Hollywood Wagons and Heritage (0.3); Correspondence to Receiver's office re: Hollywood Wagons and Heritage production (0.1). | | | | |
| 04/10/15 | 6507070 | Update information regarding responses to subpoenas and forward tracking spreadsheet to client. | Kaup, John T. | 0.9 | 202.50 | 10,215.90 |
| 04/10/15 | 6506937 | Respond to counsel for Laurelwood regarding document subpoena. | Fates, Edward G. | 0.1 | 46.35 | 10,262.25 |
| 04/13/15 | 6509071 | Review document productions and update information regarding responses to subpoenas. | Kaup, John T. | 1.1 | 247.50 | 10,509.75 |
| 04/13/15 | 6507824 | Discuss Wishner/Oasis issues with A. Kudla and list of follow up items from Wishner meeting (.3); communications with Wishner's counsel regarding turnover of L. Freede payments (.2); communications with counsel for KER, LLC regarding document production and funds received from NASI and Oasis (.2); follow up communications to counsel for D. Keller (.1). | Fates, Edward G. | 0.8 | 370.80 | 10,880.55 |
| 04/14/15 | 6509370 | Review emails with productions and update spreadsheet tracking subpoenas. | Kaup, John T. | 0.2 | 45.00 | 10,925.55 |
| 04/14/15 | 6508569 | Call with counsel for Fiji regarding document production, ownership of trailers and related issues (.6); follow up communications with L. Freede's counsel regarding settlement payments (.2); call with M. Soffa regarding Fuel Doctor issues (.2). | Fates, Edward G. | 1.0 | 463.50 | 11,389.05 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/15/15 | 6511197 | Call with counsel for KER, LLC regarding return of loan funds from NASI and Oasis and communications with R. Keller and Wishner's counsel regarding same (.5); communications with R. Keller regarding settlement of Fiji issues (.2); communications with L. Freede's counsel and Wishner's counsel regarding settlement payment instructions and discuss same with A. Kudla (.4); communications with counsel for D. Keller regarding document production (.1). | Fates, Edward G. | 1.2 | 556.20 | 11,945.25 |
| 04/16/15 | 6515653 | Call with witness claimant as to the Oasis assets, evidence in support of claims/conversion of local assets by husband of witness and relationship with defendant Wisher (.6). Follow-up review of documents and background of transfers by Wisher, conversion of assets (.5). | Zaro, David R. | 1.1 | 712.80 | 12,658.05 |
| 04/16/15 | 6512871 | Update spreadsheet tracking subpoena status; review documents and proofs received. | Kaup, John T. | 0.2 | 45.00 | 12,703.05 |
| 04/16/15 | 6511964 | Discuss response to subpoena from counsel for BST Power and strategy regarding same with A. Kudla and K. Berry (.2); discuss L. Freede payments and Fuel Doctor issues with A. Kudla (.2); communications with Wishner's counsel regarding additional bank statements needed from Wishner's office and discuss same with A. Kudla (.3); advise on issues regarding D. Keller document | Fates, Edward G. | 1.3 | 602.55 | 13,305.60 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | production and communications with D. Keller's counsel (.4); communications with KER's counsel regarding return of loan proceeds to Receiver (.2). | | | | |
| 04/17/15 | 6514146 | Review email regarding status of response to subpoena. | Kaup, John T. | 0.1 | 22.50 | 13,328.10 |
| 04/17/15 | 6513504 | Follow up communications regarding Wishner's payment instruction to L. Freede (.1); communications with Wishner's counsel and A. Kudla regarding pick up of additional bank records from Wishner's office (.2); review correspondence and documents received from Fiji Rentals and discuss same with A. Kudla (.3). | Fates, Edward G. | 0.6 | 278.10 | 13,606.20 |
| 04/20/15 | 6515260 | Review responses to document subpoenas and update spreadsheet tracking status. | Kaup, John T. | 0.2 | 45.00 | 13,651.20 |
| 04/20/15 | 6514571 | Call from R. Keller regarding potential sale of L. Gauff trailers (.2); communications with A. Kudla regarding pick up of additional records from Wishner's office and communications with Wishner's counsel regarding same (.2); discuss Fiji Rentals, Damien Perillo, US Bank subpoena, Oasis transfers, Laurelwood transfers, and related issues with A. Kudla (.7). | Fates, Edward G. | 1.1 | 509.85 | 14,161.05 |
| 04/20/15 | 6525300 | Review production from Laurelwood and Natwest and correspondence to Receiver re: the same (0.3). | Hsu, Tim | 0.3 | 101.25 | 14,262.30 |
