GARY Y. LEUNG (Cal. Bar No. 302928)
Email: leungg@sec.gov
PETER F. DEL GRECO (Cal. Bar No. 164925)
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Ste. 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>    Defendants,<br><br>and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>    Relief Defendants. | Case No. CV 14-07249 SJO (FFMx)<br><br>**PLAINTIFFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS GILLIS AND WISHNER**<br><br>Date:    September 28, 2015<br>Time:   10:00 a.m.<br>Ctrm:   No. 1<br>Judge:  Hon. S. James Otero |

TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on September 28, 2015, at 10:00 a.m., or as soon thereafter as it may be heard, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for partial summary judgment against individual Defendants Joel Gillis and Edward Wishner on the issue of liability as to all claims. The hearing will take place in the Courtroom of the Honorable S. James Otero, Courtroom 1, United States District Court, 312 North Spring Street, 2nd Floor, Los Angeles, California 90012.

The SEC's motion for partial summary judgment is based on the accompanying Stipulation As To Partial Summary Judgment By Defendants Gillis and Wishner, the admissions contained in Gillis's Answer to the SEC's Complaint (Dkt. No. 49) and Wishner's Answer to the SEC's Complaint (Dkt. No. 50), the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

This Motion is made after the conference of counsel pursuant to Local Rule 7-3 which took place on August 3, 6 and 20, 2015. Defendants Gillis and Wishner do not oppose the motion and stipulate to the relief sought herein.

Dated: August 20, 2015                    Respectfully submitted,

                                                             */s/ Gary Y. Leung*
                                                             GARY Y. LEUNG
                                                             Attorney for Plaintiff
                                                             Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Ste. 900, Los Angeles, California 90071
    Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On August 20, 2015, I caused to be served the document entitled **PLAINTIFFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS GILLIS AND WISHNER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 20, 2015        */s/ Gary Y. Leung*
                                              GARY Y. LEUNG

1

*SEC v. Nationwide Automated Systems, Inc.*
United States District Court—Central District of California
Case No. 2:14-cv-07249-SJO-FFM

**SERVICE LIST**

| | |
|---|---|
| James W. Spertus, Esq.<br>SPERTUS, LANDES & UMHOFER, LLP<br>1990 S. Bundy Drive, Suite 705<br>Los Angeles, CA 90025<br>Email: jim@spertuslaw.com | *Attorney for Defendants*<br>*JOEL GILLIS and*<br>*NATIONWIDE AUTOMATED*<br>*SYSTEMS, INC.* |
| Reuven L. Cohen, Esq.<br>Marc S. Williams, Esq.<br>DORDI WILLIAMS COHEN, LLP<br>724 S. Spring Street, Suite 903<br>Los Angeles, CA 90014<br>Email: rcohen@dordiwilliamscohen.com<br>Email: mwilliams@dordiwilliamscohen.com | *Attorneys for Defendant*<br>*EDWARD WISHNER* |
| Edward G. Fates, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101<br>Email: tfates@allenmatkins.com | *Attorney for Receiver*<br>*WILLIAM HOFFMAN* |
| Tim C. Hsu, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>515 S. Figueroa Street, 9th Floor<br>Los Angeles, CA 90071<br>Email: thsu@allenmatkins.com | *Attorney for Receiver*<br>*WILLIAM HOFFMAN* |