GARY Y. LEUNG, (Cal. Bar No. 302928)
Email: leungg@sec.gov
PETER F. DEL GRECO (Cal. Bar No. 164925)
Email: delgrecop@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Ste. 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

```
                    FILED
            CLERK, U.S. DISTRICT COURT

              August 27, 2015.

         CENTRAL DISTRICT OF CALIFORNIA
         BY:       VPC       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>            Defendants,<br><br>    and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>            Relief Defendants. | Case No. CV 14-07249 SJO (FFMx)<br><br>**ORDER MODIFYING PRETRIAL AND TRIAL DATES** |

Case No. CV 14-07249 SJO (FFMx)

In accordance with the Stipulation By Defendants Gillis and Wishner For Entry of Partial Summary Judgment Against Them and To Modify Pre-Trial and Trial Dates filed on August 21, 2015 by Plaintiff Securities and Exchange Commission and Defendants Joel Gillis and Edward Wishner, and good cause being shown:

IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| Discovery Cutoff: | 60 days after sentencing in *USA v. Gillis*, *et al.*, Case No. 2:14-cr-00712-SJO (C.D. Cal.) |
| Motion Cutoff: | 42 days after the amended discovery cutoff date |
| Final Pre-Trial Conference: | Vacated |
| Trial Date: | Vacated |

IT IS SO ORDERED

Dated: August 27, 2015

_____
HON. S. JAMES OTERO
United States District Court Judge

1