DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>    Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>    Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**DECLARATION OF AARON J. KUDLA IN SUPPORT OF MOTION FOR ORDER (A) CONFIRMING STATUS OF STUDIOS MAUI PRODUCTIONS, LLC DBA AKAMAI RV AS RECEIVERSHIP ENTITY, AND (B) DIRECTING BRANSCOMBE RICHMOND TO TURN OVER ASSETS OF STUDIOS MAUI PRODUCTIONS DBA AKAMAI RV**<br><br>Date: October 5, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1 - 2nd Floor<br>Judge: Hon. S. James Otero |

I, Aaron J. Kudla, declare:

1. I am a Certified Public Accountant at Trigild, Inc., the company of William Hoffman, the Court-appointed receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates. I make this declaration in support of the Receiver's Motion for Order (A) Confirming Status of Studios Maui Productions, LLC dba Akamai RV as Receivership Entity, and (B) Directing Branscombe Richmond to Turn Over Assets of Studios Maui Productions dba Akamai RV. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would personally and competently testify to them.

2. Documents obtained by the Receiver from Edward Wishner ("Wishner") indicated that on June 6, 2012, Studios Maui Productions, LLC ("Studios Maui") was formed as a Hawaiian LLC, with Wishner and Branscombe Richmond ("Richmond") listed as its organizers. See Exhibit A.

3. Between March 2012 and February 2013, Oasis paid a total of $93,000 to Martin Percifield ("Percifield"), with the majority of the funds ($63,000) transferred to Percifield in July 2012. An e-mail message from Percifield to Wishner on July 30, 2012, shows the funds were for the purchase of Akamai RV located in Kailua, Hawaii from Percifield. The purchase price according to the e-mail was $68,000. See Exhibit B.

4. A separate invoice dated December 30, 2013, from Nohokai Production Services to "Akamai RV Attn: Branscombe Richmond" for "Storage of Vehicle/Equipment" indicates that Studios Maui continued to operate under the dba Akamai RV after the purchase from Percifield. See Exhibit C.

5. In an interview with myself and the Receiver's counsel held on April 3, 2015, Wishner stated he and Richmond set up Studios Maui as co-owners to operate a luxury trailer leasing business in Hawaii. Wishner explained that two luxury

trailers belonging to Oasis were shipped from California to Hawaii for use by Studios Maui. Wishner also stated that Studios Maui purchased four trailers from Akamai RV, which was owned by Percifield. As Robert Keller did for Oasis Studio Rentals, Richmond managed the day to day leasing operations for Studios Maui.

6. Based on the Receiver's investigation to date, Oasis appears to be at least the primary, if not sole source of operating capital for Studios Maui.

7. On several occasions in May and June 2015, I left telephone messages for Richmond asking him to return my call. Although Richmond did call on two occasions and leave voicemails, including once on a Saturday, Richmond did not respond to my follow up calls. In July 2015, I sent an e-mail to Richmond on two separate occasions requesting that he participate in a telephone call scheduled for a set date and time. Richmond did not respond to these e-mails.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of September, 2015, at San Diego, California.

AARON J. KUDLA

# EXHIBIT A

JUN-12-2012 11:55 From:ALLEN CORP SUPPLY    5629061645             To:18085862733           Page:4/5

FILED 06/12/2012 09:00 AM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
Business Registration Division
335 Merchant Street
Mailing Address: P.O. Box 40, Honolulu, Hawaii 96810
Phone No. (808) 586-2727

FORM LLC-1
7/2010



## ARTICLES OF ORGANIZATION FOR LIMITED LIABILITY COMPANY
(Section 428-203, Hawaii Revised Statutes)

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, for the purpose of forming a limited liability company under the laws of the State of Hawaii, do hereby make and execute these Articles of Organization:

**I**

The name of the company shall be:

**STUDIOS MAUI PRODUCTIONS, LLC**

(The name must contain the words Limited Liability Company or the abbreviation L.L.C. or LLC)

**II**

The mailing address of the initial principal office is:

**366 Hii Tali Loop, Kula, HI 96790**

**III**

The company shall have and continuously maintain in the State of Hawaii a registered agent who shall have a business address in this State. The agent may be an individual who resides in this State, a domestic entity or a foreign entity authorized to transact business in this State.

a. The name (and state or country of incorporation, formation or organization, if applicable) of the company's registered agent in the State of Hawaii is:

**Branscombe Richmond**

(Name of Registered Agent)                                    (State or Country)

b. The street address of the place of business of the person in State of Hawaii to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to is:

**366 Hii Tali Loop, Kula, HI 96790**

**IV**

The name and address of each organizer is:

