DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**DECLARATION OF TED FATES IN SUPPORT OF MOTION FOR ORDER (A) CONFIRMING STATUS OF STUDIOS MAUI PRODUCTIONS, LLC DBA AKAMAI RV AS RECEIVERSHIP ENTITY, AND (B) DIRECTING BRANSCOMBE RICHMOND TO TURN OVER ASSETS OF STUDIOS MAUI PRODUCTIONS DBA AKAMAI RV**<br><br>Date:  October 5, 2015<br>Time:  10:00 a.m.<br>Ctrm:  1 - 2nd Floor<br>Judge: Hon. S. James Otero |

I, Ted Fates, declare:

1. I am a partner at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel for William Hoffman, the Court-appointed receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates.  I make this declaration in support of the Receiver's Motion for Order (A) Confirming Status of Studios Maui Productions, LLC dba Akamai RV as Receivership Entity, and (B) Directing Branscombe Richmond to Turn Over Assets of Studios Maui Productions dba Akamai RV.  I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would personally and competently testify to them.

2. In March 2015, on behalf of the Receiver, I issued a document subpoena to Studios Maui Productions, LLC ("Studios Maui") and attempted to have it served on Branscombe Richmond ("Richmond") at his address in Hawaii. The process server reported that Richmond's wife answered the door, said Richmond was out of the state for a couple months, and refused to accept service of the subpoena.  The Receiver then served the subpoena on Edward Wishner ("Wishner") as a member of Studios Maui.  Although Wishner provided limited information and documents regarding Studios Maui during an interview held on April 3, 2015, no other documents have been produced in response to the subpoena.

3. On July 29, 2015, I sent Richmond a letter demanding he comply with the Preliminary Injunction Order and turn all assets of Studios Maui over to the Receiver.  The letter was sent by e-mail and Federal Express.  The Receiver's

1  counsel then received a call from Federal Express stating that Richmond returned
2  the letter to Federal Express unopened.  Richmond has not responded to the letter.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct.
5      Executed this 2nd day of September 2015, at San Diego, California.

                                            /s/ Ted Fates
                                            TED FATES