| | |
|---|---|
| 1 | DAVID R. ZARO (BAR NO. 124334) |
| | TED FATES (BAR NO. 227809) |
| 2 | TIM C. HSU (BAR NO. 279208) |
| | ALLEN MATKINS LECK GAMBLE |
| 3 | MALLORY & NATSIS LLP |
| | 515 South Figueroa Street, Ninth Floor |
| 4 | Los Angeles, California 90071-3309 |
| | Phone: (213) 622-5555 |
| 5 | Fax: (213) 620-8816 |
| | E-Mail: dzaro@allenmatkins.com |
| 6 | tfates@allenmatkins.com |
| | thsu@allenmatkins.com |

Attorneys for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-14-07249-SJO (FFMx) |
| Plaintiff, | **[PROPOSED] ORDER (A) CONFIRMING STATUS OF STUDIOS MAUI PRODUCTIONS, LLC DBA AKAMAI RV AS A RECEIVERSHIP ENTITY, AND (B) DIRECTING BRANSCOMBE RICHMOND TO TURN OVER ASSETS OF STUDIOS MAUI PRODUCTIONS DBA AKAMAI RV** |
| v. | |
| NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER, | |
| Defendants, | |
| OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, | Date: October 5, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1 - 2nd Floor<br>Judge: Hon. S. James Otero |
| Relief Defendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

833939.01/SD

The Court, having considered the motion of William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC ("Oasis"), Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, for an order (A) confirming status of Studios Maui Productions, LLC dba Akamai RV as a receivership entity, and (B) directing Branscombe Richmond to turn over to the Receiver all assets, accounts, and records of Studios Maui Productions, LLC dba Akamai RV in his possession or control ("Motion"), and good cause appearing therefor, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. Studios Maui Productions, LLC dba Akamai RV is hereby confirmed as an affiliate of NASI and Oasis and therefore within the scope of the receivership; and

3. Branscombe Richmond is hereby ordered to turn all assets, accounts, and records of Studios Maui Productions, LLC dba Akamai RV in his possession or control over to the Receiver.

Dated: _____     _____
                                     Hon. S. James Otero
                                     Judge, United States District Court