```
FILED
CLERK, U.S. DISTRICT COURT
September 28, 2015.
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY
```

DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>[PROPOSED] ORDER (A) CONFIRMING STATUS OF STUDIOS MAUI PRODUCTIONS, LLC DBA AKAMAI RV AS A RECEIVERSHIP ENTITY, AND (B) DIRECTING BRANSCOMBE RICHMOND TO TURN OVER ASSETS OF STUDIOS MAUI PRODUCTIONS DBA AKAMAI RV<br><br>Date:  October 5, 2015<br>Time:  10:00 a.m.<br>Ctrm:  1 - 2nd Floor<br>Judge: Hon. S. James Otero |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

833939.01/SD

The Court, having considered the motion of William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC ("Oasis"), Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, for an order (A) confirming status of Studios Maui Productions, LLC dba Akamai RV as a receivership entity, and (B) directing Branscombe Richmond to turn over to the Receiver all assets, accounts, and records of Studios Maui Productions, LLC dba Akamai RV in his possession or control ("Motion"), and good cause appearing therefor, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. Studios Maui Productions, LLC dba Akamai RV is hereby confirmed as an affiliate of NASI and Oasis and therefore within the scope of the receivership; and

3. Branscombe Richmond is hereby ordered to turn all assets, accounts, and records of Studios Maui Productions, LLC dba Akamai RV in his possession or control over to the Receiver.

Dated: September 28, 2015.

Hon. S. James Otero
Judge, United States District Court