DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>                    Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>                    Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**FOURTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:     January 11, 2016<br>Time:     10:00 a.m.<br>Ctrm:     1 - 2nd Floor<br>Judge:    Hon. S. James Otero |

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ................................................................................................ 1

II.  SUMMARY OF TASKS PERFORMED AND COSTS INCURRED ...................................................................................................... 3

    A.  General Receivership .................................................................. 3

    B.  Asset Investigation ..................................................................... 3

    C.  Reporting ...................................................................................... 5

    D.  Operations & Asset Sales .......................................................... 5

    E.  Claims and Distributions ........................................................... 6

    F.  Third Party Recoveries .............................................................. 6

    G.  Employment/Fees ....................................................................... 7

    H.  Barbara Adler Litigation ........................................................... 7

    I.  Gerald & Wilma Ehrens ............................................................ 8

    J.  Marvin & Laurie Tarnol .......................................................... 10

    K.  Bradley Turell Litigation ........................................................ 10

    L.  Berwyn Friedman Litigation ................................................... 11

    M.  Harvey Turell Litigation ......................................................... 11

    N.  Frances McCaffrey Litigation ................................................. 12

    O.  William Firestone Litigation ................................................... 12

    P.  Summary of Expenses .............................................................. 12

III.  THE FEES AND COSTS ARE REASONABLE AND SHOULD BE ALLOWED ......................................................................................... 13

IV.  CONCLUSION ............................................................................................... 15

## <u>TABLE OF AUTHORITIES</u>

<u>Page(s)</u>

<u>Cases</u>

*Gaskill v. Gordon,*
   27 F.3d 248 (7th Cir. 1994) ............................................................................ 13

*Imperial 400 Nat'l, Inc. (In re),*
   432 F.2d 232 (3d Cir. 1970) ........................................................................... 14

*SEC v. Elliot,*
   953 F.2d 1560 (11th Cir. 1992) ...................................................................... 13

*SEC v. W.L. Moody & Co., Bankers (Unincorporated),*
   374 F.Supp. 465 (S.D. Tex. 1974) ................................................................. 14

*United States v. Code Prods. Corp.,*
   362 F. 2d 669 (3d Cir. 1966) .......................................................................... 13

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates, hereby submits this fourth interim application for approval and payment of fees and reimbursement of expenses ("Application").  This Application covers the period from July 1, 2015, through September 30, 2015 ("Fourth Application Period"), and seeks interim approval of $120,108.60 in fees and $14,085.13 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of fees incurred ($96,086.88) and 100% of expenses incurred.  As it has since the beginning of the receivership, Allen Matkins has discounted its customary hourly rates by 10%.

## I.    INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission").  The Receiver was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors.  The appointment orders also authorize the Receiver to engage counsel to assist him in the performance of his duties.  The Receiver promptly determined that experienced, qualified counsel was critical due to the size and complexity of the receivership estate.  Accordingly, the Receiver engaged Allen Matkins to assist with urgent legal issues facing the receivership estate and the firm immediately began work, including assisting with the

takeover of the companies and securing their assets.  The Court approved the Receiver's proposal to file reports and fee applications on a quarterly basis.  Dkt. No. 47.  The Court also approved Allen Matkins' First, Second, and Third Interim Fee Applications, authorizing payment of 80% of fees incurred and 100% of costs incurred.  Dkt. Nos. 72, 79, 95.

This fee application should be read in conjunction with the Receiver's Fifth Interim Report ("Fifth Report"), which describes in detail the Receiver's activities during the Fourth Application Period.  So as to avoid repetition, references are made to relevant portions of the Fifth Report in the below descriptions of Allen Matkins' work.

This Application seeks interim approval of $120,108.60 in fees for a total of 255 hours worked and payment on an interim basis of 80% of that amount, or $96,086.88.  The work performed is described task-by-task on Exhibit A and is broken down into the following categories:

| Category | Hours | Amount |
|---|---|---|
| General Receivership | 9.9 | 4,811.40 |
| Asset Investigation | 95.5 | 43,231.95 |
| Reporting | 4.3 | 2,089.80 |
| Operations & Asset Sales | 0.2 | 97.20 |
| Claims & Distributions | 3.1 | 1,672.65 |
| Third Party Recoveries | 52.6 | 26,834.85 |
| Employment/Fees | 4.0 | 1,944.00 |
| Barbara Adler Litigation | 9.3 | 4,648.95 |
| Gerald & Wilma Ehrens Litigation | 33.2 | 14,287.95 |
| Marvin & Laurie Tarnol Litigation | 23.0 | 10,763.10 |
| Bradley Turell Litigation | 1.8 | 874.80 |
| Berwyn Friedman Litigation | 8.5 | 4,131.00 |
| Harvey Turell Litigation | 8.0 | 3,888.00 |
| Frances McCaffrey Litigation | 1.0 | 486.00 |
| William Firestone Litigation | 0.6 | 346.95 |
| Totals | 255.00 | $120,108.60 |

Allen Matkins' fees for the Fourth Application Period increased from the prior period ($67,638.75) due to work on the clawback actions listed above, each of which is discussed further below. The Receiver's pursuit of clawback claims has been very successful to date, generating $2,869,374.60 in recoveries.

Allen Matkins has worked diligently and efficiently to assist the Receiver with urgent legal issues facing the receivership estate. The firm has assisted the Receiver in carrying out his Court-ordered duties and should be compensated on an interim basis for its work.

## II. SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

### A. General Receivership

Allen Matkins' work in the General Receivership category involved communications with counsel for Defendant Joel Gillis and the Assistant United States Attorneys working on the related criminal case. Allen Matkins advised and assisted the Receiver regarding the production of documents and information to the Assistant United States Attorneys and counsel for Gillis and Wishner in response to their respective requests. Allen Matkins assisted in making arrangements for Gillis and Wishner to visit the Receiver's offices to review voluminous investor files. Finally, the firm advised the Receiver regarding the engagement of a CPA firm to assist in preparing tax returns for the Receivership Entities. The reasonable and necessary fees for work in this category total $4,811.40.

### B. Asset Investigation

Allen Matkins' time in this category focused on assisting in the Receiver's investigation and recovery of receivership assets. In particular, during the Fourth Application Period, Allen Matkins issued 47 subpoenas to various financial institutions, witnesses (entities and individuals), and other third parties to obtain documents necessary to the Receiver's investigation and accounting. Allen Matkins followed up and handled direct communications with the recipients of subpoenas as

1  necessary and appropriate to ensure their compliance.  The firm also maintains a

2  tracking log of subpoenas issued and records received.

3      During the Fourth Application Period, the Receiver's investigation and

4  document gathering efforts focused largely on the Oasis entities.  Very little

5  information about the Oasis entities' assets or operations was provided by Defendants

6  or Relief Defendants.  For the most part, the Receiver and Allen Matkins have had to

7  gather records from scratch, review and analyze bank statements and other

8  documents, and interview witnesses to ascertain the assets and operations of the

9  Oasis entities, as well as investments, loans, and other transfers made from Oasis

10  accounts.  Due to the large number of entities, individuals, and vehicles associated

11  with Oasis, and the lack of record-keeping by the companies, the investigation and

12  document gathering work continues to take time.

13      During the prior application period, the Receiver learned that prior to the

14  receivership, Oasis had transferred funds to Lisa Freede Design, LLC ("LFD"), a

15  settlement had been reached between LFD and Wishner, and LFD had been making

16  payments to Wishner pursuant to the settlement.  Allen Matkins assisted the Receiver

17  in contacting Wishner's counsel and securing Wishner's agreement to (a) turn over

18  the settlement payments to the Receiver and (b) instruct LFD to make all future

19  settlement payments directly to the Receiver.  A total of $12,000 was recovered, with

20  payments of $1,500 due from LFD each month.  During the Fourth Application

21  Period, Allen Matkins has followed up with counsel for LFD on several occasions

22  regarding late payments.

23      During the deposition of Robert Keller taken in March 2015, it was learned

24  that Robert Keller had taken vehicles previously being managed by Oasis and

25  continued managing them under the name Fiji Rentals.  Allen Matkins assisted the

26  Receiver in communications with Robert Keller and Fiji Rentals and in attempts to

27  resolve the matter.  Although Keller and Fiji Rentals initially agreed to turn over the

28

rental income from the vehicles, they ultimately failed to do so and the Receiver now intends to seek relief from the Court.

Finally, Allen Matkins assisted in gathering documents and information regarding Studios Maui Productions, LLC ("Studios Maui").  After the manager of Studios Maui, Branscombe Richmond ("Richmond"), failed to respond to repeated attempts by the Receiver and Allen Matkins to contact him and secure the assets of Studios Maui, Allen Matkins assisted the Receiver in drafting and filing a motion to confirm Studios Maui's status as an affiliated entity, and therefore with the scope of the receivership, as well as an order directing Richmond to turn over all assets, bank accounts, and records of Studios Maui.  Dkt. No. 93.  The motion was granted on September 15, 2015.  Dkt. No. 97.  The reasonable and necessary fees for work in this category total $43,231.95.

### C.     Reporting

Allen Matkins' work in this category during the Fourth Application Period focused on preparing the Receiver's Fourth Interim Report and Recommendations ("Fourth Report").  Dkt. No. 73.  The Fourth Report, filed on August 3, 2015, provided a detailed summary of the Receiver's activities during the second quarter of 2015, including receipts and disbursements for the receivership estate during that period.  Allen Matkins also assisted in discussing the Fourth Report with counsel for the Securities and Exchange Commission ("Commission") and in responding to the Commission's questions.  The reasonable and necessary fees for work in this category total $2,089.80.

### D.     Operations & Asset Sales

Allen Matkins advised the Receiver regarding issues relating to ATM operations and the potential sale of the ATM business.  The reasonable and necessary fees for work in this category total $97.20.

### E.     Claims and Distributions

During the Fourth Application Period, Allen Matkins responded to direct inquiries from investors and creditors and their counsel regarding the Receiver's appointment, the effect of the receivership, claims against the receivership estate, clawback actions, the criminal case against Gillis and Wishner, and related issues. The reasonable and necessary fees for work in this category total $1,672.65.

### F.     Third Party Recoveries

Allen Matkins' work in this category focused mainly on the pursuit of clawback claims pursuant to the order authorizing the Receiver to pursue such claims and approving procedures related thereto.  Dkt. No. 72.  The firm advised the Receiver regarding legal issues relating to clawback claims, the scope of recoverable transfers, and the statute of limitations and repose for such claims.  Allen Matkins also advised on legal issues unique to certain claims, recovery strategy, and forensic accounting needed to support clawback claims.  Allen Matkins assisted with demand letters, financial hardship applications, and communications with counsel for various investors who received profits ("Net Winners"), including finalizing settlements with certain Net Winners pursuant to the Court-approved settlement procedures.[1]  The success of the Receiver and Allen Matkins' work on clawback claims is already evident as more than $2.8 million has been recovered in clawback settlements to date.

In instances where Net Winners have not accepted the Court-approved settlement offer (70% of each Net Winner's profit amount or 75% if paid in 12 monthly installments), Allen Matkins has prepared Complaints and related papers

---

[1]  It should be noted that Allen Matkins' work on Clawback Claims does not duplicate or overlap with work performed by the Receiver and his staff.  Allen Matkins' role is to prepare legal documents, advise on legal issues and strategy, communicate with counsel for Net Winners who contact the firm directly, and handle litigation in the event Net Winners do not accept the Court-approved settlement offer.  The Receiver and his staff perform necessary accounting and analysis, prepare and track demand letters, handle direct communications with Net Winners, and finalize settlements with Net Winners who do not have counsel.

1  to commence clawback actions.  These clawback actions each have their own billing
2  category and are discussed further below.

3      Initially, the Court declined to relate the first three clawback actions (Barbara
4  Adler, Gerald & Wilma Ehrens, and Marvin & Laurie Tarnol) to this action.  Allen
5  Matkins assisted the Receiver in preparing a motion for relief from the orders
6  declining to relate the actions.  Dkt. No. 81.  The motion was granted and the three
7  actions are now related to this action.  Dkt. No. 89.  Relating the actions has
8  promoted the orderly and efficient administration of these three, as well as
9  subsequent clawback actions.

10      Allen Matkins also assisted the Receiver in investigating claims against other
11  third parties who may have assisted in NASI's fraudulent activities.  The Receiver's
12  investigation and evaluation of such claims is ongoing.  The reasonable and
13  necessary fees for work in this category total $26,834.85.

14      **G.**   **Employment/Fees**

15      Although fee applications are a necessary component of federal equity
16  receiverships, neither the Receiver nor his professionals charge for time spent
17  preparing their own detailed applications.  Allen Matkins assisted the Receiver in
18  preparing his Third Interim Fee Application as well as in discussing the fee
19  applications with counsel for the Commission.  The reasonable and necessary fees
20  for work in this category total $1,944.00.

21      **H.**   **Barbara Adler Litigation**

22      Barbara Adler did not accept the Court-approved settlement offer included in
23  the demand letter sent to her on May 20, 2015.  Accordingly, Allen Matkins assisted
24  the Receiver in preparing a Complaint and related papers, which were filed on
25  July 29, 2015, commencing Related Case No. 15-CV-05737-SJO-FFM ("Adler
26  Clawback Action").

27      Ms. Adler submitted a Financial Hardship Application ("FHA") and
28  supporting documents to the Receiver on August 18, 2015.  In light of the FHA, the

Receiver and Ms. Alder, through their respective counsel, stipulated to extend Ms. Adler's deadline to respond to the Complaint while the Receiver reviewed her financial documentation.  Dkt. Nos. 16, 17.  The Court approved the joint stipulation and extended Ms. Adler's deadline to respond to the Complaint by 60 days.  Dkt. No. 18.

Recently, the Receiver and Ms. Adler agreed to the terms of a settlement agreement, subject to Court approval.  In light of the settlement, the parties again sought to extend Ms. Adler's deadline to respond to the Complaint, pending Court approval.  Dkt. Nos. 20, 22.  The Court granted the request, extending her deadline to respond to December 24, 2015.  Dkt. Nos. 23, 24.  The reasonable and necessary fees in this category total $4,648.95.

## I.    Gerald & Wilma Ehrens

Gerald & Wilma Ehrens did not accept the Court-approved settlement offer included in the demand letter sent to them on May 20, 2015.  Accordingly, Allen Matkins assisted the Receiver in preparing a Complaint and related papers, which were filed on July 29, 2015, commencing Related Case No. 15-CV-05747-SJO-FFM ("Ehrens Clawback Action").

As noted above, the Court initially declined to relate the Ehrens Clawback Action to this action.  As a result, on August 20, 2015, Judge Andre Birotte issued an order dismissing the Complaint for lack of subject matter jurisdiction and granting the Receiver leave to amend the Complaint by August 31, 2015.  As discussed above, the Receiver filed a motion in this case seeking relief from the orders declining to relate the first three clawback actions, which was granted.  In the meantime, the Receiver sought an extension of the deadline to file an amended complaint in the Ehrens Clawback Action, which Judge Birotte granted.  After this Court issued the order relating the actions, the Receiver filed a request to vacate Judge Birotte's order dismissing the complaint for lack of subject matter jurisdiction, which this Court granted.

