MARK KRUSPODIN, CPA
DUFFY, KRUSPODIN & COMPANY, LLP
Certified Public Accountants
15910 Ventura Boulevard, Suite 800
Encino, California 91436-2810
Phone: (818) 385-0585
Fax: (818) 385-3447
E-Mail: mkruspodin@dkllpcpa.com

Tax Accountants for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**FIRST INTERIM FEE APPLICATION OF DUFFY, KRUSPODIN & COMPANY, LLP, CERTIFIED PUBLIC ACCOUNTANTS TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date: January 11, 2016<br>Time: 10:00 a.m.<br>Ctrm: 1 - 2nd Floor<br>Judge: Hon. S. James Otero |

Duffy, Kruspodin & company, LLP hereby submits this first interim application for approval and payment of fees and reimbursement of expenses ("Application"). This Application covers the period from January 1, 2015 through September 30, 2015 ("First Application Period"), and seeks interim approval of $12,735.00 in fees and $30.96 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of the fees incurred ($10,188.00) and 100% of $30.96 expenses incurred. Duffy, Kruspodin & Company, LLP has discounted its customary hourly rates by ten percent (10%).

## I.   INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission"). The Receiver was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors. The appointment orders also authorize the Receiver to engage professionals to assist him in the performance of his duties. The Receiver promptly determined that an experienced, qualified tax accountant was critical due to the size and complexity of the receivership estate. Accordingly, the Receiver engaged Duffy, Kruspodin & Company, LLP to assist with urgent accounting and tax issues facing the receivership estate and the firm began work in January 2015, including assisting with the preparation of income tax returns.

This Application seeks interim approval of $12,735.00 in fees for a total of 40.90 hours worked and payment on an interim basis of 80% of that amount, or $10,188.00. The hours and fees for each of the Receivership Entities are as follows:

| COMPANY NAME/DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| **NATIONWIDE AUTOMATED SYSTEMS, INC.** | | |
| Gathering of required information and preparation of 2014 income tax return | 22.70 | $8,330.00 |
| **OASIS STUDIO RENTALS, LLC** | | |
| Gathering of required information and preparation of 2014 income tax return | 10.20 | $3,562.00 |
| **OASIS STUDIO RENTALS 2, LLC** | | |
| Gathering of required information and preparation of 2013 Amended and 2014 income tax return | 4.00 | $1,084.00 |
| **OASIS STUDIO RENTALS 3, LLC** | | |
| Gathering of required information and preparation of 2014 income tax return | 4.00 | $1,174.00 |
| Total Fees | 40.90 | $14,150.00 |
| Less: 10% discount | | -$1,415.00 |
| Discounted fees | | $12,735.00 |

## II. SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

### A. Categories and Descriptions of Work

1. <u>Gathering of information, adjusting journal entries, generating financial reports, and preparation of income tax returns.</u>

Duffy, Kruspodin & Company, LLP has been working with the Receiver's office to assist with reconstruction of accounting records to produce a set of financial reports, make appropriate jounal entries to close out the books for the year end, and to prepare income tax returns for the above four entities.

|  | HOURS | FEES | AVERAGE RATE |
|---|---|---|---|
| TOTAL | 40.80 | $12,735.00 | $312 |

### B. Summary of Expenses Requested for Reimbursement

Duffy, Kruspodin & Company, LLP requests the Court approve reimbursement of $30.96 in out-of-pocket costs representing delivery costs charged by a third party overnight delivery service.

The total for costs incurred by Duffy, Kruspodin & Company, LLP during the Application Period is $30.96 and is broken down by category as follows:

| CATEGORY | TOTAL |
|---|---|
| Third Party Delivery Charges | $30.96 |
| TOTAL | $30.96 |

## III. THE FEES AND COSTS ARE REASONABLE AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994).

These expenses include the fees and expenses of this Receiver and his professionals, including Duffy, Kruspodin & Company, LLP. Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court. *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted). In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970). Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974).

