DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax:  (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

**FILED**
CLERK, U.S. DISTRICT COURT

March 16, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER, <br><br> Defendants, <br><br> OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC <br><br> Relief Defendants. | Case No. CV-14-07249-SJO (FFMx) <br><br> [PROPOSED] ORDER GRANTING THE RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT WITH FRANCES McCAFFREY <br><br> Date: April 4, 2016 <br> Time: 10:00 a.m. <br> Ctrm: 1 - 2nd Floor <br> Judge: Hon. S. James Otero |

| | |
|---|---|
| 1 | The Court having considered the motion of William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates for an order approving the settlement agreement with Frances McCaffrey ("Motion"), and good cause appearing therefor, hereby orders as follows: |

1. The Motion is granted;
2. The Settlement Agreement attached to the Declaration of Aaron J. Kudla in Support of the Motion is approved.

Dated: March 16, 2016

*S. James Otero*

Hon. S. James Otero
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

839808.01/SD