ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
          thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>                    Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,<br><br>                    Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**SIXTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:      June 20, 2016<br>Time:     10:00 a.m.<br>Ctrm:    1 - 2nd Floor<br>Judge:   Hon. S. James Otero |

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel to William Hoffman ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates, hereby submits this sixth interim application for approval and payment of fees and reimbursement of expenses ("Application").  This Application covers the period from January 1, 2016, through March 31, 2016 ("Sixth Application Period"), and seeks interim approval of $136,535.40 in fees and $7,766.97 in expenses, and an order authorizing the Receiver to pay, on an interim basis, 80% of fees incurred ($109,228.32) and 100% of expenses incurred.  As it has since the beginning of the receivership, Allen Matkins has discounted its customary hourly rates by 10%.

## I.    INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission").  The Receiver was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors.  The appointment orders also authorize the Receiver to engage counsel to assist him in the performance of his duties.  The Receiver promptly determined that experienced, qualified counsel was critical due to the size and complexity of the receivership estate.  Accordingly, the Receiver engaged Allen Matkins to assist with legal issues facing the receivership estate.  The Court approved the Receiver's proposal to file reports and fee

applications on a quarterly basis.  Dkt. No. 47.  The Court also approved Allen Matkins' five prior interim fee applications, authorizing payment of 80% of fees incurred and 100% of costs incurred.  Dkt. Nos. 72, 79, 95, 109 and 137.

This fee application should be read in conjunction with the Receiver's Seventh Interim Report ("Seventh Report"), which describes in detail the Receiver's activities during the Sixth Application Period.  So as to avoid repetition, references are made to relevant portions of prior reports, including the Seventh Report, in the below descriptions of Allen Matkins' work.

This Application seeks interim approval of $136,535.40 in fees for a total of 296.40 hours worked and payment on an interim basis of 80% of that amount, or $109,228.32.  The work performed is described task-by-task on Exhibit A and is broken down into the following categories:

| Category | Hours | Amount |
|---|---|---|
| General Receivership | 15.70 | $7,630.20 |
| Asset Investigation | 3.20 | 1,263.60 |
| Reporting | 4.60 | 2,235.60 |
| Claims & Distributions | 1.70 | 900.00 |
| Third Party Recoveries | 71.80 | 35,605.80 |
| Employment/Fees | 1.70 | 826.20 |
| Gerald & Wilma Ehrens Litigation | 37.70 | 16,396.20 |
| Marvin & Laurie Tarnol Litigation | 37.70 | 15,751.80 |
| Bradley Turell Litigation | 2.10 | 826.20 |
| Berwyn Friedman Litigation | 12.30 | 5,926.50 |
| Harvey Turell Litigation | 28.10 | 12,630.60 |
| Frances McCaffrey Litigation | 13.60 | 6,264.00 |
| William Firestone Litigation | 34.80 | 15,484.50 |
| Jeffrey Firestone Litigation | 18.10 | 9,267.30 |
| Jon Currie Litigation | 5.90 | 2,492.10 |
| Howard Markowitz Litigation | 4.50 | 1,863.00 |
| Jill Markowitz Litigation | 2.90 | 1,171.80 |
| Totals | 296.40 | $136,535.40 |

1      More than half of the fees incurred during the fourth quarter ($86,880.90) were

2   for active cases to recover fraudulent transfers made to Net Winners from the Ponzi

3   scheme ("Clawback Claims").  As discussed in the Seventh Report, the Receiver's

4   pursuit of Clawback Claims has been very successful to date, generating

5   $13,924,461.03 in recoveries, with an additional $2,375,571.86 due in settlement

6   payments still to be made, and another $1,690,000 in hardship settlements pending

7   Court approval.  Dkt. No. 152.

8      To date, the Receiver has been able to settle 48 Clawback Claims.  Only

9   14 claims have required litigation, and of those 14 cases, only seven remain active

10  (with two of the seven having recently settled, subject to Court approval, and four

11  others having been filed in the last two months).  Accordingly, the Receiver's pursuit

12  of Clawback Claims has not only be very successful to date, but also has been

13  extremely efficient.

14      Allen Matkins has worked diligently and efficiently to assist the Receiver with

15  important legal issues facing the receivership estate.  The firm has assisted the

16  Receiver in carrying out his Court-ordered duties and should be compensated on an

17  interim basis for its work.

18  **II.     SUMMARY OF TASKS PERFORMED AND COSTS INCURRED**

19      **A.     General Receivership**

20      Allen Matkins' work in the General Receivership category focused on efforts

21  to secure and protect the equity in the real property owned by Defendant Joel Gillis

22  and his wife ("Property") for the benefit of investors.  Specifically, Allen Matkins

23  assisted the Receiver in discussions with Mr. Gillis' counsel, counsel for the

24  Securities and Exchange Commission ("Commission"), and Assistant United States

25  Attorneys Paul Stern and Ranee Katzenstein regarding listing the Property for sale

26  with a broker and having the net sale proceeds go to the Receiver to be distributed to

27  investors pursuant to the restitution order entered in the criminal case.  Allen Matkins

28  prepared a stipulation to that effect, which was then signed by the parties, filed with

1  the Court, and approved.  Dkt. Nos. 110, 111.  Allen Matkins also assisted in

2  responding to requests for information regarding the Receivership Entities from

3  Mr. Stern and Ms. Katzenstein.  The reasonable and necessary fees for work in this

4  category total $7,630.20.

5  **B.    Asset Investigation**

6  Allen Matkins' time in this category focused on assisting in the Receiver's

7  investigation and recovery of receivership assets.  In particular, during the Sixth

8  Application Period, Allen Matkins issued five subpoenas to various financial

9  institutions, witnesses (entities and individuals), and other third parties to obtain

10  documents necessary to the Receiver's investigation and accounting.  Allen Matkins

11  followed up and handled direct communications with the recipients of subpoenas as

12  necessary and appropriate to ensure their compliance.  The firm also maintains a

13  tracking log of subpoenas issued and records received.

14  Prior to the receivership, Oasis Studio Rentals had transferred funds to Lisa

15  Freede Design, LLC ("LFD"), a settlement had been reached between LFD and

16  Wishner, and LFD had been making payments to Wishner pursuant to the settlement.

17  Allen Matkins assisted the Receiver in contacting Wishner's counsel and securing

18  Wishner's agreement to (a) turn over the settlement payments to the Receiver and

19  (b) instruct LFD to make all future settlement payments directly to the Receiver.  A

20  total of $12,000 was recovered, with payments of $1,500 due from LFD each month.

21  During the Sixth Application Period, Allen Matkins responded to requests from

22  counsel for LFD to release the existing judgment against LFD in exchange for a

23  stipulated judgment the Receiver could hold and enter in the event of a future default.

24  The reasonable and necessary fees for work in this category total $1,263.60.

25  **C.    Reporting**

26  Allen Matkins' work in this category during the Sixth Application Period

27  focused on preparing the Receiver's Sixth Interim Report and Recommendations

28  ("Sixth Report").  Dkt. No. 114.  The Sixth Report, filed on February 17, 2016,

1  provided a detailed summary of the Receiver's activities during the fourth quarter of

2  2015, including receipts and disbursements for the receivership estate during that

3  period.  Allen Matkins also assisted in discussing the Sixth Report with counsel for

4  the Commission and in responding to the Commission's questions.  The reasonable

5  and necessary fees for work in this category total $2,235.60.

6  **D.     Claims and Distributions**

7  During the Sixth Application Period, Allen Matkins responded to direct

8  inquiries from investors and creditors and their counsel regarding the Receiver's

9  appointment, the effect of the receivership, claims against the receivership estate,

10  clawback actions, and related issues.  The reasonable and necessary fees for work in

11  this category total $900.00.

12  **E.     Third Party Recoveries**

13  Allen Matkins' work in this category focused mainly on the Receiver's efforts

14  to engage special counsel for the purpose of pursuing claims against City National

15  Bank.  The firm participated in discussions with the Receiver and proposed special

16  counsel, and prepared the Receiver's motion for authority to pursue claims against

17  City National Bank and engage special counsel.  The motion was originally filed as

18  an attachment to the Receiver's application to file under seal.  Dkt. No. 118.  After

19  the hearing held on March 29, 2016, the application to file under seal was granted

20  and the motion itself was then filed under seal.  Dkt. No. 139.  Pursuant to the Court's

21  instructions, the Receiver filed a supplement to the motion along with supporting

22  declarations on April 29, 2016.  Dkt. No. 143.  The motion was then granted.  Dkt.

23  No. 149.

24  Allen Matkins also advised the Receiver on the pursuit of Clawback Claims

25  pursuant to the order authorizing the Receiver to pursue such claims and approving

26  procedures related thereto.  Dkt. No. 72.  The firm advised the Receiver regarding

27  legal issues relating to (a) the scope of recoverable transfers, (b) claims against

28  individuals, affiliated entities, and family members, and (c) the statute of limitations

and repose for such claims.  Allen Matkins also advised on legal issues unique to certain claims, recovery strategy, and forensic accounting needed to support Clawback Claims.  Allen Matkins assisted with demand letters, financial hardship applications, and communications with counsel for various investors who received profits ("Net Winners"), including finalizing settlements with certain Net Winners pursuant to the Court-approved settlement procedures.[1]  As discussed above, the Receiver and Allen Matkins' work on Clawback Claims has been extremely successful as more than $13.9 million has been recovered in Clawback settlements to date.

In instances where Net Winners have not accepted the Court-approved settlement offer (70% of each Net Winner's profit amount or 75% if paid in 12 monthly installments), Allen Matkins has prepared Complaints and related papers to commence clawback actions.  These clawback actions each have their own billing category and are discussed further below.  The reasonable and necessary fees for work in this category total $35,605.80.

**F.     Employment/Fees**

Although fee applications are a necessary component of federal equity receiverships, neither the Receiver nor his professionals charge for time spent preparing their own detailed applications.  Allen Matkins assisted the Receiver in preparing his Fifth Interim Fee Application.  The reasonable and necessary fees for work in this category total $826.20.

---

[1]   It should be noted that Allen Matkins' work on Clawback Claims does not duplicate or overlap with work performed by the Receiver and his staff.  Allen Matkins' role is to prepare legal documents, advise on legal issues and strategy, communicate with counsel for Net Winners who contact the firm directly, and handle litigation in the event Net Winners do not accept the Court-approved settlement offer.  The Receiver and his staff perform necessary accounting and analysis, prepare and track demand letters, handle direct communications with Net Winners, and finalize settlements with Net Winners who do not have counsel.

## G.   Gerald & Wilma Ehrens

Gerald & Wilma Ehrens did not accept the Court-approved settlement offer included in the demand letter sent to them on May 20, 2015.  Accordingly, Allen Matkins assisted the Receiver in preparing a Complaint and related papers, which were filed on July 29, 2015, commencing Related Case No. 15-CV-05747-SJO-FFM ("Ehrens Clawback Action").

The Receiver made extensive efforts to serve Gerald and Wilma Ehrens and the entities they control via personal service, mail with acknowledgement of receipt, and e-mail.[2]  Other than with respect to Amgest, Ltd. ("Amgest"), these efforts were unsuccessful and the reports from the process server strongly indicated the Ehrens were intentionally evading service.

The Receiver was able to accomplish proper service on Amgest via another officer of the entity at a different address.  Amgest did not respond to the Complaint and its default was entered.

Allen Matkins assisted the Receiver in preparing a motion for authority to serve the Ehrens, as well as defendants Riviera Investments, L.P. ("Riviera") and First Abby Corporation ("First Abby"), via publication, which motion was filed on September 29, 2015, and granted on October 27, 2015.  On October 30, 2015, Allen Matkins received notice that Gerald and Wilma Ehrens filed bankruptcy in the District of Nevada.  Accordingly, Allen Matkins assisted the Receiver in preparing a notice of the bankruptcy, which was filed on November 2, 2015.

In light of their bankruptcy case, the Ehrens Clawback Action was automatically stayed as to Gerald and Wilma Ehrens.  Service by publication as to Riviera and First Abby was then completed.  During the Sixth Application period,

---

[2]   A substantial portion of the costs for Service of Process – Clawback Actions listed in Subsection P below are for attempts to serve the Ehrens, who refused to answer the door when home and actively evaded service.

1  Allen Matkins assisted the Receiver in obtaining entry of a default judgment against

2  Amgest, Riviera, and First Abby.  Ehrens Clawback Action, Dkt. Nos. 36, 39.

3       Allen Matkins also worked with local bankruptcy counsel in Nevada, reviewed

4  key documents in the bankruptcy, filed a proof of claim on behalf of the Receiver,

5  responded to an objection to the proof of claim, and took other steps to protect the

6  receivership estate's interests in the bankruptcy.  Although the Ehrens' Chapter 13

7  plan has not yet been approved by the bankruptcy court, the receivership estate

8  would receive approximately $52,000 under the proposed plan.  The reasonable and

9  necessary fees for this work total $16,396.20.

10      **H.    Marvin & Laurie Tarnol**

11      Marvin and Laurie Tarnol (along with their entity LMKT Corporation) did not

12 accept the Court-approved settlement offer included in the demand letter sent to them

13 on May 11, 2015.  Accordingly, Allen Matkins assisted the Receiver in preparing a

14 Complaint and related papers, which were filed on July 29, 2015, commencing

15 Related Case No. 15-CV-05755-SJO-FFM ("Tarnol Clawback Action").

16      The Tarnols engaged counsel, who contacted counsel for the Receiver and

17 stated that they intended to object to the constructive trust and unjust enrichment

18 causes of action in the Complaint.  Allen Matkins analyzed the law on these claims

19 and agreed to amend the Complaint to seek a constructive trust remedy, but not to

20 assert it as an independent claim.  Allen Matkins assisted in preparing a First

21 Amended Complaint with that change, but keeping unjust enrichment as an

22 independent claim.

23      The Tarnols filed a motion to dismiss the unjust enrichment cause of action in

24 the First Amended Complaint.  Allen Matkins assisted the Receiver in opposing the

25 motion, which was granted.  The Court then gave the Tarnols until October 26, 2015,

26 to file their answer.  The Tarnols filed their answer on October 26, 2015.

27      During the Sixth Application Period, Allen Matkins inquired with counsel for

28 the Tarnols about their statement in the Joint Rule 26(f) Report that the Tarnols did

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

842451.01/SD                           -8-

1   not receive any transfers from NASI.  The Tarnols' counsel stated that the transfers
2   went to the Tarnols' *intervivos* trust.  Although this appeared to be inconsistent with
3   the checks issued by NASI, most of which were payable to "Marvin Tarnol," the
4   Receiver agreed to amend the complaint to add the *intervivos* trust as a defendant.
5   Counsel for the Tarnols' then refused to stipulate to the amendment, requiring the
6   Receiver to file a motion for leave to file a Second Amended Complaint.  Tarnol
7   Clawback Action, Dkt. No. 35.  The Tarnols opposed the motion, the Receiver
8   replied, and the motion was granted.  Tarnol Clawback Action, Dkt. Nos. 36, 38, 39.
9   The Second Amended Complaint was filed on April 12, 2016, and the Tarnols
10  answered on April 22, 2016.  Tarnol Clawback Action, Dkt. Nos. 40, 46.

11      Allen Matkins also communicated with counsel for the Tarnols regarding their
12  intention to take the deposition of Aaron Kudla from the Receiver's company.  The
13  deposition, which was originally scheduled for March 10, was postponed by the
14  Tarnols and rescheduled to May 19, 2016, then recently postponed again by the
15  Tarnols and rescheduled to a date to be determined.

16      The reasonable and necessary fees for this work total $15,751.80.

17  **I.    Bradley Turell Litigation**

18      Bradley and Laurel Turell did not accept the Court-approved settlement offer
19  included in the demand letter sent to them on June 15, 2015.  Accordingly, Allen
20  Matkins assisted the Receiver in preparing a Complaint and related papers, which
21  were filed on September 1, 2015, commencing Related Case No. 15-CV-06700-SJO-
22  FFM.  Bradley and Laurel Turell then agreed to pay $94,786.00, or 80% of the profit
23  amount they received (the settlement amount pre-approved by the Court for Net
24  Winners who do not except the pre-litigation 70% settlement offer).  As part of the
25  settlement, Bradley and Laurel Turell have 180 days to make the full payment and
26  they granted the Receiver a Deed of Trust on their home to secure the payment
27  obligation.  Pursuant to the settlement, parties agreed to dismiss the case without
28  prejudice.

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

842451.01/SD

-9-

1  During the Sixth Application Period, Bradley and Laurel Turell sold their

2  home in order to pay the settlement amount.  Allen Matkins assisted in providing a

3  payoff demand regarding the Deed of Trust to the escrow company.  The reasonable

4  and necessary fees for this work total $826.20.

5  **J.  Berwyn Friedman Litigation**

6  Berwyn Friedman did not accept the Court-approved settlement offer included

7  in the demand letter sent to him on June 3, 2015.  Accordingly, Allen Matkins

8  assisted the Receiver in preparing a Complaint and related papers, which were filed

9  on September 1, 2015, commencing Related Case No. 15-CV-06714-SJO-FFM

10  ("Friedman Clawback Action").

11  Mr. Friedman engaged counsel, who contacted Allen Matkins about his

12  financial condition.  Mr. Friedman then submitted an FHA to the Receiver.  Allen

13  Matkins assisted the Receiver in gathering various documents missing from

14  Mr. Friedman's FHA through his counsel.  Once the FHA was complete, the

15  Receiver and Mr. Friedman stipulated to an extension of his deadline to respond to

16  the Complaint.  The Court approved the stipulation and extended Mr. Friedman's

17  deadline to respond to December 7, 2015.

18  Allen Matkins assisted the Receiver in negotiating a settlement agreement with

19  Mr. Friedman.  In early December, the parties agreed on the key terms of a

20  settlement.  Although the settlement had not been documented yet, the Receiver and

21  Mr. Friedman agreed to a second extension of Mr. Friedman's deadline to respond to

22  the Complaint, which was approved, extending the deadline to February 5, 2016.

23  The parties then proceeded to document the settlement.

24  As the Receiver and Mr. Friedman worked to document the settlement, an

25  issue arose - Mr. Friedman's wife, Elaine Bleecker Friedman, had also made

26  investments in NASI and had received a substantial profit.  Mrs. Friedman had a

27  NASI file under her maiden name, Elaine Bleecker, and therefore it was not initially

28  known that she was married to Mr. Friedman.  The Friedmans' understandably

wanted the settlement to cover Mrs. Friedman's potential liability as well. Therefore, Mrs. Friedman submitted her own Financial Hardship Application and supporting documents (much of which was already provided in connection with Mr. Friedman's Financial Hardship Application), which the Receiver reviewed to confirm Mrs. Friedman's separate property assets were also insufficient to repay her Profit Amount.

Accordingly, during the Sixth Application Period, the Receiver and the Friedmans negotiated a settlement agreement ("Settlement Agreement"), subject to Court approval, pursuant to which the Friedmans will pay a total of $1,150,000.00 to the Receiver - $250,000.00 to be paid within three business days of entry of an order approving the settlement ("Approval Order") and the remaining $900,000.00 to be paid within one year of entry of the Approval Order.  Although the Receiver and the Friedmans anticipate the $900,000.00 will be paid sooner, the one-year period is appropriate because the Friedmans plan to sell their home and rent an apartment in order to raise the necessary funds.  To secure payment of the settlement amount, the Friedmans have executed a Promissory Note and Deed of Trust on their home in favor of the Receiver.  The Receiver has recorded the Deed of Trust.

