ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

FILED
CLERK, U.S. DISTRICT COURT
September 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER, <br><br> Defendants, <br><br> OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC <br><br> Relief Defendants. | Case No. CV-14-07249-SJO (FFMx) <br><br> **ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT WITH DENVER AND AFSANEH DALE** <br><br> Date: September 19, 2016 <br> Time: 10:00 a.m. <br> Ctrm: 1 - 2nd Floor <br> Judge: Hon. S. James Otero |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

845185.01/SD

1  The Court having considered the motion of William J. Hoffman of
2  Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide
3  Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio
4  Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates
5  for an order approving the settlement agreement with Denver and Afsaneh Dale
6  ("Motion"), and good cause appearing therefor, hereby orders as follows:
7  1.  The Motion is granted;
8  2.  The Settlement Agreement, along with the exhibits thereto, attached to
9  the Declaration of Aaron J. Kudla in Support of the Motion is approved.

10 September 7, 2016
11 Dated: _____    *S. James Otero*
12                                          Hon. S. James Otero
                                             Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

845185.01/SD