UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07249 SJO (FFMx) | Date | April 4, 2017 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Nationwide Automated Systems Inc et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**     IN CHAMBERS

The Court DENIES the EX PARTE APPLICATION for Order for Order Allowing Interested Parties to Intervene in Opposition to Sealing of Court File filed by Interested Parties Piruz Khorvash, Robert Nairn, Barbara Ortwein, Carol Van Horst [ECF #131].

:   0/00

Initials of Preparer    vpc