ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

**FILED**
CLERK, U.S. DISTRICT COURT
September 11, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**ORDER APPROVING SETTLEMENT WITH EMILIO AND ELIZABETH MALUJE**<br><br>Date: September 18, 2017<br>Time: 10:00 a.m.<br>Ctrm: 10C - 10th Floor<br>Judge: Hon. S. James Otero |

1  The Court having considered the motion ("Motion") of William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates for an order approving the settlement agreement with Emilio and Elizabeth Maluje ("Settlement Agreement"), and good cause appearing therefor, hereby orders as follows:

    1.    The Receiver's Motion is granted.

    2.    The Settlement Agreement, a copy of which is attached as Exhibit A to the Declaration of Aaron J. Kudla in support of the Motion, is approved.

*[Signature: S. James Otero]*

Dated: September 11, 2017

Hon. S. James Otero  
Judge, United States District Court