ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
WILLIAM J. HOFFMAN

FILED
CLERK, U.S. DISTRICT COURT
December 4, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY:  VPC  DEPUTY

**DENIED**
BY ORDER OF THE COURT
without prejudice
12/04/17  SJO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC<br><br>Relief Defendants. | Case No. CV-14-07249-SJO (FFMx)<br><br>**[PROPOSED] ORDER APPROVING PROCEDURES FOR THE ADMINISTRATION OF INVESTOR AND CREDITOR CLAIMS AGAINST THE RECEIVERSHIP ESTATE**<br><br>Date:  December 4, 2017<br>Time:  10:00 a.m.<br>Ctrm:  10C<br>Judge:  Hon. S. James Otero |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

861580.01/SD

1	The Court having considered the motion ("Motion") of William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, for an order approving procedures for the administration of investor and creditor claims against the receivership estate, and good cause appearing therefor, hereby orders as follows:

    1.	The Receiver's Motion is granted.

    2.	The claim procedures proposed in the Motion for the administration of investor and creditor claims against the receivership estate are hereby approved.

Dated: _____    _____
                                                      Hon. S. James Otero
                                                      Judge, United States District Court