| 04/21/15 | 6516893 | Review/analysis of the discovery requests concerning NASI from the | Zaro, David R. | 0.7 | 453.60 | 14,715.90 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | defendant's counsel, assess response and cooperation (.3). Call with Ms. Debra Keller and address the discovery demands re Oasis, Wishner and Robert Keller (.4). | | | | |
| 04/21/15 | 6516379 | Review supplemental responses to subpoenas and update spreadsheet tracking responses. | Kaup, John T. | 0.2 | 45.00 | 14,760.90 |
| 04/21/15 | 6515334 | Call from R. Keller regarding Fiji/Oasis issues (.1); review letter regarding document production from L. Freede's counsel (.1); review Laurelwood objections to subpoena and discuss Laurelwood/Natwest and Citi Bank account issues with A. Kudla (.5); review and discuss correspondence from FTP Productions with A. Kudla (.1); communications with KER's counsel regarding repayment of loan (.2). | Fates, Edward G. | 1.0 | 463.50 | 15,224.40 |
| 04/22/15 | 6517476 | Review supplemental responses to subpoenas. | Kaup, John T. | 0.1 | 22.50 | 15,246.90 |
| 04/23/15 | 6518092 | Call from R. Keller regarding L. Gauff vehicles and accounting of Fiji rentals (.2); communications with KER's counsel regarding loan pay down (.2). | Fates, Edward G. | 0.4 | 185.40 | 15,432.30 |
| 04/27/15 | 6520573 | Review and respond to inquiry from Wishner's counsel regarding payments from L. Freede and discuss same with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 15,525.00 |
| 04/28/15 | 6522307 | Discuss L. Freede accounting issues with A. Kudla. | Fates, Edward G. | 0.1 | 46.35 | 15,571.35 |
| 04/29/15 | 6523810 | Calls from Debra Keller re Oasis, follow-up with counsel re same (.3). | Zaro, David R. | 0.7 | 453.60 | 16,024.95 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Emails related to Oasis documents and subpoena (.4). | | | | |
| 04/29/15 | 6522519 | Communications with A. Kudla regarding check from KER, follow up communications with KER counsel regarding remaining loan amount (.3); communications with Wishner counsel regarding L. Freede payments, discuss same with A. Kudla (.4); follow up communications with D. Keller counsel re production of documents (.2). | Fates, Edward G. | 0.9 | 417.15 | 16,442.10 |
| 04/30/15 | 6524452 | Call with R. Keller counsel regarding potential sale of Keller property, debts owed to Oasis, and protection of sale proceeds in escrow. | Fates, Edward G. | 0.4 | 185.40 | 16,627.50 |
| 05/01/15 | 6528473 | Call from Robert Keller regarding Oasis/Fiji issues and resolution of same. | Fates, Edward G. | 0.2 | 92.70 | 16,720.20 |
| 05/05/15 | 6529597 | Review documents produced by Fiji Rentals. | Fates, Edward G. | 0.1 | 46.35 | 16,766.55 |
| 05/06/15 | 6532047 | Communications with A. Kudla regarding Studio Maui Productions. | Fates, Edward G. | 0.1 | 46.35 | 16,812.90 |
| 05/07/15 | 6532698 | Communications with counsel for KER regarding amounts due and discuss same with A. Kudla (.2); calls from R. Keller regarding accounting for trailer rentals, payoff of same, assignment of leases to Fiji, and related issues and discuss same with A. Kudla (.7). | Fates, Edward G. | 0.9 | 417.15 | 17,230.05 |
| 05/08/15 | 6534925 | Work on investigation as to Oasis entity, analysis of transferees of Oasis funds and possible claw back | Zaro, David R. | 0.9 | 583.20 | 17,813.25 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | options (.6). Follow-up on discovery, calls related to outside discovery and call with counsel re discovery to obtain third party (.3). | | | | |
| 05/08/15 | 6533473 | Discuss information from R. Keller with A. Kudla (.2); communications with D. Keller (.1). | Fates, Edward G. | 0.3 | 139.05 | 17,952.30 |
| 05/11/15 | 6535100 | Discuss status and action items for investigation into Oasis, Fiji, Studio Maui, and related issues with A. Kudla (.6); follow up communications with L. Freede counsel regarding payments (.2); follow up communications with Wishner's counsel regarding Studio Maui (.2). | Fates, Edward G. | 1.0 | 463.50 | 18,415.80 |
| 05/11/15 | 6550585 | Correspondence with Receiver's staff re: subpoena to Kuntry Kustom (0.2); Review previous services of subpoena and production of records from Kuntry Kustom (0.3). | Hsu, Tim | 0.5 | 168.75 | 18,584.55 |
| 05/12/15 | 6536604 | Discuss KER loan repayment issues with A. Kudla and communications with KER's counsel regarding same (.6); follow up communication to Wishner's counsel regarding turnover of L. Freede funds (.1). | Fates, Edward G. | 0.7 | 324.45 | 18,909.00 |