**Branscombe Richmond**                366 Hii Tali Loop, Kula, HI 96790

**Edward Wishner**                     366 Hii Tali Loop, Kula, HI 96790

Exhibit A
Page 4

JUN-12-2012 11:55 From:ALLEN CORP SUPPLY  5629061645  To:18085862733  Page:5/5

FORM LLC-1
7/2010

**V**

The period of duration is (check one):

[X] At-will

[ ] For a specified term to expire on: _____ (month) _____ (day) _____ (year)

**VI**

The company is (check one):

a. [X] Manager-managed, and the names and addresses of the initial managers are listed in paragraph "c",

and the number of initial members are: **2**

b. [ ] Member-managed, and the names and addresses of the initial members are listed in paragraph "c",

c. List the names and addresses of the initial managers if the company is Manager-managed, or
List the names and addresses of the initial members if the company is Member-managed.

| | |
|---|---|
| Branscombe Richmond | 366 Hii Tali Loop, Kula, HI 96790 |
| Edward Wishner | 366 Hii Tali Loop, Kula, HI 96790 |

**VII**

The members of the company (check one):

[ ] Shall not be liable for the debts, obligations and liabilities of the company.

[X] Shall be liable for all debts, obligations and liabilities of the company.

[ ] Shall be liable for specified debts, obligations and liabilities of the company as stated below, and have consented in writing to the adoption of this provision or to be bound by this provision.

_____

We certify, under the penalties set forth in the Hawaii Uniform Limited Liability Company Act, that we have read the above statements, I am authorized to sign this Articles of Organization, and that the above statements are true and correct to the best of our knowledge and belief.

Signed this **6th** day of **June**, **2012**

Branscombe Richmond  Edward Wishner
(Type/Print Name of Organizer)  (Type/Print Name of Organizer)

*/s/ Branscombe Richmond*  */s/ Edward Wishner*
(Signature of Organizer)  (Signature of Organizer)

SEE INSTRUCTIONS PAGE. The articles must be signed and certified by at least one organizer of the company.

Exhibit A
Page 5

# EXHIBIT B

Print  Page 1 of 1

| | |
|---|---|
| Subject: | Akamai RV Purchase Payment |
| From: | Marty Percifield (iammlpercy@yahoo.com) |
| To: | wishnered@yahoo.com; |
| Date: | Monday, July 30, 2012 5:01 PM |

Aloha Ed,

Good speaking with you today.

Here is a summary for the purchase of Akamai RV:

Agreed sale price: $68,000.00
Deposit received: $5,000.00 — EW,
Loan payment made: $27,353.93    20,000 NASI    7,353.93 OASIS
Balance due: $35,646.07    NASI

**For Wire Transfer:**
**Bank of Hawaii**
ABA#: 1 2 1 3 0 1 0 2 8
Ck Acct#: 0 0 0 4 3 3 4 0 1 9

If you need any additional info please contact me.

I look forward to seeing you next week to transfer ownership.
I know that production in Hawaii is gaining a great team!

Mahalo,
  Marty


Martin L. Percifield
Akamai RV
PO Box 84
Kailua, HI 96734
808-383-1962

*[Handwritten notes:]*
16601 Purchase Price    Trucks    $68,000
21701 LP EW    <5000>
21801 LP NASI    <55647>
21901 LP OASIS    <7354>
22001 Depreciation Equipment

http://us.mg4.mail.yahoo.com/neo/launch?.rand=029836tesmlnr    10/4/2012

# EXHIBIT C

Exhibit C
Page 8



**94-990 Pakela Street # C-3**
**Waipahu, HI 96797**
**www.nohokaihawaii.com**

**INVOICE**

| Date | Invoice # |
|---|---|
| 12/30/2013 | 302366 |

PAID 12/30/2013

**Bill To**

AKAMAI RV
ATTN: BRANSCOMBE RICHMOND

**Ship To**

AKAMAI RV
ATTN: BRANSCOMBE RICHMOND

| P.O. Number | Terms | Due Date | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| CONTRACT | Due Upon Receipt | 1/1/2014 | CC | 12/30/2013 | Storage | |

| QTY. | Item Code | Description | Price | Serviced | Amount |
|---|---|---|---|---|---|
| 1 | RENT FOR STOR... | STORAGE OF EQUIPMENT/VEHICLE - JANUARY 2014 | 200.00 | 11/1/2013 | 200.00T |

*Jan -200- Feb 0*

MAHALO FOR ALLOWING NOHOKAI PRODUCTION SERVICES THE OPPORTUNITY TO SERVE YOU.

| | | |
|---|---|---|
| Subtotal | | $200.00 |
| Sales Tax (4.712%) | | $9.42 |
| Balance Due | | $0.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 808-677-3335 | 808-677-3334 | npslinda@gmail.com |

Exhibit C
Page 9