During this time, the Receiver had made extensive efforts to serve Gerald and Wilma Ehrens and the entities they control via personal service, mail with acknowledgement of receipt, and e-mail.[2]  Other than with respect to Amgest, Ltd. ("Amgest"), these efforts were unsuccessful and the reports from the process server strongly indicated the Ehrens were intentionally evading service.  The Receiver was able to accomplish proper service on Amgest via another officer of the entity at a different address.  Amgest did not respond to the Complaint and its default has now been entered.

Accordingly, Allen Matkins assisted the Receiver in preparing a motion for authority to serve the Ehrens, as well as defendants Riviera Investments, L.P. ("Riviera") and First Abby Corporation ("First Abby"), via publication, which motion was filed on September 29, 2015, and granted on October 27, 2015.  On October 30, 2015, Allen Matkins received notice that Gerald and Wilma Ehrens filed bankruptcy in the District of Nevada.  Accordingly, Allen Matkins assisted the Receiver in preparing a notice of the bankruptcy, which was filed on November 2, 2015.

Once the service by publication as to Riviera and First Abby is complete, the Receiver will seek entry of their defaults and default judgments against Amgest, Riviera, and First Abby.  The Receiver will simultaneously assert a claim in the Ehrens' Chapter 13 bankruptcy case and take other actions as necessary to protect the receivership estate's rights to recover through the bankruptcy.

The reasonable and necessary fees for work on this matter during the Fourth Application Period total $14,287.95.

---

[2]   A substantial portion of the costs for Service of Process – Clawback Actions listed in Subsection P below are for attempts to serve the Ehrens, who refused to answer the door when home and actively evaded service.

**J.      Marvin & Laurie Tarnol**

Marvin and Laurie Tarnol (along with their entity LMKT Corporation) did not accept the Court-approved settlement offer included in the demand letter sent to them on May 11, 2015.  Accordingly, Allen Matkins assisted the Receiver in preparing a Complaint and related papers, which were filed on July 29, 2015, commencing Related Case No. 15-CV-05755-SJO-FFM ("Tarnol Clawback Action").

The Tarnols engaged counsel, who contacted counsel for the Receiver and stated that they intended to object to the constructive trust and unjust enrichment causes of action in the Complaint.  Allen Matkins analyzed the law on these claims and agreed to amend the Complaint to seek a constructive trust remedy, but not to assert it as an independent claim.  Allen Matkins assisted in preparing a First Amended Complaint with that change, but keeping unjust enrichment as an independent claim.

The Tarnols were not satisfied by the amendment and filed a motion to dismiss the unjust enrichment cause of action in the First Amended Complaint.  Allen Matkins assisted the Receiver in opposing the motion, which was granted.  The Court then gave the Tarnols until October 26, 2015, to file their answer.  The Tarnols filed their answer on October 26, 2015.  The Court then issued a scheduling order setting dates and deadlines in the case, including setting a Scheduling Conference on December 28, 2015.

The reasonable and necessary fees for work on this matter during the Fourth Application Period total $10,763.10.

**K.      Bradley Turell Litigation**

Bradley and Laurel Turell did not accept the Court-approved settlement offer included in the demand letter sent to them on June 15, 2015.  Accordingly, Allen Matkins assisted the Receiver in preparing a Complaint and related papers, which were filed on September 1, 2015, commencing Related Case No. 15-CV-06700-SJO-FFM.  Bradley and Laurel Turell have since filed an answer *pro se* and submitted an

1  FHA to the Receiver.  The FHA showed assets sufficient to repay the full profit

2  amount Bradley and Laurel Turell received and therefore was declined.  The Court

3  has issued a scheduling order setting dates and deadlines in the case, including

4  setting a Scheduling Conference on November 23, 2015.  The reasonable and

5  necessary fees for work on this matter total $874.80.

6       **L.**    **Berwyn Friedman Litigation**

7      Berwyn Friedman did not accept the Court-approved settlement offer included

8  in the demand letter sent to him on June 3, 2015.  Accordingly, Allen Matkins

9  assisted the Receiver in preparing a Complaint and related papers, which were filed

10  on September 1, 2015, commencing Related Case No. 15-CV-06714-SJO-FFM.

11      Mr. Friedman engaged counsel, who contacted Allen Matkins about his

12  financial condition.  Mr. Friedman then submitted an FHA to the Receiver.  Allen

13  Matkins assisted the Receiver in gathering various documents missing from

14  Mr. Friedman's FHA through his counsel.  Once the FHA was complete, the

15  Receiver and Mr. Friedman stipulated to an extension of his deadline to respond to

16  the Complaint.  The Court approved the stipulation and extended Mr. Friedman's

17  deadline to respond to December 7, 2015.  The reasonable and necessary fees for

18  work on this matter total $4,131.00.

19       **M.**    **Harvey Turell Litigation**

20      Harvey and Linda Turell did not accept the Court-approved settlement offer

21  included in the demand letter sent to them on June 15, 2015.  Accordingly, Allen

22  Matkins assisted the Receiver in preparing a Complaint and related papers, which

23  were filed on September 1, 2015, commencing Related Case No. 15-CV-06720-SJO-

24  FFM.

25      The Turells engaged counsel, who contacted Allen Matkins about their

26  financial condition.  The Turells then submitted an FHA to the Receiver.  Allen

27  Matkins assisted the Receiver in gathering various documents missing from the

28  Turell's FHA through their counsel.  Once the FHA was complete, the Receiver and

the Turells stipulated to an extension of their deadline to respond to the Complaint. The Court approved the stipulation and extended the Turell's deadline to respond to November 30, 2015.  The reasonable and necessary fees for work on this matter total $3,888.00.

### N.   Frances McCaffrey Litigation

A demand letter was sent to Frances McCaffrey on August 5, 2015.  During the Fourth Application Period, Allen Matkins advised the Receiver regarding issues raised by McCaffrey relating to the calculation of her profit amount.  The reasonable and necessary fees for work on this matter total $486.00.

On October 6, 2015, the Receiver filed a Complaint and related papers against Ms. McCaffrey, commencing Related Case No. 15-CV-07843-SJO-FFM. Ms. McCaffrey then engaged counsel and submitted an FHA to the Receiver.  The Receiver continues to gather financial documents supporting her FHA from Ms. McCaffrey, through her counsel.  Her deadline to respond to the Complaint is currently set for November 13.

### O.   William Firestone Litigation

A demand letter was sent to William Firestone on August 5, 2015.  During the Fourth Application Period, Allen Matkins advised the Receiver regarding issues raised by Firestone relating to the calculation of his profit amount.  The reasonable and necessary fees for work on this matter total $346.95.

On October 30, 2015, the Receiver filed a Complaint and related papers against Mr. Firestone, commencing Related Case No. 15-CV-08498-SJO-FFM.

### P.   Summary of Expenses

Allen Matkins requests the Court approve reimbursement of $14,085.13 in out-of-pocket costs.  The itemization of such expenses is summarized below by category.  The majority of expenses incurred relate to the service of the 47 subpoenas issued by Allen Matkins to assist the Receiver in obtaining necessary records, as well as filing fees and service of process fees for the six clawback actions commenced

during the Fourth Application Period.  The total for costs incurred by Allen Matkins
is $14,085.13 and is broken down by category as follows:

| Category | Total |
|---|---|
| Legal Research / PACER fees | 1,918.80 |
| Messenger fees (court messenger/FedEx) | 578.65 |
| Service of Process – Subpoenas | 3,912.85 |
| Service of Process – Clawback Actions | 3,100.25 |
| Duplication/Faxes/Postage | 1,822.12 |
| Court Filing Fees | 2,400.00 |
| Subpoena Document Production Costs | 352.46 |
| TOTAL | $14,085.13 |

### III.   THE FEES AND COSTS ARE REASONABLE
### AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon
the property administered."  *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994).
These expenses include the fees and expenses of the Receiver and his professionals,
including Allen Matkins.  Decisions regarding the timing and amount of an award of
fees and costs to the Receiver and his Professionals are committed to the sound
discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required,
but not necessarily that actually expended, in the proper performance of the duties
imposed by the court upon the receiver[], the fair value of such time, labor and skill
measured by conservative business standards, the degree of activity, integrity and
dispatch with which the work is conducted and the result obtained."  *United States v.
Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks
omitted).  In practical terms, receiver and professional compensation thus ultimately
rests upon the result of an equitable, multi-factor balancing test involving the
"economy of administration, the burden that the estate may be able to bear, the
amount of time required, although not necessarily expended, and the overall value of

the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970).  Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F.Supp. 465, 480 (S.D. Tex. 1974).

As a preliminary matter, the TRO and Preliminary Injunction Order confer on the Receiver substantial duties and powers, including to conduct such investigation and discovery as is necessary to locate and account for all receivership assets, take such action as is necessary and appropriate to assume control over and preserve receivership assets, and employ attorneys and others to investigate and, where appropriate, institute, pursue, and prosecute all claims and causes of action of whatever kind and nature.  *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42 (Preliminary Injunction Order, Part XII).  The Receiver promptly determined that experienced, qualified counsel was necessary due to the size and complexity of the receivership estate.  The Court approved the Receiver's proposal to file interim reports and fee applications on a quarterly basis.  Dkt. No. 47.

Allen Matkins has submitted a detailed fee application which describes the nature of the services rendered and the identity and billing rate of each individual performing each task.  *See* Exhibit A.  Allen Matkins has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented.  The request for fees is based on Allen Matkins' customary billing rates charged for comparable services provided in other matters, less a 10% discount.  In addition, Allen Matkins did not charge for 3.1 hours ($1,506.60) of work during the Fourth Application Period.

The work performed by Allen Matkins was essential to carrying out the Receiver's Court-ordered duties.  The Receiver and Allen Matkins have worked diligently since the Receiver's appointment to (a) investigate, secure, and protect the assets of the receivership estate, (b) preserve and maintain the limited revenue stream

from the ATM business, (c) investigate transfers to third parties and potential claims related thereto, (d) inform the Court and the parties of the Receiver activities, (e) make recommendations for the efficient and effective administration of the receivership, and (f) efficiently disseminate information to investors and respond to frequently asked questions.  It should be noted that Allen Matkins' work does not duplicate or overlap with work performed by David Wallace, the General Counsel of the Receiver's company, Trigild, Inc.  Mr. Wallace has handled legal issues relating to NASI's operations, including the ATM business, the servicers, other vendors, and insurance issues.

Allen Matkins seeks payment of only 80% of fees incurred on an interim basis in recognition of the fact that its work in assisting the Receiver is ongoing.  Payment of the proposed 20% holdback will be sought at the conclusion of the receivership. Allen Matkins' fees are fair and reasonable and should be approved and paid on an interim basis.

## IV.   CONCLUSION

Allen Matkins therefore respectfully requests this Court enter an Order:

1.	Approving Allen Matkins' fees, on an interim basis, of $120,108.60;

2.	Authorizing and directing the Receiver to pay 80% of approved fees, or $96,086.88, from the assets of the Receivership Entities;

3.	Approving Allen Matkins' costs in the amount of $14,085.13, and authorizing and directing the Receiver to reimburse such costs in full; and

4.	For such other and further relief as the Court deems appropriate.


Dated:  December 9, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


By:_____/s/ Ted Fates_____
TED FATES
Attorneys for Receiver
WILLIAM J. HOFFMAN

# EXHIBIT A

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates   Matter #: 374464-00002   Matter Name: General Receivership

Date of Last Billing: 09-18-2015       Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240829
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/15/15 | 6595032 | Communications with probation officer regarding pre-sentence report for Gillis and Wishner. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 07/17/15 | 6596938 | Call with court pre-sentencing officer regarding information on receivership and Gillis/Wishner cooperation (.5); discuss information requested with A. Kudla (.2). | Fates, Edward G. | 0.7 | 340.20 | 437.40 |
| 07/20/15 | 6598423 | Communications with A. Sweeney regarding information requested for pre-sentence report in Gillis/Wishner criminal case and discuss same with A. Kudla. | Fates, Edward G. | 0.5 | 243.00 | 680.40 |
| 07/23/15 | 6601639 | Communications with AUSA Katzenstein regarding information for pre-sentence report and Gillis/Wishner restitution issues. | Fates, Edward G. | 0.4 | 194.40 | 874.80 |
| 07/28/15 | 6605018 | Call/emails with AUSA P. Stern regarding NASI net winners, clawback claims, and Gillis/Wishner sentencing. | Fates, Edward G. | 0.6 | 291.60 | 1,166.40 |
| 07/29/15 | 6606096 | Discuss request for investor profit information from AUSA P. Stern and potential Receiver attendance at 9/21 | Fates, Edward G. | 0.4 | 194.40 | 1,360.80 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | sentencing with A. Kudla. | | | | |
| 08/03/15 | 6611393 | Communications with SEC's counsel regarding investor inquiries. | Fates, Edward G. | 0.2 | 97.20 | 1,458.00 |
| 08/11/15 | 6618240 | Call with AUSA P. Stern regarding accounting information requested for sentencing purposes and request by Gillis's counsel to access NASI investor files and discuss same with A. Kudla (.7); call from Gillis's counsel regarding access to investor files and discuss same with A. Kudla (.4). | Fates, Edward G. | 1.1 | 534.60 | 1,992.60 |
| 08/12/15 | 6619236 | Telephone conference and emails regarding logistics and timing for Gillis and Wishner's access to investor files in San Diego with A. Kudla and communications with Gillis and Wishner's counsel regarding same and index for investor files (.9); discuss data on investor profits requested by AUSA P. Stern with A. Kudla and communications with P. Stern regarding same and Gillis and Wishner's access to investor files (.4); review Gillis and Wishner's ex parte application to continue sentencing date and discuss same with A. Kudla (.2). | Fates, Edward G. | 1.5 | 729.00 | 2,721.60 |
| 08/14/15 | 6621854 | Discuss production of 1099 tax documents requested by FBI and Gillis and Wishner's counsel with A. Kudla (.2); review order denying Gillis and Wishner's application to continue sentencing (.1); discuss production of net winner data requested by P. Stern and Gillis and Wishner's counsel with A. Kudla and P. Stern (.4); discuss | Fates, Edward G. | 1.2 | 583.20 | 3,304.80 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | document security issues regarding Gillis and Wishner's access to investor files with A. Kudla and Gillis and Wishner's counsel (.5). | | | | |
| 08/17/15 | 6623240 | Call with SEC's counsel to discuss potential bifurcated settlement and consent judgment. | Fates, Edward G. | 0.2 | 97.20 | 3,402.00 |
| 08/18/15 | 6623646 | Communications with Gillis's counsel and A. Kudla regarding Gillis and Wishner's access to and review of investor files. | Fates, Edward G. | 0.4 | 194.40 | 3,596.40 |
| 08/19/15 | 6625240 | Discuss work regarding net winner information requested by P. Stern and Gillis and Wishner's counsel with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 3,693.60 |
| 08/19/15 | 6625273 | Communications with Gillis and Wishner's counsel regarding completed review of investor files. | Fates, Edward G. | 0.2 | 97.20 | 3,790.80 |
| 08/21/15 | 6626693 | Review and revise net winner/profit analysis requested by P. Stern and Gillis/Wishner's counsel, discuss same with A. Kudla, and call with P. Stern and R. Katzenstein regarding same. | Fates, Edward G. | 1.3 | 631.80 | 4,422.60 |
| 09/01/15 | 6636942 | Advise A. Kudla regarding pre-receivership and post-receivership tax return issues | Fates, Edward G. | 0.4 | 194.40 | 4,617.00 |
| 09/02/15 | 6637686 | Review order granting SEC's summary judgment motion. | Fates, Edward G. | 0.1 | 48.60 | 4,665.60 |
| 09/04/15 | 6639565 | Review application to continue Gillis/Wishner sentencing, US Attorney's opposition, and order on same and discuss with Receiver. | Fates, Edward G. | 0.3 | 145.80 | 4,811.40 |