As a preliminary matter, the TRO and Preliminary Injunction Order confer on the Receiver substantial duties and powers, including to conduct such investigation and discovery as is necessary to locate and account for all receivership assets, take such action as is necessary and appropriate to assume control over and preserve receivership assets, and employ attorneys and others to investigate and, where appropriate, institute, pursue, and prosecute all claims and causes of action of whatever kind and nature. *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42

(Preliminary Injunction Order, Part XII). The Receiver promptly determined that an experienced, qualified tax accountant was necessary due to the size and complexity of the receivership estate.

Duffy, Kruspodin and Company, LLP has submitted a detailed fee application which describes the nature of the services rendered, and the identity and billing rate of each individual performing each task. Bills reflecting the task, timekeepers, rate, hours, and charge for each task are attached hereto as Exhibit A. Duffy, Kruspodin and Company, LLP has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented. The request for fees is based on Duffy, Kruspodin & Company's customary billing rates charged for comparable services provided in other matters, less a 10% discount.

The work performed by Duffy, Kruspodin and Company, LLP was essential to carrying out the Receiver's Court-ordered duties. The Receiver and Duffy, Kruspodin and Company, LLP have worked diligently since January 2015 to prepare timely filed income tax returns.

Duffy, Kruspodin and Company, LLP seeks payment of only 80% of fees incurred on an interim basis in recognition of the fact that its work in assisting the Receiver is ongoing. Payment of the proposed 20% holdback will be sought at the conclusion of the receivership. The fees of Duffy, Kruspodin and Company, LLP are fair and reasonable and should be approved and paid on an interim basis.

### IV.   CONCLUSION

Duffy, Kruspodin and Company, LLP therefore respectfully request that this Court enter an Order:

1. Approving the fees of Duffy, Kruspodin and Company, LLP, on an interim basis, of $12,735.00

2. Authorizing and directing the Receiver to pay 80% of approved fees, or $10,188.00 from the assets of the receivership estate;

3. Approving the costs of Duffy, Kruspodin and Company, LLP in the amount of $30.96, and authorizing and directing the Receiver to reimburse such costs in full; and

4. For such other and further relief as the Court deems appropriate.

Dated: December 3, 2015                     Duffy, Kruspodin and Company, LLP

                                            By: _/s/ Mark Kruspodin_____
                                            Mark Kruspodin, CPA

# EXHIBIT A



**Duffy, Kruspodin & Company, LLP**
*Certified Public Accountants*

15910 VENTURA BOULEVARD SUITE 800
ENCINO, CA 91436-2802
Phone: (818) 385-0585  FAX: (818) 385-3447

NATIONWIDE AUTOMATED SYSTEMS, INC.
22048 SHERMAN WAY, SUITE 213
CANOGA PARK, CA  91303

Date          09/30/2015

Invoice No.   330463
Client No.    NASI01

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Current Professional Services:** | | | | | |
| 03/13/2015 | EXTENSION OF TIME TO FILE PREPARE EXTENSION | | | | |
| | | Berkovich, CPA | 0.10 | $425.00 | $   42.50 |
| 03/13/2015 | ESTIMATED TAXES PREPARE VOUCHER | | | | |
| | | Berkovich, CPA | 0.10 | $425.00 | 42.50 |
| 08/26/2015 | CONFERENCE - TAX FOLLOW UP WITH AARON REGARDING STATUS OF TAX RETURNS AND WHETHER TO FILE A SEPARATE TAX RETURN FOR THE RECEIVERSHIP PERIOD. | | | | |
| | | Kruspodin, CPA | 0.20 | $425.00 | 85.00 |
| 09/01/2015 | ACCTG PREP - GENERAL FOLLOW UP ON 2014 ACCOUNTING | | | | |
| | | Kruspodin, CPA | 0.80 | $425.00 | 340.00 |
| 09/02/2015 | C-CORPORATION TELEPHONE CONFERNCE WITH AARON REGARDING TAX DOCUMENTS AND HOW TO REPORT THE ACTIVITY PRE AND POST RECEIVERSHIP | | | | |
| | | Berkovich, CPA | 0.70 | $425.00 | 297.50 |
| 09/03/2015 | ACCTG PREP - GENERAL FOLLOW UP ON 2014 ACTIVITY. | | | | |
| | | Kruspodin, CPA | 1.30 | $425.00 | 552.50 |
| 09/03/2015 | TAX REVIEW 2014 FORM 1120 | | | | |
| | | Cox, CPA | 0.60 | $255.00 | 153.00 |
| 09/04/2015 | ACCTG PREP - GENERAL ANALYSIS OF YEAR END FINANCIAL REPORTS | | | | |
| | | Kruspodin, CPA | 1.70 | $425.00 | 722.50 |