The Receiver filed a motion for approval of the Settlement Agreement on February 5, 2015.  Dkt. No. 112.  In light of the filing of the motion, the Receiver and the Friedmans agreed to a final extension of Mr. Friedman's deadline to respond to the Complaint, which was approved, extending the deadline to April 5, 2016.  The settlement was then approved and the Receiver voluntarily dismissed the Friedman Clawback Action.  The reasonable and necessary fees for work on this matter total $5,926.50.

### K.    Harvey Turell Litigation

Harvey and Linda Turell ("Turells") did not accept the Court-approved settlement offer included in the demand letter sent to them on June 15, 2015. Accordingly, Allen Matkins assisted the Receiver in preparing a Complaint and

1   related papers, which were filed on September 1, 2015, commencing Related Case

2   No. 15-CV-06720-SJO-FFM.

3        The Turells engaged counsel, who contacted Allen Matkins about their

4   financial condition.  The Turells then submitted an FHA to the Receiver.  Allen

5   Matkins assisted the Receiver in gathering various documents missing from the

6   Turells' FHA through their counsel.  Once the FHA was complete, the Receiver and

7   the Turells stipulated to an extension of their deadline to respond to the Complaint.

8   The Court approved the stipulation and extended the Turell's deadline to respond to

9   November 30, 2015.  The Turells did not respond to the Complaint by the deadline

10  and on December 9, 2015, the Court issued an Order to Show Cause re Dismissal

11  ("OSC").

12       The Turells' FHA showed that they have substantial assets.  It also showed that

13  after receiving the Receiver's demand letter, they transferred their home, which they

14  had owned as joint tenants, to two separate Qualified Personal Residence Trusts

15  ("QPRT Trusts").  Accordingly, the Receiver amended the Complaint to name the

16  QPRT Trusts and include claims to avoid the fraudulent transfers of the home.  The

17  Receiver also filed a response to the OSC advising the Court of the amendment to the

18  Complaint and the reasons therefor.  On January 7, 2015, the Turells answered the

19  First Amended Complaint.

20       During the Sixth Application Period, Allen Matkins assisted the Receiver in

21  considerable efforts to settle the case.  Despite these efforts, the parties were unable

22  to reach a settlement.  The Turells then filed a somewhat strange motion seeking

23  Court approval of their original settlement offer.  Allen Matkins assisted in preparing

24  an opposition to the motion.  The parties then reached a settlement for $390,000 and

25  the Turells withdrew the motion.  The settlement was approved by the Court and the

26  full settlement payment was made by the Turells.

27       The reasonable and necessary fees for this work total $12,630.60.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

842451.01/SD                                              -12-

**L.     Frances McCaffrey Litigation**

Frances McCaffrey did not accept the Court-approved settlement offer included in the demand letter sent to her on August 5, 2015.  On October 6, 2015, the Receiver filed a Complaint and related papers against Ms. McCaffrey, commencing Related Case No. 15-CV-07843-SJO-FFM.

Ms. McCaffrey then engaged counsel and submitted an FHA to the Receiver. Ms. McCaffrey filed an answer to the Complaint on November 11, 2015.  The Receiver gathered financial documents missing from her FHA from Ms. McCaffrey, through her counsel.  The Receiver completed his review of the FHA in December and the parties engaged in settlement discussions.

During the Sixth Application Period, Allen Matkins and counsel for Ms. McCaffrey prepared a Joint Rule 26(f) Report, which was filed on January 4, 2016.  The parties were then able to reach a settlement for $100,000, which was approved by the Court.  Ms. McCaffrey then made the full settlement payment.  The reasonable and necessary fees for this work total $6,264.00.

**M.     William Firestone Litigation**

William Firestone did not accept the Court-approved settlement offer included in the demand letter sent to him on August 5, 2015.  On October 30, 2015, the Receiver filed a Complaint and related papers against Mr. Firestone and his entity, Firestone Holdings, LLC ("Firestone Holdings"), commencing Related Case No. 15-CV-08498-SJO-FFM.

Mr. Firestone engaged counsel, who contacted Allen Matkins and asserted defenses to the Receiver's claims.  Allen Matkins participated in several calls with counsel for Mr. Firestone.  Based on those discussions, the Receiver determined to amend his complaint to add claims against Mr. Firestone as the subsequent transferee of fraudulent transfers made from NASI to Firestone Holdings.  The First Amended Complaint ("FAC") was filed on November 30, 2015.  The Firestone defendants filed a motion to dismiss the FAC on December 17, 2015.

1    During the Sixth Application Period, Allen Matkins assisted the Receiver in

2  preparing an opposition to the motion, which was filed on January 11, 2016.  On

3  January 25, 2016, the Court denied the motion on most grounds, but determined that

4  the Complaint did not include allegations as to how and when the fraudulent transfers

5  were discovered, and therefore granted the Receiver leave to amend to add such

6  allegations.  Allen Matkins prepared the Second Amended Complaint ("SAC"),

7  which was filed on February 4, 2016.

8    On February 16, 2016, the Firestone defendants moved to dismiss the SAC,

9  essentially making the same arguments made in their motion to dismiss the FAC.

10  The motion was originally set for hearing on April 11, 2016.  The parties then agreed

11  to participate in a private mediation, prior to which Mr. Firestone would submit an

12  FHA.  Mr. Firestone submitted his FHA in March 2016, with some additional

13  documents provided in early April 2016.  The parties then stipulated to continue the

14  hearing date and briefing for the motion to dismiss so that fees would not be incurred

15  unnecessarily while the parties were pursuing a settlement through mediation.

16    At the mediation held on April 22, 2016, which Ted Fates of Allen Matkins

17  attended along with Aaron Kudla on behalf of the Receiver, the parties reached a

18  settlement in the amount of $1,300,000, subject to documenting the agreement and

19  Court approval.  The parties then stipulated to continue the hearing on the motion to

20  dismiss again in order to seek Court approval of the settlement.  The reasonable and

21  necessary fees for work on this matter total $15,484.50.

22    **N.    Jeffrey Firestone Litigation**

23    Jeffrey and Wantana Firestone ("Firestones") did not accept the Court-

24  approved settlement offer included in the demand letter sent to them on August 5,

25  2015.  On October 30, 2015, the Receiver filed a Complaint and related papers

26  against the Firestones, commencing Related Case No. 15-CV-08486-SJO-FFM.  The

27  Firestones submitted an FHA to the Receiver, but did not respond to the Complaint.

28  Their default was entered on December 2, 2015.  The FHA showed more than

1 sufficient assets to repay the full profit amount the Firestones received and therefore
2 was declined.

3       On December 12, 2015, the Receiver applied for entry of a default judgment,
4 which was granted on January 7, 2016.  On January 8, 2016, the Firestones, through
5 their bankruptcy counsel, filed a notice that they had filed Chapter 13 bankruptcy on
6 January 7, 2016.  As a result of the bankruptcy, the clawback case is stayed.  Allen
7 Matkins reviewed key documents and monitored the status of the bankruptcy case,
8 filed a proof of claim and an objection to the Firestone's Chapter 13 plan on behalf of
9 the Receiver.  The Firestones' second amended Chapter 13 plan was recently
10 confirmed, under which the receivership estate will receive a total of $83,284.14 in
11 total payments.  The reasonable and necessary fees for work on this matter total
12 $9,267.30.

13      **O.     Jon Currie Litigation**

14      The Receiver sent a demand to Jon Currie, aka John Currie, Audrey Currie,
15 and their companies JCK Financial and Kole Financial.  There was no response to
16 the demand, so Allen Matkins assisted the Receiver in preparing a complaint, which
17 was filed on March 4, 2016.  The Receiver then learned that John Currie and Jon
18 Currie are not the same person.  John and Audrey Currie are the parents of Jon Currie
19 and JCK Financial and Kole Financial are entities owned by Jon Currie.  John and
20 Audrey Currie did not receive any profits from NASI, are elderly, and are apparently
21 in very poor health.  Accordingly, the Receiver dismissed the complaint without
22 prejudice.  Jon Currie has made it clear he intends to submit an FHA, so the Receiver
23 has agreed to defer refiling of the complaint for a short time.  If the FHA is not
24 submitted within the agreed upon timeframe, the Receiver will refile the complaint
25 against Jon Currie and his entities.

26      The reasonable and necessary fees for work on this matter total $2,492.10.

27
28

**P.     Howard Markowitz Litigation**

The Receiver sent a demand to Howard Markowitz and his entities American Big Bike, Inc. and T & HM Holdings, Inc. ("Markowitz").  Markowitz did not accept the Court-approved settlement offer in the demand letter, so Allen Matkins assisted the Receiver in preparing a complaint, which was filed on March 22, 2016.  The reasonable and necessary fees for work on this matter total $1,863.00.

**Q.     Jill Markowitz Litigation**

The Receiver sent a demand to Jill Markowitz and her daughter Heather Markowitz.  They did not accept the Court-approved settlement offer in the demand letter, so Allen Matkins assisted the Receiver in preparing a complaint, which was filed on March 22, 2016.  The reasonable and necessary fees for work on this matter total $1,171.80.

**R.     Summary of Expenses**

Allen Matkins requests the Court approve reimbursement of $7,766.97 in out-of-pocket costs.  The itemization of such expenses is summarized below by category.  The majority of expenses incurred relate to service of the five subpoenas issued by Allen Matkins to assist the Receiver in obtaining necessary records, filing fees and service of process fees for the three clawback actions commenced during the Sixth Application Period and costs for legal research.  The total for costs incurred by Allen Matkins is $7,766.97 and is broken down by category as follows:

| Category | Total |
|---|---|
| Legal Research / PACER fees | $1,837.40 |
| Messenger fees (court messenger/FedEx) | 559.35 |
| Service of Process – Subpoenas | 843.25 |
| Service of Process – Clawback Actions | 2,577.73 |
| Duplication/Faxes/Postage | 398.43 |
| Court Filing Fees/Recorder Fees | 1,355.00 |
| Conference Calls | 180.03 |
| Transportation/Parking/Mileage | 15.78 |
| TOTAL | $7,766.97 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

842451.01/SD

-16-

## III.   THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of the Receiver and his professionals, including Allen Matkins.  Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted).  In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970).  Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F.Supp. 465, 480 (S.D. Tex. 1974).

As a preliminary matter, the TRO and Preliminary Injunction Order confer on the Receiver substantial duties and powers, including to conduct such investigation and discovery as is necessary to locate and account for all receivership assets, take such action as is necessary and appropriate to assume control over and preserve receivership assets, and employ attorneys and others to investigate and, where

1  appropriate, institute, pursue, and prosecute all claims and causes of action of
2  whatever kind and nature.  *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42
3  (Preliminary Injunction Order, Part XII).  The Receiver promptly determined that
4  experienced, qualified counsel was necessary due to the size and complexity of the
5  receivership estate.  The Court approved the Receiver's proposal to file interim
6  reports and fee applications on a quarterly basis.  Dkt. No. 47.

7      Allen Matkins has submitted a detailed fee application which describes the
8  nature of the services rendered and the identity and billing rate of each individual
9  performing each task.  *See* Exhibit A.  Allen Matkins has endeavored to staff matters
10  as efficiently as possible while remaining cognizant of the complexity of issues
11  presented.  The request for fees is based on Allen Matkins' customary billing rates
12  charged for comparable services provided in other matters, less a 10% discount.  In
13  addition, Allen Matkins did not charge for 5.0 hours ($2,531.25) of work during the
14  Sixth Application Period.

15      The work performed by Allen Matkins was essential to carrying out the
16  Receiver's Court-ordered duties.  The Receiver and Allen Matkins have worked
17  diligently since the Receiver's appointment to (a) investigate, secure, and protect the
18  assets of the receivership estate, (b) preserve and maintain the limited revenue stream
19  from the ATM business, (c) investigate transfers to third parties and potential claims
20  related thereto, (d) inform the Court and the parties of the Receiver activities,
21  (e) make recommendations for the efficient and effective administration of the
22  receivership, and (f) efficiently disseminate information to investors and respond to
23  frequently asked questions.

24      Allen Matkins seeks payment of only 80% of fees incurred on an interim basis
25  in recognition of the fact that its work in assisting the Receiver is ongoing.  Payment
26  of the proposed 20% holdback will be sought at the conclusion of the receivership.
27  Allen Matkins' fees are fair and reasonable and should be approved and paid on an
28  interim basis.

# IV. CONCLUSION

Allen Matkins therefore respectfully requests this Court enter an Order:

1.     Approving Allen Matkins' fees, on an interim basis, of $136,535.40;

2.     Authorizing and directing the Receiver to pay 80% of approved fees, or $109,228.32, from the assets of the Receivership Entities;

3.     Approving Allen Matkins' costs in the amount of $7,766.97, and authorizing and directing the Receiver to reimburse such costs in full; and

4.     For such other and further relief as the Court deems appropriate.

Dated: May 23, 2016

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:        /s/ Edward Fates
EDWARD G. FATES
Attorneys for Receiver
WILLIAM J. HOFFMAN

# EXHIBIT A

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00002                    Matter Name: General Receivership

Date of Last Billing: 04-05-2016                                                         Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6744588 | Communications with SEC's counsel regarding proposed broker for sale of J. Gillis property. | Fates, Edward G. | 0.1 | 48.60 | 48.60 |
| 01/05/16 | 6745405 | Telephone conference with A. Kudla regarding proposed broker for sale of J. Gillis property and discuss same with SEC's counsel (.5); telephone conference with counsel for J. Gillis regarding same (.1). | Fates, Edward G. | 0.6 | 291.60 | 340.20 |
| 01/07/16 | 6747733 | Call with counsel for Gillis regarding potential sale of Gillis property and discuss same with Receiver and A. Kudla. | Fates, Edward G. | 0.9 | 437.40 | 777.60 |
| 01/11/16 | 6750759 | Communications with counsel for J. Gillis regarding call with broker for potential sale of J. Gillis property. | Fates, Edward G. | 0.1 | 48.60 | 826.20 |
| 01/12/16 | 6751483 | Communications with Gillis's counsel and A. Kudla regarding call with broker for potential sale of Gillis property. | Fates, Edward G. | 0.1 | 48.60 | 874.80 |
| 01/15/16 | 6754955 | Communications with counsel for Gillis, SEC's counsel, and A. Kudla regarding broker listing agreement for potential sale of Gillis property, sale | Fates, Edward G. | 0.5 | 243.00 | 1,117.80 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | process, and related issues. | | | | |
| 01/19/16 | 6755504 | Respond to request for info from SEC's counsel (.2); conference call with SEC's counsel and Gillis's counsel regarding sale of Gillis property (.7); prepare stipulation for marketing and sale of Gillis property (1.2). | Fates, Edward G. | 2.1 | 1,020.60 | 2,138.40 |
| 01/20/16 | 6756976 | Work on proposed stipulation regarding marketing and sale of Gillis property and discuss same with SEC's counsel (.4); discuss broker list price question with A. Kudla (.1). | Fates, Edward G. | 0.5 | 243.00 | 2,381.40 |
| 01/21/16 | 6757919 | Communications with Gillis counsel, SEC counsel and A. Kudla regarding break in at Gillis property, window repair, stipulation regarding marketing/sale of property (.9); work on joint stipulation (.8); calls with US Atty P. Stern regarding same (.6); communications with A. Kudla regarding revised broker listing agreement (.1). | Fates, Edward G. | 2.4 | 1,166.40 | 3,547.80 |
| 01/22/16 | 6759278 | Communications with counsel for Gillis, SEC's counsel, US Attorney P. Stern, and A. Kudla regarding stipulation regarding sale of Gillis property, potential foreclosure, mortgage payments, and related issues (1.8); revisions to joint stipulation (.4); prepare proposed order approving joint stipulation and discuss same with SEC's counsel (.3). | Fates, Edward G. | 2.5 | 1,215.00 | 4,762.80 |
| 01/25/16 | 6760328 | Communications with Gillis's counsel, | Fates, Edward G. | 0.4 | 194.40 | 4,957.20 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | SEC's counsel, and A. Kudla regarding status of joint stipulation regarding sale of Gillis property and finalize same. | | | | |
| 01/27/16 | 6762860 | Review order approving joint stipulation regarding Gillis property and advise A. Kudla regarding same (.2); discuss payroll tax issue with A. Kudla (.2). | Fates, Edward G. | 0.4 | 194.40 | 5,151.60 |
| 01/28/16 | 6764109 | Communications with AUSA R. Katzenstein and A. Kudla regarding request for information for article on NASI scheme. | Fates, Edward G. | 0.2 | 97.20 | 5,248.80 |
| 02/01/16 | 6769221 | Gather and send documents requested by AUSA R. Katzenstein and discuss same with A. Kudla. | Fates, Edward G. | 0.5 | 243.00 | 5,491.80 |
| 02/03/16 | 6770933 | Advise A. Kudla regarding response to inquiry from broker for Gillis property regarding execution of listing agreement. | Fates, Edward G. | 0.1 | 48.60 | 5,540.40 |
| 02/05/16 | 6773766 | Discuss issues relating to listing agreement and potential sale of Gillis property with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 5,637.60 |
| 02/08/16 | 6775342 | Call with SEC's counsel regarding potential sale of Wishner property. | Fates, Edward G. | 0.1 | 48.60 | 5,686.20 |
| 02/16/16 | 6781042 | Review documents relating to E. Wishner's property, mortgage debt, and potential sale of property (.3); discuss issues regarding asset freeze, restitution order, and potential sale and distribution of net sale proceeds with SEC's counsel (.2). | Fates, Edward G. | 0.5 | 243.00 | 5,929.20 |
| 02/17/16 | 6781880 | Provide requested information to A. | Fates, Edward G. | 0.6 | 291.60 | 6,220.80 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Kudla for preparation of year-end financial statements (.2); call with AUSA P. Stern regarding restitution order, potential sale of Wishner property, and information for enforcement of restitution order (.4). | | | | |
| 02/18/16 | 6784069 | Communications with broker for Gillis property regarding protocol for consulting with Receiver regarding offers for property. | Fates, Edward G. | 0.2 | 97.20 | 6,318.00 |
| 02/19/16 | 6784628 | Review investor loss spreadsheet analysis provided by AUSA P. Stern and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 6,512.40 |
| 02/22/16 | 6785695 | Review investor loss excel filed from P. Stern and forward same to A. Kudla (.1); advise A. Kudla on issues relating to sale of Gillis property and distribution of net sale proceeds (.2). | Fates, Edward G. | 0.3 | 145.80 | 6,658.20 |
| 02/25/16 | 6789112 | Call and emails with AUSA P. Stern regarding Gillis property, Wishner property, restitution order, receivership claims process, and related issues. | Fates, Edward G. | 0.4 | 194.40 | 6,852.60 |
| 02/29/16 | 6791539 | Communications with AUSA P. Stern and A. Kudla regarding call to discuss enforcement of restitution order. | Fates, Edward G. | 0.2 | 97.20 | 6,949.80 |
| 03/01/16 | 6795564 | Discuss lawsuit against Gillis and lien on Gillis property regarding same with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 6,998.40 |
| 03/02/16 | 6795692 | Communications with A. Kudla and AUSA P. Stern regarding call to discuss enforcement of restitution order. | Fates, Edward G. | 0.2 | 97.20 | 7,095.60 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/03/16 | 6797077 | Conference call with AUSA I. Cameron-Banks, et al. and A. Kudla regarding enforcement of restitution order and discuss additional information to be provided with A. Kudla (.6); call with A. Kudla to discuss AUSA request for access to Gillis property and broker concerns regarding same (.2). | Fates, Edward G. | 0.8 | 388.80 | 7,484.40 |
| 03/10/16 | 6803423 | Discuss issues regarding sale of Gillis property including writ of attachment/creditor claim and payment of inspection costs related to credit for repairs. | Fates, Edward G. | 0.3 | 145.80 | 7,630.20 |