| 05/15/15 | 6540656 | Communications with KER's counsel regarding payoff of loan and advise A. Kudla regarding same (.4); follow up emails with D. Keller counsel (.2). | Fates, Edward G. | 0.6 | 278.10 | 19,187.10 |
| 05/18/15 | 6541209 | Communications with A. Kudla regarding checks from Wishner and L. Freede for settlement funds (.2); check status of R&S subpoena (.1). | Fates, Edward G. | 0.3 | 139.05 | 19,326.15 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 05/18/15 | 6551523 | Correspondences with Receiver's staff re: subpoena to R&S RV Repair (0.2); Calls to R&S RV Repair to demand production (0.2). | Hsu, Tim | 0.4 | 135.00 | 19,461.15 |
| 05/19/15 | 6542355 | Follow up communications with Wishner's counsel regarding Studio Maui issues (.2); review information from A. Kudla regarding Oasis trailers and Fiji/BST Power and discuss facts, issues, and next steps regarding same (.6); work on obtaining D. Keller documents (.1). | Fates, Edward G. | 0.9 | 417.15 | 19,878.30 |
| 05/20/15 | 6545861 | Check status of subpoenas and respond to Mr. Hsu's email regarding R&S RV Repair. | Kaup, John T. | 0.3 | 67.50 | 19,945.80 |
| 05/20/15 | 6545405 | Attention to issues regarding endorsement of check from Wishner to Receiver and advise A. Kudla regarding same. | Fates, Edward G. | 0.4 | 185.40 | 20,131.20 |
| 05/20/15 | 6551860 | Response to Receiver's inquiry re: burden of costs for production in response to subpoenas (0.3); Discussion with R&S RV Repair re: subpoena and required production (0.4); Provide update to Receiver re: R&S RV Repair (0.2). | Hsu, Tim | 0.9 | 303.75 | 20,434.95 |
| 05/21/15 | 6547006 | Telephone call from Mr. Hsu and forward copy of FTP subpoena with proof. | Kaup, John T. | 0.2 | 45.00 | 20,479.95 |
| 05/21/15 | 6546409 | Review and revise letter to R&S regarding subpoena and document production (.1); communications with counsel for FTP Productions regarding trailer lease payments (.1); | Fates, Edward G. | 0.3 | 139.05 | 20,619.00 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | discuss new subpoena to ABC Studios with A. Kudla (.1). | | | | |
| 05/21/15 | 6552080 | Prepare subpoena to ABC Studios (0.3). | Hsu, Tim | 0.3 | 101.25 | 20,720.25 |
| 05/22/15 | 6548222 | Research and forward address for R&S RV Repair. | Kaup, John T. | 0.2 | 45.00 | 20,765.25 |
| 05/22/15 | 6547193 | Communications with counsel for L. Freede regarding settlement payments and issue regarding bank loan. | Fates, Edward G. | 0.2 | 92.70 | 20,857.95 |
| 05/26/15 | 6548291 | Communications with A. Kudla regarding payment from KER. | Fates, Edward G. | 0.1 | 46.35 | 20,904.30 |
| 05/26/15 | 6550518 | Correspondence with Receiver re: subpoena to R&S RV Repair (0.1); Discussion with BST Power on inquiry re: payments purportedly withheld by ABC Studios (0.4). | Hsu, Tim | 0.5 | 168.75 | 21,073.05 |
| 05/27/15 | 6549479 | Communications with counsel for KER regarding payment and additional transfer to KER and discuss same with A. Kudla (.4); call with R. Keller regarding potential resolution of Oasis/Fiji trailer issues (.2). | Fates, Edward G. | 0.6 | 278.10 | 21,351.15 |
| 05/28/15 | 6555404 | Call with R&S RV Repair to discuss subpoena and required document production (0.3); Send follow email to demand production to R&S RV (0.2). | Hsu, Tim | 0.5 | 168.75 | 21,519.90 |
| 05/29/15 | 6553618 | Communications with KER's counsel regarding accounting of transfers (.2); communications with A. Kudla regarding Studio Maui, KER, Fiji, and related issues (.4). | Fates, Edward G. | 0.6 | 278.10 | 21,798.00 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 06/03/15 | 6559244 | Review materials for preparation of third-party subpoenas for documents and telephone call with Mr. Hsu. | Kaup, John T. | 0.4 | 90.00 | 21,888.00 |
| 06/03/15 | 6557565 | Review documents relating to new document subpoenas to be issued, discuss same with A. Kudla, and work on subpoenas. | Fates, Edward G. | 0.8 | 370.80 | 22,258.80 |
| 06/03/15 | 6583268 | Prepare additional subpoena to Dana Point as template for new round of subpoenas (0.5); Review records produced by Touchstone Television and correspondence to Receiver's staff re: the same (0.3). | Hsu, Tim | 0.8 | 270.00 | 22,528.80 |
| 06/04/15 | 6560485 | Review information for parties to subpoena for documents; draft third-party subpoenas. | Kaup, John T. | 1.8 | 405.00 | 22,933.80 |
| 06/05/15 | 6561740 | Prepare subpoenas to third parties for production of documents. | Kaup, John T. | 2.5 | 562.50 | 23,496.30 |