## Disbursements for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 07/15/15 | 2152290 | Lexis Lexis - Research | 1.00 | 707.60 |
| 07/29/15 | 2156174 | Messenger - - Federal Express Invoice No: 512021752 665 Ship To: Branscombe Richmond ^Ship Dt: 07/29/15 Airbill: 781061507367 | 1.00 | 37.08 |
| 07/29/15 | 2158274 | Filing fee for Adler Clawback Claims Complaint.` | 1.00 | 400.00 |
| 07/29/15 | 2158275 | Filing fee for Ehrens Clawback Claims Complaint.` ` | 1.00 | 400.00 |
| 07/29/15 | 2158276 | Filing fee for Tarnol Clawback Claims Complaint.` ` ` | 1.00 | 400.00 |
| 07/30/15 | 2155346 | Duplication | 71.00 | 13.49 |
| 07/30/15 | 2155921 | Filing Fees - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 424742 | 1.00 | 20.00 |
| 07/30/15 | 2155922 | Filing Fees - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 424742 | 1.00 | 20.00 |
| 07/30/15 | 2155923 | Filing Fees - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 424742 | 1.00 | 20.00 |
| 08/03/15 | 2155348 | Duplication | 16.00 | 3.04 |
| 08/03/15 | 2160536 | Filing Fees - - Nationwide USDC/CENTRAL DISTRICT ^ 424899 | 1.00 | 20.00 |
| 08/04/15 | 2155347 | Duplication | 143.00 | 27.17 |
| 08/04/15 | 2155349 | Duplication | 126.00 | 23.94 |
| 08/04/15 | 2156225 | Messenger - - Federal Express Invoice No: 512048938 055 Ship To: Helene Herbst ^Ship Dt: 08/04/15 Airbill: 781096356353 | 1.00 | 17.19 |
| 08/04/15 | 2160533 | Service of Process - - Nationwide - - Nationwide  ARTHUR GREENBERG, ESQ. ^ 424899 | 1.00 | 75.00 |
| 08/07/15 | 2155345 | Duplication | 1,049.00 | 199.31 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 08/11/15 | 2160534 | Service of Process - - Nationwide FIRST ABBY CORPORATION ^ 424899 | 1.00 | 110.00 |
| 08/11/15 | 2160535 | Service of Process - - Nationwide AMGEST LTD., A DELAWARE CORPORATION ^ 424899 | 1.00 | 150.00 |
| 08/11/15 | 2168892 | Service of Process - - Nationwide GERALD EHRENS ^ 424966 | 1.00 | 45.00 |
| 08/11/15 | 2168893 | Service of Process Nationwide - WILMA EHRENS ^ 424966 | 1.00 | 220.00 |
| 08/11/15 | 2168894 | Service of Process - - Nationwide RIVIERA INVESTMENTS, L.P. ^ 424966 | 1.00 | 45.00 |
| 08/13/15 | 2157837 | Duplication | 273.00 | 51.87 |
| 08/13/15 | 2160386 | Service of Process - - Nationwide WB STUDIO ENTERPRISES, INC. ^ 137180 | 1.00 | 95.00 |
| 08/13/15 | 2160387 | Service of Process - - Nationwide COMPLETE COMPLIANCE LLC ^ 137180 | 1.00 | 299.00 |
| 08/13/15 | 2160388 | Service of Process - - Nationwide MATSON NAVIGATION COMPANY, INC. ^ 137180 | 1.00 | 394.00 |
| 08/13/15 | 2160389 | Service of Process - - Nationwide FIFTH THIRD BANK ^ 137180 | 1.00 | 309.00 |
| 08/13/15 | 2160390 | Service of Process - - Nationwide PRIORTY MAINTENANCE INDUSTRIES ^ 137180 | 1.00 | 152.25 |
| 08/13/15 | 2160391 | Service of Process - - Nationwide AMERICAN SAVINGS BANK, FSB ^ 137180 | 1.00 | 394.00 |
| 08/13/15 | 2162248 | Messenger - - Federal Express Invoice No: 513495945 665 Ship To: Hon S James Otero ^Ship Dt: 08/13/15 Airbill: 781149484125 | 1.00 | 10.78 |
| 08/13/15 | 2168627 | Service of Process - - Nationwide TRANS-AMERICA INSURANCE CO. INC. ^ 137243 | 1.00 | 299.00 |
| 08/13/15 | 2172395 | Service of Process - - Nationwide WARNER BROS. TELEVISION PRODUCTION ^ 138076 | 1.00 | 95.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 08/13/15 | 2172396 | Service of Process - - Nationwide  TWENTIETH CENTURY FOX FILMS ^ 138076 | 1.00 | 35.00 |
| 08/14/15 | 2168895 | Service of Process - - Nationwide AMGEST LTD., A DELAWARE CORPORATION ^ 424966 | 1.00 | 45.00 |
| 08/18/15 | 2157835 | Duplication | 214.00 | 40.66 |
| 08/18/15 | 2162247 | Messenger - - Federal Express Invoice No: 513495945 665 Ship To: Hon  S  James Otero ^Ship Dt: 08/18/15 Airbill: 781177561517 | 1.00 | 10.78 |
| 08/18/15 | 2162249 | Messenger - - Federal Express Invoice No: 513495945 665 Ship To: Percy Anderson ^Ship Dt: 08/18/15 Airbill: 781177497033 | 1.00 | 15.78 |
| 08/19/15 | 2157838 | Duplication | 6.00 | 1.14 |
| 08/19/15 | 2157839 | Telecopier | 6.00 | 12.00 |
| 08/19/15 | 2168628 | Service of Process - - Nationwide FIFTH THIRD BANK ^ 137243 | 1.00 | 296.00 |
| 08/21/15 | 2157836 | Duplication | 22.00 | 4.18 |
| 08/24/15 | 2160266 | Duplication | 6,747.00 | 1,281.93 |
| 08/24/15 | 2162422 | Messenger - - Federal Express Invoice No: 514235983 665 Ship To: Hon  S  James Otero ^Ship Dt: 08/24/15 Airbill: 781210489314 | 1.00 | 10.78 |
| 08/24/15 | 2162628 | Production of Documents - - Fifth Third Bank - Research hours | 1.00 | 5.00 |
| 08/24/15 | 2162629 | Production of Documents - - Fifth Third Bank - Loan Documents | 1.00 | 31.21 |
| 08/24/15 | 2168891 | Nationwide - - Messenger USDC/CENTRAL DISTRICT ^ 424966 | 1.00 | 23.00 |
| 08/25/15 | 2160268 | Reprographics - Color | 7.00 | 1.75 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 08/25/15 | 2163041 | Production of Documents - - American Savings Bank - Securitties & Exchange Commision v. Nationwide Automated Systems, Inc., et al.; Civil Action No. CV-1407249 SJO (FFMx) | 1.00 | 164.75 |
| 08/26/15 | 2167809 | Lexis Lexis - Research | 1.00 | 192.40 |
| 08/27/15 | 2160267 | Duplication | 19.00 | 3.61 |
| 08/27/15 | 2168629 | Nationwide - - Messenger USDC/CENTRAL DISTRICT ^ 137243 | 1.00 | 9.00 |
| 08/28/15 | 2167133 | Messenger - - Federal Express Invoice No: 515619535 313 Ship To: AARON KUDLA, ESQ | 1.00 | 22.17 |
| 08/28/15 | 2167134 | Messenger - - Federal Express Invoice No: 515619535 313 Ship To: AARON KUDLA, ESQ | 1.00 | 23.10 |
| 08/28/15 | 2168630 | Service of Process - - Nationwide MARVIN TARNOL ^ 137243 | 1.00 | 105.25 |
| 08/28/15 | 2168631 | Service of Process - - Nationwide LAURIE TARNOL ^ 137243 | 1.00 | 40.50 |
| 08/28/15 | 2168632 | Service of Process - - Nationwide LMKT CORPORATION ^ 137243 | 1.00 | 40.50 |
| 08/28/15 | 2168896 | Service of Process - - Nationwide WILMA EHRENS ^ 424966 | 1.00 | 586.60 |
| 08/28/15 | 2168897 | Service of Process - - Nationwide GERALD EHRENS ^ 424966 | 1.00 | 37.50 |
| 08/28/15 | 2168898 | Service of Process - - Nationwide RIVIERA INVESTMENTS, L.P. ^ 424966 | 1.00 | 37.50 |
| 08/28/15 | 2168899 | Service of Process - - Nationwide AMGEST LTD., A DELAWARE CORPORATION ^ 424966 | 1.00 | 37.50 |
| 08/28/15 | 2168900 | Service of Process - - Nationwide FIRST ABBY CORP ^ 424966 | 1.00 | 37.50 |
| 08/31/15 | 2167019 | Messenger - - Federal Express Invoice No: 514962513 1665 Ship To: Hon S James Otero | 1.00 | 10.78 |
| 09/01/15 | 2166639 | Filing fee for clawback complaint against Bradley Turell.` | 1.00 | 400.00 |
| 09/01/15 | 2166640 | Filing fee for clawback complaint against Bradley Friedman.`` | 1.00 | 400.00 |

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 09/01/15 | 2166641 | Filing fee for clawback complaint against Harvey Turell.` ` | 1.00 | 400.00 |
| 09/02/15 | 2163697 | Reprographics - Color | 91.00 | 22.75 |
| 09/02/15 | 2167168 | Messenger - - Federal Express Invoice No: 515658142 1665 Ship To: Hon S James Otero | 1.00 | 10.78 |
| 09/02/15 | 2168921 | Service of Process - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 425138 | 1.00 | 27.00 |
| 09/02/15 | 2168922 | Service of Process - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 425138 | 1.00 | 27.00 |
| 09/02/15 | 2168923 | Service of Process - - Nationwide USDC - CENTRAL (WESTERN DIV.) ^ 425138 | 1.00 | 27.00 |
| 09/03/15 | 2167810 | Lexis Lexis - Research | 1.00 | 304.80 |
| 09/03/15 | 2168915 | Service of Process - - Nationwide GERALD EHRENS ^ 425138 | 1.00 | 576.40 |
| 09/03/15 | 2168916 | Service of Process - - Nationwide WILMA EHRENS ^ 425138 | 1.00 | 37.50 |
| 09/03/15 | 2168917 | Service of Process - - Nationwide RIVIERA INVESTMENTS ^ 425138 | 1.00 | 37.50 |
| 09/03/15 | 2168918 | Service of Process - - Nationwide AMGEST LTD. ^ 425138 | 1.00 | 37.50 |
| 09/03/15 | 2168919 | Service of Process - - Nationwide FIRST ABBY CORP. ^ 425138 | 1.00 | 37.50 |
| 09/04/15 | 2167169 | Messenger - - Federal Express Invoice No: 515658142 1665 Ship To: Hon Philip S Gutierrez | 1.00 | 10.78 |
| 09/04/15 | 2167170 | Messenger - - Federal Express Invoice No: 515658142 1665 Ship To: Hon Otis D Wright | 1.00 | 10.78 |
| 09/04/15 | 2167171 | Messenger - - Federal Express Invoice No: 515658142 1665 Ship To: Hon Margaret Morrow | 1.00 | 10.78 |
| 09/04/15 | 2168924 | Filing Fees - - Nationwide LAUREL TURELL ^ 425138 | 1.00 | 38.00 |
| 09/04/15 | 2168925 | Service of Process - - Nationwide BRADLEY E. TURELL ^ 425138 | 1.00 | 35.00 |

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 09/04/15 | 2168926 | Filing Fees - - Nationwide  LINDA TURELL C/O ATTY ARTHUR A. ^ 425138 | 1.00 | 45.00 |
| 09/04/15 | 2168927 | Service of Process - - Nationwide HARVEY TURELL C/O ATTY ARTHUR A. ^ 425138 | 1.00 | 35.00 |
| 09/08/15 | 2164248 | Production of Documents - - American Savings Bank - Re: Civil Action No. CV 14-07249 sjo (FFMx) | 1.00 | 151.50 |
| 09/08/15 | 2167167 | Messenger - - Federal Express Invoice No: 515658142 1665 Ship To: Hon  S  James Otero | 1.00 | 10.70 |
| 09/08/15 | 2168725 | Nationwide - - Messenger USDC/CENTRAL DISTRICT ^ 137588 | 1.00 | 14.00 |
| 09/08/15 | 2168928 | Filing Fees - - Nationwide  DIAMOND MCCARTHY LLP ^ 425138 | 1.00 | 38.00 |
| 09/10/15 | 2164920 | Duplication | 190.00 | 36.10 |
| 09/10/15 | 2168726 | Service of Process - - Nationwide DAMIEN PERILLO ^ 137588 | 1.00 | 346.15 |
| 09/10/15 | 2168727 | Service of Process - - Nationwide FIJI RENTALS ^ 137588 | 1.00 | 160.00 |
| 09/10/15 | 2168728 | Service of Process - - Nationwide BST POWER LLC ^ 137588 | 1.00 | 131.95 |
| 09/10/15 | 2168729 | Service of Process - - Nationwide BRETT ROUND ^ 137588 | 1.00 | 283.25 |
| 09/10/15 | 2172397 | Service of Process - - Nationwide  STACY ROUND ^ 138076 | 1.00 | 623.25 |
| 09/11/15 | 2164184 | Investigative Services - - Papenhausen Lopez Investigations - Investigator fees for service of summons and complaint in Ehrens matter | 1.00 | 460.00 |
| 09/11/15 | 2164919 | Duplication | 391.00 | 74.29 |
| 09/14/15 | 2164921 | Duplication | 1.00 | 0.19 |
| 09/14/15 | 2164922 | Reprographics - Color | 1.00 | 0.25 |
| 09/14/15 | 2168920 | Service of Process - - Nationwide AMGEST LTD. ^ 425138 | 1.00 | 110.00 |
| 09/16/15 | 2167468 | Messenger - - Federal Express Invoice No: 517180071 2055 Ship To: Ms  Stacy Round | 1.00 | 14.27 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 09/18/15 | 2167811 | Lexis Lexis - Research | 1.00 | 544.00 |
| 09/21/15 | 2167429 | Messenger - - Federal Express Invoice No: 517154306 1665 Ship To: USDC  Central California | 1.00 | 15.70 |
| 09/21/15 | 2167812 | Lexis Lexis - Research | 1.00 | 170.00 |
| 09/22/15 | 2168426 | Reprographics - Color | 2.00 | 0.50 |
| 09/24/15 | 2171654 | Messenger - - Federal Express Invoice No: 517857749 1665 Ship To: Gerald Ehrens Wilma Ehrens | 1.00 | 15.92 |
| 09/24/15 | 2171655 | Messenger - - Federal Express Invoice No: 517857749 1665 Ship To: USDC  Central California | 1.00 | 15.70 |
| 09/25/15 | 2171658 | Messenger - - Federal Express Invoice No: 517883360 2055 Ship To: return  tim hsu | 1.00 | 10.98 |
| 09/28/15 | 2168425 | Duplication | 1.00 | 0.19 |
| 09/28/15 | 2171653 | Messenger - - Federal Express Invoice No: 517857749 1665 Ship To: Hon  S  James Otero | 1.00 | 10.70 |
| 09/29/15 | 2170942 | Duplication | 23.00 | 4.37 |
| 09/29/15 | 2170943 | Reprographics - Color | 16.00 | 4.00 |
| 09/29/15 | 2172398 | Messenger - - Nationwide  USDC/CENTRAL DISTRICT ^ 138076 | 1.00 | 23.00 |
| 09/30/15 | 2170944 | Duplication | 81.00 | 15.39 |
| 09/30/15 | 2171784 | Messenger - - Federal Express Invoice No: 518599768 1665 Ship To: Hon  S  James Otero | 1.00 | 10.70 |
| 09/30/15 | 2171818 | Messenger - - Federal Express Invoice No: 518625567 2055 Ship To: Gerald Ehrens | 1.00 | 15.33 |
| 09/30/15 | 2171819 | Messenger - - Federal Express Invoice No: 518625567 2055 Ship To: Wilma Ehrens | 1.00 | 15.33 |
| 09/30/15 | 2171820 | Messenger - - Federal Express Invoice No: 518625567 2055 Ship To: Bruce Gardiner | 1.00 | 11.76 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 9.9 | 486.00 | 4,811.40 |
| | | 9.9 | | 4,811.40 |
| Total Fees | | | | 4,811.40 |
| Total Disbursements | | | | 14,085.13 |