*Duffy, Kruspodin & Company, LLP*
NATIONWIDE AUTOMATED SYSTEMS, INC.
Invoice No.   330463                                                                                          Page 2

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/05/2015 | C-CORPORATION REVIEW UPDATED INFORMATION RECEIVED AND FOLLOW UP ON PROPER REPORTING OF INCOME | Berkovich, CPA | 1.90 | $425.00 | 807.50 |
| 09/05/2015 | TAX CONSULTING RESEARCH REGARDING FILING REQUIREMENTS FOR A QUALIFIED SETTLEMENT FUND | Kruspodin, CPA | 1.30 | $425.00 | 552.50 |
| 09/08/2015 | C-CORPORATION REVIEW QUESTIONS ON QUALIFIED FUND AND HOW TO REPORT; RESEARCH PROPER REPORTING OF INFORMATION AND DISCUSS | Berkovich, CPA | 0.50 | $425.00 | 212.50 |
| 09/08/2015 | TAX RESEARCH REVIEW FILES, DATA RECEIVED, SETTLEMENT FUND REQUIREMENTS, FILING, YEAR END ETC. | Justl, CPA | 4.60 | $195.00 | 897.00 |
| 09/09/2015 | ACCTG PREP - GENERAL ANALYSIS OF YEAR END ACCOUNTING | Kruspodin, CPA | 1.80 | $425.00 | 765.00 |
| 09/09/2015 | C-CORPORATION REVIEW UPDATED TAX INFORMATION | Berkovich, CPA | 0.60 | $425.00 | 255.00 |
| 09/10/2015 | C-CORPORATION TAX RETURN INFORMATION FOLLOW UP | Kruspodin, CPA | 1.80 | $425.00 | 765.00 |
| 09/10/2015 | C-CORPORATION GO OVER QUESTIONS ON ACCOUNTING AND TAX INFO AND UPDATE ACCORDINGLY | Berkovich, CPA | 1.10 | $425.00 | 467.50 |
| 09/10/2015 | C-CORPORATION QUALIFIED SETTLEMENT FUND QUESTIONS AND INFORMATION | Berkovich, CPA | 0.50 | $425.00 | 212.50 |
| 09/11/2015 | C-CORPORATION VARIOUS QUESTIONS REGARDING TAX RETURN | Kruspodin, CPA | 2.60 | $425.00 | 1,105.00 |
| 09/11/2015 | OTHER CLERICAL/ASSEMBLY GENERATE AND EMAIL CLIENT COPY OF TAX RETURN, ENGAGEMENT LETTER AND EFILE FORMS | Griner | 0.30 | $110.00 | 33.00 |
| 09/15/2015 | OTHER CLERICAL/ASSEMBLY PROCESS EFILE | | | | |

Exhibit A
Page 9

#:1709

*Duffy, Kruspodin & Company, LLP*
*NATIONWIDE AUTOMATED SYSTEMS, INC.*
*Invoice No.   330463*                                                                       *Page 3*

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Griner | 0.10 | $110.00 | 11.00 |
| 09/15/2015 | OTHER CLERICAL/ASSEMBLY RETRIEVE EFILE ACKS | | | | |
| | | Griner | 0.10 | $110.00 | 11.00 |
| | | | | Current Amount Due | 8,330.00 |
| **Prior Balance** | | | | | 0.00 |
| | | | | Total Amount Due | $   8,330.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 8,330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,330.00 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 30 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Page 10