## Disbursements for Matter 374464-00002 (General Receivership)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 01/04/16 | 2201126 | Messenger - - Federal Express Invoice No: 528150518 665 Ship To: Hon S James Otero | 1.00 | 16.23 |
| 01/04/16 | 2201136 | Messenger - - Federal Express Invoice No: 528169369 55 Ship To: Amy Hill | 1.00 | 16.23 |
| 01/06/16 | 2208347 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 8582421222 6192 331155 8582421222 8589454670 | 1.00 | 9.84 |
| 01/07/16 | 2203389 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 0.40 |
| 01/07/16 | 2203390 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 19.40 |
| 01/07/16 | 2203391 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 8.10 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 01/07/16 | 2203392 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 0.70 |
| 01/07/16 | 2203393 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 24.00 |
| 01/07/16 | 2203394 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 1.00 |
| 01/07/16 | 2203395 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 1.70 |
| 01/07/16 | 2203396 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 0.30 |
| 01/07/16 | 2203397 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 0.30 |
| 01/07/16 | 2203398 | Document Search - - Pacer Service 09/01/2015-12/31/2015^2505376-Q420 | 1.00 | 4.70 |
| 01/08/16 | 2199138 | Lexis Lexis - Research | 1.00 | 147.20 |
| 01/09/16 | 2199139 | Lexis Lexis - Research | 1.00 | 350.80 |
| 01/10/16 | 2199140 | Lexis Lexis - Research | 1.00 | 28.80 |
| 01/11/16 | 2200045 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 140729 | 1.00 | 14.00 |
| 01/11/16 | 2208348 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 6192331155 6193 169911 9254211133 9254211133 3102012100 | 1.00 | 30.15 |
| 01/12/16 | 2196131 | Name search (Robert Nairn) - Kaup credit card` | 1.00 | 1.00 |
| 01/14/16 | 2200044 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 140729 | 1.00 | 37.00 |
| 01/14/16 | 2201488 | Messenger - - Federal Express Invoice No: 529559067 55 Ship To: c o Gerald Ehrens, Agent | 1.00 | 16.18 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 01/14/16 | 2201489 | Messenger - - Federal Express Invoice No: 529559067 55 Ship To: Bruce Gardiner | 1.00 | 12.45 |
| 01/14/16 | 2208349 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 6195677223 6192 331155 3239653998 | 1.00 | 11.25 |
| 01/15/16 | 2201001 | Reprographics - CD/DVD | 1.00 | 15.00 |
| 01/15/16 | 2201503 | Messenger - - Federal Express Invoice No: 529569817 665 Ship To: Thomas A Zaccaro, Esq | 1.00 | 10.98 |
| 01/19/16 | 2202198 | Parking for Scheduling hearing.` | 1.00 | 4.00 |
| 01/19/16 | 2202199 | Mileage - travel to scheduling conference | 3.12 | 1.78 |
| 01/19/16 | 2208350 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 8582421222 6192 331155 3239653998 3108264700 | 1.00 | 12.96 |
| 01/25/16 | 2208351 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 8582421222 6192 331155 2147899424 8582421222 | 1.00 | 14.09 |
| 01/25/16 | 2208352 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 10975 - Call to: 8582421222 8582 421222 8582421222 6192331155 2138910700 | 1.00 | 37.72 |
| 01/29/16 | 2209209 | Lexis Lexis - Research | 1.00 | 19.20 |
| 01/29/16 | 2209210 | Lexis Lexis - Research | 1.00 | 136.80 |
| 02/01/16 | 2208444 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 141391 | 1.00 | 9.00 |
| 02/03/16 | 2210204 | Reprographics - CD/DVD | 1.00 | 15.00 |
| 02/04/16 | 2203088 | Duplication | 17.00 | 3.23 |
| 02/04/16 | 2204240 | Messenger - - Federal Express Invoice No: 531770986 55 Ship To: Corey Weber | 1.00 | 10.85 |
| 02/04/16 | 2204241 | Messenger - - Federal Express Invoice No: 531770986 55 Ship To: Corey Weber | 1.00 | 10.85 |

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 02/04/16 | 2208445 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 141391 | 1.00 | 14.00 |
| 02/05/16 | 2203086 | Duplication | 264.00 | 50.16 |
| 02/05/16 | 2203087 | Reprographics - Color | 3.00 | 0.75 |
| 02/05/16 | 2204239 | Messenger - - Federal Express Invoice No: 531770986 55 Ship To: James Felton | 1.00 | 10.85 |
| 02/05/16 | 2204270 | Messenger - - Federal Express Invoice No: 531783439 65 Ship To: Hon S James Otero | 1.00 | 10.85 |
| 02/05/16 | 2204271 | Messenger - - Federal Express Invoice No: 531783439 65 Ship To: Hon S James Otero | 1.00 | 10.85 |
| 02/05/16 | 2208446 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 141391 | 1.00 | 14.00 |
| 02/08/16 | 2208646 | Parking re Hearing - Scheduling Conference` | 1.00 | 10.00 |
| 02/17/16 | 2207953 | Messenger - - Federal Express Invoice No: 533301987 665 Ship To: Hon S James Otero | 1.00 | 10.85 |
| 02/22/16 | 2206209 | Duplication | 517.00 | 98.23 |
| 02/23/16 | 2209211 | Lexis Lexis - Research | 1.00 | 9.60 |
| 02/23/16 | 2209212 | Lexis Lexis - Research | 1.00 | 136.80 |
| 02/24/16 | 2209213 | Lexis Lexis - Research | 1.00 | 9.60 |
| 02/24/16 | 2209214 | Lexis Lexis - Research | 1.00 | 373.60 |
| 02/26/16 | 2216729 | Filing Fees Nationwide - Filing Fees CR/VENTURA COUNTY RECORDER ^ 426391 | 1.00 | 154.00 |
| 02/29/16 | 2210839 | Duplication | 792.00 | 150.48 |
| 02/29/16 | 2214571 | Messenger - - Federal Express Invoice No: 534026726 2055 Ship To: Gerald and Wilma Ehrens | 1.00 | 15.97 |
| 02/29/16 | 2215933 | Lexis Lexis - Research | 1.00 | 136.80 |

Exhibit A, Page 28

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 02/29/16 | 2216466 | Messenger Nationwide - Messenger USDC/CENTRAL DISTRICT ^ 141785 | 1.00 | 23.00 |
| 03/01/16 | 2214595 | Messenger - - Federal Express Invoice No: 534036902 1665 Ship To: Hon S James Otero | 1.00 | 10.85 |
| 03/02/16 | 2214724 | Messenger - - Federal Express Invoice No: 534780695 1665 Ship To: Ms Maria Valle | 1.00 | 10.85 |
| 03/02/16 | 2215936 | Lexis Lexis - Research | 1.00 | 28.80 |
| 03/02/16 | 2215937 | Lexis Lexis - Research | 1.00 | 320.80 |
| 03/03/16 | 2214723 | Messenger - - Federal Express Invoice No: 534780695 1665 Ship To: Hon S James Otero | 1.00 | 10.85 |
| 03/03/16 | 2226769 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 11013 - Call to: 8582421222 6192 331155 6192331155 Restricted Restricted | 1.00 | 7.47 |
| 03/04/16 | 2210838 | Duplication | 38.00 | 7.22 |
| 03/04/16 | 2215934 | Lexis Lexis - Research | 1.00 | 9.60 |
| 03/04/16 | 2215935 | Lexis Lexis - Research | 1.00 | 68.40 |
| 03/04/16 | 2216547 | Messenger Nationwide - Messenger USDC/CENTRAL DISTRICT ^ 142104 | 1.00 | 23.00 |
| 03/07/16 | 2214722 | Messenger - - Federal Express Invoice No: 534780695 1051 Ship To: Vahid Naziri, Esq | 1.00 | 10.58 |
| 03/07/16 | 2216548 | Service of Process Nationwide - Service of Process JON CURRIE AKA JOHN CAURRIE ^ 142104 | 1.00 | 250.18 |
| 03/07/16 | 2216549 | Service of Process Nationwide - Service of Process AUDREY CURRIE ^ 142104 | 1.00 | 222.00 |
| 03/07/16 | 2223425 | Service of Process - - Nationwide - JCK FINANCIAL INC. ^ 142518 | 1.00 | 617.00 |
| 03/07/16 | 2223426 | Service of Process - - Nationwide - KOLE FINANCIAL ^ 142518 | 1.00 | 72.00 |

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/08/16 | 2212140 | Statutory Fees - - CT Corporation Amgest Ltd. ^ 14907233RI | 1.00 | 102.80 |
| 03/09/16 | 2211621 | Duplication | 128.00 | 24.32 |
| 03/09/16 | 2211622 | Reprographics - Color | 48.00 | 12.00 |
| 03/09/16 | 2216550 | Messenger Nationwide - Messenger USDC/CENTRAL DISTRICT ^ 142104 | 1.00 | 37.00 |
| 03/10/16 | 2212473 | Duplication | 3.00 | 0.57 |
| 03/11/16 | 2213134 | Filing Fees for Complaint` | 1.00 | 400.00 |
| 03/11/16 | 2214889 | Messenger - - Federal Express Invoice No: 535536698 1665 Ship To: Hon  S  James Otero | 1.00 | 10.78 |
| 03/11/16 | 2214890 | Messenger - - Federal Express Invoice No: 535536698 1665 Ship To: Hon  S  James Otero | 1.00 | 10.78 |
| 03/11/16 | 2214891 | Messenger - - Federal Express Invoice No: 535536698 1665 Ship To: Hon  S  James Otero | 1.00 | 11.32 |
| 03/11/16 | 2216551 | Service of Process Nationwide - Service of Process AUDREY CURRIE ^ 142104 | 1.00 | 218.00 |
| 03/14/16 | 2212471 | Duplication | 88.00 | 16.72 |
| 03/15/16 | 2214888 | Messenger - - Federal Express Invoice No: 535536698 1665 Ship To: Aaron J  Kudla, Esq | 1.00 | 15.03 |
| 03/15/16 | 2215165 | Messenger - - Golden State Overnight Santa Barbara  - 3/2/16 ^3034537 | 1.00 | 13.59 |
| 03/16/16 | 2215094 | Messenger - - Federal Express Invoice No: 536308693 1665 Ship To: Hon  S  James Otero | 1.00 | 10.78 |
| 03/18/16 | 2212472 | Duplication | 15.00 | 2.85 |
| 03/18/16 | 2223428 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 142518 | 1.00 | 23.00 |
| 03/21/16 | 2213026 | Duplication | 10.00 | 1.90 |

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/21/16 | 2226767 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 11013 - Call to: 6198864466 3106 843162 8589454670 3239653998 | 1.00 | 16.55 |
| 03/22/16 | 2224170 | Filing Fees Wells One - - Filings, Corporate - Courts/Usdc-C Courts/Usdc-Ca-C ^213-894-3648, CA | 1.00 | 400.00 |
| 03/22/16 | 2224171 | Filing Fees Wells One - - Filings, Corporate - Courts/Usdc-C Courts/Usdc-Ca-C ^213-894-3648, CA | 1.00 | 400.00 |
| 03/23/16 | 2223429 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 142518 | 1.00 | 36.80 |
| 03/24/16 | 2223430 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 142518 | 1.00 | 23.00 |
| 03/24/16 | 2223431 | Messenger - - Nationwide - ROYBAL FEDERAL BUILDING USDC/USBC ^ 142518 | 1.00 | 23.00 |
| 03/24/16 | 2223432 | Service of Process - - Nationwide - AMERICAN BIG BIKE, INC. ^ 142518 | 1.00 | 380.00 |
| 03/24/16 | 2223433 | Service of Process - - Nationwide - T&HM HOLDINGS, INC. ^ 142518 | 1.00 | 145.00 |
| 03/24/16 | 2223434 | Service of Process - - Nationwide - HEATHER MARKOWITZ ^ 142518 | 1.00 | 370.00 |
| 03/28/16 | 2223420 | Service of Process - - Nationwide - CHARLES SCHWAB & CO., INC. ^ 142518 | 1.00 | 115.00 |
| 03/28/16 | 2223421 | Service of Process - - Nationwide - KIRKWOOD BANK OF NEVADA ^ 142518 | 1.00 | 325.00 |
| 03/28/16 | 2223422 | Service of Process - - Nationwide - JPMORGAN CHASE BANK, N.A. ^ 142518 | 1.00 | 115.00 |
| 03/28/16 | 2223423 | Service of Process - - Nationwide - WELLS FARGO BANK NA ^ 142518 | 1.00 | 173.25 |
| 03/28/16 | 2223424 | Service of Process - - Nationwide - BANK OF THE WEST ^ 142518 | 1.00 | 115.00 |

05/17/16 11:43:04 PROFORMA STATEMENT FOR MATTER 374464-00002 (General Receivership) 374464-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/28/16 | 2223427 | Messenger - - Nationwide - USDC/CENTRAL DISTRICT ^ 142518 | 1.00 | 14.00 |
| 03/31/16 | 2223435 | Service of Process - - Nationwide - HEATHER MARKOWITZ C/O ROBERT HILL ^ 142518 | 1.00 | 200.75 |
| 03/31/16 | 2226768 | Audio Conferencing - - Aspen Conferencing - Fates Edward ^ 11013 - Call to: 2138642100 8582 421222 2147899424 6192331155 6192008889 31068431 | 1.00 | 40.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 15.7 | 486.00 | 7,630.20 |
| | | 15.7 | | 7,630.20 |
| Total Fees | | | | 7,630.20 |
| Total Disbursements | | | | 7,766.97 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00003                    Matter Name: Asset Investigation

Date of Last Billing: 04-05-2016                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00003 (Asset Investigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/06/16 | 6745816 | Review correspondence from counsel for L. Freede regarding amended settlement agreement and stipulated judgment. | Fates, Edward G. | 0.1 | 48.60 | 48.60 |
| 02/02/16 | 6769564 | Respond to inquiries from counsel for L. Freede. | Fates, Edward G. | 0.2 | 97.20 | 145.80 |
| 02/19/16 | 6784585 | Discuss strategy and collection issues regarding L. Freede with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 243.00 |
| 03/18/16 | 6823629 | Correspondences with Receiver and call to clerk re: continued hearing date on motion for leave to file under seal (0.4). | Hsu, Tim | 0.4 | 151.20 | 394.20 |
| 03/22/16 | 6823538 | Call with counsel for class action plaintiff re: intent to file ex parte application to oppose receiver's motion for leave to file under seal (0.4); Correspondences with Receiver, counsel and staff re: the same (0.2); Call from court clerk re: non-continuance of hearing and provide update to Receiver and counsel re: the same (0.2). | Hsu, Tim | 0.8 | 302.40 | 696.60 |
| 03/28/16 | 6821863 | Finalize and send for service subpoenas to Wells Fargo, | Hsu, Tim | 1.1 | 415.80 | 1,112.40 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00003 (Asset Investigation) 374464-00003

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | JPMorgan, Schwab, Kirkwood Bank, and Bank of the West (0.7); Review issues re: current outstanding actions and provide update re: the same to counsel (0.4). | | | | |
| 03/30/16 | 6821853 | Correspondences with Bank of the West and Krikwood Bank re: subpoenas (0.4). | Hsu, Tim | 0.4 | 151.20 | 1,263.60 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.5 | 486.00 | 243.00 |
| 002055 | Tim Hsu | 2.7 | 378.00 | 1,020.60 |
| | | 3.2 | | 1,263.60 |
| Total Fees | | | | 1,263.60 |
| Total Disbursements | | | | 0.00 |

Exhibit A, Page 34

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00004                    Matter Name: Reporting

Date of Last Billing: 04-05-2016                                                         Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00004 (Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/19/16 | 6755838 | Discuss Sixth Interim Report with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 01/25/16 | 6761388 | Work on Receiver's Sixth Interim Report. | Fates, Edward G. | 0.5 | 243.00 | 340.20 |
| 01/27/16 | 6762733 | Work on Receiver's Sixth Interim Report, including update on pending clawback cases, and discuss same with A. Kudla. | Fates, Edward G. | 1.3 | 631.80 | 972.00 |
| 01/29/16 | 6765837 | Discuss information for Sixth Interim Report with A. Kudla. | Fates, Edward G. | 0.3 | 145.80 | 1,117.80 |
| 02/03/16 | 6770935 | Work on Sixth Interim Report and discuss same with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 1,215.00 |
| 02/10/16 | 6778074 | Work on Sixth Interim Report and discuss same with Receiver. | Fates, Edward G. | 0.9 | 437.40 | 1,652.40 |
| 02/11/16 | 6779282 | Revisions and updates to Sixth Interim Report and discuss same with A. Kudla (.9); meet and confer communication to SEC's counsel regarding report (.2). | Fates, Edward G. | 1.1 | 534.60 | 2,187.00 |
| 02/12/16 | 6780365 | Discuss Sixth Interim Report and potential claims against CNB with SEC's counsel. | Fates, Edward G. | 0.1 | 48.60 | 2,235.60 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00004 (Reporting) 374464-00004

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 4.6 | 486.00 | 2,235.60 |
| | | 4.6 | | 2,235.60 |
| Total Fees | | | | 2,235.60 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

### *Preliminary Billing Form*

Billing Atty:  001665 - Fates                     Matter #: 374464-00006                          Matter Name: Claims & Distributions

Date of Last Billing: 04-05-2016                                                                  Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00006 (Claims & Distributions)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/22/16 | 6759980 | Discuss restitution hearing and anticipated receivership claims process with US Attorney P. Stern and Receiver. | Fates, Edward G. | 0.3 | 145.80 | 145.80 |
| 02/16/16 | 6781808 | Communications with Receiver and A. Kudla regarding investor inquiries and updates to receivership website. | Fates, Edward G. | 0.2 | 97.20 | 243.00 |
| 02/19/16 | 6784591 | Discuss timing and strategy for investor claims process with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 437.40 |
| 02/24/16 | 6788220 | Discuss investor email notices and website updates with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 534.60 |
| 03/02/16 | 6796994 | Review/evaluate the anticipated claims/claims process and conference with counsel to address next steps (.4). | Zaro, David R. | 0.4 | 268.20 | 802.80 |
| 03/03/16 | 6796596 | Review and forward message from investor to A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 851.40 |
| 03/16/16 | 6809244 | Discuss updates to receivership website with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 900.00 |

## Proforma Summary

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00006 (Claims & Distributions) 374464-00006