| 06/05/15 | 6560596 | Review and execute document subpoenas to additional third parties regarding Oasis-related transfers (.3); communications with Wishner's counsel regarding transfers to Devonshire Group and documents needed regarding same (.2); communications with counsel for KER regarding receipt for payments (.1). | Fates, Edward G. | 0.6 | 278.10 | 23,774.40 |
| 06/08/15 | 6563778 | Review status of subpoenas and update spreadsheet tracking status. | Kaup, John T. | 0.4 | 90.00 | 23,864.40 |
| 06/09/15 | 6564770 | Update spreadsheet tracking subpoena status; research addresses for witnesses. | Kaup, John T. | 0.9 | 202.50 | 24,066.90 |
| 06/09/15 | 6563694 | Communications with R. Keller's | Fates, Edward G. | 0.7 | 324.45 | 24,391.35 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | counsel regarding divorce proceeding and sale of Oregon property (.2); follow up regarding D. Keller's production of records (.1); review R&S document production, correspondence regarding same, and advise on next steps/enforcement of subpoena (.4). | | | | |
| 06/09/15 | 6583244 | Call with counsel for SH Equity Holdings to discuss subpoena and lack of responsive records (0.4); Gather and review piecemeal production of records from R&S Producitons (0.3); Correspondences with Receiver's staff re: lack of response from R&S Productions and SH Equity Holdings (0.7). | Hsu, Tim | 1.4 | 472.50 | 24,863.85 |
| 06/10/15 | 6566510 | Review and update status on subpoenas; review information on new witnesses to serve subpoenas for production of documents. | Kaup, John T. | 0.9 | 202.50 | 25,066.35 |
| 06/10/15 | 6565880 | Calls with Shabani (counsel for Devonshire) re: subpoena for records (0.2); Correspondences with Receiver's staff re: records relating to Devonshire (0.2); Review information on additional entities to subpoena as provided by Receiver's staff (0.6); Confirm issues with Receiver's staff re: subpoena to SH Equity Holdings (0.2); Conference calls with Receiver's staff and R&S RV Repair to discuss subpoena and requested production (0.9); Follow up correspondence to R&S RV Repair re: requested production of records | Hsu, Tim | 2.6 | 877.50 | 25,943.85 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (0.5). | | | | |
| 06/11/15 | 6567360 | Begin preparation of additional subpoenas for production of documents; telephone conference with Mr. Hsu regarding details on subpoenas. | Kaup, John T. | 2.0 | 450.00 | 26,393.85 |
| 06/12/15 | 6568428 | Continue work on third-party subpoenas for production of documents. | Kaup, John T. | 1.8 | 405.00 | 26,798.85 |
| 06/15/15 | 6570204 | Finalize next round of subpoenas for document production; update spreadsheet tracking status; research regarding 313 High Street LLC. | Kaup, John T. | 1.5 | 337.50 | 27,136.35 |
| 06/15/15 | 6568392 | Communications with Wishner's counsel and L. Freede's counsel regarding letter requested by L. Freede's counsel (.2); discuss subpoena to R&S RV Repair with A. Kudla and communications with CPA for R&S RV Repair regarding same (.7); calls and emails with counsel for R. Leyner regarding document subpoena (.5); finalize additional round of subpoenas for Oasis investments/transfers (.2); review response to subpoena from NAI Capital and discuss same with A. Kudla (.1); review information regarding new Wishner-related entity and discuss same with A. Kudla (.2); follow up communications to Wishner's counsel regarding Devonshire documentation (.2). | Fates, Edward G. | 2.1 | 973.35 | 28,109.70 |
| 06/16/15 | 6572446 | Update spreadsheet tracking status of subpoenas; prepare subpoena to 313 | Kaup, John T. | 1.1 | 247.50 | 28,357.20 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | High Street LLC. | | | | |
| 06/16/15 | 6569642 | Discuss new document subpoena to 313 High Street LLC with A. Kudla and finalize subpoena (.4); communications with Wishner's counsel regarding Devonshire subpoena and Wishner's medical condition (.1); communications with R. Keller regarding settlement (.1). | Fates, Edward G. | 0.6 | 278.10 | 28,635.30 |
| 06/17/15 | 6572419 | Update spreadsheet tracking status of subpoenas. | Kaup, John T. | 0.3 | 67.50 | 28,702.80 |
| 06/18/15 | 6573418 | Update spreadsheet tracking subpoenas; review documents regarding status; analyze enforcing subpoenas on non-responsive third parties. | Kaup, John T. | 1.3 | 292.50 | 28,995.30 |
| 06/18/15 | 6572442 | Review documents produced by Insurance West and discuss same with A. Kudla (.3); work on follow up letters to subpoena recipients (.1); call from Zio Rentals regarding document subpoena, Oasis entities, R. Keller, and related issues (.4); call from counsel for Sepna regarding document subpoena, dealing with Oasis, and tie in to Laurelwood (.3). | Fates, Edward G. | 1.1 | 509.85 | 29,505.15 |