### *Preliminary Billing Form*

Billing Atty: 001665 - Fates         Matter #: 374464-00003         Matter Name: Asset Investigation

Date of Last Billing: 09-18-2015         Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240830
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00003 (Asset Investigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/01/15 | 6585627 | Update spreadsheet tracking status of subpoenas. | Kaup, John T. | 0.1 | 22.95 | 22.95 |
| 07/01/15 | 6608571 | Review supplemental production and reimbursement records from H.Soffa (0.3); Correspondence to Receiver's office re: the same (0.1); Review production made by T.Sanders and correspondence to Receiver's office re: the same (0.4). | Hsu, Tim | 0.8 | 302.40 | 325.35 |
| 07/06/15 | 6586778 | Discuss Oasis, Studio Maui, and Fiji investigation and subpoena issues with A. Kudla (.2); discuss L. Freede payment issue with A. Kudla (.1); communications with counsel for L. Freede regarding settlement payment (.2). | Fates, Edward G. | 0.5 | 243.00 | 568.35 |
| 07/06/15 | 6608709 | Review series of supplemental production of records from LED Productions and Nguyen and provide update to Receiver's office re: the same (0.6); Call with Brifman re: subpoena to 4100 Northstar LLC (0.5); Review written response from Brifman re: subpoena and provide update to Receiver's office re: the | Hsu, Tim | 1.5 | 567.00 | 1,135.35 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | same (0.4). | | | | |
| 07/07/15 | 6587592 | Calls with R. Keller and D. Perillo regarding payment for assignment of Oasis trailer leases. | Fates, Edward G. | 0.7 | 340.20 | 1,475.55 |
| 07/07/15 | 6608873 | Review production from US Bank and correspondence to Receiver's office re: the same (0.5). | Hsu, Tim | 0.5 | 189.00 | 1,664.55 |
| 07/08/15 | 6589164 | Discuss status and strategy regarding Keller/Fiji issues with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 1,810.35 |
| 07/09/15 | 6590498 | Communications with D. Perillo and R. Keller. | Fates, Edward G. | 0.2 | 97.20 | 1,907.55 |
| 07/09/15 | 6608909 | Review production from US Bank (0.3); Correspondence to Receiver's office re: additional production from US Bank re: D.Perillo (0.2). | Hsu, Tim | 0.5 | 189.00 | 2,096.55 |
| 07/10/15 | 6591923 | Calls with R. Keller, D. Perillo, and Fiji's counsel regarding accounting and payment of rentals. | Fates, Edward G. | 0.4 | 194.40 | 2,290.95 |
| 07/15/15 | 6594662 | Communications with counsel for L. Freede regarding withdrawal of counsel (.2); discuss status regarding Keller/Fiji issues with A. Kudla (.1); communications with L. Freede regarding past due settlement payments (.2). | Fates, Edward G. | 0.5 | 243.00 | 2,533.95 |
| 07/16/15 | 6596338 | Communications with counsel for Fiji Rentals regarding payment and turnover of rental funds. | Fates, Edward G. | 0.2 | 97.20 | 2,631.15 |
| 07/17/15 | 6597210 | Telephone calls and emails with counsel for Fiji/Perillo and R. Keller regarding resolution of trailer lease issues, documentation, and payment regarding same (1.1); call from | Fates, Edward G. | 1.2 | 583.20 | 3,214.35 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | counsel for L. Freede (.1). | | | | |
| 07/20/15 | 6598370 | Communications with counsel for L. Freede (.2); communicate wire instructions to Keller/Perillo (.1). | Fates, Edward G. | 0.3 | 145.80 | 3,360.15 |
| 07/21/15 | 6599636 | Communications with Keller and counsel for Fiji regarding payment and assignment of trailer leases. | Fates, Edward G. | 0.5 | 243.00 | 3,603.15 |
| 07/21/15 | 6599798 | Review supplemental production from Sepna, LLC and provide update to Receiver's staff re: the same (0.3); Correspondence with Receiver's staff re: subpoena to NAI capital and need for additional information (0.2). | Hsu, Tim | 0.5 | 189.00 | 3,792.15 |
| 07/22/15 | 6601132 | Call to Ms. Keller and address email related to Oasis (.5).  Review of documents related to Oasis and possible clawback claims (.4). Email to counsel re Oasis/strategy re: recovery (.4). | Zaro, David R. | 1.3 | 871.65 | 4,663.80 |
| 07/22/15 | 6599932 | Communications with counsel for Georgia Production Services and A. Kudla regarding mail forwarding issue (.2); communications with counsel for L. Freede (.2); communications with R. Keller and D. Perillo, advise A. Kudla regarding same, and initial work on complaint against Keller, Fiji, Perillo (1.4). | Fates, Edward G. | 1.8 | 874.80 | 5,538.60 |
| 07/23/15 | 6603597 | Work with Ms. Keller re document production/Oasis (.2).  Assess documents re Oasis and email re: recommended approach to discovery (.3). | Zaro, David R. | 0.5 | 335.25 | 5,873.85 |
| 07/23/15 | 6600894 | Review information on Oasis provided | Fates, Edward G. | 0.6 | 291.60 | 6,165.45 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | by D. Keller and discuss same with A. Kudla. | | | | |
| 07/24/15 | 6602295 | Communications with counsel for L. Freede regarding assignment of settlement payments to Receiver and request to extend payment schedule. | Fates, Edward G. | 0.3 | 145.80 | 6,311.25 |
| 07/28/15 | 6604966 | Discuss letter to B. Richmond/Studio Maui with A. Kudla, work on same. | Fates, Edward G. | 0.4 | 194.40 | 6,505.65 |
| 07/29/15 | 6605502 | Prepare letter to B. Richmond regarding turnover of Studio Maui assets, discuss letter with A. Kudla, finalize same. | Fates, Edward G. | 1.3 | 631.80 | 7,137.45 |
| 07/31/15 | 6607816 | Communications with L. Freede counsel, review and revise assignment of settlement payments to Receiver. | Fates, Edward G. | 0.5 | 243.00 | 7,380.45 |
| 08/03/15 | 6611390 | Calls and emails with A. Kudla regarding accounting and claims against R. Keller and Fiji Rentals (.6); communications with counsel for L. Freede regarding past due settlement payments (.2). | Fates, Edward G. | 0.8 | 388.80 | 7,769.25 |
| 08/03/15 | 6633968 | Correspondence with Receiver's staff re: additional records required from US Bank (0.2); Call to US Bank representative to discuss additional records for production (0.5); Prepare language for draft subpoena to request the same (0.6). | Hsu, Tim | 1.3 | 491.40 | 8,260.65 |
| 08/04/15 | 6612838 | Review and organize third party subpoenas and proofs of service. | Kaup, John T. | 0.8 | 183.60 | 8,444.25 |
| 08/04/15 | 6611872 | Review documents and information relating to Studio Maui, discuss same | Fates, Edward G. | 2.6 | 1,263.60 | 9,707.85 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | with A. Kudla, and email to former counsel for Studio Maui and Wishner's counsel regarding Studio Maui documents (1.1); review Bank of America correspondence regarding subpoena service (.1); communications with FedEx regarding rejection of package by B. Richmond and advise A. Kudla regarding same (.2); work on motion regarding turnover of Studio Maui assets (1.1); advise regarding subpoena follow up for D. Perillo account records (.1). | | | | |
| 08/04/15 | 6633991 | Review prior subpoena and related records and prepare and send letter to US Bank for additional information on particular accounts (1.3). | Hsu, Tim | 1.3 | 491.40 | 10,199.25 |
| 08/05/15 | 6613799 | Review documents and call with Ms. Keller re: Oasis/bank records (.8). Emails related to document production (.2).  Follow-up on investigation and accounting issues with counsel (.1). | Zaro, David R. | 1.1 | 737.55 | 10,936.80 |
| 08/05/15 | 6612696 | Follow up communications with L. Freede's counsel and revisions to assignment of settlement payment (.5); discuss Studio Maui investigation, subpoenas, and analysis with A. Kudla and email to former Studio Maui's counsel regarding production of records (.6); advise regarding new document subpoenas to film studios and banks (.2). | Fates, Edward G. | 1.3 | 631.80 | 11,568.60 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/05/15 | 6613390 | Correspondences with US Bank and Receiver's staff re: supplemental request for account records (0.4); Correspondence with Receiver's staff re: additional round of subpoenas to prepare and serve (0.1). | Hsu, Tim | 0.5 | 189.00 | 11,757.60 |
| 08/06/15 | 6614528 | Communications with L. Freede's counsel regarding assignment of settlement payments, transmission of past due settlement payments, and release of judgment. | Fates, Edward G. | 0.3 | 145.80 | 11,903.40 |
| 08/07/15 | 6615298 | Communications with Wishner's counsel regarding production of documents and information relating to Studio Maui. | Fates, Edward G. | 0.2 | 97.20 | 12,000.60 |
| 08/10/15 | 6618673 | Review documents/bank records produced by Ms. Keller related to the Oasis asset (.6). Calls with Ms. Keller/counsel related to additional documents and related issues (.3). | Zaro, David R. | 0.9 | 603.45 | 12,604.05 |
| 08/10/15 | 6617116 | Communications with counsel for L. Freede regarding past due settlement payments and related issues. | Fates, Edward G. | 0.2 | 97.20 | 12,701.25 |
| 08/11/15 | 6618929 | Initial review of bank records and other documents received from D. Keller pursuant to subpoena and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 12,895.65 |
| 08/12/15 | 6619064 | Follow up communications to Wishner's counsel regarding Studio Maui records (.1); discuss accounting needed for Perillo/Fiji, R. Keller, and Studio Maui recovery efforts with A. Kudla (.4); communications with counsel for L. Freede regarding | Fates, Edward G. | 2.1 | 1,020.60 | 13,916.25 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | payment (.1); discuss document production and further communications regarding same with D. Keller with A. Kudla (.2); work on motion regarding Studio Maui and B. Richmond (1.3). | | | | |
| 08/12/15 | 6622136 | Correspondence to Receiver's staff re: production from D.Keller (0.2); Review issues with other outstanding subpoenas and update log for tracking purposes (1.3). | Hsu, Tim | 1.5 | 567.00 | 14,483.25 |
| 08/13/15 | 6620345 | Work on motion regarding Studio Maui assets and B. Richmond (1.7); call with Wishner's counsel regarding Studio Maui issues (.2); revisions to new subpoenas relating to Oasis and Studio Maui (.2). | Fates, Edward G. | 2.1 | 1,020.60 | 15,503.85 |
| 08/13/15 | 6622123 | Draft and prepare various subpoenas per Receiver's request for service (1.8); Review location and other identifying information for subpoenas to be issued (0.4). | Hsu, Tim | 2.2 | 831.60 | 16,335.45 |
| 08/14/15 | 6625081 | Emails/calls re Oasis discovery/investigation of transfers (.2). Address additional Keller documents/cost-benefit of pursuit of additional documents and claims (.4). | Zaro, David R. | 0.6 | 402.30 | 16,737.75 |
| 08/14/15 | 6621706 | Communications with Attorney R. Sutton and Wishner's counsel regarding production of Oasis documents (.2); communications with L. Freede's counsel and A. Kudla regarding L. Freede's payment (.2). | Fates, Edward G. | 0.4 | 194.40 | 16,932.15 |
| 08/14/15 | 6622108 | Review issues with delivery/service of various subpoenas (1.3); Email to | Hsu, Tim | 1.5 | 567.00 | 17,499.15 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Receiver's staff to request updated information for service of subpoenas (0.2). | | | | |
| 08/17/15 | 6622597 | Communications with Wishner's counsel regarding production of Oasis file from Attorney R. Sutton and Studio Maui/B. Richmond issues, review Oasis file from R. Sutton, and discuss Studio Maui motion with A. Kudla and review documents regarding purchase of Akamai RV (1.8); work on motion regarding Studio Maui/B. Richmond (1.6). | Fates, Edward G. | 3.4 | 1,652.40 | 19,151.55 |
| 08/17/15 | 6633365 | Review outstanding issues with service of subpoenas to various parties and update notes of delivery for tracking purposes (0.7); Call to counsel for Matson Navigation re: subpoena and to discuss scope of documents requested (0.3); Correspondence with Receiver's staff re: possible subpoena to Nohokai Production Services and review related SOS records for entity (0.3). | Hsu, Tim | 1.3 | 491.40 | 19,642.95 |
| 08/18/15 | 6623768 | Work on motion regarding Studio Maui/B. Richmond and analysis of affiliate issue (3.2); communications with Wishner's counsel regarding Studio Maui issues and contact with B. Richmond and discuss same with A. Kudla (.7). | Fates, Edward G. | 3.9 | 1,895.40 | 21,538.35 |
| 08/18/15 | 6633509 | Correspondences and call with US Bank re: subpoena for records (0.6); Review records to support subpoena to US Bank and information to narrow search for records (0.5); Review | Hsu, Tim | 3.9 | 1,474.20 | 23,012.55 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | supplemental production of records made by US Bank and correspondence with Receiver's staff re: the same (0.6); Call with M.Kraus from Warner Brothers re: subpoena and required response (0.5); Review basis to compel responses to subpoenas (1.7). | | | | |
| 08/19/15 | 6625242 | Communications with Wishner's counsel, review Studios Maui documentation provided, discuss same with A. Kudla, and revisions to Studio Maui/B. Richmond motion regarding same. | Fates, Edward G. | 1.4 | 680.40 | 23,692.95 |
| 08/19/15 | 6633800 | Call with Fifth Third Bank representatives re: subpoena for records and additional information required to direct search (0.4); Attention to issues with request for records and required information (0.6); Review existing records and prepare supplemental subpoena to Fifth Third Bank (1.2); Prepare correspondence for fax to Fifth Third Bank re: additional information requested and supplemental subpoena (0.3). | Hsu, Tim | 2.5 | 945.00 | 24,637.95 |
| 08/21/15 | 6636009 | Review issues with outstanding responses to subpoenas and service of the same (0.5); Provide update to notes on tracking log (0.2). | Hsu, Tim | 0.7 | 264.60 | 24,902.55 |
| 08/24/15 | 6629323 | Calls with Ms. Keller concerning document production (.2). Work to obtain additional documents/bank records from Ms. Keller, coordinate production (.2). Email with counsel for | Zaro, David R. | 0.6 | 402.30 | 25,304.85 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | creditor of fuel doctor (.2). | | | | |
| 08/24/15 | 6633809 | Correspondences and call with representative from Am. Savings Bank re: subpoena and additional information needed for search (0.5); Review records and correspondence with Receiver's staff re: the same (0.4); Second call with counsel from Warner Brothers re: subpoena to discuss records requested (0.6); Analysis of issues and basis to compel production (1.4). | Hsu, Tim | 2.9 | 1,096.20 | 26,401.05 |
| 08/26/15 | 6630934 | Review/evaluate the documents re Robert Keller, Oasis and On The Beach Productions, assess potential claims/disgorgement (.7). Letter to Receiver re Keller, Oasis and On The Beach Productions documents (.5). | Zaro, David R. | 1.2 | 804.60 | 27,205.65 |
| 08/26/15 | 6630369 | Attention to issues regarding organization and review of further documents produced by D. Keller. | Fates, Edward G. | 0.2 | 97.20 | 27,302.85 |
| 08/27/15 | 6632726 | Review records produced by Matson Navigation and correspondence with Receiver's staff re: the same (0.5). | Hsu, Tim | 0.5 | 189.00 | 27,491.85 |
| 08/28/15 | 6631769 | Revisions to motion regarding Studios Maui and B. Richmond, work on declarations in support of motion and proposed order, and discuss same with A. Kudla (1.6); communications with Wishner's counsel regarding position on motion (.1). | Fates, Edward G. | 1.7 | 826.20 | 28,318.05 |
| 08/31/15 | 6636455 | Correspondences with Receiver re: updates to discussions with counsel for Aberin/ZHB (0.2). | Hsu, Tim | 0.2 | 75.60 | 28,393.65 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/01/15 | 6639622 | Call from Debra Keller and follow-up to address additional discovery concerning transfers to Mr. Keller/Oasis (.3). | Zaro, David R. | 0.3 | 201.15 | 28,594.80 |
| 09/01/15 | 6636840 | Revise motion, declarations, and proposed order regarding Studios Maui, discuss same with A. Kudla and SEC counsel | Fates, Edward G. | 1.7 | 826.20 | 29,421.00 |
| 09/01/15 | 6660940 | Review records produced by American Savings Bank and provide update to Receiver's staff re: the same (0.3). | Hsu, Tim | 0.3 | 113.40 | 29,534.40 |
| 09/02/15 | 6637743 | Discuss documents relating to Studios Maui obtained by subpoena and hearing date for motion with A. Kudla (.4); communications with counsel for L. Freede and review proposed assignment and release of judgment (.3); finalize Studios Maui motion and supporting declarations (.4). | Fates, Edward G. | 1.1 | 534.60 | 30,069.00 |
| 09/02/15 | 6660945 | Research issues re: service by publication and provide summary of findings with authorities and citations (3.4); Research issues re: notices of errata for complaints and provide summary of findings re: the same (1.7). | Hsu, Tim | 5.1 | 1,927.80 | 31,996.80 |
| 09/03/15 | 6638319 | Review new Studios Maui documents and discuss same with A. Kudla (.4); review schedule of payments to and from D. Perillo provided by A. Kudla, review documents relating to trailer purchases, and discuss same and deposition subpoenas for D. Perillo | Fates, Edward G. | 1.2 | 583.20 | 32,580.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and S. Round with A. Kudla (.8). | | | | |
| 09/03/15 | 6662183 | Correspondences with Receiver re: additional records required from Am. Savings Bank (0.2); Correspondence and call with Am. Savings Bank re: additional records required (0.3). | Hsu, Tim | 0.5 | 189.00 | 32,769.00 |
| 09/04/15 | 6639982 | Work on deposition and document subpoenas for D. Perillo and S. Round and discuss same with A. Kudla. | Fates, Edward G. | 1.2 | 583.20 | 33,352.20 |
| 09/04/15 | 6662722 | Review records and prepare initial drafts of subpoenas to S.Round, B.Round, and D.Perillo (0.3); Emails with Am. Savings Bank re: subpoena for records (0.2). | Hsu, Tim | 0.5 | 189.00 | 33,541.20 |
| 09/08/15 | 6641714 | Discuss deposition subpoenas for Perillo, Fiji Rentals, S. Round, B. Round, and BST Power with A. Kudla and work on same. | Fates, Edward G. | 1.1 | 534.60 | 34,075.80 |
| 09/10/15 | 6643210 | Work on deposition subpoena dates and service addresses and discuss same with A. Kudla (.5); communications with L. Freede's counsel regarding request to release stipulated judgment, assignment of settlement agreement, and related issues (.6). | Fates, Edward G. | 1.1 | 534.60 | 34,610.40 |
| 09/10/15 | 6660876 | Prepare and send deposition subpoenas to B.Round, S.Round and PMK at BST Power LLC, Demien Perillo and Fiji (1.6); Review and confirm records for service locations and representatives (0.6). | Hsu, Tim | 2.2 | 831.60 | 35,442.00 |
| 09/11/15 | 6645883 | Several calls with Ms. Keller | Zaro, David R. | 0.4 | 268.20 | 35,710.20 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | concerning the bank records (.4). | | | | |
| 09/14/15 | 6646520 | Attention to issues regarding service of deposition subpoena on S. Round and communications with counsel for S. Round regarding same. | Fates, Edward G. | 0.4 | 194.40 | 35,904.60 |
| 09/14/15 | 6660795 | Review service notes and various issues with service of depositions subpoenas to B.Round, S.Round and BST power and confer with process servers re: the same (0.7); Prepare summary of service attempts to provide update to Receiver's staff and recommendations re: trailer vehicle found on S.Round's residence (0.4). | Hsu, Tim | 1.1 | 415.80 | 36,320.40 |
| 09/14/15 | 6660798 | Review production from Am. Savings Bank and correspondence to Receiver re: the same (0.3); Review and update notes and tracking log for outstanding responses to subpoenas (0.4). | Hsu, Tim | 0.7 | 264.60 | 36,585.00 |
| 09/16/15 | 6648500 | Discuss S. Round evading service of subpoena, additional Oasis-related subpoenas, and letter to R&S RV regarding meeting to review documents with A. Kudla. | Fates, Edward G. | 0.5 | 243.00 | 36,828.00 |
| 09/18/15 | 6650509 | Calls with counsel for Branscombe Richmond regarding Studios Maui assets, turnover of records, response to motion, and related issues(.7); advise regarding B. Round communications, document production, and deposition issues (.2); advise regarding B. Round document production and deposition issues (.2). | Fates, Edward G. | 1.1 | 534.60 | 37,362.60 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/18/15 | 6660789 | Calls and correspondence with B.Round to discuss issues with upcoming deposition and to demand records be produced in advance (0.6). | Hsu, Tim | 0.6 | 226.80 | 37,589.40 |
| 09/21/15 | 6651459 | Call with new counsel for B. Richmond regarding production of documents, value of trailers, potential continuance of hearing date for motion, and related issues. | Fates, Edward G. | 0.6 | 291.60 | 37,881.00 |
| 09/23/15 | 6653571 | Call and emails with counsel for Branscombe Richmond regarding Studios Maui documents, trailers, communications with Receiver, motion for turnover, and related issues (.9); communications with L. Freede's counsel regarding settlement agreement, judgment, and payments (.2). | Fates, Edward G. | 1.1 | 534.60 | 38,415.60 |
| 09/24/15 | 6655154 | Communications with B. Richmond's counsel regarding document production and call with A. Kudla and B. Richmond. | Fates, Edward G. | 0.2 | 97.20 | 38,512.80 |
| 09/25/15 | 6662930 | Attention to issues re: outstanding requests for records and update notes re: the same (0.4). | Hsu, Tim | 0.4 | 151.20 | 38,664.00 |
| 09/28/15 | 6658288 | Call with Ms. Keller re Mr. Keller/Oasis and CNB records/discovery (.3). Review new documents/bank records concerning Oasis/Wishner and follow-up email (.4). | Zaro, David R. | 0.7 | 469.35 | 39,133.35 |
| 09/28/15 | 6658031 | Discuss Studios Maui/B. Richmond issues with A. Kudla, communications | Fates, Edward G. | 1.5 | 729.00 | 39,862.35 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | with B. Richmond's counsel regarding same, review order granting motion, and advise A. Kudla regarding same (1.2); discuss S. Round/B. Round/BST Power issues with A. Kudla (.3). | | | | |
| 09/28/15 | 6660597 | Review written response and records produced by Warner Bros. (1.2); Provide update to Receiver re: the same (0.1). | Hsu, Tim | 1.3 | 491.40 | 40,353.75 |
| 09/29/15 | 6658231 | Discuss communications with B. Richmond's counsel and call with B. Richmond with A. Kudla (.9); revisions to Nohokai RV subpoena (.2); discuss records received from D. Keller with A. Kudla (.2); call with B. Richmond's counsel (.4); discuss service of deposition subpoena and communications with S. Round with A. Kudla (.2). | Fates, Edward G. | 1.9 | 923.40 | 41,277.15 |
| 09/29/15 | 6660532 | Coordinate stake-out of S.Round's residence to attempt service (0.3); Correspondences with agents re: the same (0.2); Attention to issues re: supplemental production of records for recordings and other records (0.2); Prepare and serve subpoena for records to Nohokai (0.6). | Hsu, Tim | 1.3 | 491.40 | 41,768.55 |
| 09/30/15 | 6659660 | Calls with S. Round and S. Rubenstein/BST Power regarding depositions, production of documents, and scheduling issues and advise A. Kudla regarding same (.9); communications with B. Richmond's counsel regarding cooperation, production of documents, and tax | Fates, Edward G. | 1.3 | 631.80 | 42,400.35 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | issues (.2); discuss B. Richmond document requests with A. Kudla (.2). | | | | |
| 09/30/15 | 6660773 | Call with B.Round to discuss scheduling of deposition (0.4); Prepare and send notice to B.Round, S.Round, and BST Power PMK of continued deposition date and times (0.5); Call with Nohokai representative re: subpoena and demand for records (0.4); Provide update to Receiver and tracking log for the same (0.2); Review list of new subpoenas to issue on behalf of Receiver and correspondence with Receiver's staff re: the same (0.4). | Hsu, Tim | 2.2 | 831.60 | 43,231.95 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 7.6 | 670.50 | 5,095.80 |
| 000820 | John T. Kaup | 0.9 | 229.50 | 206.55 |
| 001665 | Edward G. Fates | 46.7 | 486.00 | 22,696.20 |
| 002055 | Tim Hsu | 40.3 | 378.00 | 15,233.40 |
| | | 95.5 | | 43,231.95 |
| Total Fees | | | | 43,231.95 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