**Duffy, Kruspodin & Company, LLP**
*Certified Public Accountants*

15910 VENTURA BOULEVARD SUITE 800
ENCINO, CA 91436-2802
Phone: (818) 385-0585  FAX: (818) 385-3447

Date  09/30/2015

OASIS STUDIO RENTAL, LLC
20969 VENTURA BLVD. #20
WOODLAND HILLS, CA  91364

Invoice No.  330464
Client No.  OASI01

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Current Professional Services:** | | | | | |
| 02/25/2015 | PARTNERSHIPS & LLC'S<br>SET UP OF INITIAL COMPANY'S DATA INTO TAX<br>SOFTWARE<br>Justl, CPA | | 2.50 | $175.00 | $   437.50 |
| 09/09/2015 | TAX REVIEW<br>2014 1065 REVIEW<br>Cox, CPA | | 0.50 | $255.00 | 127.50 |
| 09/10/2015 | PARTNERSHIPS & LLC'S<br>REVIEW ACCOUNTING RECEIVED; PREPARE OPEN<br>ITEM LIST AND UPDATE T/R BASED ON AVAILABLE DATA<br>Berkovich, CPA | | 2.90 | $425.00 | 1,232.50 |
| 09/11/2015 | PARTNERSHIPS & LLC'S<br>CONTINUED WORK ON THE 2014 TAX RETURN<br>INCLUDING RECONCILATION OF BALANCES<br>BETWEEN REPORTS<br>Berkovich, CPA | | 2.30 | $425.00 | 977.50 |
| 09/14/2015 | PARTNERSHIPS & LLC'S<br>UPDATING TAX RETURN<br>Berkovich, CPA | | 0.40 | $425.00 | 170.00 |
| 09/14/2015 | TAX REVIEW<br>FINALIZE 2014 TAX RETURN AND PREPARE IT FOR<br>ASSEMBLY<br>Kruspodin, CPA | | 1.40 | $425.00 | 595.00 |
| 09/15/2015 | OTHER CLERICAL/ASSEMBLY<br>PROCESS EFILE<br>Griner | | 0.10 | $110.00 | 11.00 |
| 09/15/2015 | OTHER CLERICAL/ASSEMBLY<br>RETRIEVE EFILE ACKS<br>Griner | | 0.10 | $110.00 | 11.00 |
| | | | | Current Amount Due | 3,562.00 |

Exhibit A
Page 11

Duffy, Kruspodin & Company, LLP
OASIS STUDIO RENTAL, LLC
Invoice No.   330464                                                                                              Page 2

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Prior Balance** | | | | | 0.00 |
| | | | | Total Amount Due  $ | 3,562.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,562.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,562.00 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 30 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A
Page 12



**Duffy, Kruspodin & Company, LLP**
Certified Public Accountants

15910 VENTURA BOULEVARD SUITE 800
ENCINO, CA 91436-2802
Phone: (818) 385-0585  FAX: (818) 385-3447

Date    09/30/2015

OASIS STUDIO RENTALS 2, LLC
20969 VENTURA BLVD., #20
WOODLAND HILLS, CA  91364

Invoice No.  330465
Client No.   OASI02

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|

**Current Professional Services:**

| 02/25/2015 | CORRESPONDENCE GO OVER LAST FILED TAX RETURN TO DETERMINE WHAT TAX ISSUES SHOULD BE ADDRESSED FOR THE CURRENT YEAR. | Justl, CPA | 0.20 | $170.00 | $  34.00 |
|---|---|---|---|---|---|
| 09/05/2015 | S/CORPORATION REVIEW INFO FOR AMENDED T/R | Berkovich, CPA | 0.20 | $425.00 | 85.00 |
| 09/08/2015 | PARTNERSHIPS & LLC'S PRO FORMA ENTRY OF 2013 AMENDED RETURN | Shader | 1.30 | $125.00 | 162.50 |
| 09/08/2015 | PARTNERSHIPS & LLC'S 2014 DATA AFTER REVIEW | Justl, CPA | 0.50 | $195.00 | 97.50 |
| 09/09/2015 | PARTNERSHIPS & LLC'S PREPARING 2013 AMENDMENT AND 2014 RETURN FOR REVIEW | Shader | 0.20 | $125.00 | 25.00 |
| 09/11/2015 | TAX REVIEW REVIEW 2013 AND 2014 TAX RETURNS | Berkovich, CPA | 0.80 | $425.00 | 340.00 |
| 09/14/2015 | TAX REVIEW TECHNICAL REVIEWQ AND FINALIZE 2013 AMENDED TAX RETURN AND PREPARE IT FOR ASSEMBLY | Kruspodin, CPA | 0.80 | $425.00 | 340.00 |
|  |  |  |  | Total For Services | 1,084.00 |
| 09/20/2015 | MISCELLANEOUS EXPENSES |  |  | $   30.96 |  |