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.4 | 670.50 | 268.20 |
| 001665 | Edward G. Fates | 1.3 | 486.00 | 631.80 |
| | | 1.7 | | 900.00 |
| Total Fees | | | | 900.00 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00007                    Matter Name: Third Party Recoveries

Date of Last Billing: 04-05-2016                                               Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00007 (Third Party Recoveries)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6745144 | Attend meeting with potential investor class counsel to address issues/coordination and claims/evidence (.4). Call with Receiver/counsel to address the approach and coordination of efforts as to third party action (.3). | Zaro, David R. | 0.7 | 469.35 | 469.35 |
| 01/04/16 | 6744671 | Review documents and deposition transcripts concerning R. Keller, Fiji Rentals, D. Perillo. | Holmes, Michael J. | 1.8 | 963.90 | 1,433.25 |
| 01/04/16 | 6744574 | Discuss issues relating to settlement with Berg investors with A. Kudla and communications with counsel for Bergs (.6); discuss issues relating to CNB claims with A. Kudla (.4). | Fates, Edward G. | 1.0 | 486.00 | 1,919.25 |
| 01/06/16 | 6747851 | Review of the issues as to due diligence on the claims against third party banks (.4). Several calls with counsel and research third party action issues, address outstanding discovery and approaches to litigation (.7). | Zaro, David R. | 1.1 | 737.55 | 2,656.80 |
| 01/06/16 | 6746337 | Call and emails with D. Wallace and A. Kudla to discuss status and next steps regarding investigation into | Fates, Edward G. | 1.4 | 680.40 | 3,337.20 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | potential CNB claims, gathering of records, and potential engagement of special counsel (.9); discuss profit allocation/statute of repose and claim release issues regarding claims against net winner Bergs with A. Kudla (.5). | | | | |
| 01/11/16 | 6750157 | Call with potential counsel for investors with regard to claims against banks and access to documents relating thereto. | Fates, Edward G. | 0.5 | 243.00 | 3,580.20 |
| 01/12/16 | 6751982 | Research regarding new lawsuit in Los Angeles Superior Court against City National Bank. | Kaup, John T. | 0.4 | 91.80 | 3,672.00 |
| 01/12/16 | 6751050 | Review article regarding investor class complaint against CNB, advise Receiver regarding same, and call and emails with proposed counsel for investor class. | Fates, Edward G. | 0.9 | 437.40 | 4,109.40 |
| 01/15/16 | 6754784 | Call with potential class counsel for investor actions against CNB regarding document issues. | Fates, Edward G. | 0.2 | 97.20 | 4,206.60 |
| 01/19/16 | 6755969 | Discuss accounting for claims against Keller, Perillo, and Fiji with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 4,303.80 |
| 01/21/16 | 6758079 | Review accounting documents and analyze claims against R. Keller, D. Perillo, and Fiji Rentals, discuss same with A. Kudla (.7); communications with A. Kudla regarding CNB documents (.2). | Fates, Edward G. | 0.9 | 437.40 | 4,741.20 |
| 01/22/16 | 6759589 | Review communications from counsel for net winner and discuss same with A. Kudla (.1); discuss issues regarding CNB claims with A. Kudla | Fates, Edward G. | 0.3 | 145.80 | 4,887.00 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (.2). | | | | |
| 01/25/16 | 6760422 | Review lengthy email from prospective special counsel regarding potential CNB claims and discuss same with Receiver, D. Wallace, and A. Kudla (1.4); conference call with Receiver and proposed special counsel (1.1); communications with counsel for investor group (.2). | Fates, Edward G. | 2.7 | 1,312.20 | 6,199.20 |
| 01/26/16 | 6763694 | Review issues/strategy related to Receiver's claims re Bank, strategy/approach to litigation and advice re same (.4). | Zaro, David R. | 0.4 | 268.20 | 6,467.40 |
| 01/27/16 | 6763175 | Advise Receiver and D. Wallace regarding potential engagement of special counsel to pursue CNB claims and production of documents to counsel for investors regarding same (.3); call with potential special counsel regarding terms of proposed engagement and advise Receiver regarding status (.8). | Fates, Edward G. | 1.1 | 534.60 | 7,002.00 |
| 01/28/16 | 6764060 | Follow up calls with prospective special counsel (.3); communications with counsel for investors regarding CNB documents (.4). | Fates, Edward G. | 0.7 | 340.20 | 7,342.20 |
| 01/29/16 | 6765602 | Work on redaction and production of documents relating to CNB to counsel for investors (.4); call with prospective special counsel regarding possible terms of engagement and discuss same with Receiver (.3). | Fates, Edward G. | 0.7 | 340.20 | 7,682.40 |
| 01/30/16 | 6766464 | Communications with Receiver and prospective special counsel regarding terms of potential engagement to | Fates, Edward G. | 0.3 | 145.80 | 7,828.20 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | pursue CNB claims. | | | | |
| 02/02/16 | 6770082 | Call and emails with prospective special counsel regarding terms of potential engagement and discuss same with Receiver. | Fates, Edward G. | 0.6 | 291.60 | 8,119.80 |
| 02/03/16 | 6775063 | Review spreadsheets concerning receipt and distribution of Oasis funds; review documents regarding transfer of Oasis trailers; analysis regarding possible claims and demand letter. | Holmes, Michael J. | 1.0 | 535.50 | 8,655.30 |
| 02/03/16 | 6770931 | Discuss terms of potential engagements and motion for approval of same with prospective special counsel (.6); review documents and analyze potential claims against R. Keller, D. Perillo, and Fiji Rentals (.8). | Fates, Edward G. | 1.4 | 680.40 | 9,335.70 |
| 02/04/16 | 6771886 | Call with prospective special counsel regarding terms of engagement agreement (.1); review and revise proposed engagement agreement and discuss same with Receiver (1.1). | Fates, Edward G. | 1.2 | 583.20 | 9,918.90 |
| 02/05/16 | 6772913 | Discuss timing of motion to approve engagement of special counsel with Receiver (.2); send revisions to engagement letter to prospective special counsel (.1). | Fates, Edward G. | 0.3 | 145.80 | 10,064.70 |
| 02/08/16 | 6774814 | Advise Receiver regarding special counsel issues and communications with investors. | Fates, Edward G. | 0.2 | 97.20 | 10,161.90 |
| 02/10/16 | 6779175 | Review issues related to lawsuit against the bank, evidence, approach to the case (.4). | Zaro, David R. | 0.4 | 268.20 | 10,430.10 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/10/16 | 6777964 | Call and emails with Receiver and prospective special counsel regarding timing of engagement, motion, complaint and communications with investors regarding same. | Fates, Edward G. | 0.6 | 291.60 | 10,721.70 |
| 02/11/16 | 6779355 | Communications with counsel for investors in class action against CNB. | Fates, Edward G. | 0.1 | 48.60 | 10,770.30 |
| 02/16/16 | 6780900 | Call from investor class counsel regarding claims against CNB, documents relevant to same, receivership website, and potential engagement of special counsel by Receiver (.4); calls and emails regarding same with Receiver and A. Kudla (.6); discuss facts and strategy regarding clawback claims against M. Soffa with A. Kudla (.2); discuss response to demand letter from counsel for net winner Melendez with A. Kudla (.2). | Fates, Edward G. | 1.4 | 680.40 | 11,450.70 |
| 02/18/16 | 6783912 | Review information on transfers to M. Soffa provided by A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 11,547.90 |
| 02/19/16 | 6786329 | Call related to the claims against the bank, the investigation of claims and evidence gathered to date (.4). | Zaro, David R. | 0.4 | 268.20 | 11,816.10 |
| 02/19/16 | 6787472 | Prepare complaint for fraudulent transfer and other claims against Keller, Perillo and Fiji; analysis regarding issues, claims and possible defenses. | Holmes, Michael J. | 1.6 | 856.80 | 12,672.90 |
| 02/19/16 | 6784584 | Discuss status and strategy regarding clawback claims against Soffa, Markowitz, Gardiner, and Curry (.8); call from counsel for investor | Fates, Edward G. | 1.4 | 680.40 | 13,353.30 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding claims against CNB and advise Receiver and A. Kudla regarding same (.6). | | | | |
| 02/22/16 | 6785286 | Discuss issues regarding production of information to counsel for investors with A. Kudla (.1); respond to inquiry from counsel for net winner (.1); work on motion regarding engagement of Newhouse as special counsel (.9). | Fates, Edward G. | 1.1 | 534.60 | 13,887.90 |
| 02/22/16 | 6792294 | Correspondences with Receiver's staff re: additional fraudulent transfer complaints (Markowitz and Currie) (0.3). | Hsu, Tim | 0.3 | 113.40 | 14,001.30 |
| 02/23/16 | 6791144 | Review additional documents from Receiver; research and analysis regarding claims and damages; review documents; revise draft complaint documents. | Holmes, Michael J. | 1.6 | 856.80 | 14,858.10 |
| 02/23/16 | 6786595 | Analyze facts and legal issues regarding claims against Keller, Fiji, and Perillo and discuss same with A. Kudla (.8); call with prospective special counsel regarding motion to approve engagement and related issues (.3). | Fates, Edward G. | 1.1 | 534.60 | 15,392.70 |
| 02/24/16 | 6787630 | Call with counsel for net winner Peck regarding legal issues relating to clawback demand letter and advise A. Kudla regarding same (.3); communications with firms representing investors regarding claims against CNB and documents relating to same (.6); work on motion regarding engagement of special counsel (.8); discuss status and | Fates, Edward G. | 1.9 | 923.40 | 16,316.10 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | strategy regarding claims against J. Markowitz and H. Markowitz with A. Kudla (.2). | | | | |
| 02/25/16 | 6788633 | Work on motion regarding authority to pursue claims against CNB and engagement of special counsel and discuss same with A. Kudla and prospective special counsel. | Fates, Edward G. | 0.8 | 388.80 | 16,704.90 |
| 02/26/16 | 6790691 | Call from counsel for CNB regarding information about CNB employee and investors and advise Receiver regarding same. | Fates, Edward G. | 0.4 | 194.40 | 16,899.30 |
| 02/29/16 | 6791285 | Work on motion for authority to pursue claims and engage special counsel and discuss same with A. Kudla (.5); work on draft complaint against Keller, Perillo, and Fiji (.4); call from investor St. Clair regarding Receiver's claims and class action claims against CNB and related issues (.5). | Fates, Edward G. | 1.4 | 680.40 | 17,579.70 |
| 03/01/16 | 6795511 | Discuss status regarding investigation of claims against M. Soffa with A. Kudla (.1); revisions to motion to pursue claims against CNB and engage special counsel and discuss same with Receiver and prospective special counsel (.8). | Fates, Edward G. | 0.9 | 437.40 | 18,017.10 |
| 03/03/16 | 6799914 | Revise draft complaint and proposed correspondence to Keller and Perillo; prepare correspondence and documents to Mr. Kudla. | Holmes, Michael J. | 0.2 | 107.10 | 18,124.20 |
| 03/03/16 | 6796507 | Meet and confer communication to SEC's counsel regarding motion regarding claims against CNB and | Fates, Edward G. | 0.6 | 291.60 | 18,415.80 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | special counsel (.2); work on letter to counsel for Keller, Perillo, and Fiji regarding claims, complaint, and settlement discussions (.3); review letter from counsel for net winner Peck (.1). | | | | |
| 03/04/16 | 6801552 | Review comments from Receiver's office; analysis regarding additional claims; revise complaint. | Holmes, Michael J. | 0.4 | 214.20 | 18,630.00 |
| 03/04/16 | 6798220 | Communications with A. Kudla regarding information requested by counsel for investors in CNB action (.1); analyze possible accounting claim against Keller, Perillo, and Fiji and related issues regarding demand letter (.2). | Fates, Edward G. | 0.3 | 145.80 | 18,775.80 |
| 03/07/16 | 6799294 | Work on ex parte applicable for leave to file CNB/special counsel motion under seal and supporting declaration (.8); meet and confer communications with SEC's counsel regarding CNB/special counsel motion (.3); work on declarations supporting CNB/special counsel motion (.2). | Fates, Edward G. | 1.3 | 631.80 | 19,407.60 |
| 03/07/16 | 6799866 | Discuss requests for information from counsel for investor group regarding CNB claims with A. Kudla and telephone call and emails with counsel for investor group regarding same (.9); discuss same with prospective special counsel (.3). | Fates, Edward G. | 1.2 | 583.20 | 19,990.80 |
| 03/08/16 | 6803788 | Conference with counsel to address motion to pursue third party/CNB and advice re same (.3). | Zaro, David R. | 0.3 | 201.15 | 20,191.95 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/08/16 | 6800741 | Discuss information requested by counsel for investor group regarding CNB with A. Kudla and communications with counsel for investor group regarding same (.5); work on declarations in support of motion regarding CNB claims and special counsel (.9); confer with SEC's regarding motion and declarations (.1); confer with prospective counsel regarding declaration in support of motion (.2); work on application to file motion under seal and supporting declaration (.5). | Fates, Edward G. | 2.2 | 1,069.20 | 21,261.15 |
| 03/09/16 | 6807363 | Correspond with counsel for Keller, Perillo and Fiji. | Holmes, Michael J. | 0.1 | 53.55 | 21,314.70 |
| 03/09/16 | 6802362 | Work on application to file CNB/special counsel motion under seal and supporting declaration (1.1); call with counsel for net winner Peck regarding intended settlement and discuss same with A. Kudla (.4); respond to inquiries from counsel for investors regarding facts relating to CNB (.2). | Fates, Edward G. | 1.7 | 826.20 | 22,140.90 |
| 03/10/16 | 6803424 | Discuss accounting issues and clawback claims against M. Soffa with A. Kudla (.2); discuss requested information related to CNB claims with A. Kudla and communications with counsel for investors regarding same (.5); review documents regarding CNB employees provided by counsel for investors and discuss same with Receiver and prospective | Fates, Edward G. | 2.0 | 972.00 | 23,112.90 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | special counsel (.6); follow up regarding claims against Keller, Perillo, and Fiji and advise counsel regarding same (.3); discuss accounting and clawback claims against Markowitz, Peck, and Woods with A. Kudla (.4). | | | | |
| 03/11/16 | 6807884 | Review correspondence from Keller's, Perillo's and Fiji's counsel; analysis regarding possible settlement discussions; prepare correspondence to counsel; telephone conference with counsel. | Holmes, Michael J. | 0.3 | 160.65 | 23,273.55 |
| 03/11/16 | 6805324 | Finalize application to file CNB/special counsel motion under seal and supporting sealed declaration. | Fates, Edward G. | 0.5 | 243.00 | 23,516.55 |
| 03/14/16 | 6807164 | Discuss accounting issues for claims against M. Soffa with A. Kudla (.2); discuss issues regarding CNB claims with A. Kudla (.1). | Fates, Edward G. | 0.3 | 145.80 | 23,662.35 |
| 03/16/16 | 6811699 | Prepare correspondence and documents to Receiver's office; telephone counsel for Keller, Perillo and Fiji. | Holmes, Michael J. | 0.4 | 214.20 | 23,876.55 |
| 03/16/16 | 6808726 | Advise A. Kudla regarding communications with counsel for Keller/Perillo/Fiji and strategy regarding same (.2); review order setting hearing on CNB/special counsel motion, advise Receiver and special counsel regarding same, call to SEC's counsel regarding same, and arrange meet and confer conference call (.7). | Fates, Edward G. | 0.9 | 437.40 | 24,313.95 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/17/16 | 6810589 | Review order continuing hearing on CNB/special counsel motion, advise Receiver regarding same, and discuss schedule conflict issue. | Fates, Edward G. | 0.4 | 194.40 | 24,508.35 |
| 03/18/16 | 6811713 | Correspond with counsel for Keller, Perillo and Fiji regarding status. | Holmes, Michael J. | 0.2 | 107.10 | 24,615.45 |
| 03/20/16 | 6811748 | Advise Receiver and special counsel regarding investor class complaint issues. | Fates, Edward G. | 0.2 | 97.20 | 24,712.65 |
| 03/21/16 | 6813634 | Review correspondence and documents from counsel for Perillo and Fiji; prepare correspondence and documents to Mr. Kudla. | Holmes, Michael J. | 0.9 | 481.95 | 25,194.60 |
| 03/21/16 | 6812131 | Confer with proposed special counsel regarding meet and confer call with SEC's counsel (.2); meet and confer call with SEC's counsel, Receiver, and proposed special counsel regarding hearing on motion regarding CNB claims and special counsel (.8). | Fates, Edward G. | 1.0 | 486.00 | 25,680.60 |
| 03/22/16 | 6814028 | Review additional documents from Fiji; prepare correspondence and documents to client; correspond with opposing counsel. | Holmes, Michael J. | 0.3 | 160.65 | 25,841.25 |
| 03/22/16 | 6813479 | Communications with Receiver and proposed special counsel about timing of hearing on CNB/special counsel motion and preparation for same (.1); call with SEC's counsel, Receiver, and proposed special counsel regarding hearing on CNB/special counsel motion (.8). | Fates, Edward G. | 0.9 | 437.40 | 26,278.65 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/23/16 | 6815611 | Address the intervention motion by class members and follow-up to address the response to ex parte, approach to pending motion (.4). Advice to counsel re response to ex parte application (.2). | Zaro, David R. | 0.6 | 402.30 | 26,680.95 |
| 03/23/16 | 6815155 | Correspond with counsel for Keller, Perillo and Fiji regarding production of additional documents. | Holmes, Michael J. | 0.2 | 107.10 | 26,788.05 |
| 03/23/16 | 6814518 | Confer with proposed special counsel regarding communications with counsel for investor class against CNB (.2); address issues relating to S. Nunez' ex parte request to intervene regarding CNB/special counsel motion (.3); advise regarding providing redacted motion papers to investors' counsel (.2). | Fates, Edward G. | 0.7 | 340.20 | 27,128.25 |
| 03/23/16 | 6823530 | Review ex parte application filed by class action plaintiffs and correspondences with counsel to resolve issues re: the same (0.7); Review and redact Hoffman Declaration iso motion for leave to file under seal and correspondence with counsel for class action plaintiffs re: the same (0.8); Review list provided by receiver's staff for additional subpoenas and correspondence re: the same (0.2); Research issues in opposition to ex parte application by class action plaintiffs (0.8); Confer with SEC re: ex parte application (0.2). | Hsu, Tim | 2.7 | 1,020.60 | 28,148.85 |
| 03/24/16 | 6816419 | Communications with A. Kudla | Fates, Edward G. | 0.2 | 97.20 | 28,246.05 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding call from counsel for net winner Peck regarding settlement of claims. | | | | |
| 03/24/16 | 6821872 | Correspondences with counsel and receiver re: withdrawal of ex parte application to intervene filed by class action plaintiff's counsel (0.6); Prepare and revise various subpoenas re: B.Gardiner and correspondences with receiver's staff re: the same (1.3). | Hsu, Tim | 1.9 | 718.20 | 28,964.25 |
| 03/25/16 | 6817652 | Discuss plan for call with counsel for investors with proposed special counsel. | Fates, Edward G. | 0.2 | 97.20 | 29,061.45 |
| 03/28/16 | 6818261 | Calls and emails with proposed special counsel and A. Kudla regarding March 29 hearing and communications with attorneys representing investor groups (1.1); review documents relating to net winner B. Fitwilliam and discuss same with A. Kudla (.2). | Fates, Edward G. | 1.3 | 631.80 | 29,693.25 |
| 03/29/16 | 6821792 | Review additional correspondence and documents from counsel for Perillo, Fiji and Keller; prepare correspondence and documents to receiver's office; telephone counsel. | Holmes, Michael J. | 0.3 | 160.65 | 29,853.90 |
| 03/29/16 | 6819836 | Attend hearing regarding application to file CNB/special counsel motion under seal (1.1); discuss next steps and declarations to be filed in light of Court's instructions with A. Kudla and proposed special counsel (.7); travel to and from hearing (2.2); confer with counsel for investors and A. Kudla | Fates, Edward G. | 4.8 | 2,332.80 | 32,186.70 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding documents relevant to claims against CNB (.3); confer with SEC's counsel regarding hearing and next steps, gather information requested by SEC's counsel, and discuss same with A. Kudla (.5). | | | | |
| 03/30/16 | 6821956 | Telephone conference with Mr. Kudla regarding documents produced by Perillo and Fiji and strategy going forward; review prior correspondence and transcripts and prepare list of necessary documents. | Holmes, Michael J. | 1.8 | 963.90 | 33,150.60 |
| 03/30/16 | 6821594 | Call with A. Kudla to discuss documents provided by Keller/Perillo, follow up requests, and strategy regarding filing of complaint (.4); discuss supplemental declarations regarding CNB/special counsel motion with A. Kudla and proposed special counsel (.8); respond to requests for information from SEC's counsel (.4); discuss inquiry from M. Geragos with Receiver and D. Wallace and respond to M. Geragos (.4); discuss communications from investor class counsel with Receiver (.2). | Fates, Edward G. | 2.2 | 1,069.20 | 34,219.80 |
| 03/31/16 | 6823363 | Call/email related to the litigation, attorney selection re CNB (.4). | Zaro, David R. | 0.4 | 268.20 | 34,488.00 |
| 03/31/16 | 6822783 | Confer with Receiver and D. Wallace regarding issues for call with M. Geragos (.4) conference call with M. Geragos regarding CNB/special counsel motion (.6) conference call with Receiver and proposed special counsel regarding efforts to contact | Fates, Edward G. | 2.3 | 1,117.80 | 35,605.80 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00007 (Third Party Recoveries) 374464-00007