| 06/19/15 | 6575034 | Prepare letters to third-party witnesses with no responses to subpoenas; update spreadsheet tracking status; review document productions. | Kaup, John T. | 2.3 | 517.50 | 30,022.65 |
| 06/19/15 | 6573593 | Revise and execute letters to subpoena recipients regarding failure to respond or produce documents (.2); communications with R. Keller | Fates, Edward G. | 0.9 | 417.15 | 30,439.80 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding settlement of Oasis/Fiji issues and discuss same with A. Kudla (.6); communications with Wishner's counsel regarding B. Richmond (.1). | | | | |
| 06/22/15 | 6576172 | Continue to monitor responses to and status of third-party subpoenas. | Kaup, John T. | 0.5 | 112.50 | 30,552.30 |
| 06/23/15 | 6577039 | Follow up on service of Todd Sanders; review and respond to email regarding response by Catherine Nguyen. | Kaup, John T. | 0.4 | 90.00 | 30,642.30 |
| 06/24/15 | 6578173 | Follow up on service and responses of third-party witnesses. | Kaup, John T. | 0.4 | 90.00 | 30,732.30 |
| 06/25/15 | 6579149 | Follow up and update spreadsheet tracking status of third-party subpoenas. | Kaup, John T. | 0.3 | 67.50 | 30,799.80 |
| 06/25/15 | 6578958 | Review information and records provided by C.Nguyen from LED Productions (0.2); Calls with C.Nguyen from LED Productions re: subpoena and inadequate responses provided (0.6); Correspondence to Receiver's staff to provide update re: the same (0.1); Correspondence with US Bank re: additional production of records (0.3). | Hsu, Tim | 1.2 | 405.00 | 31,204.80 |
| 06/26/15 | 6583287 | Call with counsel for Fratelli's Pizza to discuss outstanding subpoena and required response (0.5); Call with H.Soffa and M.Soffa re: subpoenas to H.Soffa and Hanna Vineyards (0.4); Review H.Soffa production and letter response (0.3); Review additional records produced by Nguyen and LED Production (0.3); REview | Hsu, Tim | 2.5 | 843.75 | 32,048.55 |

07/16/15 14:34:30 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | response from P.McCormick (0.2); Review resposnes from R.Leyner and V.Owen Group (0.4); Correspondences to Receiver's staff to provide updates on outstanding subpoenas and responses received the same (0.4). | | | | |
| 06/29/15 | 6587187 | Review additional records produced by C.Nguyen and LED Productions and provide update to Receiver's staff (0.3); Review production of records from Best Studio Rental and provide update to Receiver's staff (0.3). | Hsu, Tim | 0.6 | 202.50 | 32,251.05 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 3.4 | 648.00 | 2,203.20 |
| 000820 | John T. Kaup | 25.2 | 225.00 | 5,670.00 |
| 001665 | Edward G. Fates | 41.6 | 463.50 | 19,281.60 |
| 002055 | Tim Hsu | 15.1 | 337.50 | 5,096.25 |
| | | 85.3 | | 32,251.05 |
| Total Fees | | | | 32,251.05 |
| Total Disbursements | | | | 0.00 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates             Matter #: 374464-00004                Matter Name: Reporting

Date of Last Billing: 05-05-2015                                              Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220788
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00004 (Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/24/15 | 6519096 | Work on Receiver's Third Interim Report. | Fates, Edward G. | 0.8 | 370.80 | 370.80 |
| 04/29/15 | 6522922 | Work on Receiver's third interim report. | Fates, Edward G. | 2.1 | 973.35 | 1,344.15 |
| 05/06/15 | 6530916 | Work on Receiver's Third Interim Report. | Fates, Edward G. | 0.6 | 278.10 | 1,622.25 |
| 05/07/15 | 6532542 | Call with D. Wallace to discuss facts for interim report (.2); work on Third Interim Report and discuss same with A. Kudla (1.9). | Fates, Edward G. | 2.1 | 973.35 | 2,595.60 |
| 05/11/15 | 6535096 | Discuss content and revisions to Third Interim Report with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 2,688.30 |
| 05/14/15 | 6539064 | Work on Third Interim Report and discuss same with A. Kudla (1.1); send report and exhibits to counsel for parties (.2). | Fates, Edward G. | 1.3 | 602.55 | 3,290.85 |
| 05/19/15 | 6544345 | Review questions from SEC's counsel regarding report, initial response to same, and discuss further responses to questions with A. Kudla. | Fates, Edward G. | 0.7 | 324.45 | 3,615.30 |