### *Preliminary Billing Form*

Billing Atty:  001665 - Fates                            Matter #: 374464-00004                            Matter Name: Reporting

Date of Last Billing: 09-18-2015                                                                   Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240831
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00004 (Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/06/15 | 6586781 | Discuss content for Fourth Interim Report with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 07/15/15 | 6594943 | Discuss content for Fourth Interim Report with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 194.40 |
| 07/20/15 | 6598353 | Work on Fourth Interim Report. | Fates, Edward G. | 0.4 | 194.40 | 388.80 |
| 07/22/15 | 6600893 | Discuss Fourth Interim report with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 486.00 |
| 07/28/15 | 6604576 | Work on Receiver's fourth interim report, discuss same with A. Kudla (2.4); send report to SEC counsel (.2). | Fates, Edward G. | 2.6 | 1,263.60 | 1,749.60 |
| 07/29/15 | 6605898 | Revise Receiver's fourth interim report. | Fates, Edward G. | 0.4 | 194.40 | 1,944.00 |
| 08/03/15 | 6611392 | Finalize Receiver's Fourth Interim Report. | Fates, Edward G. | 0.3 | 145.80 | 2,089.80 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 4.3 | 486.00 | 2,089.80 |
|  |  | 4.3 |  | 2,089.80 |
| Total Fees |  |  |  | 2,089.80 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

Total Disbursements                                                                                    0.00

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00005 (Operations & Asset Sales) 374464-00005

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00005          Matter Name: Operations & Asset Sales

Date of Last Billing: 05-05-2015          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240832
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00005 (Operations & Asset Sales)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/06/15 | 6586777 | Discuss ATM operations and potential sale issues with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.2 | 486.00 | 97.20 |
| | | 0.2 | | 97.20 |
| Total Fees | | | | 97.20 |
| Total Disbursements | | | | 0.00 |

### *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00006          Matter Name: Claims & Distributions

Date of Last Billing: 09-18-2015                                     Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240833
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00006 (Claims & Distributions)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/08/15 | 6589172 | Call from investor regarding status of case, claim for investment losses, and criminal sentencing for Gillis and Wishner. | Fates, Edward G. | 0.3 | 145.80 | 145.80 |
| 07/08/15 | 6589587 | Discuss investor questions regarding continuance of criminal sentencing with A. Kudla and review court filings regarding same. | Fates, Edward G. | 0.2 | 97.20 | 243.00 |
| 07/21/15 | 6599239 | Respond to inquiry from counsel for investor. | Fates, Edward G. | 0.2 | 97.20 | 340.20 |
| 08/05/15 | 6613817 | Call with investor concerning status, recovery process, timing and follow-up referral to Receiver (.1). | Zaro, David R. | 0.1 | 67.05 | 407.25 |
| 08/24/15 | 6629333 | Calls with an investor, follow-up with creditor concerning status of the matter, address the post recovery by claimants (.2). | Zaro, David R. | 0.2 | 134.10 | 541.35 |
| 08/26/15 | 6630115 | Discuss communications from Fuel Doctor creditor regarding claims process with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 589.95 |
| 09/03/15 | 6642244 | Call with investor/claimant related to assignment or sale of claims/interests (.2). | Zaro, David R. | 0.2 | 134.10 | 724.05 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/03/15 | 6638768 | Call from investor Lewis regarding status of receivership and claim and potential for distributions. | Fates, Edward G. | 0.2 | 97.20 | 821.25 |
| 09/08/15 | 6641720 | Call with counsel for investors regarding clawback actions, potential claims against CNB, claims process, and related issues and advise A. Kudla regarding same. | Fates, Edward G. | 0.5 | 243.00 | 1,064.25 |
| 09/09/15 | 6642012 | Respond to inquiry from investor Stevens. | Fates, Edward G. | 0.2 | 97.20 | 1,161.45 |
| 09/10/15 | 6643689 | Discuss investor Afshar inquiry with A. Kudla and respond to same (.3); respond to inquiry regarding criminal sentencing from investor Case (.2). | Fates, Edward G. | 0.5 | 243.00 | 1,404.45 |
| 09/24/15 | 6656882 | Calls with several investors related to investors claims/status of recovery, follow-up with counsel (.4). | Zaro, David R. | 0.4 | 268.20 | 1,672.65 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.9 | 670.50 | 603.45 |
| 001665 | Edward G. Fates | 2.2 | 486.00 | 1,069.20 |
| | | 3.1 | | 1,672.65 |
| Total Fees | | | | 1,672.65 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00007          Matter Name: Third Party Recoveries