OVERNITE DELIVERY ON 9/14

Exhibit A
Page 13

Duffy, Kruspodin & Company, LLP
OASIS STUDIO RENTALS 2, LLC
Invoice No.   330465

*Page 2*

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
|      |         |       | Total For Expenses | | 30.96 |
|      |         |       | Current Amount Due | | 1,114.96 |
| **Prior Balance** | | | | | 0.00 |
|      |         |       | Total Amount Due | $ | 1,114.96 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 1,114.96 | 0.00 | 0.00 | 0.00 | 0.00 | 1,114.96 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 30 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.



# Duffy, Kruspodin & Company, LLP
### Certified Public Accountants

**15910 VENTURA BOULEVARD SUITE 800**
**ENCINO, CA 91436-2802**
**Phone: (818) 385-0585  FAX: (818) 385-3447**

|  |  |
|---|---|
| Date | 09/30/2015 |

OASIS STUDIO RENTALS 3, LLC
20969 VENTURA BLVD., #20
WOODLAND HILLS, CA  91364

|  |  |
|---|---|
| Invoice No. | 330466 |
| Client No. | OASI03 |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Current Professional Services:** | | | | | |
| 02/25/2015 | CORRESPONDENCE<br>GO OVER LAST FILED TAX RETURN TO DETERMINE WHAT TAX ISSUES SHOULD BE ADDRESSED FOR THE CURRENT YEAR.<br>Justl, CPA | | 0.20 | $170.00 | $  34.00 |
| 09/05/2015 | S/CORPORATION<br>REVIEW INFO ON AMENDED T/R<br>Berkovich, CPA | | 0.20 | $425.00 | 85.00 |
| 09/08/2015 | PARTNERSHIPS & LLC'S<br>PRO FORMA ENTRY OF 2013 AMENDED RETURN<br>Shader | | 1.00 | $125.00 | 125.00 |
| 09/08/2015 | PARTNERSHIPS & LLC'S<br>2014 DATA AFTER REVIEW<br>Justl, CPA | | 0.50 | $195.00 | 97.50 |
| 09/09/2015 | PARTNERSHIPS & LLC'S<br>PREPARING 2013 AMENDMENT AND 2014 RETURN FOR REVIEW<br>Shader | | 0.20 | $125.00 | 25.00 |
| 09/14/2015 | TAX REVIEW<br>TECHNICAL REVIEWQ AND FINALIZE 2013 AMENDED TAX RETURN AND PREPARE IT FOR ASSEMBLY<br>Kruspodin, CPA | | 0.80 | $425.00 | 340.00 |
| 09/14/2015 | TAX REVIEW<br>REVIEW 2013 AND 2014 TAX RETURNS<br>Berkovich, CPA | | 1.10 | $425.00 | 467.50 |
| | | | | Current Amount Due | 1,174.00 |
| **Prior Balance as of 7/1/2015** | | | | | 0.00 |
| | | | | Total Amount Due | $  1,174.00 |

Exhibit A
Page 15

*Duffy, Kruspodin & Company, LLP*
*OASIS STUDIO RENTALS 3, LLC*
*Invoice No.   330466*                                                                              *Page 2*

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 1,174.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,174.00 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 30 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.