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | other firms, timing of same, supplemental submission to court, and class counsel requests for documents/information (.9) initial work on supplemental declaration from Receiver (.2) discuss information requested by SEC counsel with A. Kudla (.2) | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 4.3 | 670.50 | 2,883.15 |
| 000820 | John T. Kaup | 0.4 | 229.50 | 91.80 |
| 001051 | Michael J. Holmes | 11.1 | 535.50 | 5,944.05 |
| 001665 | Edward G. Fates | 51.1 | 486.00 | 24,834.60 |
| 002055 | Tim Hsu | 4.9 | 378.00 | 1,852.20 |
| | | 71.8 | | 35,605.80 |
| Total Fees | | | | 35,605.80 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00009 (Employment/Fees) 374464-00009

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates        Matter #: 374464-00009        Matter Name: Employment/Fees

Date of Last Billing: 04-05-2016        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00009 (Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/22/16 | 6786303 | Discuss Receiver's fifth interim fee application with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 02/25/16 | 6789536 | Revisions to Receiver's fifth interim fee application and discuss same with A. Kudla. | Fates, Edward G. | 0.8 | 388.80 | 486.00 |
| 03/01/16 | 6795507 | Revisions to Receiver's fifth interim fee application and discuss same with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 583.20 |
| 03/11/16 | 6805446 | Prepare notice of hearing and proposed orders for fifth interim fee applications and finalize fee applications. | Fates, Edward G. | 0.4 | 194.40 | 777.60 |
| 03/30/16 | 6821768 | Review order approving fee applications and advise Receiver regarding same. | Fates, Edward G. | 0.1 | 48.60 | 826.20 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.7 | 486.00 | 826.20 |
| | | 1.7 | | 826.20 |
| Total Fees | | | | 826.20 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                      Matter #: 374464-00011                      Matter Name: Gerald & Wilma Ehrens Litigation

Date of Last Billing: 04-05-2016                                                             Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00011 (Gerald & Wilma Ehrens Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/05/16 | 6745552 | Work on motion for default judgment against Riviera, Amgest, and First Abby entities and prepare supporting declaration. | Fates, Edward G. | 0.4 | 194.40 | 194.40 |
| 01/05/16 | 6745459 | Correspond with Kelly Brinkman re status of continuance of 1/7 hearing on plan confirmation and claim objection to receiver's POC. | Kim, Yale K. | 0.2 | 103.50 | 297.90 |
| 01/05/16 | 6768735 | Continue draft of motion for entry of default judgment (1.7); Prepare declaration of receiver and supporting exhibits (1.5). | Hsu, Tim | 3.2 | 1,209.60 | 1,507.50 |
| 01/06/16 | 6745922 | Work on proposed default judgment against entity defendants. | Fates, Edward G. | 0.4 | 194.40 | 1,701.90 |
| 01/06/16 | 6745911 | Correspond with Kelly Brinkman re claim objection and continued hearing on plan confirmation (.2); review chapter 13 trustee field audit report and evaluation (.2). | Kim, Yale K. | 0.4 | 207.00 | 1,908.90 |
| 01/06/16 | 6768615 | Incorporate counsel edits to motion for default judgment and correspondences to Receiver's staff re: the same (0.4). | Hsu, Tim | 0.4 | 151.20 | 2,060.10 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/08/16 | 6749290 | Correspond with Kelly Brinkman re filing of chapter 13 audit report. | Kim, Yale K. | 0.2 | 103.50 | 2,163.60 |
| 01/11/16 | 6749887 | Review continuance of plan confirmation hearing to 3/3/16 (.1); review memo from Kelly Brinkman re evaluation of claim objection (.1); review and evaluate claim objection and response strategy for NASI receivership estate (.4); draft memo to Aaron Kudla re same (.4). | Kim, Yale K. | 1.0 | 517.50 | 2,681.10 |
| 01/11/16 | 6766548 | Review comments and recommendations re: Ehren's pending bankruptcy and status of discussions for payment of claims (0.5). | Hsu, Tim | 0.5 | 189.00 | 2,870.10 |
| 01/13/16 | 6752712 | Analyze potential claims against B. Gardiner relating to Amgest and First Abby entities and next steps regarding investigation of same. | Fates, Edward G. | 0.4 | 194.40 | 3,064.50 |
| 01/13/16 | 6752148 | Telephone call with Aaron Kudla re status of Ehrens claim objection proceeding and strategy for response (.2); review claim objection and proof of claim amount against Ehrens (.3); correspond with Kelly Brinkman re strategy review (.2). | Kim, Yale K. | 0.7 | 362.25 | 3,426.75 |
| 01/13/16 | 6766508 | Call with Receiver's staff to discuss issues re: Ehren's bankruptcy and settlement request in light of request for entry of default judgments against remaining entity defendants (0.6). | Hsu, Tim | 0.6 | 226.80 | 3,653.55 |
| 01/14/16 | 6766502 | Prepare filing for entry of default judgment against entity defendants and correspondences with Receiver's staff re: the same (0.5). | Hsu, Tim | 0.5 | 189.00 | 3,842.55 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/19/16 | 6755713 | Correspond with Kelly Brinkman re compromise of proof of claim amount with full reservation of rights as to First Abby, Amgest, and Riviera (.2); draft memo to Aaron Kudla re same (.1); review commission check dates and numbers (.1). | Kim, Yale K. | 0.4 | 207.00 | 4,049.55 |
| 01/21/16 | 6757787 | Correspond with Aaron Kudla re compromise on proof of claim amount (.2); review status of objection to proof of claim and plan confirmation hearing (.1); correspond with Kelly Brinkman re cancelled commission checks and compromise of claim (.2); review memo from James Greene re compromise for stipulated claim amount (.1). | Kim, Yale K. | 0.6 | 310.50 | 4,360.05 |
| 01/25/16 | 6760712 | Correspond with Kelly Brinkman re status of settlement discussions for amended claim, resolution of plan confirmation objection and objection to claim (.2); review status of compromise terms (.1). | Kim, Yale K. | 0.3 | 155.25 | 4,515.30 |
| 01/26/16 | 6762253 | Review correspondence with debtors' counsel re amended plan, withdrawal of plan confirmation objection, amended proof of claim, and stipulation to resolve POC objection. | Kim, Yale K. | 0.2 | 103.50 | 4,618.80 |
| 01/27/16 | 6762716 | Review chapter 13 trustee objection to confirmation of amended plan and recommendation for dismissal. | Kim, Yale K. | 0.2 | 103.50 | 4,722.30 |
| 01/29/16 | 6765300 | Correspond with Kelly Brinkman re stipulation to resolve claim objection and for filing of amended plan. | Kim, Yale K. | 0.2 | 103.50 | 4,825.80 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/01/16 | 6769182 | Review order denying w/o prejudice motion for default judgment against affiliate entities and work on revised draft of motion. | Fates, Edward G. | 0.4 | 194.40 | 5,020.20 |
| 02/01/16 | 6794544 | Review and analysis of order re: entry of default judgment and correspondence to counsel/receiver re: the same (0.4). | Hsu, Tim | 0.4 | 151.20 | 5,171.40 |
| 02/02/16 | 6769771 | Review status of draft stipulation re vacating hearing on claim objection and points for compromise on claim. | Kim, Yale K. | 0.2 | 103.50 | 5,274.90 |
| 02/03/16 | 6771009 | Review and revise stipulation re resolution of objection to confirmation of chapter 13 plan and resolving plan confirmation objection (.5); correspond with Kelly Brinkman re same (.2). | Kim, Yale K. | 0.7 | 362.25 | 5,637.15 |
| 02/04/16 | 6771576 | Review revised stipulation for resolution of claim objection and objection to plan confirmation. | Kim, Yale K. | 0.2 | 103.50 | 5,740.65 |
| 02/04/16 | 6772473 | Review status of finalizing stipulation for resolution of claim objection and objection to plan confirmation (.1); draft memo to Kelly Brinkman re same (.1). | Kim, Yale K. | 0.2 | 103.50 | 5,844.15 |
| 02/05/16 | 6773902 | Correspond with Kelly Brinkman re filed stipulation re resolution of claim objection and order approving stipulation (.2); review filed stipulation and entered order approving stipulation (.1). | Kim, Yale K. | 0.3 | 155.25 | 5,999.40 |
| 02/08/16 | 6775491 | Draft memo to Aaron Kudla re filed stipulation to compromise claim and order approving stipulation (.1); | Kim, Yale K. | 0.2 | 103.50 | 6,102.90 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | review filed stipulation and entered order (.1). | | | | |
| 02/11/16 | 6779048 | Draft amended proof of claim (.6); assemble exhibits (.1); review stipulation re compromise of claim and order (.2). | Kim, Yale K. | 0.9 | 465.75 | 6,568.65 |
| 02/12/16 | 6779890 | Correspond with Kelly Brinkman re status of amended proof of claim (.2); draft memo to Aaron Kudla re amended proof of claim (.1); review amended POC (.1). | Kim, Yale K. | 0.4 | 207.00 | 6,775.65 |
| 02/12/16 | 6792649 | Correspondence with Receiver re: renewed motion for entry of default judgment (0.3). | Hsu, Tim | 0.3 | 113.40 | 6,889.05 |
| 02/17/16 | 6782302 | Correspond with Kelly Brinkman re amended plan (.2); correspond with Aaron Kudla re status of amended POC (.2); review amended POC (.1); review amended plan filed 2/16/16 (.2); review net loss for Riviera Investments as investor (.1). | Kim, Yale K. | 0.8 | 414.00 | 7,303.05 |
| 02/17/16 | 6792467 | Review check copies and other records in support of renewed motion for default judgment and correspondence with Receiver's staff to request additional records (0.4). | Hsu, Tim | 0.4 | 151.20 | 7,454.25 |
| 02/18/16 | 6783277 | Draft memo re recovery amount for NASI receiver in chapter 13 case of Gerald and Wilma Ehrens (.2); review chapter 13 amended plan (.1); review filed amended POC (.1); review memo from Kelly Brinkman re same (.1). | Kim, Yale K. | 0.5 | 258.75 | 7,713.00 |
| 02/18/16 | 6792438 | Correspondences with Receiver's | Hsu, Tim | 0.3 | 113.40 | 7,826.40 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | staff to request additional documents required for renewed motion for entry of default judgment (0.3). | | | | |
| 02/19/16 | 6784671 | Review status of Ehrens amended chapter 13 plan and docket activity. | Kim, Yale K. | 0.2 | 103.50 | 7,929.90 |
| 02/22/16 | 6785911 | Draft memo to Aaron Kudla re filed amended proof of claim and amended plan (.1); review filed amended POC and plan (.1). | Kim, Yale K. | 0.2 | 103.50 | 8,033.40 |
| 02/22/16 | 6792286 | Prepare renewed motion for entry of default judgment (2.4); Review orders and authorities re: the same (0.4). | Hsu, Tim | 2.8 | 1,058.40 | 9,091.80 |
| 02/23/16 | 6792203 | Continue draft of motion for entry of default judgment (6.7); Prepare accompanying exhibits (0.8). | Hsu, Tim | 7.5 | 2,835.00 | 11,926.80 |
| 02/24/16 | 6787853 | Work on motion for default judgment against Riviera, Amgest, and First Abby. | Fates, Edward G. | 0.7 | 340.20 | 12,267.00 |
| 02/24/16 | 6787958 | Review memo from Kelly Brinkman re statement of current monthly income (.1); review statement of current monthly income for funding plan (.1); review prior statement of income and expenses for comparison (.2); review chapter 13 trustee field audit (.1). | Kim, Yale K. | 0.5 | 258.75 | 12,525.75 |
| 02/24/16 | 6792115 | Incorporate counsel comments to draft motion for default judgment (0.3); Prepare Receiver and counsel declarations in support (1.8); Gather and prepare all exhibits for motion (0.6); Review check copies and supporting documents for motion (0.7); Correspondence with Receiver's staff re: the same (0.1). | Hsu, Tim | 3.5 | 1,323.00 | 13,848.75 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/25/16 | 6789358 | Review issue re Gardiner claim of no interest in Amgest and no evidence of transfer of title (.2); review status of plan confirmation (.2); draft memo to Kelly Brinkman re possible fraudulent transfer claim for gift transfer to Ehrens family trust pre-bankruptcy (.1); review 341(a) audio of meeting of creditors (.7). | Kim, Yale K. | 1.2 | 621.00 | 14,469.75 |
| 02/26/16 | 6790338 | Review trustee objection to plan confirmation and recommendation for dismissal, filed on 2/26 (.1); review correspondence with trustee re possible trustee pursuit of avoidance claim for fraudulent transfer of Ehrens' assets (.2); review pre-petition gift transfer to son (.1). | Kim, Yale K. | 0.4 | 207.00 | 14,676.75 |
| 02/26/16 | 6792063 | Review motion for default judgment and correspondence to Receiver's staff re: the same (0.2). | Hsu, Tim | 0.2 | 75.60 | 14,752.35 |
| 02/26/16 | 6792067 | Analysis of issues re: parties related to Ehrens and Amgest and coordinate retrieval of corporate filings for Amgest (0.3). | Hsu, Tim | 0.3 | 113.40 | 14,865.75 |
| 02/29/16 | 6791681 | Review chapter 13 trustee's filed opposition to debtor's chapter 13 plan scheduled for confirmation hearing on 3/3 (.1); review status of plan confirmation (.1). | Kim, Yale K. | 0.2 | 103.50 | 14,969.25 |
| 02/29/16 | 6795132 | Correspondences with Receiver re: motion for default judgment (0.3); Gather and prepare motion papers for filing (0.2). | Hsu, Tim | 0.5 | 189.00 | 15,158.25 |
| 03/08/16 | 6800649 | Review status of trustee plan | Kim, Yale K. | 0.2 | 103.50 | 15,261.75 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | confirmation objection and Gardiner disclaimer of ownership interest in Amgest. | | | | |
| 03/16/16 | 6809126 | Correspond with Aaron Kudla re continuance of plan confirmation hearing and trustee objection to plan confirmation (.2); review chapter 13 docket re status of debtors reply to trustee objection (.1). | Kim, Yale K. | 0.3 | 155.25 | 15,417.00 |
| 03/17/16 | 6809865 | Correspond with Aaron Kudla re status of trustee objection to plan confirmation and continued plan confirmation hearing on 3/31. | Kim, Yale K. | 0.2 | 103.50 | 15,520.50 |
| 03/23/16 | 6814628 | Review memo from Jennifer Brinkman re trustee objection to plan confirmation (.1); review amended chapter 13 trustee objection to plan (.2). | Kim, Yale K. | 0.3 | 155.25 | 15,675.75 |
| 03/24/16 | 6815725 | Correspond with Aaron Kudla re chapter 13 trustee objection to plan confirmation (.2); review debtor response to trustee amended objection to plan confirmation (.2). | Kim, Yale K. | 0.4 | 207.00 | 15,882.75 |
| 03/29/16 | 6819778 | Correspond with Aaron Kudla re debtors' response to trustee's objection to amended plan confirmation (.2); review chapter 13 docket re plan confirmation hearing (.1). | Kim, Yale K. | 0.3 | 155.25 | 16,038.00 |
| 03/30/16 | 6820633 | Correspond with Kelly Brinkman re status of 3/31 plan confirmation hearing and filing of amended plan # 4. | Kim, Yale K. | 0.2 | 103.50 | 16,141.50 |
| 03/30/16 | 6821847 | Review court order granting default | Hsu, Tim | 0.4 | 151.20 | 16,292.70 |

Exhibit A, Page 62

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00011 (Gerald & Wilma Ehrens Litigation) 374464-00011

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | judgment and correspondence to receiver's staff re: the same and strategy for recovery (0.4). | | | | |
| 03/31/16 | 6822120 | Review correspondence with chapter 13 trustee re objection to plan confirmation and continuance of plan confirmation hearing. | Kim, Yale K. | 0.2 | 103.50 | 16,396.20 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 2.3 | 486.00 | 1,117.80 |
| 001938 | Yale K. Kim | 13.6 | 517.50 | 7,038.00 |
| 002055 | Tim Hsu | 21.8 | 378.00 | 8,240.40 |
| | | 37.7 | | 16,396.20 |
| Total Fees | | | | 16,396.20 |
| Total Disbursements | | | | 0.00 |

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00012                    Matter Name: Marvin & Laurie Tarnol Litigation