| 05/26/15 | 6548524 | Prepare response to questions from SEC's counsel relating to Third Interim Report, review data and | Fates, Edward G. | 0.7 | 324.45 | 3,939.75 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | discuss same with A. Kudla. | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 8.5 | 463.50 | 3,939.75 |
| | | 8.5 | | 3,939.75 |
| Total Fees | | | | 3,939.75 |
| Total Disbursements | | | | 0.00 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                  Matter #: 374464-00006                  Matter Name: Claims & Distributions

Date of Last Billing: 06-22-2015                                                      Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220791
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00006 (Claims & Distributions)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/01/15 | 6498428 | Advise Receiver regarding response to investor legal inquiry (.2); communications with counsel for investor (.1). | Fates, Edward G. | 0.3 | 139.05 | 139.05 |
| 04/02/15 | 6499124 | Respond to inquiry from counsel for investor (.1); review letter from investor regarding clawback motion (.1). | Fates, Edward G. | 0.2 | 92.70 | 231.75 |
| 04/06/15 | 6502162 | Call with M.Soffa on inquiry re: 1099s (0.1); Correspondence to Receiver's staff re: status of 1099s (0.1). | Hsu, Tim | 0.2 | 67.50 | 299.25 |
| 04/07/15 | 6521315 | Correspondences with Receiver re: issuance of 1099s for receivership entities (0.2); Handle call from Soffa re: issuance of 1099s (0.3). | Hsu, Tim | 0.5 | 168.75 | 468.00 |
| 04/13/15 | 6507822 | Discuss investor inquiries regarding 1099s with A. Kudla (.1); review documents faxed from investor (.1). | Fates, Edward G. | 0.2 | 92.70 | 560.70 |
| 04/14/15 | 6509184 | Communications with M. Soffa regarding 1099/tax issues and discuss same with K. Berry. | Fates, Edward G. | 0.2 | 92.70 | 653.40 |
| 04/15/15 | 6511511 | Discuss responses to additional investor inquiries regarding taxes and | Fates, Edward G. | 0.2 | 92.70 | 746.10 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | 1099s with A. Kudla. | | | | |
| 04/28/15 | 6522301 | Review investor correspondence regarding 1099s and discuss same with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 838.80 |
| 05/05/15 | 6529590 | Call from counsel for NASI investor. | Fates, Edward G. | 0.1 | 46.35 | 885.15 |
| 05/20/15 | 6546281 | Emails to/from counsel for investor re claims/status communications re whistleblower (.4). | Zaro, David R. | 0.4 | 259.20 | 1,144.35 |
| 05/20/15 | 6545084 | Attention to inquiry from counsel for investor. | Fates, Edward G. | 0.1 | 46.35 | 1,190.70 |
| 06/05/15 | 6564004 | Email/follow-up on investors' assertion of claims and communications related to the response with Receiver (.2). | Zaro, David R. | 0.2 | 129.60 | 1,320.30 |
| 06/08/15 | 6562648 | Discuss updates to receivership website with A. Kudla (.1) ;respond to inquiry from counsel for investor (.2). | Fates, Edward G. | 0.3 | 139.05 | 1,459.35 |
| 06/17/15 | 6571272 | Respond to inquiry from investor. | Fates, Edward G. | 0.2 | 92.70 | 1,552.05 |
| 06/25/15 | 6587152 | Call with investor J. Hasson to field inquiries re: receivership and status of claims administration process (0.4). | Hsu, Tim | 0.4 | 135.00 | 1,687.05 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.6 | 648.00 | 388.80 |
| 001665 | Edward G. Fates | 2.0 | 463.50 | 927.00 |
| 002055 | Tim Hsu | 1.1 | 337.50 | 371.25 |
| | | 3.7 | | 1,687.05 |
| Total Fees | | | | 1,687.05 |
| Total Disbursements | | | | 0.00 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00007        Matter Name: Third Party Recoveries

Date of Last Billing: 06-22-2015        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220796
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00007 (Third Party Recoveries)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/01/15 | 6498556 | Gather information on potential firms for third party claims and discuss same with Receiver (.7); work on subpoena for records regarding potential third party claims and communications with D. Wallace regarding same (.9). | Fates, Edward G. | 1.6 | 741.60 | 741.60 |
| 04/02/15 | 6502580 | Work on issues re claw back actions, advice to counsel re same (.4). | Zaro, David R. | 0.4 | 259.20 | 1,000.80 |
| 04/06/15 | 6506935 | Review SEC's non-opposition to clawback motion. | Fates, Edward G. | 0.1 | 46.35 | 1,047.15 |
| 04/09/15 | 6506927 | Arrange call with counsel for prospective defendants in clawback lawsuits. | Fates, Edward G. | 0.1 | 46.35 | 1,093.50 |