Date of Last Billing: 09-18-2015          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240834
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00007 (Third Party Recoveries)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/01/15 | 6585421 | Call with counsel re clawback claims/negotiations re same (.3). | Zaro, David R. | 0.3 | 201.15 | 201.15 |
| 07/06/15 | 6586780 | Discuss legal issues and strategy regarding clawback demands, settlements, and complaints with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 395.55 |
| 07/07/15 | 6587317 | Discuss legal issues and strategy regarding net winner Hoffman clawback claim and probate code with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 541.35 |
| 07/08/15 | 6590696 | Review/evaluate the claims for recovery as to net winners/assess prospects and next steps (.4). Follow-up call to address the complaint/statute of limitations (.3). | Zaro, David R. | 0.7 | 469.35 | 1,010.70 |
| 07/09/15 | 6591673 | Work on the outline form of complaint for fraudulent conveyance (.4). | Zaro, David R. | 0.4 | 268.20 | 1,278.90 |
| 07/09/15 | 6590489 | Work on form of complaint for clawback actions. | Fates, Edward G. | 0.4 | 194.40 | 1,473.30 |
| 07/10/15 | 6649658 | Draft complaint for investor clawback actions and discuss same with A. Kudla (3.7). | Fates, Edward G. | 3.7 | 1,798.20 | 3,271.50 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/14/15 | 6594032 | Work on form of complaint for clawback actions. | Fates, Edward G. | 0.7 | 340.20 | 3,611.70 |
| 07/15/15 | 6649669 | Work on form of clawback complaint (.3); discuss clawback settlements and form of complaint with A. Kudla (.3); analyze issues regarding waiver and tolling of statute of repose for net winners with potential hardships and discuss same with A. Kudla (.9). | Fates, Edward G. | 1.5 | 729.00 | 4,340.70 |
| 07/15/15 | 6609010 | Research issues on possible agreement to toll or waive CUFTA 7-year statute of repose (3.3); Prepare summary of applicability of tolling agreement or waiver of statute of repose under CUFTA for counsel (0.9). | Hsu, Tim | 4.2 | 1,587.60 | 5,928.30 |
| 07/20/15 | 6649684 | Revisions to form of clawback complaint (.3. | Fates, Edward G. | 0.3 | 145.80 | 6,074.10 |
| 07/21/15 | 6649685 | Work on form of civil cover sheet (.2); work on form of notice of related case (.2). | Fates, Edward G. | 0.4 | 194.40 | 6,268.50 |
| 07/22/15 | 6600892 | Discuss legal issues with Kolligian clawback demand and settlement with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 6,414.30 |
| 07/27/15 | 6603682 | Work on financial hardship application packet for potential clawback settlements, discuss same with A. Kudla. | Fates, Edward G. | 1.5 | 729.00 | 7,143.30 |
| 07/28/15 | 6656007 | Work on financial hardship application, discuss same with A. Kudla (.4). | Fates, Edward G. | 0.4 | 194.40 | 7,337.70 |
| 07/30/15 | 6656026 | Discuss status of pending clawback cases and upcoming clawback | Fates, Edward G. | 0.3 | 145.80 | 7,483.50 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | complaints with A. Kudla (.3). | | | | |
| 08/03/15 | 6656038 | Discuss status of clawback settlements and upcoming complaints with A. Kudla and review schedule of demands (.3). | Fates, Edward G. | 0.3 | 145.80 | 7,629.30 |
| 08/04/15 | 6613264 | Review of fraudulent conveyance claims with potential claimant and address possible settlement (.4). Follow-up on the NASI Claims for return of profits and address hardship matters (.3). | Zaro, David R. | 0.7 | 469.35 | 8,098.65 |
| 08/06/15 | 6658181 | Review proposed engagement agreement with special counsel for claims against CNB and communications with D. Wallace regarding same (.4). | Fates, Edward G. | 0.4 | 194.40 | 8,293.05 |
| 08/07/15 | 6618627 | Review/evaluate the issues concerning the case assignment, including review of approved procedures/email advice to counsel re same (.4). Review local and court rules to assess reconsideration motion approach (.2). | Zaro, David R. | 0.6 | 402.30 | 8,695.35 |
| 08/07/15 | 6616176 | Work on motion regarding transfer and assignment of clawback cases. | Fates, Edward G. | 0.4 | 194.40 | 8,889.75 |
| 08/10/15 | 6618753 | Review of court's orders concerning related cases, prior court orders (.4). Call with counsel and advice concerning third party actions, approach, motion for reconsideration (.2). | Zaro, David R. | 0.6 | 402.30 | 9,292.05 |
| 08/10/15 | 6616468 | Work on motion regarding transfer of clawback cases. | Fates, Edward G. | 1.4 | 680.40 | 9,972.45 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/11/15 | 6619397 | Work with counsel concerning the Rule 60 motion, revise draft motion (.4). | Zaro, David R. | 0.4 | 268.20 | 10,240.65 |
| 08/11/15 | 6618216 | Work on motion regarding transfer of clawback cases and proposed order. | Fates, Edward G. | 1.2 | 583.20 | 10,823.85 |
| 08/13/15 | 6620125 | Discuss motion regarding transfer of clawback cases with SEC's counsel (.2); finalize motion and proposed order (.3). | Fates, Edward G. | 0.5 | 243.00 | 11,066.85 |
| 08/14/15 | 6658195 | Follow-up on Rule 60 motion for change in order or reconsideration of order re transfer (.2). | Zaro, David R. | 0.2 | 134.10 | 11,200.95 |
| 08/18/15 | 6625092 | Email/call with counsel to advise as to settlement position/negotiations related to settlement with defendants (.4). | Zaro, David R. | 0.4 | 268.20 | 11,469.15 |
| 08/20/15 | 6627815 | Email/call concerning the fraudulent conveyance issues re damages and assess timing for calculations (.3). Research/analysis of the claims/damages calculations re fraud conveyance (.4). | Zaro, David R. | 0.7 | 469.35 | 11,938.50 |
| 08/20/15 | 6658297 | Analyze legal issues regarding Ponzi scheme start date and profit calculations (1.1); call/emails regarding potential engagement agreement with special counsel regarding CNB claims with D. Wallace (.7). | Fates, Edward G. | 1.8 | 874.80 | 12,813.30 |
| 08/21/15 | 6658312 | Address, review/analyze issues related to case transfer, related cases and supplemental briefing (.4). | Zaro, David R. | 0.4 | 268.20 | 13,081.50 |
| 08/21/15 | 6658321 | Work on supplement to motion | Fates, Edward G. | 1.9 | 923.40 | 14,004.90 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding transfer of clawback cases (1.9). | | | | |
| 08/24/15 | 6658329 | Review issues and research concerning the jurisdiction over third parties/ancillary jurisdiction (.8). Revise draft of brief related to transfer/related case issues (.6). | Zaro, David R. | 1.4 | 938.70 | 14,943.60 |
| 08/24/15 | 6658331 | Work on supplement to motion regarding transfer of clawback actions and review SEC's non-opposition to motion (1.7). | Fates, Edward G. | 1.7 | 826.20 | 15,769.80 |
| 08/25/15 | 6658341 | Review orders granting motion regarding transfer of clawback cases and reassigning clawback cases (.2). | Fates, Edward G. | 0.2 | 97.20 | 15,867.00 |
| 08/25/15 | 6633899 | Review papers and order granting relief from order declining transfers of clawback actions (0.6). | Hsu, Tim | 0.6 | 226.80 | 16,093.80 |
| 08/26/15 | 6658349 | Discuss response to letter from counsel for Katz family regarding profits, legal issues, damage claim, and settlement offer with A. Kudla (.4); call with financial advisor for net winner H. Aronson and call from SEC's counsel regarding same (.6). | Fates, Edward G. | 1.0 | 486.00 | 16,579.80 |
| 08/27/15 | 6658487 | Review revised engagement agreement with Geragos firm and discuss motion re claims against CNB and approval of Geragos engagement with D. Wallace and M. Geragos (.5); work on motion (.4). | Fates, Edward G. | 0.9 | 437.40 | 17,017.20 |
| 08/28/15 | 6658568 | Work on motion regarding authority to pursue claims against CNB and engagement of special counsel and discuss same with A. Kudla (1.1); | Fates, Edward G. | 1.8 | 874.80 | 17,892.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | review correspondence from CPA for investor S. Phillips regarding financial hardship, discuss same with A. Kudla, and respond to CPA (.7). | | | | |
| 08/31/15 | 6658578 | Respond to email from CPA for net winner Phillips (.2). | Fates, Edward G. | 0.2 | 97.20 | 17,989.20 |
| 09/01/15 | 6658592 | Call with potential investor counsel regarding claims against CNB (.2); review and revise response to letter from counsel for net winner Katz, discuss same with A. Kudla (.8). | Fates, Edward G. | 1.0 | 486.00 | 18,475.20 |
| 09/04/15 | 6658621 | Work on CNB/Geragos employment motion and discuss same with D. Wallace and A. Kudla (2.2). | Fates, Edward G. | 2.2 | 1,069.20 | 19,544.40 |
| 09/08/15 | 6642507 | Confer with counsel related to transfer of cases and overall approach. | Zaro, David R. | 0.4 | 268.20 | 19,812.60 |
| 09/08/15 | 6658628 | Discuss settlement issues with net winners Katz and Firestone with A. Kudla (.4); discuss motion regarding CNB claims and Geragos with A. Kudla (.2). | Fates, Edward G. | 0.6 | 291.60 | 20,104.20 |
| 09/09/15 | 6644012 | Call from counsel for net winner, follow-up with Receiver/counsel (.2). Address overall case strategy/coordination of actions and advice to counsel re same (.3). | Zaro, David R. | 0.5 | 335.25 | 20,439.45 |
| 09/14/15 | 6647019 | Confer with counsel and review issues related to claim for recovery/defense (.3). Research related to defenses and advice to counsel re: negotiations (.4). | Zaro, David R. | 0.7 | 469.35 | 20,908.80 |
| 09/16/15 | 6648013 | Discuss background facts for motion | Fates, Edward G. | 1.9 | 923.40 | 21,832.20 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding CNB claims/Geragos employment with A. Kudla (.6); discuss status and strategy regarding net winners Tarnol, Katz, Firestone, Friedman, Allen, and McCaffrey with A. Kudla (.7); communications with H. Turell's counsel regarding documents missing from financial hardship application and discuss same with A. Kudla (.6). | | | | |
| 09/17/15 | 6649045 | Review documents relating to CNB claims provided by A. Kudla, work on motion regarding same and Geragos engagement, and discuss facts for motion with A. Kudla. | Fates, Edward G. | 2.6 | 1,263.60 | 23,095.80 |
| 09/18/15 | 6650214 | Work on motion regarding CNB claims and Geragos engagement and discuss same with Receiver and Geragos. | Fates, Edward G. | 1.1 | 534.60 | 23,630.40 |
| 09/21/15 | 6654461 | Review the Richman claim with counsel/Receiver and address response negotiations (.4). Analysis/revisions to draft motion related to CNB lawsuit (.7). Call with counsel, advice re motion (.2). | Zaro, David R. | 1.3 | 871.65 | 24,502.05 |
| 09/21/15 | 6651577 | Work on motion regarding claims against CNB and Geragos engagement and discuss same with Receiver, A. Kudla, and T. Ross. | Fates, Edward G. | 2.1 | 1,020.60 | 25,522.65 |
| 09/22/15 | 6652587 | Discuss CNB/Geragos motion with T. Ross and discuss background facts with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 25,717.05 |
| 09/23/15 | 6653818 | Review documents and analyze facts for CNB claims/Geragos motion. | Fates, Edward G. | 0.4 | 194.40 | 25,911.45 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/28/15 | 6658003 | Discuss CNB/Geragos motion with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 26,057.25 |
| 09/29/15 | 6658245 | Discuss clawback settlements and upcoming complaints with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 26,203.05 |
| 09/30/15 | 6659655 | Discuss status of clawback demands and complaints to Firestone, Allen, Gladstone, Paul, and McCaffrey with A. Kudla (.5); call and emails with counsel for F. McCaffrey regarding financial hardship and service of complaint and advise A. Kudla regarding same (.6); discuss communications and strategy regarding L. Allen with A. Kudla (.2). | Fates, Edward G. | 1.3 | 631.80 | 26,834.85 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 9.7 | 670.50 | 6,503.85 |
| 001665 | Edward G. Fates | 38.1 | 486.00 | 18,516.60 |
| 002055 | Tim Hsu | 4.8 | 378.00 | 1,814.40 |
| | | 52.6 | | 26,834.85 |
| Total Fees | | | | 26,834.85 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                  Matter #: 374464-00009                  Matter Name: Employment/Fees

Date of Last Billing: 06-22-2015                                                      Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240835
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00009 (Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/30/15 | 6612230 | Review and revise Receiver's third interim fee application (2.6). | Fates, Edward G. | 2.6 | 1,263.60 | 1,263.60 |
| 07/31/15 | 6609745 | Discuss revisions to Receiver third interim fee application with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 1,360.80 |
| 08/03/15 | 6611403 | Review and revise Receiver's third interim fee application, discuss same with A. Kudla, and send fee applications to SEC's counsel. | Fates, Edward G. | 0.6 | 291.60 | 1,652.40 |
| 08/17/15 | 6622897 | Communications with SEC's counsel regarding third interim fee applications. | Fates, Edward G. | 0.1 | 48.60 | 1,701.00 |
| 08/18/15 | 6623690 | Finalize Receiver's fee application, notice, and proposed orders for filing. | Fates, Edward G. | 0.4 | 194.40 | 1,895.40 |
| 09/15/15 | 6647101 | Review order approving fee applications and advise Receiver regarding same. | Fates, Edward G. | 0.1 | 48.60 | 1,944.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 4.0 | 486.00 | 1,944.00 |
|  |  | 4.0 |  | 1,944.00 |
| Total Fees |  |  |  | 1,944.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

Total Disbursements                                                                                    0.00

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00010        Matter Name: Barbara Adler Litigation