Date of Last Billing: 04-05-2016                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00012 (Marvin & Laurie Tarnol Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/05/16 | 6745355 | Review deposition notice from M. Tarnol and discuss same with Receiver and A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 194.40 |
| 01/08/16 | 6748996 | Call with counsel for M. Tarnol regarding identity of recipients of profit transfers, accounting issues, deposition of Receiver, and related issues (.5); discuss same with A. Kudla (.2). | Fates, Edward G. | 0.7 | 340.20 | 534.60 |
| 01/11/16 | 6750414 | Discuss possible amended/stipulation to add Tarnol intervivos trust with A. Kudla and communications with counsel for Tarnol regarding same. | Fates, Edward G. | 0.6 | 291.60 | 826.20 |
| 01/19/16 | 6755822 | Follow up communications to M. Tarnol's counsel regarding amendment to complaint regarding adding trust and profit sharing plan (.3); work on second amended complaint (.2). | Fates, Edward G. | 0.5 | 243.00 | 1,069.20 |
| 01/19/16 | 6766484 | Revise amended complaint (0.7). | Hsu, Tim | 0.7 | 264.60 | 1,333.80 |
| 01/27/16 | 6762729 | Follow up communications with M. Tarnol's counsel. | Fates, Edward G. | 0.1 | 48.60 | 1,382.40 |
| 01/29/16 | 6766393 | Review correspondence from counsel | Fates, Edward G. | 0.3 | 145.80 | 1,528.20 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | for M. Tarnol and analyze relation back issue regarding amendment to complaint. | | | | |
| 01/29/16 | 6766456 | Review counsel correspondence re: stipulation for filing SAC (0.2); Research issues re: relation back of amendments (0.8). | Hsu, Tim | 1.0 | 378.00 | 1,906.20 |
| 02/03/16 | 6771243 | Communications with Receiver and counsel for M. Tarnol regarding proposed amendment to complaint and deposition. | Fates, Edward G. | 0.2 | 97.20 | 2,003.40 |
| 02/04/16 | 6772066 | Call with counsel for M. Tarnol regarding second amended complaint, relation back issue, deposition, and related issues (.2); advise Receiver regarding cancellation of deposition (.1). | Fates, Edward G. | 0.3 | 145.80 | 2,149.20 |
| 02/15/16 | 6780572 | Work on motion for leave to amend complaint. | Fates, Edward G. | 0.7 | 340.20 | 2,489.40 |
| 02/17/16 | 6782459 | Work on motion for leave to amend complaint. | Fates, Edward G. | 0.2 | 97.20 | 2,586.60 |
| 02/19/16 | 6784707 | Discuss notice of deposition with A. Kudla (.2); communications with counsel for M. Tarnol regarding same (.1). | Fates, Edward G. | 0.3 | 145.80 | 2,732.40 |
| 02/22/16 | 6785860 | Confer with counsel for M. Tarnol regarding deposition, motion for leave to amend complaint, and related issues (.3); advise A. Kudla regarding same (.1). | Fates, Edward G. | 0.4 | 194.40 | 2,926.80 |
| 02/25/16 | 6789396 | Correspondence with counsel for Tarnol regarding motion for leave to amend and scheduling of A. Kudla | Fates, Edward G. | 0.4 | 194.40 | 3,121.20 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | deposition. | | | | |
| 02/25/16 | 6792094 | Research re: leave to amend and provide update to counsel (0.5). | Hsu, Tim | 0.5 | 189.00 | 3,310.20 |
| 02/26/16 | 6790393 | Communications with Tarnol's counsel regarding leave to amend complaint, relation back, and deposition scheduling issues. | Fates, Edward G. | 0.4 | 194.40 | 3,504.60 |
| 02/29/16 | 6791289 | Communications with M. Tarnol's counsel regarding hearing date for motion for leave to amend and location of A. Kudla deposition (.2); work on supplement to initial disclosures (.1). | Fates, Edward G. | 0.3 | 145.80 | 3,650.40 |
| 02/29/16 | 6795199 | Prepare supplemental initial disclosures (0.7). | Hsu, Tim | 0.7 | 264.60 | 3,915.00 |
| 02/29/16 | 6795242 | Review records relating to Tarnol's companies and trusts (0.3); Research status of intervivos trusts as separate legal entities (0.8); Prepare draft motion for leave to amend (1.7). | Hsu, Tim | 2.8 | 1,058.40 | 4,973.40 |
| 03/01/16 | 6795522 | Work on supplement to initial disclosures. | Fates, Edward G. | 0.4 | 194.40 | 5,167.80 |
| 03/01/16 | 6795599 | Continue draft of motion for leave to file second amended complaint (2.1); Prepare and send draft of supplemental Rule 26 disclosures (0.9). | Hsu, Tim | 3.0 | 1,134.00 | 6,301.80 |
| 03/02/16 | 6796086 | Review notice of A. Kudla deposition and forward same to A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 6,350.40 |
| 03/02/16 | 6796374 | Work on motion for leave to amend complaint. | Fates, Edward G. | 0.2 | 97.20 | 6,447.60 |
| 03/03/16 | 6797078 | Discuss preparation for deposition | Fates, Edward G. | 0.3 | 145.80 | 6,593.40 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | with A. Kudla. | | | | |
| 03/03/16 | 6824947 | Review issues re: relation back, statute of limitations, and basis for amendment (0.6); Review prior pleadings and correspondences with counsel (0.4); Revise motion for leave to amend, declaration in support, and draft second amended complaint (1.3). | Hsu, Tim | 2.3 | 869.40 | 7,462.80 |
| 03/04/16 | 6824891 | Continue draft of motion for leave to amend and prepare declarations in support (3.2). | Hsu, Tim | 3.2 | 1,209.60 | 8,672.40 |
| 03/05/16 | 6798780 | Revisions to motion for leave to amend, supporting declarations, exhibits, and second amended complaint. | Fates, Edward G. | 2.4 | 1,166.40 | 9,838.80 |
| 03/07/16 | 6798874 | Analyze issues regarding timing of motion for leave to amend and A. Kudla deposition (.1); review Tarnol documents in preparation for A. Kudla deposition (.8). | Fates, Edward G. | 0.9 | 437.40 | 10,276.20 |
| 03/07/16 | 6824685 | Incorporate counsel comments to motion for leave to amend and supporting documents (0.7); Gather and prepare exhibits in support (0.4); Correspondence with Receiver's staff re: the same (0.1). | Hsu, Tim | 1.2 | 453.60 | 10,729.80 |
| 03/08/16 | 6800489 | Communications with counsel for Tarnol regarding initial disclosure documents and A. Kudla deposition (.3); work on motion for leave to amend complaint and supporting declaration (.5). | Fates, Edward G. | 0.8 | 388.80 | 11,118.60 |
| 03/08/16 | 6823758 | Incorporate additional revisions to | Hsu, Tim | 0.6 | 226.80 | 11,345.40 |

Exhibit A, Page 67

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | motion for leave to amend and and declaration in support, and correspondences with counsel and receiver's staff re: the same (0.6). | | | | |
| 03/09/16 | 6802343 | Review correspondence from Tarnol's counsel canceling March 10 deposition and advise A. Kudla regarding same. | Fates, Edward G. | 0.3 | 145.80 | 11,491.20 |
| 03/09/16 | 6823738 | Gather and prepare documents for filing of motion for leave to file second amended complaint (0.5); Correspondences with Receiver's staff re: the same (0.2). | Hsu, Tim | 0.7 | 264.60 | 11,755.80 |
| 03/10/16 | 6823714 | Correspondences with Receiver's staff re: pending motion for leave to amend (0.2). | Hsu, Tim | 0.2 | 75.60 | 11,831.40 |
| 03/22/16 | 6813476 | Review Tarnol's opposition to motion for leave to amend and work on reply regarding same. | Fates, Edward G. | 0.8 | 388.80 | 12,220.20 |
| 03/22/16 | 6823543 | Review opposition to motion for leave to amend and analysis of arguments for reply brief (0.5). | Hsu, Tim | 0.5 | 189.00 | 12,409.20 |
| 03/25/16 | 6817653 | Work on reply in support of motion for leave to file second amended complaint. | Fates, Edward G. | 0.5 | 243.00 | 12,652.20 |
| 03/25/16 | 6821868 | Prepare draft reply brief iso motion for leave to amend (5.3). | Hsu, Tim | 5.3 | 2,003.40 | 14,655.60 |
| 03/28/16 | 6818256 | Work on reply regarding motion for leave to file second amended complaint (1.1); review M. Tarnol's requests for production of documents (.3). | Fates, Edward G. | 1.4 | 680.40 | 15,336.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00012 (Marvin & Laurie Tarnol Litigation) 374464-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/28/16 | 6821866 | Incorporate counsel comments to draft reply iso motion for leave to amend (0.5); Gather and prepare reply for filing (0.2). | Hsu, Tim | 0.7 | 264.60 | 15,600.60 |
| 03/29/16 | 6821861 | Review discovery propounded by defendants (0.4). | Hsu, Tim | 0.4 | 151.20 | 15,751.80 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 13.9 | 486.00 | 6,755.40 |
| 002055 | Tim Hsu | 23.8 | 378.00 | 8,996.40 |
| | | 37.7 | | 15,751.80 |
| Total Fees | | | | 15,751.80 |
| Total Disbursements | | | | 0.00 |

Exhibit A, Page 69

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00013 (Bradley Turell Litigation) 374464-00013

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                 Matter #: 374464-00013                 Matter Name: Bradley Turell Litigation

Date of Last Billing: 04-05-2016                                                    Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00013 (Bradley Turell Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6768944 | Correspondences and call with escrow re: payoff of B.Turell settlement (0.6). | Hsu, Tim | 0.6 | 226.80 | 226.80 |
| 01/07/16 | 6768435 | Correspondence with escrow re: payment of settlement through sale of property (0.3). | Hsu, Tim | 0.3 | 113.40 | 340.20 |
| 01/15/16 | 6766496 | Correspondences with Receiver's staff and escrow re: demand for payoff of settlement amounts (0.4). | Hsu, Tim | 0.4 | 151.20 | 491.40 |
| 03/08/16 | 6800563 | Advise regarding communication to B. Turell regarding status of home sale and payoff of deed of trust. | Fates, Edward G. | 0.1 | 48.60 | 540.00 |
| 03/09/16 | 6803011 | Review and revise letter to B. Turell regarding timing of sale and settlement payment. | Fates, Edward G. | 0.2 | 97.20 | 637.20 |
| 03/10/16 | 6823712 | Correspondences with B.Turell and escrow company re: payoff of settlement through escrow (0.5). | Hsu, Tim | 0.5 | 189.00 | 826.20 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.3 | 486.00 | 145.80 |

Exhibit A, Page 70

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00013 (Bradley Turell Litigation) 374464-00013

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 002055 | Tim Hsu | 1.8 | 378.00 | 680.40 |
| | | 2.1 | | 826.20 |
| Total Fees | | | | 826.20 |
| Total Disbursements | | | | 0.00 |

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00014                    Matter Name: Berwyn Friedman Litigation

Date of Last Billing: 04-05-2016                                                        Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00014 (Berwyn Friedman Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6744576 | Review and revise settlement agreement and stipulated judgment for B. Friedman and E. Friedman and communications with counsel for Friedmans regarding same. | Fates, Edward G. | 1.1 | 534.60 | 534.60 |
| 01/06/16 | 6746532 | Communications with A. Kudla and counsel for B. Friedman and E. Friedman regarding terms of promissory note for settlement. | Fates, Edward G. | 0.2 | 97.20 | 631.80 |
| 01/12/16 | 6751571 | Discuss revised promissory note and deed of trust with A. Kudla and send same to counsel for B. Friedman and E. Friedman. | Fates, Edward G. | 0.2 | 97.20 | 729.00 |
| 01/15/16 | 6754581 | Settlement communications with counsel for B. Friedman and E. Friedman and discuss terms of settlement, restructure of note and deed of trust, and E. Friedman's separate property issues with A. Kudla. | Fates, Edward G. | 1.6 | 777.60 | 1,506.60 |
| 01/19/16 | 6755824 | Discuss revisions to note, deed of trust, and settlement agreement with A. Kudla (.4); work on same (.5); communications with counsel for | Fates, Edward G. | 1.1 | 534.60 | 2,041.20 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Friedmans (.2). | | | | |
| 01/20/16 | 6756385 | Review proposed changes to Note and Deed of Trust from counsel for Friedmans, discuss same with A. Kudla, and respond to Friedman's counsel regarding same. | Fates, Edward G. | 0.4 | 194.40 | 2,235.60 |
| 01/28/16 | 6764681 | Review letter and signed settlement documents from counsel for Friedmans, discuss same with A. Kudla, and respond to counsel for Friedmans. | Fates, Edward G. | 0.5 | 243.00 | 2,478.60 |
| 02/01/16 | 6769179 | Work on motion for approval of Friedman settlement and stipulation regarding extension of deadline to respond to complaint. | Fates, Edward G. | 0.2 | 97.20 | 2,575.80 |
| 02/02/16 | 6770384 | Work on settlement approval motion. | Fates, Edward G. | 0.5 | 243.00 | 2,818.80 |
| 02/03/16 | 6770721 | Work on motion to approve settlement agreement, supporting declaration, and joint stipulation to extend response deadline (2.1); discuss supporting declaration with A. Kudla (.2); communications with counsel for Friedmans regarding motion and joint stipulation (.2); communications with SEC's counsel regarding motion (.2). | Fates, Edward G. | 2.7 | 1,312.20 | 4,131.00 |
| 02/04/16 | 6771523 | Communications with SEC's counsel concerning settlement motion (.2); communications with Friedman's counsel regarding settlement motion (.2); revisions to motion and supporting declaration and discuss same with A. Kudla (.4). | Fates, Edward G. | 0.8 | 388.80 | 4,519.80 |
| 02/05/16 | 6773772 | Finalize settlement motion, supporting | Fates, Edward G. | 0.3 | 145.80 | 4,665.60 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00014 (Berwyn Friedman Litigation) 374464-00014

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | declaration, and proposed order for filing. | | | | |
| 02/16/16 | 6781051 | Review SEC's non-opposition to settlement motion and advise Friedman's counsel regarding same. | Fates, Edward G. | 0.1 | 48.60 | 4,714.20 |
| 02/24/16 | 6788168 | Communications with counsel for B. Friedman regarding timing of settlement approval and sale of property. | Fates, Edward G. | 0.2 | 97.20 | 4,811.40 |
| 02/25/16 | 6789191 | Communications with prospective purchaser of Friedman property regarding status of settlement and Court approval (.3); review order vacating hearing on settlement motion and advise Friedman's counsel regarding same (.1). | Fates, Edward G. | 0.4 | 194.40 | 5,005.80 |
| 02/26/16 | 6790392 | Review order approving settlement agreement, communications with Friedman's counsel regarding same, and attention to recording of deed of trust securing settlement payments. | Fates, Edward G. | 0.6 | 291.60 | 5,297.40 |
| 02/29/16 | 6791407 | Communications with A. Kudla regarding recording of deed of trust for Friedman property. | Fates, Edward G. | 0.2 | 97.20 | 5,394.60 |
| 03/02/16 | 6796597 | Search and locate legal description for use with deed of trust. | Kaup, John T. | 0.2 | 45.90 | 5,440.50 |
| 03/02/16 | 6795693 | Communications with A. Kudla regarding deed of trust on Friedman property and pending sale of same, attention to recording issues, and communications with Friedman's counsel and escrow officer regarding same (.4); advise Friedman's counsel regarding receipt of settlement | Fates, Edward G. | 0.5 | 243.00 | 5,683.50 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00014 (Berwyn Friedman Litigation) 374464-00014

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | payment (.1). | | | | |
| 03/08/16 | 6801501 | Attention to issues regarding implementation of settlement agreement, including recording of deed of trust and dismissal of clawback action (.2); send recorded deed of trust to Friedman's counsel and title company (.2). | Fates, Edward G. | 0.4 | 194.40 | 5,877.90 |
| 03/16/16 | 6809219 | Prepare voluntary dismissal of case pursuant to settlement agreement. | Fates, Edward G. | 0.1 | 48.60 | 5,926.50 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000820 | John T. Kaup | 0.2 | 229.50 | 45.90 |
| 001665 | Edward G. Fates | 12.1 | 486.00 | 5,880.60 |
| | | 12.3 | | 5,926.50 |
| Total Fees | | | | 5,926.50 |
| Total Disbursements | | | | 0.00 |

Exhibit A, Page 75

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                          Matter #: 374464-00015                          Matter Name: Harvey Turell Litigation

Date of Last Billing: 04-05-2016                                                                     Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00015 (Harvey Turell Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6744569 | Call with counsel for H. Turell regarding hardship application, settlement, and potential motion to Court regarding same (.7); discuss same with A. Kudla (.4); draft settlement communication to counsel for H. Turell (.5). | Fates, Edward G. | 1.6 | 777.60 | 777.60 |
| 01/06/16 | 6746124 | Review correspondence and asset analysis from counsel for H. Turell and discuss same with A. Kudla. | Fates, Edward G. | 0.6 | 291.60 | 1,069.20 |
| 01/07/16 | 6747611 | Draft and revise detailed settlement analysis and communications with counsel for H. Turell and discuss same with A. Kudla. | Fates, Edward G. | 1.7 | 826.20 | 1,895.40 |
| 01/08/16 | 6748645 | Continued settlement calls and emails with counsel for H. Turell and A. Kudla. | Fates, Edward G. | 0.5 | 243.00 | 2,138.40 |
| 01/11/16 | 6750400 | Discuss settlement issues relating to H. Turell with A. Kudla and send settlement communications with counsel for H. Turell. | Fates, Edward G. | 0.4 | 194.40 | 2,332.80 |
| 01/21/16 | 6758137 | Review settlement communication from counsel for Turell, discuss same with A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 2,381.40 |

Exhibit A, Page 76

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00015 (Harvey Turell Litigation) 374464-00015

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/22/16 | 6759831 | Initial work on Joint Rule 26 report. | Fates, Edward G. | 0.2 | 97.20 | 2,478.60 |
| 01/26/16 | 6762293 | Settlement call with counsel for H. Turell. | Fates, Edward G. | 0.6 | 291.60 | 2,770.20 |
| 01/26/16 | 6762577 | Prepare draft initial disclosures and joint R26 report (3.6); Correspondences to receiver's staff re: the same (0.3). | Hsu, Tim | 3.9 | 1,474.20 | 4,244.40 |
| 01/27/16 | 6762627 | Work on Joint Rule 26(f) report (.3); work on Receiver's initial disclosures (.2). | Fates, Edward G. | 0.5 | 243.00 | 4,487.40 |
| 01/27/16 | 6764034 | Incorporate counsel comments to draft Initial Report and Joint R.26 Report and correspondences to opposing counsel and Receiver's staff re: the same (0.7). | Hsu, Tim | 0.7 | 264.60 | 4,752.00 |
| 01/29/16 | 6766453 | Correspondences with opposing counsel re: Joint Report (0.3); Incorporate counsel edits to Joint Report and prepare papers for filing (0.4). | Hsu, Tim | 0.7 | 264.60 | 5,016.60 |
| 02/01/16 | 6794514 | Correspondences with counsel for defendant re: Rule 26 joint report (0.3); Review and incorporate counsel additions to joint report and prepare documents for filing (0.8). | Hsu, Tim | 1.1 | 415.80 | 5,432.40 |
| 02/03/16 | 6794879 | Attention to upcoming deadlines re: scheduling conference and email to Receiver's staff to follow up on request for records (0.4); Review files provided by Receiver and prepare documents for Rule 26 disclosure (0.6). | Hsu, Tim | 1.0 | 378.00 | 5,810.40 |
| 02/05/16 | 6773621 | Communications with counsel for H. | Fates, Edward G. | 0.3 | 145.80 | 5,956.20 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Turell regarding scheduling conference (.1); discuss scheduling conference and initial disclosures with A. Kudla (.2). | | | | |
| 02/05/16 | 6795089 | Finalize Rule 26 initial disclosures and gather and prepare disclosures and all accompanying records for service to counsel (0.6); Review summary of disgorgement activities and other recent developments for receivership administration and prepare for scheduling conference (1.5). | Hsu, Tim | 2.1 | 793.80 | 6,750.00 |
| 02/25/16 | 6789214 | Initial work on discovery requests. | Fates, Edward G. | 0.2 | 97.20 | 6,847.20 |
| 02/26/16 | 6790542 | Review motion regarding hardship settlement. | Fates, Edward G. | 0.4 | 194.40 | 7,041.60 |
| 02/29/16 | 6791659 | Work on opposition to motion regarding financial hardship (.4); meet and confer communication to counsel for H. Turell regarding material omissions in motion (.4). | Fates, Edward G. | 0.8 | 388.80 | 7,430.40 |
| 03/02/16 | 6796262 | Work on opposition to Turell's motion to approve hardship settlement. | Fates, Edward G. | 1.4 | 680.40 | 8,110.80 |
| 03/03/16 | 6796726 | Meet and confer call with counsel for Turells regarding motion to approve hardship settlement, stipulation to extend deadlines regarding same, submission of further hardship information, and further settlement discussions (.7); prepare joint stipulation and proposed order and discuss same with counsel for Turells (.6). | Fates, Edward G. | 1.3 | 631.80 | 8,742.60 |
| 03/08/16 | 6801729 | Review correspondence and | Fates, Edward G. | 0.7 | 340.20 | 9,082.80 |