| 04/13/15 | 6507055 | Call from potential counsel for investor class regarding claims and documents regarding third parties (.2); discuss bank subpoena with A. Kudla (.2); call with counsel for certain net gainers regarding clawbacks and potential settlements/financial hardship and discuss same with Receiver (.8); discuss third party claims and clawback demand letters with A. | Fates, Edward G. | 1.8 | 834.30 | 1,927.80 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Kudla (.4); arrange conference call to discuss clawback accounting and strategy regarding third party claims (.2). | | | | |
| 04/14/15 | 6509703 | Advice as to the motion on third party claims, strategy and approach to cost effectively pursuing claims by Receiver (.3). | Zaro, David R. | 0.3 | 194.40 | 2,122.20 |
| 04/14/15 | 6508258 | Respond to counsel for certain net gainers regarding clawbacks and potential settlements/financial hardship. | Fates, Edward G. | 0.4 | 185.40 | 2,307.60 |
| 04/15/15 | 6511421 | Calls with Receiver, D. Wallace and A. Kudla to discuss potential conflicts counsel to evaluate potential claims against City National Bank and forensic accounting/timing for clawback demand letters. | Fates, Edward G. | 1.2 | 556.20 | 2,863.80 |
| 04/16/15 | 6512379 | Discuss facts, timing, and engagement of conflicts counsel regarding potential claims against City National Bank with A. Kudla. | Fates, Edward G. | 0.7 | 324.45 | 3,188.25 |
| 04/21/15 | 6515964 | Review order granting clawback procedures motion and discuss same with Receiver (.2); discuss preparation of clawback demand letters and accompanying schedules, financial hardship procedures, and tracking of same with A. Kudla (.4). | Fates, Edward G. | 0.6 | 278.10 | 3,466.35 |
| 04/28/15 | 6522305 | Discuss demand letter for clawback claims with A. Kudla. | Fates, Edward G. | 0.2 | 92.70 | 3,559.05 |
| 04/29/15 | 6522515 | Work on demand letter to net gainers, discuss same with A. Kudla. | Fates, Edward G. | 1.3 | 602.55 | 4,161.60 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 05/01/15 | 6528464 | Discuss modifications to clawback demand letter and accounting issues regarding same with A. Kudla. | Fates, Edward G. | 0.3 | 139.05 | 4,300.65 |
| 05/06/15 | 6531021 | Revisions to clawback demand letter for referral fees and discuss same with A. Kudla. | Fates, Edward G. | 0.6 | 278.10 | 4,578.75 |
| 05/07/15 | 6532537 | Call with D. Wallace to discuss issues regarding potential claims against CNB (.3); respond to inquiry from counsel representing NASI investors regarding CNB issues (.2). | Fates, Edward G. | 0.5 | 231.75 | 4,810.50 |
| 05/11/15 | 6535098 | Review accounting for clawback demand letters for investor profits and referral fees and discuss same with A. Kudla. | Fates, Edward G. | 0.5 | 231.75 | 5,042.25 |
| 05/15/15 | 6540807 | Review criminal case docket and statement of facts for Gillis's guilty plea for use in connection with clawback claims. | Fates, Edward G. | 0.4 | 185.40 | 5,227.65 |
| 05/19/15 | 6544350 | Discuss clawback settlement received with A. Kudla. | Fates, Edward G. | 0.1 | 46.35 | 5,274.00 |
| 05/20/15 | 6546285 | Review/evaluate the recovery efforts, progress and status of letter demands, timing/next steps toward recovery with regard to net-winners (.4). Call with counsel re same (.2). | Zaro, David R. | 0.6 | 388.80 | 5,662.80 |
| 05/20/15 | 6545061 | Call and emails to discuss CNB subpoena cost issues with A. Kudla (.4); discuss meeting with potential conflicts counsel on CNB issues with D. Wallace (.2). | Fates, Edward G. | 0.6 | 278.10 | 5,940.90 |
| 05/22/15 | 6547145 | Call with counsel for investor regarding demand letter, accounting | Fates, Edward G. | 0.4 | 185.40 | 6,126.30 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | of profits and settlement, and advise A. Kudla regarding same. | | | | |
| 05/29/15 | 6553168 | Communications with A. Kudla regarding accounting for net gainer and communications with counsel for net gainer regarding same and potential settlement. | Fates, Edward G. | 0.5 | 231.75 | 6,358.05 |
| 06/01/15 | 6556116 | Discuss search terms for CNB subpoena with A. Kudla; review and revise same. | Fates, Edward G. | 0.3 | 139.05 | 6,497.10 |
| 06/02/15 | 6556885 | Communications with counsel for net gainer and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 6,682.50 |
| 06/03/15 | 6557331 | Communications with D. Wallace regarding analysis of potential claims against CNB. | Fates, Edward G. | 0.1 | 46.35 | 6,728.85 |