Date of Last Billing:        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240836
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00010 (Barbara Adler Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/20/15 | 6649681 | Discuss status and strategy regarding form of clawback complaint and claims against B. Adler (.1); review accounting exhibits for B. Adler (.1); discuss service of B. Adler complaint with A. Kudla (.1). | Fates, Edward G. | 0.3 | 145.80 | 145.80 |
| 07/21/15 | 6649686 | Prepare complaint against B. Adler (.5). | Fates, Edward G. | 0.5 | 243.00 | 388.80 |
| 07/23/15 | 6656000 | Discuss Adler clawback complaints with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 437.40 |
| 07/28/15 | 6656008 | Work on Adler complaints, notices of related case, and related documents, attention to service issues (.3). | Fates, Edward G. | 0.3 | 145.80 | 583.20 |
| 07/29/15 | 6656014 | Finalize Adler complaints, notices of related case, civil cover sheets, and related documents. | Fates, Edward G. | 0.1 | 48.60 | 631.80 |
| 07/30/15 | 6656029 | Work on service issues for Adler complaints/summons (.1). | Fates, Edward G. | 0.1 | 48.60 | 680.40 |
| 08/03/15 | 6656041 | Communications with counsel for B. Adler regarding service of complaint (.4). | Fates, Edward G. | 0.4 | 194.40 | 874.80 |
| 08/04/15 | 6656178 | Call with counsel for B. Adler regarding financial hardship | Fates, Edward G. | 0.6 | 291.60 | 1,166.40 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | application, deadline to respond to complaint, statute of limitations, and related issues (.4); discuss same with A. Kudla (.2). | | | | |
| 08/06/15 | 6658183 | Review orders denying transfer of Adler clawback cases, review prior order approving proposed procedures for clawback cases, and consider next steps (.1). | Fates, Edward G. | 0.1 | 48.60 | 1,215.00 |
| 08/19/15 | 6658274 | Discuss B. Adler financial hardship documents with A. Kudla (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,312.20 |
| 08/25/15 | 6658342 | Call and emails with counsel for B. Adler regarding extension of deadline to respond to complaint for hardship review and discuss same with A. Kudla (.4). | Fates, Edward G. | 0.4 | 194.40 | 1,506.60 |
| 08/26/15 | 6658351 | Discuss issues regarding B. Adler hardship application, stay of case for review of same, and issues regarding court approval of hardship settlements with A. Kudla (.3); review OSC re dismissal of B. Alder case and work on response to same and request to approve stay to allow for financial hardship review (.5). | Fates, Edward G. | 0.8 | 388.80 | 1,895.40 |
| 08/27/15 | 6658488 | Work on response to OSC re dismissal in B. Adler matter, stipulation re 60-day stay of case, and application for approval of stipulation (3.2). | Fates, Edward G. | 3.2 | 1,555.20 | 3,450.60 |
| 08/28/15 | 6634152 | (Adler) Review court order/OSC, advice to counsel re response to same (.3). Revise/advice re response to OSC (.4). | Zaro, David R. | 0.7 | 469.35 | 3,919.95 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00010 (Barbara Adler Litigation) 374464-00010

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/28/15 | 6658571 | Communications with B. Alder's counsel regarding OSC and draft pleadings regarding 60-day extension (.3). | Fates, Edward G. | 0.3 | 145.80 | 4,065.75 |
| 08/31/15 | 6658575 | Call and emails with counsel for B. Adler regarding request for 60-day extension of deadline to respond to clawback complaint (.3); finalize OSC response, application for approval of joint stipulation, and joint stipulation (.4). | Fates, Edward G. | 0.7 | 340.20 | 4,405.95 |
| 09/03/15 | 6658618 | Review order granting extension in B. Adler matter and advise B. Adler's counsel and A. Kudla regarding same (.2). | Fates, Edward G. | 0.2 | 97.20 | 4,503.15 |
| 09/30/15 | 6660514 | Discuss financial hardship application with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 4,648.95 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.7 | 670.50 | 469.35 |
| 001665 | Edward G. Fates | 8.6 | 486.00 | 4,179.60 |
| | | 9.3 | | 4,648.95 |
| Total Fees | | | | 4,648.95 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                 Matter #: 374464-00011                      Matter Name: Gerald & Wilma Ehrens Litigation

Date of Last Billing:                                                                      Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240837
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00011 (Gerald & Wilma Ehrens Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/20/15 | 6649682 | Discuss status and strategy regarding form of clawback complaint and claims against M. Ehrens (.1). | Fates, Edward G. | 0.1 | 48.60 | 48.60 |
| 07/21/15 | 6658674 | Discuss contact with First Abby's counsel with A. Kudla (.2); research corporate status of entities, out of state jurisdiction issues, and prepare complaint against Ehrens, Riviera Investments, First Abby, Amgest (1.4). | Fates, Edward G. | 1.6 | 777.60 | 826.20 |
| 07/23/15 | 6655999 | Discuss Ehrens clawback complaints with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 874.80 |
| 07/28/15 | 6656010 | Work on Ehrens complaints, notices of related case, and related documents, attention to service issues (.3). | Fates, Edward G. | 0.3 | 145.80 | 1,020.60 |
| 07/29/15 | 6656016 | Finalize Ehrens complaints, notices of related case, civil cover sheets, and related documents. | Fates, Edward G. | 0.1 | 48.60 | 1,069.20 |
| 07/30/15 | 6656031 | Work on service issues for Ehrens complaints/summons (.1). | Fates, Edward G. | 0.1 | 48.60 | 1,117.80 |
| 08/06/15 | 6658184 | Review orders denying transfer of Ehrens clawback cases, review prior | Fates, Edward G. | 0.1 | 48.60 | 1,166.40 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | order approving proposed procedures for clawback cases, and consider next steps (.1). | | | | |
| 08/14/15 | 6658199 | Call re Gerald Ehrens and Amgest case, follow-up advise to counsel re service issues (.4). | Zaro, David R. | 0.4 | 268.20 | 1,434.60 |
| 08/14/15 | 6658239 | Attention to issues regarding service of complaint on G. Ehrens' entities and respond to call from registered agent for service for G. Ehrens' company (.4). | Fates, Edward G. | 0.4 | 194.40 | 1,629.00 |
| 08/20/15 | 6658307 | Review order dismissing Ehrens complaint without prejudice for lack of subject matter jurisdiction, analyze issues regarding same, and work on supplement to motion for relief from order declining transfers (.9); work on ex parte application to extend deadline for amended complaint in Ehrens case (.3); review letter regarding service of complaint regarding First Abby and discuss same with A. Kudla (.2). | Fates, Edward G. | 1.4 | 680.40 | 2,309.40 |
| 08/21/15 | 6658316 | Review/revise the draft ex parte application re continuance (.3). | Zaro, David R. | 0.3 | 201.15 | 2,510.55 |
| 08/21/15 | 6658326 | Prepare ex parte application for extension of deadline for amended complaint in G. Ehrens clawback case so motion regarding transfer of related cases can be decided and proposed order regarding same (1.7). | Fates, Edward G. | 1.7 | 826.20 | 3,336.75 |
| 08/24/15 | 6658337 | Work on G. Ehrens and First Abby service issues (.2) | Fates, Edward G. | 0.2 | 97.20 | 3,433.95 |
| 08/26/15 | 6658355 | Discuss service evading issues | Fates, Edward G. | 0.2 | 97.20 | 3,531.15 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding G. Ehrens and stake out expense with A. Kudla (.2). | | | | |
| 08/27/15 | 6658490 | Work on ex parte application for order setting aside dismissal order in G. Ehrens matter (.8). | Fates, Edward G. | 0.8 | 388.80 | 3,919.95 |
| 08/28/15 | 6658569 | Advise on timing/costs for G. Ehrens service stakeout (.3). | Fates, Edward G. | 0.3 | 145.80 | 4,065.75 |
| 08/31/15 | 6658579 | Work on ex parte application for order setting aside dismissal without prejudice of G. Ehrens complaint and proposed order on same (.4). | Fates, Edward G. | 0.4 | 194.40 | 4,260.15 |
| 09/01/15 | 6658605 | Work on G. Ehrens service issues, potential request for service by publication (.4). | Fates, Edward G. | 0.4 | 194.40 | 4,454.55 |
| 09/02/15 | 6658607 | Review service attempt reports and analyze issues regarding G. Ehrens evading service and potential motion for service by publication, discuss same and contact information for G. Ehrens with A. Kudla (1.1). | Fates, Edward G. | 1.1 | 534.60 | 4,989.15 |
| 09/03/15 | 6658615 | Work on G. Ehrens service issues, email complaint, summons and related documents to G. Ehrens (.5). | Fates, Edward G. | 0.5 | 243.00 | 5,232.15 |
| 09/04/15 | 6658624 | Work on address search and service issues for G. Ehrens case (.3). | Fates, Edward G. | 0.3 | 145.80 | 5,377.95 |
| 09/08/15 | 6658626 | Finalize ex parte application and proposed order to set aside dismissal order in G. Ehrens case (.3); work on address search issues for G. Ehrens case and discuss same with A. Kudla (.4). | Fates, Edward G. | 0.7 | 340.20 | 5,718.15 |
| 09/17/15 | 6649358 | Work on motion for service by publication and compile information | Fates, Edward G. | 0.5 | 243.00 | 5,961.15 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | on service attempts, stake outs, and address investigation. | | | | |
| 09/21/15 | 6660764 | Correspondence re: investigator's summary and declaration to detail search methods and results (0.6); Review affidavits and history of service attempts on Ehrens and other entities (0.7); Begin draft motion papers for authority to serve by publication (1.2). | Hsu, Tim | 2.5 | 945.00 | 6,906.15 |
| 09/21/15 | 6660785 | Review investigator's report on search for viable addresses and revise correspondence to investigator re: the same (0.6). | Hsu, Tim | 0.6 | 226.80 | 7,132.95 |
| 09/22/15 | 6660765 | Review investigator's updated report and affidavit (0.3); Incorporate updates to notice of motion and motion for service by publication and continue draft of the same (4.1). | Hsu, Tim | 4.4 | 1,663.20 | 8,796.15 |
| 09/23/15 | 6654199 | Work on motion regarding service of process by publication. | Fates, Edward G. | 0.5 | 243.00 | 9,039.15 |
| 09/23/15 | 6654066 | Continue draft of motion to serve by publication (5.4). | Hsu, Tim | 5.4 | 2,041.20 | 11,080.35 |
| 09/24/15 | 6655155 | Work on motion regarding service of process by publication and supporting declaration. | Fates, Edward G. | 1.7 | 826.20 | 11,906.55 |
| 09/24/15 | 6660758 | Review issues re: service attempts and mailing of case initiating documents (0.3); Prepare draft declaration in support of motion for service by publication (1.9); Revise motion papers (0.6); Prepare draft proposed order (0.5); Gather and prepare exhibits to motion (0.6); | Hsu, Tim | 4.3 | 1,625.40 | 13,531.95 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Review and incorporate counsel comments to draft motion papers (0.4). | | | | |
| 09/28/15 | 6660573 | Review affidavits re: service attempts to Ehrens and revise draft motion papers and declaration (0.7). | Hsu, Tim | 0.7 | 264.60 | 13,796.55 |
| 09/29/15 | 6657977 | Work on motion regarding service by publication and finalize same. | Fates, Edward G. | 0.7 | 340.20 | 14,136.75 |
| 09/29/15 | 6660539 | Gather and prepare papers and all exhibits for filing of motion to serve by publication (0.4). | Hsu, Tim | 0.4 | 151.20 | 14,287.95 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.7 | 670.50 | 469.35 |
| 001665 | Edward G. Fates | 14.2 | 486.00 | 6,901.20 |
| 002055 | Tim Hsu | 18.3 | 378.00 | 6,917.40 |
| | | 33.2 | | 14,287.95 |
| Total Fees | | | | 14,287.95 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

## *Preliminary Billing Form*

Billing Atty:  001665 - Fates                    Matter #: 374464-00012                     Matter Name: Marvin & Laurie Tarnol Litigation