Exhibit A, Page 78

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00015 (Harvey Turell Litigation) 374464-00015

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | documentation provided by counsel for H. Turell and discuss same with A. Kudla and response to counsel for H. Turell regarding same. | | | | |
| 03/09/16 | 6802367 | Work on opposition to motion regarding hardship settlement (1.7); review order approving joint stipulation to continue hearing date and briefing for motion regarding hardship settlement (.1). | Fates, Edward G. | 1.8 | 874.80 | 9,957.60 |
| 03/10/16 | 6803968 | Call with counsel for H. Turell regarding settlement and scheduling of settlement conference. | Fates, Edward G. | 0.4 | 194.40 | 10,152.00 |
| 03/11/16 | 6804309 | Call with clerk for Magistrate Judge Mumm regarding scheduling settlement conference and communications with H. Turell's counsel regarding same and settlement terms. | Fates, Edward G. | 0.7 | 340.20 | 10,492.20 |
| 03/14/16 | 6807126 | Discuss revised settlement offer with counsel for H. Turell, advise A. Kudla regarding same, prepare response and revised demand, and further communications regarding same (.8); work on opposition to hardship settlement motion (.5); communications with A. Kudla and counsel for H. Turell regarding scheduling settlement conference (.2). | Fates, Edward G. | 1.5 | 729.00 | 11,221.20 |
| 03/15/16 | 6807611 | Review settlement communications from counsel for H. Turell, discuss potential change to proposed settlement terms with A. Kudla, and responses to counsel for H. Turell | Fates, Edward G. | 2.4 | 1,166.40 | 12,387.60 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00015 (Harvey Turell Litigation) 374464-00015

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | regarding settlement terms, agreement, court approval, and related terms (1.1); draft Turell settlement agreement and stipulated judgment (1.3). | | | | |
| 03/16/16 | 6809179 | Discuss withdrawal of the hardship settlement motion with counsel for H. Turell and send settlement agreement and stipulated judgment to same. | Fates, Edward G. | 0.4 | 194.40 | 12,582.00 |
| 03/21/16 | 6812123 | Communications with H. Turell's counsel regarding withdrawal of motion regarding hardship settlement. | Fates, Edward G. | 0.1 | 48.60 | 12,630.60 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 18.6 | 486.00 | 9,039.60 |
| 002055 | Tim Hsu | 9.5 | 378.00 | 3,591.00 |
| | | 28.1 | | 12,630.60 |
| Total Fees | | | | 12,630.60 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00016 (Frances McCaffrey Litigation) 374464-00016

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                     Matter #: 374464-00016                     Matter Name: Frances McCaffrey Litigation

Date of Last Billing: 01-05-2016                                                            Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00016 (Frances McCaffrey Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/04/16 | 6744572 | Work on joint rule 26(f) report and finalize same and communications with counsel for F. McCaffrey. | Fates, Edward G. | 0.6 | 291.60 | 291.60 |
| 01/05/16 | 6745357 | Settlement call and emails with counsel for F. McCaffrey and discuss same with A. Kudla. | Fates, Edward G. | 1.2 | 583.20 | 874.80 |
| 01/11/16 | 6749718 | Discuss initial disclosure documents with A. Kudla (.2); review settlement communication from counsel for F. McCaffrey and discuss same with A. Kudla (.2). | Fates, Edward G. | 0.4 | 194.40 | 1,069.20 |
| 01/11/16 | 6766549 | Retrieve and review records in support of claims provided by Receiver's staff (0.7). | Hsu, Tim | 0.7 | 264.60 | 1,333.80 |
| 01/12/16 | 6750793 | Work on initial disclosures and discuss same with A. Kudla (.5); prepare and send settlement communication to counsel for F. McCaffrey (.3). | Fates, Edward G. | 0.8 | 388.80 | 1,722.60 |
| 01/14/16 | 6753668 | Arrange conference call to discuss settlement with McCaffrey's counsel and A. Kudla. | Fates, Edward G. | 0.1 | 48.60 | 1,771.20 |
| 01/15/16 | 6754577 | Call and emails with counsel for F. | Fates, Edward G. | 0.4 | 194.40 | 1,965.60 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00016 (Frances McCaffrey Litigation) 374464-00016

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | McCaffrey and A. Kudla to discuss settlement issues. | | | | |
| 01/18/16 | 6766489 | Review status of settlement discussions and confer with counsel re: the same (0.3); Review status of other pending clawback actions in anticipation of status conference (0.5). | Hsu, Tim | 0.8 | 302.40 | 2,268.00 |
| 01/19/16 | 6766488 | Prepare for and attend status conference and provide update to counsel re: the same (1.7). | Hsu, Tim | 1.7 | 642.60 | 2,910.60 |
| 01/27/16 | 6763772 | Settlement communications with counsel for F. McCaffrey. | Fates, Edward G. | 0.2 | 97.20 | 3,007.80 |
| 02/05/16 | 6774516 | Settlement communications with counsel for F. McCaffrey and discuss same with A. Kudla. | Fates, Edward G. | 0.4 | 194.40 | 3,202.20 |
| 02/08/16 | 6774850 | Prepare settlement agreement and stipulated judgment and send same to F. McCaffrey's counsel. | Fates, Edward G. | 1.2 | 583.20 | 3,785.40 |
| 02/11/16 | 6779356 | Communications with McCaffrey's counsel regarding changes to settlement documents. | Fates, Edward G. | 0.1 | 48.60 | 3,834.00 |
| 02/17/16 | 6781956 | Communications with F. McCaffrey's counsel regarding edits to settlement documents, revise settlement documents, and send for execution. | Fates, Edward G. | 0.4 | 194.40 | 4,028.40 |
| 02/19/16 | 6784228 | Review settlement documents executed by McCaffrey and forward same to Receiver for execution (.1); communications with counsel for McCaffrey regarding execution and motion to approve settlement (.1). | Fates, Edward G. | 0.2 | 97.20 | 4,125.60 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/22/16 | 6785720 | Work on motion for approval of settlement. | Fates, Edward G. | 1.8 | 874.80 | 5,000.40 |
| 02/24/16 | 6787873 | Work on declaration in support of McCaffrey settlement motion and discuss same with A. Kudla (.6); meet and confer communications to SEC's counsel regarding motion (.3). | Fates, Edward G. | 0.9 | 437.40 | 5,437.80 |
| 02/25/16 | 6789114 | Meet and confer communications with SEC's counsel and counsel for McCaffrey regarding settlement approval motion and discuss same with A. Kudla. | Fates, Edward G. | 0.7 | 340.20 | 5,778.00 |
| 02/26/16 | 6790425 | Follow up meet and confer communications with SEC's counsel. | Fates, Edward G. | 0.1 | 48.60 | 5,826.60 |
| 02/29/16 | 6791506 | Call with SEC's counsel regarding settlement motion (.1); revisions to settlement motion and A. Kudla declaration and discuss same with A. Kudla (.3). | Fates, Edward G. | 0.4 | 194.40 | 6,021.00 |
| 03/09/16 | 6803007 | Respond to inquiry from counsel for F. McCaffrey regarding settlement approval timing. | Fates, Edward G. | 0.1 | 48.60 | 6,069.60 |
| 03/14/16 | 6806655 | Review SEC's notice of non-opposition to settlement approval motion. | Fates, Edward G. | 0.1 | 48.60 | 6,118.20 |
| 03/16/16 | 6809175 | Review order approving settlement and advise McCaffrey's counsel regarding same. | Fates, Edward G. | 0.2 | 97.20 | 6,215.40 |
| 03/18/16 | 6811667 | Communications with F. McCaffrey's counsel regarding executed settlement agreement and payment. | Fates, Edward G. | 0.1 | 48.60 | 6,264.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00016 (Frances McCaffrey Litigation) 374464-00016

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 10.4 | 486.00 | 5,054.40 |
| 002055 | Tim Hsu | 3.2 | 378.00 | 1,209.60 |
| | | 13.6 | | 6,264.00 |
| Total Fees | | | | 6,264.00 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00017 (William Firestone Litigation) 374464-00017

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                     Matter #: 374464-00017                     Matter Name: William Firestone Litigation

Date of Last Billing: 01-05-2016                                                             Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00017 (William Firestone Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/07/16 | 6748082 | Work on opposition to W. Firestone motion to dismiss first amended complaint (.5); communications with counsel for W. Firestone regarding decision not to submit financial hardship application (.1). | Fates, Edward G. | 0.6 | 291.60 | 291.60 |
| 01/07/16 | 6768402 | Research issues re: statute of limitations (1.2); Prepare draft opposition to motion to dismiss (2.6). | Hsu, Tim | 3.8 | 1,436.40 | 1,728.00 |
| 01/08/16 | 6749280 | Work on opposition to motion to dismiss first amended complaint. | Fates, Edward G. | 0.4 | 194.40 | 1,922.40 |
| 01/08/16 | 6768384 | Continue draft of opposition to motion to dismiss (3.6). | Hsu, Tim | 3.6 | 1,360.80 | 3,283.20 |
| 01/09/16 | 6768390 | Continue draft of opposition to motion to dismiss (1.3). | Hsu, Tim | 1.3 | 491.40 | 3,774.60 |
| 01/10/16 | 6749329 | Work on opposition to motion to dismiss first amended complaint. | Fates, Edward G. | 2.4 | 1,166.40 | 4,941.00 |
| 01/10/16 | 6766546 | Incorporate counsel comments to draft opposition to MTD and correspondence to Receiver's staff re: the same (1.1) | Hsu, Tim | 1.1 | 415.80 | 5,356.80 |
| 01/11/16 | 6749720 | Discuss opposition to W. Firestone's | Fates, Edward G. | 0.2 | 97.20 | 5,454.00 |

Exhibit A, Page 85

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | motion to dismiss with A. Kudla. | | | | |
| 01/11/16 | 6766537 | Incorporate Receiver's comments to draft opposition to MTD and prepare the same for filing (0.7). | Hsu, Tim | 0.7 | 264.60 | 5,718.60 |
| 01/12/16 | 6755691 | Review of case/evidence and confer with counsel related to possible settlement (.3). | Zaro, David R. | 0.3 | 201.15 | 5,919.75 |
| 01/15/16 | 6754775 | Review reply brief filed by W. Firestone regarding motion to dismiss first amended complaint. | Fates, Edward G. | 0.4 | 194.40 | 6,114.15 |
| 01/25/16 | 6761058 | Review order on Firestone motion to dismiss and work on second amended complaint. | Fates, Edward G. | 0.4 | 194.40 | 6,308.55 |
| 01/25/16 | 6766458 | Review order on motion to dismiss (0.3); Review allegations raised in complaint and necessary revisions in compliance with terms of court order (0.6). | Hsu, Tim | 0.9 | 340.20 | 6,648.75 |
| 01/28/16 | 6765043 | Work on second amended complaint. | Fates, Edward G. | 0.3 | 145.80 | 6,794.55 |
| 01/29/16 | 6765840 | Discuss facts for second amended complaint with A. Kudla and work on same. | Fates, Edward G. | 0.3 | 145.80 | 6,940.35 |
| 01/29/16 | 6766457 | Correspondence with Receiver re: draft amended complaint (0.3). | Hsu, Tim | 0.3 | 113.40 | 7,053.75 |
| 02/01/16 | 6770297 | Address/analysis as to the statute of limitation, assess settlement prospects concerning the complaint and potential settlement options (.4). | Zaro, David R. | 0.4 | 268.20 | 7,321.95 |
| 02/01/16 | 6769300 | Call with counsel for W. Firestone regarding possible private mediation and financial disclosures in connection with same and discuss | Fates, Edward G. | 0.4 | 194.40 | 7,516.35 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | with A. Kudla. | | | | |
| 02/03/16 | 6794891 | Correspondences with Receiver's staff re: timing of discovery issues for Firestone litigation (0.3); Review and revise draft second amended complaint (0.3). | Hsu, Tim | 0.6 | 226.80 | 7,743.15 |
| 02/04/16 | 6794940 | Prepare filing for second amended complaint (0.3). | Hsu, Tim | 0.3 | 113.40 | 7,856.55 |
| 02/05/16 | 6773768 | Discuss terms and conditions for potential mediation/hardship application with A. Kudla and prepare communication to Firestone's counsel regarding same. | Fates, Edward G. | 0.7 | 340.20 | 8,196.75 |
| 02/08/16 | 6775922 | Communications with W. Firestone's counsel regarding potential mediation. | Fates, Edward G. | 0.1 | 48.60 | 8,245.35 |
| 02/09/16 | 6776089 | Further communications with counsel for W. Firestone regarding terms and conditions for potential mediation. | Fates, Edward G. | 0.4 | 194.40 | 8,439.75 |
| 02/10/16 | 6777425 | Further communications with counsel for W. Firestone and advise A. Kudla regarding status of discussions regarding potential mediation. | Fates, Edward G. | 0.4 | 194.40 | 8,634.15 |
| 02/11/16 | 6779361 | Communications with W. Firestone's counsel regarding details of potential mediation (.1); gather information regarding potential mediators (.2). | Fates, Edward G. | 0.3 | 145.80 | 8,779.95 |
| 02/16/16 | 6780701 | Gather information regarding potential mediators and communications with W. Firestone's counsel regarding same (1.2); review and analyze motion to dismiss second amended complaint and discuss same with | Fates, Edward G. | 2.3 | 1,117.80 | 9,897.75 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00017 (William Firestone Litigation) 374464-00017

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | counsel for W. Firestone (.8); communications with potential mediators regarding scheduling and availability (.3). | | | | |
| 02/16/16 | 6792547 | Review and analysis of motion to dismiss and supporting documents filed by Firestone (0.6). | Hsu, Tim | 0.6 | 226.80 | 10,124.55 |
| 02/17/16 | 6782433 | Communications with potential mediators and counsel for W. Firestone regarding logistics for mediation (.4); initial work on opposition to motion to dismiss second amended complaint (.3). | Fates, Edward G. | 0.7 | 340.20 | 10,464.75 |
| 02/19/16 | 6786332 | Review approach and claims re mediation with Mr. Firestone, advice to counsel re same (.4). Review of new motion to dismiss filed by Firestone, assess impact on mediation and settlement (.4). | Zaro, David R. | 0.8 | 536.40 | 11,001.15 |
| 02/24/16 | 6792166 | Attention to upcoming deadlines for disclosures and status conference and correspondence to Receiver to request records and other disclosures (0.6). | Hsu, Tim | 0.6 | 226.80 | 11,227.95 |
| 02/25/16 | 6788959 | Communications with counsel for W. Firestone regarding efforts to schedule mediator and mediation date. | Fates, Edward G. | 0.3 | 145.80 | 11,373.75 |
| 02/26/16 | 6790537 | Communications with Firestone's counsel regarding selection or mediator and split of fees regarding same. | Fates, Edward G. | 0.2 | 97.20 | 11,470.95 |
| 02/29/16 | 6792545 | Communications with W. Firestone's counsel regarding delay in financial | Fates, Edward G. | 0.2 | 97.20 | 11,568.15 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00017 (William Firestone Litigation) 374464-00017

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | hardship application. | | | | |
| 03/01/16 | 6795503 | Communications with Firestone's counsel and A. Kudla regarding transmittal of hardship application and supporting documents, mediation fees, and execution of agreement regarding same. | Fates, Edward G. | 0.6 | 291.60 | 11,859.75 |
| 03/02/16 | 6796259 | Communications with JAMS and counsel for W. Firestone regarding pre-mediation conference call, mediation briefs, hardship application documents, and related issues. | Fates, Edward G. | 0.7 | 340.20 | 12,199.95 |
| 03/03/16 | 6797309 | Discuss documents missing from W. Firestone's financial hardship application with A. Kudla (.3); call with W. Firestone's counsel and A. Kudla regarding same and possible rescheduling of mediation (.4); call with JAMS regarding rescheduling of mediation (.2). | Fates, Edward G. | 0.9 | 437.40 | 12,637.35 |
| 03/04/16 | 6797982 | Communications with JAMS regarding fee agreement for mediation and cancellation policy. | Fates, Edward G. | 0.3 | 145.80 | 12,783.15 |
| 03/08/16 | 6803800 | Address approach to trust issues, confer re legal issues associated with the collection issues/mediation (.3). | Zaro, David R. | 0.3 | 201.15 | 12,984.30 |
| 03/08/16 | 6800523 | Work on joint stipulation regarding continuance of scheduling conference and hearing date for motion to dismiss first amended complaint (.7); communications with W. Firestone's counsel regarding same (.2); discuss inventory of Firestone financial documents and strategy regarding | Fates, Edward G. | 1.1 | 534.60 | 13,518.90 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | mediation with A. Kudla (.2). | | | | |
| 03/09/16 | 6802942 | Follow up communications with counsel for W. Firestone regarding joint stipulation. | Fates, Edward G. | 0.1 | 48.60 | 13,567.50 |
| 03/09/16 | 6823723 | Prepare draft rule 26 joint report and initial disclosures (2.5). | Hsu, Tim | 2.5 | 945.00 | 14,512.50 |
| 03/10/16 | 6803454 | Review comments to joint stipulation from counsel for Firestone and communications with counsel for Firestone regarding same. | Fates, Edward G. | 0.2 | 97.20 | 14,609.70 |
| 03/11/16 | 6805326 | Finalize stipulation to continue dates and prepare proposed order. | Fates, Edward G. | 0.2 | 97.20 | 14,706.90 |
| 03/15/16 | 6807430 | Discuss list of missing documents for Firestone FHA and strategy and timing for mediation with A. Kudla. | Fates, Edward G. | 0.5 | 243.00 | 14,949.90 |
| 03/16/16 | 6808722 | Send list of missing financial documents to counsel for W. Firestone. | Fates, Edward G. | 0.2 | 97.20 | 15,047.10 |
| 03/21/16 | 6812879 | Communications with mediator and counsel for W. Firestone regarding reservation of mediation date. | Fates, Edward G. | 0.1 | 48.60 | 15,095.70 |
| 03/28/16 | 6818526 | Review and execute fee agreement for private mediation and send same to JAMS. | Fates, Edward G. | 0.2 | 97.20 | 15,192.90 |
| 03/29/16 | 6820276 | Follow up communications to W. Firestone's counsel regarding financial hardship documents missing from FHA (.1); review mediator invoice and discuss timing and payment with A. Kudla (.2). | Fates, Edward G. | 0.3 | 145.80 | 15,338.70 |
| 03/30/16 | 6821296 | Call with counsel for W. Firestone regarding scheduling of mediation | Fates, Edward G. | 0.2 | 97.20 | 15,435.90 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00017 (William Firestone Litigation) 374464-00017

| Trans Date | Index | Description of Service Rendered and hardship documents. | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/31/16 | 6822846 | Discuss scheduling issues for mediation with A. Kudla | Fates, Edward G. | 0.1 | 48.60 | 15,484.50 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 1.8 | 670.50 | 1,206.90 |
| 001665 | Edward G. Fates | 16.7 | 486.00 | 8,116.20 |
| 002055 | Tim Hsu | 16.3 | 378.00 | 6,161.40 |
| | | 34.8 | | 15,484.50 |
| Total Fees | | | | 15,484.50 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00018 (Jeffrey Firestone Litigation) 374464-00018