| 06/04/15 | 6559346 | Discuss status and strategy regarding potential engagement of special counsel to pursue claims against CNB with D. Wallace (.5); review email from counsel for investor regarding potential claims against third parties and discuss same with D. Wallace (.2). | Fates, Edward G. | 0.7 | 324.45 | 7,053.30 |
| 06/08/15 | 6562294 | Review executed settlement of clawback claim from counsel for net gainer and discuss same with A. Kudla (.3); communications with potential investor class counsel regarding third party claims and advise D. Wallace regarding same (.4). | Fates, Edward G. | 0.7 | 324.45 | 7,377.75 |
| 06/15/15 | 6569067 | Revisions to stipulated judgment for net gainer settlement and discuss | Fates, Edward G. | 0.6 | 278.10 | 7,655.85 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | same with A. Kudla (.4); respond to call from counsel for net gainer (.2). | | | | |
| 06/16/15 | 6570268 | Call and emails with counsel for net winner regarding potential settlement of clawback claim and advise A. Kudla regarding same. | Fates, Edward G. | 0.9 | 417.15 | 8,073.00 |
| 06/17/15 | 6571459 | Send executed settlement agreement to F. Rapp counsel (.1); call with counsel for M. Tarnol regarding potential hardship submission and review and requirements of same (.4). | Fates, Edward G. | 0.5 | 231.75 | 8,304.75 |
| 06/19/15 | 6574069 | Discuss clawback demands, accounting, settlements and financial hardship issue with A. Kudla. | Fates, Edward G. | 0.4 | 185.40 | 8,490.15 |
| 06/25/15 | 6587155 | Analysis of issues raised by potential net winner re: scope of receiver's ability to pursue clawback claims and related statues of limitations and repose (1.8). | Hsu, Tim | 1.8 | 607.50 | 9,097.65 |
| 06/29/15 | 6587185 | Review and research case law on issues re: maintaining clawback claims through probate (2.1); Provide summary analysis to Receiver's staff re: the same (0.6). | Hsu, Tim | 2.7 | 911.25 | 10,008.90 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 1.3 | 648.00 | 842.40 |
| 001665 | Edward G. Fates | 16.5 | 463.50 | 7,647.75 |
| 002055 | Tim Hsu | 4.5 | 337.50 | 1,518.75 |
| | | 22.3 | | 10,008.90 |
| Total Fees | | | | 10,008.90 |
| Total Disbursements | | | | 0.00 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00008 (Pending Litigation) 374464-00008

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00008        Matter Name: Pending Litigation

Date of Last Billing:        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220799
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00008 (Pending Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/02/15 | 6499329 | Call from Keller's counsel regarding L. Gauff lawsuit and stay as to Oasis (.3); call with counsel for L. Gauff regarding lawsuit against Oasis and Keller and dismissal of Oasis from same (.4). | Fates, Edward G. | 0.7 | 324.45 | 324.45 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.7 | 463.50 | 324.45 |
| | | 0.7 | | 324.45 |
| Total Fees | | | | 324.45 |
| Total Disbursements | | | | 0.00 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00009        Matter Name: Employment/Fees

Date of Last Billing: 06-22-2015        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1220802
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00009 (Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 05/18/15 | 6542038 | Review and revise Receiver's second interim fee application and discuss same with A. Kudla. | Fates, Edward G. | 1.4 | 648.90 | 648.90 |
| 06/04/15 | 6559506 | Communications with SEC's counsel regarding second interim fee applications, discuss issues with A. Kudla, and draft detailed response to SEC's counsel's inquiries. | Fates, Edward G. | 1.7 | 787.95 | 1,436.85 |
| 06/05/15 | 6560256 | Revisions to Receiver's second fee application and prepare proposed orders and notice of hearing. | Fates, Edward G. | 0.9 | 417.15 | 1,854.00 |
| 06/08/15 | 6561983 | Finalize Receiver's second fee application. | Fates, Edward G. | 0.2 | 92.70 | 1,946.70 |
| 06/16/15 | 6570028 | Review order approving second fee applications and advise Receiver regarding same. | Fates, Edward G. | 0.1 | 46.35 | 1,993.05 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 4.3 | 463.50 | 1,993.05 |
| | | 4.3 | | 1,993.05 |
| Total Fees | | | | 1,993.05 |

07/16/15 14:11:37 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

Total Disbursements                                                                        0.00