Date of Last Billing:                                                                        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240838
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00012 (Marvin & Laurie Tarnol Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 07/10/15 | 6649659 | Discuss status and strategy regarding Tarnol clawback with A. Kudla (.2). | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 07/13/15 | 6592992 | Call with counsel for net winner M. Tarnol regarding potential financial hardship review, commencement of clawback action, and service of complaint. | Fates, Edward G. | 0.4 | 194.40 | 291.60 |
| 07/15/15 | 6649664 | Review correspondence and attachments from counsel for net winner M. Tarnol (.2); response to Tarnol (.1); prepare response to counsel for Tarnol and discuss same with A. Kudla (.4). | Fates, Edward G. | 0.7 | 340.20 | 631.80 |
| 07/16/15 | 6595921 | Call with counsel for M. Tarnol regarding tolling issue, service of complaint and summons and submission and review of financial documents. | Fates, Edward G. | 0.4 | 194.40 | 826.20 |
| 07/20/15 | 6649679 | Discuss status and strategy regarding form of clawback complaint and claims against M. Tarnol (.1); communications with counsel for M. Tarnol (.3); review accounting exhibits for M. Tarnol (.1); prepare complaint | Fates, Edward G. | 1.4 | 680.40 | 1,506.60 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | against Tarnol (.9). | | | | |
| 07/21/15 | 6658676 | Work on Tarnol complaint (.3). | Fates, Edward G. | 0.3 | 145.80 | 1,652.40 |
| 07/23/15 | 6655996 | Discuss Tarnol clawback complaints with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 1,701.00 |
| 07/28/15 | 6656011 | Communications with M. Tarnol counsel regarding financial hardship application, complaint, and related issues (.2); work on Tarnol complaints, notices of related case, and related documents, attention to service issues (.3). | Fates, Edward G. | 0.5 | 243.00 | 1,944.00 |
| 07/29/15 | 6656018 | Finalize Tarnol complaints, notices of related case, civil cover sheets, and related documents. | Fates, Edward G. | 0.1 | 48.60 | 1,992.60 |
| 07/30/15 | 6656032 | Work on service issues for Tarnol complaints/summons (.1). | Fates, Edward G. | 0.1 | 48.60 | 2,041.20 |
| 08/03/15 | 6656043 | Review standing order in Tarnol case (.2). | Fates, Edward G. | 0.2 | 97.20 | 2,138.40 |
| 08/03/15 | 6662961 | Review standing order on action filed | Hsu, Tim | 0.3 | 113.40 | 2,251.80 |
| 08/06/15 | 6618605 | Analysis of the issues, next steps, discovery, settlement options with regard to the Tarnol/LMKT case (.6). Confer/advice as to service and the Court's standing order re Tarnol/LMKT case (.3). | Zaro, David R. | 0.9 | 603.45 | 2,855.25 |
| 08/06/15 | 6658185 | Review orders denying transfer of Tarnol clawback case, review prior order approving proposed procedures for clawback cases, and consider next steps (.1). | Fates, Edward G. | 0.1 | 48.60 | 2,903.85 |
| 08/14/15 | 6658241 | Call with counsel for M. Tarnol regarding financial hardship packets | Fates, Edward G. | 0.3 | 145.80 | 3,049.65 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and potential stay of litigation during review of same and discuss same with A. Kudla (.3). | | | | |
| 08/20/15 | 6658304 | Communications with counsel for M. Tarnol regarding potential motion to dismiss unjust enrichment and constructive trust claims and analyze legal issues regarding potential motion to dismiss (1.2). | Fates, Edward G. | 1.2 | 583.20 | 3,632.85 |
| 08/21/15 | 6658314 | Review/analysis of claims and disputes as to unjust enrichment, constructive trust claims, research as to elements of the c/a (.6). Email concerning case and amended complaint (.4). | Zaro, David R. | 1.0 | 670.50 | 4,303.35 |
| 08/21/15 | 6658323 | Analyze issues regarding unjust enrichment as cause of action and communications with M. Tarnol's counsel regarding same (1.1). | Fates, Edward G. | 1.1 | 534.60 | 4,837.95 |
| 08/24/15 | 6658330 | (Tarnol) Review/evaluate issues related to amending complaint (.3). | Zaro, David R. | 0.3 | 201.15 | 5,039.10 |
| 08/24/15 | 6658335 | Communications with counsel for M. Tarnol and analyze procedural steps regarding potential motion to dismiss unjust enrichment claim (.4). | Fates, Edward G. | 0.4 | 194.40 | 5,233.50 |
| 08/25/15 | 6662960 | Review issues and basis for claims asserted in preparation for amendment of pleadings and filing of first amended complaint | Hsu, Tim | 1.1 | 415.80 | 5,649.30 |
| 08/26/15 | 6658353 | Work on amendments to M. Tarnol complaint (.3). | Fates, Edward G. | 0.3 | 145.80 | 5,795.10 |
| 08/26/15 | 6662959 | Research and address issues re: alleged causes of action and prepare | Hsu, Tim | 2.6 | 982.80 | 6,777.90 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | draft first amended complaint | | | | |
| 08/27/15 | 6658496 | Advise on service issues in M. Tarnol case (.1). | Fates, Edward G. | 0.1 | 48.60 | 6,826.50 |
| 08/27/15 | 6662958 | Gather and review papers and exhibits for filing of first amended complaint and submit papers for filing (0.7); Correspondence to defendants' counsel re: acceptance of service (0.1) | Hsu, Tim | 0.8 | 302.40 | 7,128.90 |
| 09/08/15 | 6660854 | Review filing for proofs of service for summons/complaint (0.2). | Hsu, Tim | 0.2 | 75.60 | 7,204.50 |
| 09/11/15 | 6658642 | Review motion to dismiss unjust enrichment cause of action filed by M. Tarnol (.2). | Fates, Edward G. | 0.2 | 97.20 | 7,301.70 |
| 09/14/15 | 6645826 | Work on opposition to Tarnol's motion to dismiss unjust enrichment claim. | Fates, Edward G. | 1.1 | 534.60 | 7,836.30 |
| 09/14/15 | 6660797 | Review motion to dismiss and order striking motion and confer with counsel re: the same (0.4). | Hsu, Tim | 0.4 | 151.20 | 7,987.50 |
| 09/15/15 | 6647097 | Research regarding unjust enrichment, work on opposition to Tarnol's motion to dismiss unjust enrichment claim. | Fates, Edward G. | 2.9 | 1,409.40 | 9,396.90 |
| 09/18/15 | 6660791 | Research case law for authorities in support of opposition to motion to dismiss and provide summary and citations to counsel re: the same (1.6). | Hsu, Tim | 1.6 | 604.80 | 10,001.70 |
| 09/21/15 | 6651574 | Work on opposition to Tarnol's motion to dismiss unjust enrichment cause of action. | Fates, Edward G. | 0.8 | 388.80 | 10,390.50 |
| 09/21/15 | 6660783 | Prepare language for opposition to | Hsu, Tim | 0.6 | 226.80 | 10,617.30 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | motion to dismiss (0.6). | | | | |
| 09/28/15 | 6657995 | Finalize opposition to M. Tarnol's motion to dismiss unjust enrichment cause of action. | Fates, Edward G. | 0.3 | 145.80 | 10,763.10 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 2.2 | 670.50 | 1,475.10 |
| 001665 | Edward G. Fates | 13.2 | 486.00 | 6,415.20 |
| 002055 | Tim Hsu | 7.6 | 378.00 | 2,872.80 |
| | | 23.0 | | 10,763.10 |
| Total Fees | | | | 10,763.10 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00013 (Bradley Turell Litigation) 374464-00013

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates      Matter #: 374464-00013      Matter Name: Bradley Turell Litigation

Date of Last Billing:      Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240839
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00013 (Bradley Turell Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/12/15 | 6658187 | Work on clawback complaint against B. Turell and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 194.40 |
| 08/14/15 | 6658216 | Work on clawback complaint against net winner B. Turell (.2); | Fates, Edward G. | 0.2 | 97.20 | 291.60 |
| 08/31/15 | 6658582 | Review and revise complaints and notices of related case for B. Turell (.2). | Fates, Edward G. | 0.2 | 97.20 | 388.80 |
| 09/01/15 | 6658603 | Finalize complaints and related documents for B. Turell (.2). | Fates, Edward G. | 0.2 | 97.20 | 486.00 |
| 09/03/15 | 6658612 | Revisions to B. Turell complaint (.2). | Fates, Edward G. | 0.2 | 97.20 | 583.20 |
| 09/21/15 | 6651600 | Review order setting scheduling conference (.1); review answer to complaint from B. Turell, pro se (.2). | Fates, Edward G. | 0.3 | 145.80 | 729.00 |
| 09/30/15 | 6660516 | Discuss financial hardship application and response to B. Turell regarding same with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 874.80 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.8 | 486.00 | 874.80 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00013 (Bradley Turell Litigation) 374464-00013

|  | 1.8 | 874.80 |
|---|---|---|
| Total Fees |  | 874.80 |
| Total Disbursements |  | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00014 (Berwyn Friedman Litigation) 374464-00014

## *Preliminary Billing Form*

Billing Atty:  001665 - Fates          Matter #: 374464-00014                    Matter Name: Berwyn Friedman Litigation

Date of Last Billing:                                                            Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240840
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00014 (Berwyn Friedman Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/05/15 | 6658176 | Discuss upcoming complaints against B. Friedman with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 08/12/15 | 6658189 | Work on clawback complaint against B. Friedman and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 291.60 |
| 08/14/15 | 6658220 | Work on clawback complaint against net winner B. Friedman (.2). | Fates, Edward G. | 0.2 | 97.20 | 388.80 |
| 08/18/15 | 6623717 | Communications with counsel for B. Friedman regarding clawback claim and complaint regarding same and discuss same with A. Kudla. | Fates, Edward G. | 0.7 | 340.20 | 729.00 |
| 08/19/15 | 6658278 | Discuss B. Friedman settlement deadline with A. Kudla (.1); communications with counsel for B. Friedman regarding profit amount and documentation of payments and discuss same with A. Kudla (.8). | Fates, Edward G. | 0.9 | 437.40 | 1,166.40 |
| 08/20/15 | 6658291 | Discuss issues regarding B. Friedman profit amount and Ponzi scheme start date with A. Kudla and communications with B. Friedman's counsel regarding same (.9). | Fates, Edward G. | 0.9 | 437.40 | 1,603.80 |
| 08/24/15 | 6658332 | Communications with counsel for B. | Fates, Edward G. | 0.1 | 48.60 | 1,652.40 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00014 (Berwyn Friedman Litigation) 374464-00014

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Friedman (.1). | | | | |
| 09/01/15 | 6658600 | Revisions to complaint, notice of related case, summons for B. Friedman (.6); communications with B. Friedman counsel regarding service (.1). | Fates, Edward G. | 0.7 | 340.20 | 1,992.60 |
| 09/02/15 | 6658606 | Calls and emails with counsel for B. Friedman regarding potential hardship settlement, B. Friedman assets, and issues related thereto and discuss same with A. Kudla (1.7). | Fates, Edward G. | 1.7 | 826.20 | 2,818.80 |
| 09/03/15 | 6658609 | Revisions to Friedman complaint (.2); communications with B. Friedman's counsel (.1). | Fates, Edward G. | 0.3 | 145.80 | 2,964.60 |
| 09/04/15 | 6658622 | Communications with B. Friedman's counsel regarding service, hardship application, and related issues (.4). | Fates, Edward G. | 0.4 | 194.40 | 3,159.00 |
| 09/09/15 | 6658634 | Communications with B. Friedman's counsel regarding financial hardship documents (.2). | Fates, Edward G. | 0.2 | 97.20 | 3,256.20 |
| 09/10/15 | 6658637 | Communications with B. Friedman's counsel regarding service of complaint and related documents (.2). | Fates, Edward G. | 0.2 | 97.20 | 3,353.40 |
| 09/16/15 | 6666384 | Review information from B. Friedman's counsel regarding financial hardship and discuss same with A. Kudla (.4). | Fates, Edward G. | 0.4 | 194.40 | 3,547.80 |
| 09/17/15 | 6648925 | Call with B. Friedman's counsel regarding assets, financial hardship application, accounting of profits, service of complaint, stipulation to extend response deadline, and related issues. | Fates, Edward G. | 0.6 | 291.60 | 3,839.40 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00014 (Berwyn Friedman Litigation) 374464-00014

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 09/28/15 | 6658064 | Review email and information from B. Friedman's counsel and discuss profit accounting and financial hardship application issues with A. Kudla. | Fates, Edward G. | 0.6 | 291.60 | 4,131.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 8.5 | 486.00 | 4,131.00 |
| | | 8.5 | | 4,131.00 |
| Total Fees | | | | 4,131.00 |
| Total Disbursements | | | | 0.00 |

## Preliminary Billing Form

Billing Atty: 001665 - Fates          Matter #: 374464-00015          Matter Name: Harvey Turell Litigation

Date of Last Billing:          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240841
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00015 (Harvey Turell Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/05/15 | 6658179 | Discuss upcoming complaints against H. Turell with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 08/12/15 | 6658192 | Work on clawback complaint against H. Turell and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 291.60 |
| 08/14/15 | 6658238 | Work on clawback complaint against net winner H. Turell (.2); call with counsel for H. Turell regarding financial hardship packets and potential stay of litigation during review of same and discuss same with A. Kudla (.3). | Fates, Edward G. | 0.5 | 243.00 | 534.60 |
| 08/19/15 | 6658282 | Discuss H. Turell settlement deadline with A. Kudla (.1); communications with counsel for H. Turell regarding settlement deadline and service of summons and complaint (.2). | Fates, Edward G. | 0.3 | 145.80 | 680.40 |
| 08/20/15 | 6658300 | Communications with H. Turell's counsel regarding hardship packet and filing of complaint and advise A. Kudla regarding same (.6). | Fates, Edward G. | 0.6 | 291.60 | 972.00 |
| 08/21/15 | 6658325 | Communications with counsel for H. Turell, review hardship documents provided by same, and discuss with | Fates, Edward G. | 0.5 | 243.00 | 1,215.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00015 (Harvey Turell Litigation) 374464-00015

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | A. Kudla (.5). | | | | |
| 08/24/15 | 6658338 | Communications with counsel for H. Turell regarding service of complaint and stay of case regarding hardship application (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,312.20 |
| 08/31/15 | 6658583 | Review and revise complaints and notices of related case for H. Turell (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,409.40 |
| 09/01/15 | 6658604 | Finalize complaints and related documents for H. Turell (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,506.60 |
| 09/03/15 | 6658614 | Revisions to H. Turell complaint (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,603.80 |
| 09/10/15 | 6658639 | Call and emails with A. Kudla and H. Turell's counsel regarding financial hardship application, missing documents, and potential extension of deadline to respond to complaint (.7). | Fates, Edward G. | 0.7 | 340.20 | 1,944.00 |
| 09/11/15 | 6658644 | Communications with counsel for H. Turell and A. Kudla regarding financial hardship application (.4). | Fates, Edward G. | 0.4 | 194.40 | 2,138.40 |
| 09/17/15 | 6648923 | Follow up communications with H. Turell's counsel regarding documents missing from hardship application. | Fates, Edward G. | 0.4 | 194.40 | 2,332.80 |
| 09/22/15 | 6652455 | Communications with H. Turell's counsel regarding hardship application documents. | Fates, Edward G. | 0.1 | 48.60 | 2,381.40 |
| 09/24/15 | 6654894 | Call and emails with counsel for H. Turell regarding documents and information for financial hardship application. | Fates, Edward G. | 0.5 | 243.00 | 2,624.40 |
| 09/28/15 | 6658053 | Discuss financial hardship application and issues with documentation provided with A. Kudla, | Fates, Edward G. | 1.4 | 680.40 | 3,304.80 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00015 (Harvey Turell Litigation) 374464-00015

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | communications with H. Turell's counsel regarding same, and review information provided by H. Turell's counsel. | | | | |
| 09/29/15 | 6658228 | Discuss conference call with CPA for H. Turell with A. Kudla (.3); work on joint stipulation and ex parte application regarding extension of deadline to respond to complaint (.6); communications with H. Turell's counsel regarding joint stipulation (.2). | Fates, Edward G. | 1.1 | 534.60 | 3,839.40 |
| 09/30/15 | 6660061 | Communications with H. Turell's counsel regarding joint stipulation. | Fates, Edward G. | 0.1 | 48.60 | 3,888.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | | Hours | Rate | Amounts |
|---|---|---|---|---|---|
| 001665 | Edward G. Fates | | 8.0 | 486.00 | 3,888.00 |
| | | | 8.0 | | 3,888.00 |
| Total Fees | | | | | 3,888.00 |
| Total Disbursements | | | | | 0.00 |

## *Preliminary Billing Form*

Billing Atty:  001665 - Fates

Matter #: 374464-00016

Matter Name: Frances McCaffrey Litigation

Date of Last Billing:

Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240842
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00016 (Frances McCaffrey Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/05/15 | 6658168 | Discuss clawback profit calculations for rent payments and referral fees, claim against F. McCaffrey. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 09/09/15 | 6658632 | Attention to call from counsel for net winner F. McCaffrey, discuss same with A. Kudla, and return call to counsel (.6). | Fates, Edward G. | 0.6 | 291.60 | 388.80 |
| 09/10/15 | 6658635 | Review deposit and payment data for net winner F. McCaffrey (.2). | Fates, Edward G. | 0.2 | 97.20 | 486.00 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.0 | 486.00 | 486.00 |
| | | 1.0 | | 486.00 |
| Total Fees | | | | 486.00 |
| Total Disbursements | | | | 0.00 |

11/16/15 12:32:51 PROFORMA STATEMENT FOR MATTER 374464-00017 (William Firestone Litigation) 374464-00017

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00017                    Matter Name: William Firestone Litigation

Date of Last Billing:                                                                                     Client Name: William J. Hoffman, Receiver for NASI

Proforma Number 1240843
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00017 (William Firestone Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 08/04/15 | 6656176 | Communications with A. Kudla regarding potential net winner W. Firestone (.3). | Fates, Edward G. | 0.3 | 145.80 | 145.80 |
| 08/19/15 | 6625802 | Call with Mr. Firestone concerning claims against net winners (.2). Address family/Firestone claims and return of profits with counsel (.1). | Zaro, David R. | 0.3 | 201.15 | 346.95 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.3 | 670.50 | 201.15 |
| 001665 | Edward G. Fates | 0.3 | 486.00 | 145.80 |
| | | 0.6 | | 346.95 |
| Total Fees | | | | 346.95 |
| Total Disbursements | | | | 0.00 |