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00018          Matter Name: Jeffrey Firestone Litigation

Date of Last Billing:          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00018 (Jeffrey Firestone Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 01/07/16 | 6747145 | Review default judgment and work on next steps regarding abstract of judgment. | Fates, Edward G. | 0.1 | 48.60 | 48.60 |
| 01/07/16 | 6768441 | Review order granting default judgment and correspondence to Receiver's staff to provide update (0.3). | Hsu, Tim | 0.3 | 113.40 | 162.00 |
| 01/08/16 | 6748493 | Review notice of bankruptcy filed by J. Firestone and analyze next steps regarding stay and claim in bankruptcy (.2); advise A. Kudla regarding same (.1). | Fates, Edward G. | 0.3 | 145.80 | 307.80 |
| 01/08/16 | 6768335 | Review bankruptcy filing for defendants (0.3). | Hsu, Tim | 0.3 | 113.40 | 421.20 |
| 01/11/16 | 6750490 | Review status of clawback litigation against Jeffrey Firestone (.2); review bankruptcy filing and pleadings for Jeffrey Firestone to stay clawback action (.2).; draft and file request for notice of electronic filing (.1). | Kim, Yale K. | 0.5 | 258.75 | 679.95 |
| 01/12/16 | 6751249 | Review bankruptcy schedules and district court claw-back action (.2); review status of chapter 13 plan confirmation and meeting of creditors | Kim, Yale K. | 0.4 | 207.00 | 886.95 |

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (.2). | | | | |
| 01/14/16 | 6753123 | Review schedules and plan for J. Firestone and W. Firestone bankruptcy. | Fates, Edward G. | 0.1 | 48.60 | 935.55 |
| 01/14/16 | 6753090 | Review status of filings in chapter 13 case and filing of proofs of claim (.1); review complaint for fraudulent transfer and chart of fraudulent transfers (.2). | Kim, Yale K. | 0.3 | 155.25 | 1,090.80 |
| 01/21/16 | 6757789 | Review chapter 13 plan and administration of chapter 13 case. | Kim, Yale K. | 0.2 | 103.50 | 1,194.30 |
| 01/25/16 | 6761248 | Draft proof of claim form and attachment (.6); review complaint for fraudulent transfer (.4). | Kim, Yale K. | 1.0 | 517.50 | 1,711.80 |
| 01/29/16 | 6765801 | Draft attachment to proof of claim (.8); review clawback complaint and dockets for bankruptcy court and district court cases (.2); assemble exhibits to POC (.5); draft memo to Aaron Kudla re proof of claim review (.1). | Kim, Yale K. | 1.6 | 828.00 | 2,539.80 |
| 02/01/16 | 6769232 | Review status of receiver review of proof of claim for filing in Firestone chapter 13 case (.1); review proof of claim (.1). | Kim, Yale K. | 0.2 | 103.50 | 2,643.30 |
| 02/03/16 | 6771004 | Correspond with Aaron Kudla re receiver approval of proof of claim for filing (.2); finalize proof of claim for filing (.2). | Kim, Yale K. | 0.4 | 207.00 | 2,850.30 |
| 02/04/16 | 6772474 | Review status of chapter 13 case (.1); finalize proof of claim for filing (.1). | Kim, Yale K. | 0.2 | 103.50 | 2,953.80 |
| 02/08/16 | 6775765 | Finalize proof of claim. | Kim, Yale K. | 0.2 | 103.50 | 3,057.30 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00018 (Jeffrey Firestone Litigation) 374464-00018

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/10/16 | 6777973 | Review filed proof of claim number 1 (.1); review status of chapter 13 case (.1); draft memo to Aaron Kudla re filed proof of claim (.1). | Kim, Yale K. | 0.3 | 155.25 | 3,212.55 |
| 02/12/16 | 6779913 | Review chapter 13 plan re pro rata 33.3% distribution percentage for general unsecured creditors. | Kim, Yale K. | 0.2 | 103.50 | 3,316.05 |
| 02/16/16 | 6781284 | Review chapter 13 plan and schedules and feasibility of lump sum payments to class 5 creditors. | Kim, Yale K. | 0.4 | 207.00 | 3,523.05 |
| 02/18/16 | 6783659 | Review chapter 13 claims register (.1); review proof of claim for NASI receiver (.1); review chapter 13 schedules and statement of affairs (.2); review plan feasibility issue (1.4). | Kim, Yale K. | 1.8 | 931.50 | 4,454.55 |
| 02/22/16 | 6785979 | Draft notes on Firestone plan confirmation objection (.9); review Oxnard lien property status and equity position (.2). | Kim, Yale K. | 1.1 | 569.25 | 5,023.80 |
| 02/24/16 | 6788398 | Review grounds for objection to plan confirmation re fair and equitable treatment of creditor claim with allowance of insider claim in same classification (.5); revise notes on plan confirmation and schedules (.3). | Kim, Yale K. | 0.8 | 414.00 | 5,437.80 |
| 02/26/16 | 6790068 | Review objection to plan confirmation for failure to propose fair and equitable plan and treatment. | Kim, Yale K. | 0.2 | 103.50 | 5,541.30 |
| 02/29/16 | 6791881 | Draft preliminary objection to plan confirmation and reservation of rights (2.5); draft memo to Aaron Kudla re receiver review of preliminary objection to plan confirmation (.1). | Kim, Yale K. | 2.6 | 1,345.50 | 6,886.80 |

Exhibit A, Page 94

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00018 (Jeffrey Firestone Litigation) 374464-00018

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/01/16 | 6795468 | Revise preliminary objection to confirmation of chapter 13 plan and reservation of rights (.1); review chapter 13 docket activity (.1); review memo from Aaron Kudla re receiver approval of preliminary objection and reservation of rights (.1) . | Kim, Yale K. | 0.3 | 155.25 | 7,042.05 |
| 03/02/16 | 6796016 | Finalize preliminary objection to plan confirmation and reservation of rights. | Kim, Yale K. | 0.2 | 103.50 | 7,145.55 |
| 03/03/16 | 6796529 | Review filed preliminary objection to confirmation of chapter 13 plan and reservation of rights (.1); review status of chapter 13 case (.1). | Kim, Yale K. | 0.2 | 103.50 | 7,249.05 |
| 03/07/16 | 6799151 | Correspond with Aaron Kudla re filed plan confirmation objection and meeting of creditors on 3/9. | Kim, Yale K. | 0.2 | 103.50 | 7,352.55 |
| 03/09/16 | 6802093 | Review amended schedule A/B filed by debtors (.2); review status of 3/9 meeting of creditors (.1); review declaration setting forth payment on pre-petition and post-petition payments (.1); review amended chapter 13 plan (.1). | Kim, Yale K. | 0.5 | 258.75 | 7,611.30 |
| 03/11/16 | 6804547 | Review status of meeting of creditors (.1); request CD transcript of meeting of creditors (.1); review amended Schedules C and J (.1); review amended chapter 13 plan dated 3/10/16 (.2); review declaration of Jeff Firestone in support of plan confirmation (.1); review issue re claimed exemption to IRAs under amended Schedule C and amounts reasonably necessary for retirement (.3). | Kim, Yale K. | 0.9 | 465.75 | 8,077.05 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00018 (Jeffrey Firestone Litigation) 374464-00018

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/18/16 | 6810956 | Telephone call with Melissa Besecker of chapter 13 trustee office re inquiry on meeting of creditors (.1); review status of CD audio of meeting of creditors (.1); draft memo to Melissa Besecker re inquiry concerning chapter 13 trustee position on plan confirmation and follow-up on meeting of creditors (.3); review grounds to object to exemption of IRA accounts (.2). | Kim, Yale K. | 0.7 | 362.25 | 8,439.30 |
| 03/22/16 | 6813571 | Draft follow-up memo to Melissa Besecker re status of meeting of creditors and trustee position on plan confirmation objection. | Kim, Yale K. | 0.2 | 103.50 | 8,542.80 |
| 03/25/16 | 6817000 | Review second amended chapter 13 plan (.3); review issues re payment terms and sources of funds (.1); draft memo to Stella Havkin re amended plan questions on source of funding and plan treatment (.2); review response memo from Stella Havkin re plan treatment (.1). | Kim, Yale K. | 0.7 | 362.25 | 8,905.05 |
| 03/28/16 | 6817893 | Review issues re plan confirmation objection on lump sum payment and failure to identify non-exempt assets for plan. | Kim, Yale K. | 0.2 | 103.50 | 9,008.55 |
| 03/30/16 | 6820839 | Correspond with Stella Havkin re request for further information on loan refinance and withdrawal of IRA funds for funding plan (.2); review status of chapter 13 position on plan confirmation (.1). | Kim, Yale K. | 0.3 | 155.25 | 9,163.80 |
| 03/31/16 | 6822022 | Review status of exempt assets for funding of lump sum plan payments | Kim, Yale K. | 0.2 | 103.50 | 9,267.30 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00018 (Jeffrey Firestone Litigation) 374464-00018

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | (.1); review second amended plan distribution for general unsecured creditors (.1). | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.5 | 486.00 | 243.00 |
| 001938 | Yale K. Kim | 17.0 | 517.50 | 8,797.50 |
| 002055 | Tim Hsu | 0.6 | 378.00 | 226.80 |
| | | 18.1 | | 9,267.30 |
| Total Fees | | | | 9,267.30 |
| Total Disbursements | | | | 0.00 |

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates                    Matter #: 374464-00020                    Matter Name: Jon Currie Litigation

Date of Last Billing:                                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

## Fees for Matter 374464-00020 (Jon Currie Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/26/16 | 6817134 | Review investor file and prepare draft complaint for fraudulent transfer (1.8). | Hsu, Tim | 1.8 | 680.40 | 680.40 |
| 02/28/16 | 6866758 | Review and revise complaint against net winner Currie. | Fates, Edward G. | 0.2 | 97.20 | 777.60 |
| 02/29/16 | 6825732 | Correspondence to Receiver's staff re: additional information needed for draft complaint (0.2); Revise complaint to include additional allegations in support of joint and several liability (0.2). | Hsu, Tim | 0.4 | 151.20 | 928.80 |
| 03/01/16 | 6825440 | Revise draft complaint and prepare complaint for Currie for filing (0.4). | Hsu, Tim | 0.4 | 151.20 | 1,080.00 |
| 03/02/16 | 6825083 | Prepare case initiating documents (0.5); Gather and prepare papers for filing of complaint (0.3). | Hsu, Tim | 0.8 | 302.40 | 1,382.40 |
| 03/10/16 | 6823715 | Update to Receiver's staff re: transfer (0.1). | Hsu, Tim | 0.1 | 37.80 | 1,420.20 |
| 03/24/16 | 6816481 | Review the Currie complaint, call with counsel for Ms. Currie re action and follow-up emails re same (.6). | Zaro, David R. | 0.6 | 402.30 | 1,822.50 |
| 03/24/16 | 6821873 | Attention to correspondence from defendants' counsel re: illness and other circumstances justifying | Hsu, Tim | 0.4 | 151.20 | 1,973.70 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00020 (Jon Currie Litigation) 374464-00020

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | dismissal and discussions of settlement (0.4). | | | | |
| 03/28/16 | 6819238 | Advise regarding issues relating to health of J. Currie, potential dismissal w/o prejudice, and financial hardship application. | Fates, Edward G. | 0.2 | 97.20 | 2,070.90 |
| 03/29/16 | 6819914 | Discuss issues regarding claims against Curries, potential dismissal without prejudice, and financial hardship application with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 2,168.10 |
| 03/30/16 | 6821845 | Prepare follow up email to counsel for defendants outlining tentative terms for dismissal without prejudice (0.4). | Hsu, Tim | 0.4 | 151.20 | 2,319.30 |
| 03/31/16 | 6822845 | Advise regarding communications with counsel for Curries regarding potential dismissal without prejudice and financial hardship application | Fates, Edward G. | 0.2 | 97.20 | 2,416.50 |
| 03/31/16 | 6823746 | Correspondence to counsel for Curries re: proposed dismissal (0.2). | Hsu, Tim | 0.2 | 75.60 | 2,492.10 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.6 | 670.50 | 402.30 |
| 001665 | Edward G. Fates | 0.8 | 486.00 | 388.80 |
| 002055 | Tim Hsu | 4.5 | 378.00 | 1,701.00 |
| | | 5.9 | | 2,492.10 |
| Total Fees | | | | 2,492.10 |
| Total Disbursements | | | | 0.00 |

Exhibit A, Page 99

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00021 (Howard Markowitz Litigation) 374464-00021

## *Preliminary Billing Form*

Billing Atty: 001665 - Fates          Matter #: 374464-00021          Matter Name: Howard Markowitz Litigation

Date of Last Billing:          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00021 (Howard Markowitz Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/05/16 | 6773770 | Discuss potential complaint against Net Winner Markowitz with A. Kudla. | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 02/26/16 | 6817129 | Review investor file and prepare draft complaint for fraudulent transfer (1.8). | Hsu, Tim | 1.8 | 680.40 | 777.60 |
| 02/28/16 | 6866759 | Review and revise complaint against net winner Markowitz. | Fates, Edward G. | 0.3 | 145.80 | 923.40 |
| 02/29/16 | 6825679 | Revise complaint to include additional allegations in support of joint and several liability (0.2). | Hsu, Tim | 0.2 | 75.60 | 999.00 |
| 03/01/16 | 6825444 | Correspondences with Receiver re: draft complaint and allegations (0.2). | Hsu, Tim | 0.2 | 75.60 | 1,074.60 |
| 03/08/16 | 6866807 | Discuss claims and complaint against H. Markowitz with A. Kudla (.2). | Fates, Edward G. | 0.2 | 97.20 | 1,171.80 |
| 03/11/16 | 6804611 | Work on complaint against H. Markowitz and affiliated entities. | Fates, Edward G. | 0.2 | 97.20 | 1,269.00 |
| 03/14/16 | 6807193 | Advise regarding service and jurisdiction issues for H. Markowitz clawback action. | Fates, Edward G. | 0.2 | 97.20 | 1,366.20 |
| 03/16/16 | 6809162 | Review and revise complaint against H. Markowitz, American Big Bike, etc. | Fates, Edward G. | 0.4 | 194.40 | 1,560.60 |
| 03/16/16 | 6823661 | Revise draft complaint (0.5). | Hsu, Tim | 0.5 | 189.00 | 1,749.60 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00021 (Howard Markowitz Litigation) 374464-00021

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/18/16 | 6823636 | Review complaint filing materials and prepare supporting documents for filing (0.3). | Hsu, Tim | 0.3 | 113.40 | 1,863.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.5 | 486.00 | 729.00 |
| 002055 | Tim Hsu | 3.0 | 378.00 | 1,134.00 |
| | | 4.5 | | 1,863.00 |
| Total Fees | | | | 1,863.00 |
| Total Disbursements | | | | 0.00 |

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00022 (Jill Markowitz Litigation) 374464-00022

### Preliminary Billing Form

Billing Atty: 001665 - Fates                 Matter #: 374464-00022                 Matter Name: Jill Markowitz Litigation

Date of Last Billing:                                                                          Client Name: William J. Hoffman, Receiver for NASI

Proforma Number
Client/Matter Joint Group # 374464-1

### Fees for Matter 374464-00022 (Jill Markowitz Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/22/16 | 6866753 | Discuss legal issues regarding clawback claim against J. Markowitz with A. Kudla (.2). | Fates, Edward G. | 0.2 | 97.20 | 97.20 |
| 02/29/16 | 6825699 | Revise complaint to include additional allegations in support of joint and several liability (0.2). | Hsu, Tim | 0.2 | 75.60 | 172.80 |
| 03/01/16 | 6825447 | Correspondences with Receiver re: draft complaint and allegations (0.2). | Hsu, Tim | 0.2 | 75.60 | 248.40 |
| 03/07/16 | 6866764 | Discuss accounting/analysis of claims against net winner Markowitz with A. Kudla (.1). | Fates, Edward G. | 0.1 | 48.60 | 297.00 |
| 03/08/16 | 6866803 | Discuss claims and complaint against J. Markowitz with A. Kudla (.1). | Fates, Edward G. | 0.1 | 48.60 | 345.60 |
| 03/08/16 | 6823756 | Review background records provided by Receiver for complaint against Jill/Heather Markowitz and confer with Receiver's staff re: the same (0.4). | Hsu, Tim | 0.4 | 151.20 | 496.80 |
| 03/16/16 | 6816483 | Review and revise complaint against J. Markowitz. | Fates, Edward G. | 0.3 | 145.80 | 642.60 |
| 03/16/16 | 6823662 | Revise draft complaint (0.5). | Hsu, Tim | 0.5 | 189.00 | 831.60 |
| 03/18/16 | 6823637 | Review complaint filing materials and prepare supporting documents for | Hsu, Tim | 0.3 | 113.40 | 945.00 |

Exhibit A, Page 102

05/17/16 11:38:23 PROFORMA STATEMENT FOR MATTER 374464-00022 (Jill Markowitz Litigation) 374464-00022

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | filing (0.3). | | | | |
| 03/28/16 | 6821864 | Review issues re: service of summons/complaint (0.3). | Hsu, Tim | 0.3 | 113.40 | 1,058.40 |
| 03/30/16 | 6821851 | Correspondences with Receiver re: service issues and email to counsel for H. Markowitz re: the same (0.3). | Hsu, Tim | 0.3 | 113.40 | 1,171.80 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.7 | 486.00 | 340.20 |
| 002055 | Tim Hsu | 2.2 | 378.00 | 831.60 |
| | | 2.9 | | 1,171.80 |
| Total Fees | | | | 1,171.80 |
| Total Disbursements | | | | 0.00 |