ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90071-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
600 West Broadway, 27th Floor
San Diego, California 92101
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
AARON J. KUDLA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>          Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3,,<br><br>          Relief Defendants. | Case No. CV-14-07249-CJC (FFM)<br><br>**FINAL FEE APPLICATION OF THE RECEIVER, AARON J. KUDLA OF TRIGILD, INC., FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:<br>Time:    1:30 p.m.<br>Ctrm:    9B<br>Judge:   Hon. Cormac J. Carney |

Aaron J. Kudla ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates (collectively "Receivership Entities"), hereby submits this final application for approval and payment of fees and reimbursement of expenses ("Application"). This Application is filed concurrently with the Receiver's Motion to Conclude the Receivership ("Motion to Conclude"), as well as the final fee applications of the Receiver's counsel, Allen Matkins, and the Receiver's certified public accountants, Duffy Kruspodin.

The Receiver seeks approval of the total fees and costs incurred by the Receiver (including the former receiver, William Hoffman of Trigild, Inc.) for the receivership in the amount of $4,764,166, which includes the following:

- Approval and payment of fees and costs incurred during the seven-month period from April 1, 2020 through October 31, 2020 ("Final Application Period") totaling $96,324 ($91,255 of fees and $5,069 of expenses);

- Final approval of the twenty-two interim fee applications[1] filed by the former receiver and Receiver and of the $3,662,739 ($3,520,411 of fees and $142,328 of expenses) previously paid in connection with those applications;

- Approval and payment of fees held back from the twenty-two interim fee applications in the total amount of $880,103 ("Holdback Amount"); and

---

[1]Receiver's twenty-two interim fee applications, along with bills reflecting the work performed during each period can be found at Dkt. Nos. 65, 74, 82, 101, 120, 156, 174, 190, 206, 220, 229, 249, 263, 278, 300, 318, 334, 352, 365, 373, 387, and 409 are incorporated herein by this reference.

- Authority to pay up to $125,000 in fees and costs for remaining work to conclude the receivership, including work during November 2020 on the Receiver's Motion to Conclude and work remaining to close the receivership.

## I.    INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission").  The former receiver, Mr. Hoffman, was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.  Due to Mr. Hoffman's retirement, he was fully discharged as receiver on February 24, 2020, and Mr. Kudla was appointed successor receiver.  Dkt. 383.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors.  The Court approved the former receiver's proposal to file reports and fee applications on a quarterly basis.  Dkt. No. 47.  The Court also approved the twenty-two (22) prior interim fee applications of the former receiver and Receiver, authorizing payment of 80% of fees incurred and 100% of costs incurred.  Dkt. Nos. 65, 74, 82, 101, 120, 156, 174, 190, 206, 220, 229, 249, 263, 278, 300, 318, 334, 352, 365, 373, 387, and 409.

The former receiver and Receiver have diligently carried out their Court-ordered duties over the last six years since the former receiver's appointment in September 2014.  Administrative fees and costs for the Receiver and his professionals, if all fee applications are approved, amount to approximately $7,602,806, or about 11.8% of the total recovery (including the amounts recovered

via the class settlement with City National Bank, for which the former receiver acted as administrator).  The Receiver's fees, if all fee applications are approved, amount to approximately $4,589,769, or about 7.1% of the total recovery.

If the Motion to Conclude filed herewith and the fee applications are granted, the proposed final distribution will be $2,935,267; as such, investors will have recovered approximately 45% of their investments under the distribution plan approved by the Court on April 25, 2019 (the "Distribution Plan") (Dkt. 347) and via the class settlement.

The former receiver and the Receiver have completed their Court-ordered duties, including securing, preserving and protecting the Receivership Entities' assets, completing a forensic accounting of the sources and uses of funds of the Receivership Entities, pursuing and enforcing Clawback Claims against insiders and others who received profits from the Ponzi scheme (including 68 separate actions on Clawback Claims), and completing a claims and distribution process.

The former receiver and Receiver have filed detailed reports on their activities on a quarterly basis throughout the case and have sought Court authority and approval of all sales of assets, pursuits of litigation, as well as all aspects of the investor claims process and distribution of receivership estate funds.  The former receiver and Receiver have also filed interim fee applications on a quarterly basis throughout the case, including a hold back of 20% of fees incurred from each application; all of the interim fee applications have been granted.

With respect to projected fees and costs for remaining work, the legal work starting on November 1, 2020 necessary to conclude the receivership includes (1) preparation of the supporting information and documentation for the Motion to Conclude and, if necessary, attendance at the hearing, (2) preparation and completion of a final distribution to approved claimants, (3) dissolution of all Receivership Entities, (4) preparation of financial statements and accounting support to file final tax returns for the Receivership Entities and file required tax

forms related to the final distribution, (5) finalize collections of Clawback recoveries, (6) research and resolve any tax related notices from the IRS and Franchise Tax Board, if any, (7) preparation of status filings with the Court, including declaration(s) confirming completion of wind down tasks, and (8) close bank accounts and transfer balance of funds, if any, to the United States Treasury. The Receiver has prepared the following conservative projection of fees and costs associated with completing the remaining tasks:

| Fee Category | Hours | Amount |
|---|---|---|
| Case Administration | 114.3 | $ 26,250.00 |
| Third Party Recoveries | 10.7 | $ 3,750.00 |
| Accounting/ Auditing | 158.6 | $ 27,285.00 |
| Status Report | 28.6 | $ 10,000.00 |
| Tax Issues | 53.6 | $ 18,750.00 |
| Wind Down | 78.6 | $ 11,964.00 |
| **TOTAL** | **444.3** | **$ 98,000.00** |

| Expense Category | Amount |
|---|---|
| Bank Fees | $ 14,554.86 |
| Computer Equipment/Software | $ 2,361.11 |
| Entity Dissolution | $ 1,564.00 |
| Photocopying/Printing | $ 1,500.00 |
| Postage/Overnight Expenses | $ 1,973.63 |
| Storage and Destruction of Boxed Files | $ 1,246.40 |
| Taxes (State and Federal) | $ 3,800.00 |
| **TOTAL** | **$ 27,000.00** |

This is only a projection – the actual fees and costs will no doubt vary to some degree.  Therefore, the Receiver seeks authority to pay the actual fees and costs incurred up to a total of $125,000.  As provided in the concurrently-filed Motion to Conclude, once all remaining tasks have been completed, the Receiver will file a final declaration seeking to be officially discharged of all receiver

1   duties, including a report on the actual fees and costs of the Receiver and his

2   professionals to complete the remaining tasks.

3   Accordingly, the Receiver requests final approval of its total fees and costs

4   for the receivership in the amount of $4,764,166, including (1) final approval of

5   the $3,662,739 ($3,520,411 of fees and $142,328 of expenses) paid to the former

6   receiver and Receiver on an interim basis, (2) fees and costs incurred during the

7   Final Application Period of $96,324 ($91,255 of fees and $5,069 of expenses),

8   (3) fees held back from the twenty-two previously-approved interim fee

9   applications of $880,103, and (4) authority to pay actual fees and costs to complete

10   the tasks remaining to conclude the receivership up to $125,000.

11   Counsel for the Commission has reviewed this Application, along with the

12   final fee applications of the Receiver's counsel, Allen Matkins, and other

13   professional applications filed concurrently herewith.  The Commission does not

14   oppose the applications.

15   **II.    FINAL APPLICATION PERIOD**

16   The fees incurred by the Receiver during the Final Application Period (a

17   seven-month period) total $91,255 in fees for a total of 184.6 hours worked.  The

18   work performed is described task-by-task on Exhibit A, and by the following

19   categories:

20

21

22

23

24

25

26

27

28

| Category | Hours | Amount |
|---|---|---|
| Case Administration | 24.6 | $ 8,610.00 |
| Third Party Recoveries | 57.3 | $ 20,055.00 |
| Accounting/ Auditing | 127.2 | $ 22,852.50 |
| Status Report | 11.5 | $ 3,757.50 |
| Tax Issues | 26.2 | $ 9,170.00 |
| USAO Restitution Accounting | 39.7 | $ 13,895.00 |
| Wind Down | 36.9 | $ 12,915.00 |
| **TOTAL** | **184.6** | **$ 91,255.00** |

## III.   SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

### A.   Categories and Descriptions of Work

#### 1.   Case Administration

Services by the Receiver's staff in this category include: (a) reviewing and responding to investor emails, faxes and mailed documents, (b) researching related investor accounts, ATM contracts, deposits, payments, assignments, and transfers of ATMs between related parties, (c) requesting additional information and/or documents to support investors' changed addresses and deceased investors, (d) communicating with investors regarding distribution filings and future distribution; and (e) tracking updates to services in this category.

The Receiver's staff spent significant time reviewing, logging and responding to emails (with and without documents to review), mail, phone calls and faxes from investors regarding the status of distributions, issues with distribution checks, changed addresses, deceased investors and many other issues. All documentation received had to be identified with an investor or investors, converted or re-named in digital form, and consolidated into separated database folders depending on the type of documents and corresponding investor.  Further, relevant data from the documents needed to be reviewed and inputted into different tracking schedules, Schedules of Claims, Schedules of Distribution, and Schedule of Investor Addresses, etc.  These schedules were updated regularly by

the Receiver's staff and provided critical data on confirmed deliveries (and by what method of confirmation, *i.e.* documents received from investors, emails, faxes and mail received from investors, USPS Certified delivery, voicemails from investors, and telephone). The reasonable and necessary fees for work in this category total $8,610.00.

## 2. **Third Party Recoveries**

Services in this category include recovery actions against investors with outstanding demands and outstanding installment payments and to sell eleven (11) judgment liens.  Accordingly, the Receiver submitted and the Court approved a marketing and sale procedure for the Clawback judgments.  Dkt. No. 407.  The Receiver followed the procedures approved by the Court, including contacting a number of collection attorneys and other investors located in Southern California who purchase and enforce money judgments on a regular basis and listing the judgments on a national online judgment website.  The Receiver then accepted the highest offer in the amount of $60,000.00.  The Receiver entered into a purchase agreement for the sale of the judgments, assigned the judgments to buyer and received full payment from the buyer.

During the Final Application Period and through the date of this Application, the Receiver recovered $94,902.80 ($34,902.80 from Clawback claims and $60,000.00 from sale of judgment liens).  The reasonable and necessary fees for the Receiver's services in this category total $20,055.00.

## 3. **Accounting/Auditing**

Services in this category include obtaining, reviewing, and analyzing accounting and financial documents, including financial statements, bank statements, cash flow reports, past tax returns, and a variety of other accounting and financial documents and reports for the Qualified Settlement Fund for NASI and Relief Defendants.  The primary objectives of this work include the identification and verification of assets, liabilities, customers, vendors and other

third parties who paid, received payments, or owe funds to the Receivership Entities. The Receiver's takeover of NASI and related entities required preparation of financial statements by the Receiver's accountants in order to prepare tax returns, the Standardized Fund Accounting Report that accompanies the Receiver's interim reports, support for the valuation of assets of the Receivership Entities, and support for strategic business decisions by the Receiver. The reasonable and necessary fees for services in this category total $22,852.50.

### 4.   **Status Report**

Services in this category include preparation of the Receiver's Twenty Third Interim Report, which was filed on May 6, 2020 (Dkt. No. 401), and the Receiver's Twenty Fourth Interim Report, which was filed on September 15, 2020 (Dkt. No. 416). The Twenty Third Interim Report and Twenty Fourth Interim Report contain detailed description of the Receiver's activities during the first and second quarter 2020, receipt and disbursement figures for the receivership estate as a whole, disbursement of funds to investors whose claims were allowed through the Court-approved claims process, the Standardized Fund Accounting Report attached to the report as Exhibit A, and updated figures regarding investors who have contacted the Receiver. The reasonable and necessary fees for work in this category total $3,757.50.

### 5.   **Tax Issues**

This category includes the Receiver's services in reviewing, researching, and preparing supporting documents for filing the Receiver Entities' tax returns and other required filings with the Internal Revenue Service ("IRS") and Franchise Tax Board ("FTB"). The Receiver coordinated with the Duffy Kruspodin, the Court-approved certified public accountants, to timely file all 2019 tax returns for the Receivership entities with the IRS and FTB. In anticipation of the wind down process, the Receiver contacted the FTB and California Secretary of State and resolved any issues and is prepared to dissolve the Receivership entities upon

approval from the Court.  The reasonable and necessary fees for work in this category total $9,170.00.

### 6.   USAO Restitution Accounting

This category includes the Receiver's services to review investor account and loss information provided by the United States Attorney's Office ("USAO") per the restitution order arising out of the criminal case entitled U.S. v. Joel Gillis and Edward Wishner (14-752-SJO).  The Receiver coordinated with the USAO to provide investor distribution information to be reconciled with criminal restitution recovery accounts.  The USAO was tasked with providing the U.S. District Court Clerk with information affecting the restitution amount owed by Gillis and Wishner to each net loser's account, which includes the crediting (reducing the balance) of each net loser's account with the amount paid to each investor from the Receivership and CNB class settlement payments.  The Receiver spent significant time to reconcile more than 220 investor claims, which required detail review and analysis of investor's deposit and payment checks, ATM contracts, claims submission forms, W-9s, and correspondence and supporting documents from investors to resolve differences in claimant names and net loss amounts between the Receiver's approved claims and USAO's restitution accounts.  Differences between the Receiver's and USAO's net loss information were a result of multiple issues impacting the claimant name and/or net loss amount, including (1) assignment of claims due to death of an investor or dissolution of an entity, (2) split accounts due to divorce, death of investor (i.e., multiple heirs), different investment accounts with same name (i.e., retirement account), or multiple family members, (3) combination of accounts due to related entities or name changes (i.e., marriage), (4) relationship to a net winner account, and (5) additional deposit and payment information the Receiver obtained through the claims process.  The reasonable and necessary fees for work in this category total $13,895.00.

7. **Wind Down**

This category includes the Receiver's services in preparing for the wind down and, upon Court approval, conclusion of the Receivership, including preparing supporting reports of Receivership activity to date and identifying and analyzing all outstanding and anticipated items to conclude and associated costs to complete each item.  In order to determine the amount of funds available to distribution to the allowed investor claims (aka, net funds to distribute), the Receiver must accurately determine the amount of funds needed to pay for all completed services and all anticipated services and related costs from all sources. Accordingly, the Receiver itemized the tasks and associated fees to complete each task, such as estimating bank fees to distribute funds to investors, return check fees and time required to communicate with investors for change of address and investor name (i.e, assignment due to deceased investor).  While the itemized tasks are identified, an exact amount of time (and fee) will not be known until the Receivership estate is concluded.  Therefore, the Receiver's services in this category should result in the most amount of funds will be distributed to the investors while ensuring enough funds are held to cover all anticipated costs. The reasonable and necessary fees for work in this category total $12,915.00.

B. **Summary of Expenses Requested for Reimbursement**

The Receiver requests the Court approve reimbursement of $5,068.78 in out-of-pocket costs.  The itemization of such expenses is summarized below by category.  The majority of expenses incurred are for bank fees for check processing services (approved claims distributions), photocopies, printing and postage for the mailing of Claims Notices to investors and Clawback activity.

The total for costs incurred by the Receiver during the Final Application Period is $5,068.78 and is broken down by category as follows:

| Category | Amount |
|---|---|
| Bank Fees | $ 2,588.01 |
| Computer Equipment/Software | $ 1,593.50 |
| Photocopying/Printing | $ 547.35 |
| Postage/Overnight Expenses | $ 142.06 |
| Storage of Boxed Files | $ 197.86 |
| **TOTAL** | **$ 5,068.78** |

## IV.    APPROVAL OF PRIOR INTERIM FEE APPLICATIONS AND PAYMENT OF HOLDBACKS

The Receiver respectfully requests that the Court grant final approval of the twenty-two interim fee applications filed by the former receiver and Receiver and that the Receiver be authorized to pay the amounts held back from those twenty-two interim fee applications as follows:

| FEE APPLICATION | FEES INCURRED | INTERIM 80% PAYMENT | 20% HOLDBACK |
|---|---|---|---|
| First | $ 185,125.00 | $ 148,100.00 | $ 37,025.00 |
| Second | $ 206,845.00 | $ 165,476.00 | $ 41,369.00 |
| Third | $ 216,410.00 | $ 173,128.00 | $ 43,282.00 |
| Fourth | $ 267,064.50 | $ 213,651.60 | $ 53,412.90 |
| Fifth | $ 266,819.00 | $ 213,455.20 | $ 53,363.80 |
| Sixth | $ 298,002.75 | $ 238,402.20 | $ 59,600.55 |
| Seventh | $ 273,069.75 | $ 218,455.80 | $ 54,613.95 |
| Eighth | $ 217,041.00 | $ 173,632.80 | $ 43,408.20 |
| Ninth | $ 231,602.00 | $ 185,281.60 | $ 46,320.40 |
| Tenth | $ 223,707.50 | $ 178,966.00 | $ 44,741.50 |
| Eleventh | $ 215,181.50 | $ 172,145.20 | $ 43,036.30 |
| Twelfth | $ 167,927.25 | $ 134,341.80 | $ 33,585.45 |
| Thirteenth | $ 158,642.50 | $ 126,914.00 | $ 31,728.50 |
| Fourteenth | $ 200,878.00 | $ 160,702.40 | $ 40,175.60 |
| Fifteenth | $ 301,928.25 | $ 241,542.60 | $ 60,385.65 |
| Sixteenth | $ 226,174.50 | $ 180,939.60 | $ 45,234.90 |
| Seventeen | $ 150,106.25 | $ 120,085.00 | $ 30,021.25 |

| Eighteenth | $ | 234,361.00 | $ | 187,488.80 | $ | 46,872.20 |
|------------|---|-----------:|---|-----------:|---|----------:|
| Nineteenth | $ | 143,165.50 | $ | 114,532.40 | $ | 28,633.10 |
| Twentieth | $ | 103,345.00 | $ | 82,676.00 | $ | 20,669.00 |
| Twenty-First | $ | 62,677.50 | $ | 50,142.00 | $ | 12,535.50 |
| Twenty-Second | $ | 50,440.00 | $ | 40,352.00 | $ | 10,088.00 |
| **TOTAL** | $ | **4,400,513.75** | $ | **3,520,411.00** | $ | **880,102.75** |

## V.   THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of this Receiver and his professionals.  Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted).  In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970).  Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all

circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F.Supp. 465, 480 (S.D. Tex. 1974).

The Receiver has submitted twenty-two detailed fee applications, as well as this application, which describes the nature of the services rendered, and the identity and billing rate of each individual performing each task.  The Receiver has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented.  The request for fees is based on the Receiver's customary billing rates charged for comparable services provided in other matters, less a 10% discount.

The work performed by the Receiver was essential to carrying out his Court-ordered duties.  The Receiver has worked diligently since the Receiver's appointment to (a) investigate, secure, and protect the assets of the receivership estate, (b) preserve and maintain the limited revenue stream from the ATM business, (c) investigate transfers to third parties and potential claims related thereto, (d) inform the Court and the parties of the Receiver activities, (e) make recommendations for the efficient and effective administration of the receivership, and (f) efficiently disseminate information to investors and respond to frequently asked questions.

## VI.   CONCLUSION

The Receiver, therefore, respectfully requests that the Court enter an Order:

1.   Approving the Receiver's fees and costs for the receivership in the amount of $4,764,166, including:

a.   Approval and authority to pay fees and costs in the Final Application Period totaling $96,324 ($91,255 of fees and $5,069 of costs);

b.   Approval, on a final basis, of fees and costs previously paid to the Receiver pursuant to his twenty-two interim fee applications of $3,662,739 ($3,520,411 of fees and $142,328 of costs);

1          c.        Approval and authority to pay fees held back from the twenty-

2    two interim fee applications filed by the former receiver and Receiver in the

3    amount of $880,103.

4          d.        Approval and authority to pay actual fees and costs from the

5    reserve in an amount up to $125,000 to complete the tasks remaining to conclude

6    the receivership; and

7          2.        For such other and further relief as the Court deems appropriate.

8

9    Dated: December 17, 2020                    RECEIVER:

10

11                                              AARON J. KUDLA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**RECEIVER OVER NATIONWIDE AUTOMATED SYSTEMS, INC., et al.**
**William Hoffman of Trigild, Inc. (Receiver) - Statement of Professional Fees**
**April 1, 2020 - October 31, 2020**

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|---|---|---|---|---|---|---|
| **Case Administration:** | | | | | | |
| 04/01/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Review investors' information, revise Schedule of Distributions, and draft corresp. to/from investors re 1099 and updated address. |
| 04/02/20 | A. Kudla | Attorney/CPA | 1.1 | $ 350.00 | $ 385.00 | Draft corresp. to/from investors, teleconf. investors, research issues and revise Schedule of Addresses re updated information and requested assignment to retirement account. |
| 04/03/20 | A. Kudla | Attorney/CPA | 1.4 | $ 350.00 | $ 490.00 | Review voicemails and emails from investors and teleconf. investors re 1099 questions, final distribution status and related questions. |
| 04/06/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Review mailed received and returns, prepare Return Labels list and coordinate forwarding 1099 forms to investors (.8); and Teleconf. investors re distribution and 1099 questions (.7). |
| 04/08/20 | A. Kudla | Attorney/CPA | 1 | $ 350.00 | $ 350.00 | Review returned 1099 filings, update addresses and coordinate forwarding mail with staff (.7); and Draft corresp. to/from investors re status of final distribution (.3). |
| 04/10/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Coordinate payment of restitution funds to USAO. |
| 04/17/20 | A. Kudla | Attorney/CPA | 2.4 | $ 350.00 | $ 840.00 | Review cleared check copies, finalize Schedule of Distributions and draft corresp. to USAO re restitution (1.9); and Review investor claim forms and teleconf. investor re allocation of distribution (.5). |
| 04/20/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Teleconf. investors re 1099s and distribution questions. |
| 04/22/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Review investor request and teleconf. and draft corresp. to/from investor re distribution. |
| 04/23/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Revise Receivership website with successor receiver information, review documents to add, and coordinate with staff. |
| 04/24/20 | A. Kudla | Attorney/CPA | 1.3 | $ 350.00 | $ 455.00 | Review claim forms, research distribution checks, meeting with staff, and draft corresp. to/from investor re distribution allocation. |
| 04/27/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Review investor Schedules and teleconf. investor re distribution question. |
| 04/29/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Teleconf. investor re distributions. |
| 05/01/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Review investor request, research issue and draft corresp. to/from investor re claim confirmation and final distribution. |
| 05/08/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investor re status of Receivership. |
| 05/18/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investors re final distribution. |
| 05/19/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Teleconf. and draft corresp. to/from investors re status of distribution. |
| 05/22/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investor re quarterly report. |
| 05/26/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Teleconf. investors re status of receivership and recent report. |
| 05/28/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investor re status of outstanding clawbacks and distribution. |
| 05/29/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Research investor claim documents and draft corresp. to/from investor's heir re supporting documents for deceased investor. |
| 06/02/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Research file and claim history and teleconf. investor re deceased claimant and revise Schedule of Claims (.4); and Teleconf. investors re 1099s and final distribution (.3). |
| 06/09/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Research investor inquiry and draft corresp. to/from investor re final distribution and restitution. |
| 06/10/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Research requested information and teleconf. And draft corresp. to/from investor re tax filings. |
| 06/23/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Research distribution and claim forms and draft corresp. to/from investor re 1099 filing. |
| 06/25/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Teleconf. investor re distribution and 1099. |
| 06/30/20 | A. Kudla | Attorney/CPA | 1.1 | $ 350.00 | $ 385.00 | Research investor claim submission documents and distributions and draft corresp. to/from investors re allocation and retirement account distributions. |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|------------------------|
| 07/10/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from T. Fates re pending Motion. |
| 07/17/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Review estate planning documents for deceased investor, draft corresp. to/from attorney for estate, and update schedules. |
| 07/19/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Review filed report and coordinate with staff to update website. |
| 07/31/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Teleconf. with T. Fates re wind down and final distribution. |
| 08/03/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Draft corresp. to/from investor re change of address and update Schedule of Addresses. |
| 08/12/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Draft corresp. to/from investor re change of address and update Schedule of Addresses. |
| 08/13/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Teleconf. investor re status of final distribution. |
| 08/24/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investors re final distribution. |
| 09/02/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investors re status of final distribution. |
| 09/14/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Teleconf. T. Fates outstanding report to court and request by USAO (.5); and Draft corresp. to/from USAO re foundation letter (.2). |
| 09/17/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investor re status of final distribution. |
| 09/29/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Draft corresp. to/from investor re change of address and update Schedule of Investor Addresses. |
| 10/08/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from investors re final distribution. |
| 10/09/20 | A. Kudla | Attorney/CPA | 1.4 | $ 350.00 | $ 490.00 | Review payment manager status and draft correps. To/from WF re final distribution estimates. |
| | | **Total** | **24.6** | | **$ 8,610.00** | |

**Third Party Recoveries:**

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|------------------------|
| 04/09/20 | A. Kudla | Attorney/CPA | 2.8 | $ 350.00 | $ 980.00 | Review judgments, assets, real estate, recorded liens and teleconf. and draft corresp. to/from title company re litigation guarantee for judgment collections. |
| 04/15/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Review clawback recoveries, revise Schedule of Clawbacks and reconcile with financials. |
| 04/21/20 | A. Kudla | Attorney/CPA | 1.8 | $ 350.00 | $ 630.00 | Review clawback settlements and negotiations, and teleconf. and draft corresp. to/from T. Fates re motion to approve clawback settlements. |
| 04/23/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Revise Clawback Settlement Motion and draft corresp. to/from T. Fates. |
| 04/24/20 | A. Kudla | Attorney/CPA | 2.2 | $ 350.00 | $ 770.00 | Review assets and writ of execution, prepare judgment settlement letter and teleconf. and draft corresp. to/from T. Fates (1.8); and Finalize Declaration re Clawback Settlement Motion and draft corresp. to/from T. Fates (.4). |
| 04/27/20 | A. Kudla | Attorney/CPA | 1.6 | $ 350.00 | $ 560.00 | Finalize judgment settlement letters and prepare exhibits. |
| 05/05/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Revise Schedule of Clawback Recoveries. |
| 05/06/20 | A. Kudla | Attorney/CPA | 2.2 | $ 350.00 | $ 770.00 | Research judgment debtors' real estate assets, reconveyances, outstanding liens, and draft corresp. to/from title company re litigation guarantees. |
| 05/07/20 | A. Kudla | Attorney/CPA | 3.4 | $ 350.00 | $ 1,190.00 | Review reconveyances, draft corresp. to/from investor, and coordinate recording of full reconveyance after settlement payment (.7); Research additional real estate and draft corresp. to/from title company, and outstanding creditors for judgment debtor (2.4); and Review clawback deposits journal entries and meeting with T. Nguyen (.3). |
| 05/13/20 | A. Kudla | Attorney/CPA | 1.3 | $ 350.00 | $ 455.00 | Review judgments and teleconf. T. Fates re sale of judgments, and draft corresp. to/from Title re ordering litigation guarantee. |
| 05/14/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Teleconf. and draft corresp. to/from Title Officer re litigation guarantee. |
| 05/15/20 | A. Kudla | Attorney/CPA | 2.5 | $ 350.00 | $ 875.00 | Review asset documents and prepare Schedule of Estimated Judgment Recovery for select judgments (1.7); and Review draft Motion to Approval Judgment Sale and draft corresp. to/from T. Fates re Confidentiality Agreement (.8). |
| 05/19/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | $ 945.00 | Review litigation guarantees and supporting documents from Title Company and prepare summary of real estate assets and supporting documents for potential buyers. |
| 05/20/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from Title Company re outstanding litigation guarantee documents. |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|-------------------------|
| 05/26/20 | A. Kudla | Attorney/CPA | 2.5 | $ 350.00 | $ 875.00 | Teleconf. potential judgment buyers and broker, revise Schedule of Judgment Amounts and draft corresp. to/from potential buyers. |
| 05/27/20 | A. Kudla | Attorney/CPA | 2.2 | $ 350.00 | $ 770.00 | Review Order approving settlements, draft corresp. to/from T. Fates and investors' attorneys re settlement Order and payment, and revise Schedule of Clawbacks (.7); Review Litigation Guarantee supplemental documents and invoices, and draft corresp. to/from T. Nguyen re payment for invoices (.4); Teleconf. T. Fates re draft motion to approve judgment sale, due diligence documents, and sale procedures (.8); Review due diligence documents, schedules of judgments and draft corresp. to/from potential judgment buyer (1.4). |
| 05/28/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Review clawback deposits and meeting with staff. |
| 06/01/20 | A. Kudla | Attorney/CPA | 2.9 | $ 350.00 | $ 1,015.00 | Research and teleconf. lender re payoff request requirements, prepare payoff request and supporting documents, and prepare corresp. to lender re confirmation of outstanding lien of judgment debtor. |
| 06/03/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Review Confidentiality Agreement and teleconf. and draft corresp. to/from potential buyer and draft corresp. to/from broker re potential judgment sale. |
| 06/08/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Teleconf. potential buyers re judgments (.4); and Draft corresp. To/from investor's attorney and deposit funds (.3). |
| 06/10/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Meeting with staff re clawback deposits. |
| 06/15/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Review judgment collection proposal and draft corresp. to/from potential buyer re judgment sale. |
| 06/17/20 | A. Kudla | Attorney/CPA | 2.6 | $ 350.00 | $ 910.00 | Teleconf. T. Fates re judgment sale and motions (1.0); and Review Clawback Recoveries and accounts receivable, research investor payment history, and prepare for follow up actions (1.6). |
| 06/18/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Revise Motion to Approve Sale of Judgments and draft corresp. to/from T. Fates (.5); and Review clawback deposit and meeting with staff (.2). |
| 07/06/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Review clawback settlement and draft corresp. to/from T. Nguyen re settlement payment. |
| 07/13/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Revise and finalize Declaration re Sale of Judgments and draft corresp. to/from T. Fates. |
| 08/04/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Review Order to Sell Judgments, draft corresp. to/from T. Fates and coordinate update of website. |
| 08/05/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Draft corresp. to/from potential buyers of judgment re Approval Order received. |
| 08/25/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Revise Schedule of Clawbacks. |
| 08/27/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Review documents received and meeting with staff re clawbacks. |
| 09/02/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Research, review and teleconf. USAO re restitution. |
| 09/08/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ 70.00 | Review clawback check and meeting with staff. |
| 09/15/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ 245.00 | Review outstanding installment agreements and draft corresp. to/from T. Fates re summary of installment collections (.5); and Draft corresp. to/from potential judgment buyer (.2). |
| 10/01/20 | A. Kudla | Attorney/CPA | 4.0 | $ 350.00 | $ 1,400.00 | Review property profiles, payoff demand received, litigation guarantee, and revise Summary of Judgment Assets (1.8); and Research potential judgment buyers and research and provide requested judgment documents, and teleconf. and draft corresp. to/from buyers (2.2). |
| 10/05/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Revise Schedule of Judgment Amounts and teleconf. and draft corresp. to potential buyer. |
| 10/06/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Teleconf. potential buyer re status of potential sale. |
| 10/08/20 | A. Kudla | Attorney/CPA | 2.9 | $ 350.00 | $ 1,015.00 | Prepare judgment portfolio packet and list judgment sale online and resolve issues. |
| 10/09/20 | A. Kudla | Attorney/CPA | 1.9 | $ 350.00 | $ 665.00 | Review and update accounts payable for Installment Settlements and draft corresp. to select winners. |
| 10/12/20 | A. Kudla | Attorney/CPA | 1.7 | $ 350.00 | $ 595.00 | Draft corresp. to/from winner and update clawback schedule re outstanding balance (9); and Follow up on online judgment listing and draft (.8). |
| 10/13/20 | A. Kudla | Attorney/CPA | 1.8 | $ 350.00 | $ 630.00 | Review cumulative Clawback Recoveries and revise Schedule of Clawback Recoveries to date and prepare |
| 10/14/20 | A. Kudla | Attorney/CPA | 1.6 | $ 350.00 | $ 560.00 | Follow up with online judgment marketplace (.4); and Teleconf. and draft corresp. to/from investors with outstanding installment payment balances (1.2). |
| 10/15/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Confirm listing on Judgment Marketplace and draft corresp. to/from buyers. |
| 10/22/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Research status of online judgment sale (.3); and Review documents received from investor (.2). |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|-------------------|------|------|--------|------------------------|
| | | **Total** | **57.3** | | $ **20,055.00** | |

**Accounting/ Auditing:**

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|-------------------|------|------|--------|------------------------|
| 04/07/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Review financials for January and February 2020 and meeting with T. Nguyen. |
| 04/15/20 | A. Kudla | Attorney/CPA | 0.9 | $ 350.00 | $ 315.00 | Review financials for Q1 and meeting with T. Nguyen. |
| 05/05/20 | A. Kudla | Attorney/CPA | 1.3 | $ 350.00 | $ 455.00 | Review Q1 financials and meeting with T. Nguyen. |
| 05/18/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Teleconf. WF and meeting with staff and coordinate closing of Restitution Bank Account. |
| 08/05/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Teleconf. vendor and review invoice and meeting with staff re payment for next distribution. |
| 08/12/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ 280.00 | Review July financials and receipts and disbursements and meeting with T. Nguyen. |
| 08/25/20 | A. Kudla | Attorney/CPA | 1.1 | $ 350.00 | $ 385.00 | Review Q2 Financials. |
| 09/02/20 | A. Kudla | Attorney/CPA | 1.7 | $ 350.00 | $ 595.00 | Review Professional Fees paid by Receivership, revise summary schedules and meeting with T. Nguyen re CPAs fees. |
| 09/09/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ 140.00 | Review Order approving fee applications and instruct payments to professionals. |
| 09/30/20 | A. Kudla | Attorney/CPA | 1.4 | $ 350.00 | $ 490.00 | Review outstanding accounting items and teleconf. and draft corresp. to T. Nguyen. |
| 10/06/20 | A. Kudla | Attorney/CPA | 2.9 | $ 350.00 | $ 1,015.00 | Review financials for 2019 and 2020 for final report, including clawback schedules, NASI operations and Receivership expenses. |
| 10/12/20 | A. Kudla | Attorney/CPA | 0.6 | $ 350.00 | $ 210.00 | Research requested documents and draft corresp. to/from T. Nguyen re SFAR summaries. |
| 10/13/20 | A. Kudla | Attorney/CPA | 2.6 | $ 350.00 | $ 910.00 | Revise Schedule of SFAR (cumulative) and draft corresp. to/from T. Nguyen (1.2); and Revise Schedule of Consolidated Financials re cumulative receipts for Receivership (1.4). |
| 10/21/20 | A. Kudla | Attorney/CPA | 1.3 | $ 350.00 | $ 455.00 | Review Financial Statements and meeting with T. Nguyen re wind down. |
| 10/22/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Review reconciliation of Income Statements and SFAR and meeting with T. Nguyen. |
| 10/26/20 | A. Kudla | Attorney/CPA | 1.6 | $ 350.00 | $ 560.00 | Review ATM Expenses and reconcile with SFAR and meeting with T. Nguyen. |
| 10/27/20 | A. Kudla | Attorney/CPA | 1.1 | $ 350.00 | $ 385.00 | Review updated Income Statement and SFAR and meeting with T. Nguyen, and research select items. |
| 04/09/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review invoices and print checks |
| 04/28/20 | B. Dang | Accounting Clerk | 0.5 | $ 75.00 | $ 37.50 | Upload invoice and coding. |
| 05/07/20 | B. Dang | Accounting Clerk | 0.5 | $ 75.00 | $ 37.50 | Upload invoice into Nexus. |
| 05/27/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and process payment. |
| 06/18/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and process invoices. |
| 07/23/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and process invoices. |
| 07/23/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and enter vendor invoices. |
| 08/13/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and process invoices. |
| 09/16/20 | B. Dang | Accounting Clerk | 1.0 | $ 75.00 | $ 75.00 | Review and process invoices. |
| 04/07/20 | T. Nguyen | Accountant | 0.3 | $ 150.00 | $ 37.50 | Approves invoices for NASI and OASIS for Franchise Tax Board. |
| 04/08/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Set up AP approval for check request and Franchise Tax. |
| 04/15/20 | T. Nguyen | Accountant | 2.3 | $ 150.00 | $ 337.50 | Month end closing for March 2020. Bank Reconciliation. SFAR Report. Receipts & Disbursements for all entities for March 2020. |
| 04/17/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Revised financial statements for March 2020 and update SFAR report. |
| 04/24/20 | T. Nguyen | Accountant | 0.3 | $ 150.00 | $ 37.50 | Banking research for cancel checks per investor requests. |
| 04/28/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Reviewing invoices in Nexus and code and approve invoices. Compile invoices for Q1 2020 for court filing. Update balance sheet reconciliation. |
| 05/05/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Upload, index, code invoices in Nexus. Review and approve invoices for payment for Q4 - 2019 for Receiver and Allen Matkins. |
| 05/15/20 | T. Nguyen | Accountant | 2.0 | $ 150.00 | $ 300.00 | Month end closing for April 2020. Reconciling holdbacks amount and bank reconciliation for all bank accounts for April 2020. Upload bank statements. |
| 05/22/20 | T. Nguyen | Accountant | 2.8 | $ 150.00 | $ 412.50 | Month end closing and financials for April 2020 for all entities. Receipts & disbursements. Update seized assets and clawback schedules. Update SFAR report. |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|--------------------------|
| 05/27/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Adding new general ledger and process 3 check requests for third party litigation expenses. |
| 06/05/20 | T. Nguyen | Accountant | 1.0 | $ 150.00 | $ 150.00 | End of month closing for May 2020. Download bank statements. Bank Reconciliations for all entities. |
| 06/12/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Preparation for financial for May 2020 for all entities. Receipts and disbursements. Update clawbacks schedules. |
| 06/18/20 | T. Nguyen | Accountant | 1.0 | $ 150.00 | $ 150.00 | Financial for May 2020 for all entities. Receipts & Disbursements and SFAR Report. |
| 06/24/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Start end of month closing for June 2020. |
| 07/06/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Record clawbacks for June 2020. End of month closing for June 2020. Bank Reconciliations. |
| 07/10/20 | T. Nguyen | Accountant | 4.0 | $ 150.00 | $ 600.00 | Receipts & Disbursements. SFAR report - April - June 2020. Financials for June 2020 for all entities. Review invoices and coding in Nexus. |
| 08/11/20 | T. Nguyen | Accountant | 0.3 | $ 150.00 | $ 37.50 | Review invoices and coding in Nexus AP. |
| 08/12/20 | T. Nguyen | Accountant | 3.3 | $ 150.00 | $ 487.50 | End of month closing for July 2020 for all entities. Financial statements. Record all clawbacks. Receipts & Disbursements. Bank Reconcialiation. |
| 09/01/20 | T. Nguyen | Accountant | 2.0 | $ 150.00 | $ 300.00 | Reconciliation with Duffy statements. Set up new GL per CPA request and record transfer. |
| 09/09/20 | T. Nguyen | Accountant | 2.5 | $ 150.00 | $ 375.00 | Month end closing. Bank Reconciliation for August for all entities. Receipts & disbursements. Update clawbacks. Financials for August 2020. |
| 09/15/20 | T. Nguyen | Accountant | 2.5 | $ 150.00 | $ 375.00 | Process quarter 1 2020 invoices for payment. Approve invoices in Nexus. |
| 09/22/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Compile invoices and backup for expense reimbursement for 2020 Quarter 2. |
| 09/23/20 | T. Nguyen | Accountant | 1.0 | $ 150.00 | $ 150.00 | Compile invoices and upload invoices in Nexus. Compile report for expense reimbursement for quarter 2. |
| 09/25/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Compile invoices and upload invoices in Nexus. Compile report for expense reimbursement for quarter 2. |
| 09/27/20 | T. Nguyen | Accountant | 0.3 | $ 150.00 | $ 37.50 | Update expense reimbursement worksheet to send to court. |
| 10/10/20 | T. Nguyen | Accountant | 1.8 | $ 150.00 | $ 262.50 | Month end closing. Bank Reconciliation for September 2020 for all entities. Receipts & disbursements. |
| 10/11/20 | T. Nguyen | Accountant | 1.0 | $ 150.00 | $ 150.00 | Wrap up - Work on SFAR Reports from inception to current. |
| 10/11/20 | T. Nguyen | Accountant | 3.0 | $ 150.00 | $ 450.00 | Month end closing. Bank Reconciliation for September 2020 for all entities. Receipts & disbursements. |
| 10/12/20 | T. Nguyen | Accountant | 6.5 | $ 150.00 | $ 975.00 | Wrap up - Work on SFAR Reports from inception to current. 2014 - 2020. Ran 2014-2020 Income |
| 10/13/20 | T. Nguyen | Accountant | 1.5 | $ 150.00 | $ 225.00 | Update SFAR reports by category of expense. Run P&L from inception to current 2014-2020. |
| 10/14/20 | T. Nguyen | Accountant | 2.0 | $ 150.00 | $ 300.00 | Summarize by year Income statement for Consolidated tab from inception to current. |
| 10/16/20 | T. Nguyen | Accountant | 2.0 | $ 150.00 | $ 300.00 | Review and update SFAR by professional and holdbacks reconciliation from inception to current. |
| 10/21/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Discuss with legal counsel on SFAR reports. |
| 10/21/20 | T. Nguyen | Accountant | 4.0 | $ 150.00 | $ 600.00 | Reconciling wrap up reports for SFAR. |
| 10/22/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Discuss with legal counsel on SFAR reports. |
| 10/22/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Update SFAR report on pre-receivership expense detail. |
| 10/23/20 | T. Nguyen | Accountant | 3.5 | $ 150.00 | $ 525.00 | Provide detail report expense from inception to current for certain operating expenses. |
| 10/24/20 | T. Nguyen | Accountant | 2.8 | $ 150.00 | $ 412.50 | Provide detail report expense from inception to current for certain operating expenses. |
| 10/25/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Provide detail report expense from inception to current for certain operating expenses. |
| 10/25/20 | T. Nguyen | Accountant | 1.0 | $ 150.00 | $ 150.00 | Provide detail report expense from inception to current for certain operating expenses. |
| 10/26/20 | T. Nguyen | Accountant | 0.8 | $ 150.00 | $ 112.50 | Work on SFAR report reconciliation. |
| 10/26/20 | T. Nguyen | Accountant | 4.8 | $ 150.00 | $ 712.50 | Work on SFAR report reconciliation and P&L Inception. |
| 10/27/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ 75.00 | Discuss with legal counsel on SFAR reports. |
| 10/27/20 | T. Nguyen | Accountant | 5.3 | $ 150.00 | $ 787.50 | Work on SFAR report reconciliation and P&L Inception. |
| 10/29/20 | T. Nguyen | Accountant | 8.3 | $ 150.00 | $ 1,237.50 | Continue working on SFAR reports summarizing from inception to current. |
| 10/30/20 | T. Nguyen | Accountant | 10.5 | $ 150.00 | $ 1,575.00 | Revise the SFAR reports to match to P&L from inception to current. Detail out the supporting documents for all business income and expenses. Detail out litigation income. |
| | | **Total** | **127.2** | | **$ 22,852.50** | |

| Date | Personnel | Title of Personnel | Time | Rate | | Amount | Description of Services |
|---|---|---|---|---|---|---|---|

**Status Report:**

| Date | Personnel | Title of Personnel | Time | Rate | | Amount | Description of Services |
|---|---|---|---|---|---|---|---|
| 05/05/20 | A. Kudla | Attorney/CPA | 3.7 | $ 350.00 | $ | 1,295.00 | Prepare support for Q1 Report, Standardized Fund Accounting Report, and Report to Court. |
| 05/06/20 | A. Kudla | Attorney/CPA | 0.6 | $ 350.00 | $ | 210.00 | Teleconf. and draft corresp. to/from T. Fates re Q1 Report. |
| 07/08/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ | 70.00 | Review filed Report and meeting with staff re updated website. |
| 07/15/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ | 70.00 | Draft corresp. to/from T. Fates re status of report. |
| 07/30/20 | A. Kudla | Attorney/CPA | 0.1 | $ 350.00 | $ | 35.00 | Teleconf. T. Fates re outstanding filing. |
| 08/18/20 | A. Kudla | Attorney/CPA | 0.4 | $ 350.00 | $ | 140.00 | Review Order and coordinate update of website. |
| 08/25/20 | A. Kudla | Attorney/CPA | 3.5 | $ 350.00 | $ | 1,225.00 | Prepare SFAR and Interim Report. |
| 08/27/20 | A. Kudla | Attorney/CPA | 0.7 | $ 350.00 | $ | 245.00 | Revise Interim Report and draft corresp. to/from T. Fates. |
| 08/31/20 | A. Kudla | Attorney/CPA | 0.6 | $ 350.00 | $ | 210.00 | Finalize Q2 Interim Report and SFAR and draft corresp. to/from T. Fates. |
| 09/10/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ | 70.00 | Draft corresp. to/from T. Fates re status report. |
| 09/30/20 | T. Nguyen | Accountant | 0.5 | $ 150.00 | $ | 75.00 | Discuss with Aaron on wrapping up NASI and steps to do it. |
| 09/30/20 | T. Nguyen | Accountant | 0.8 | $ 150.00 | $ | 112.50 | Compile list of hours estimated for wrapping up NASI. |
| | | **Total** | **11.5** | | **$** | **3,757.50** | |

**Tax Issues:**

| Date | Personnel | Title of Personnel | Time | Rate | | Amount | Description of Services |
|---|---|---|---|---|---|---|---|
| 04/07/20 | A. Kudla | Attorney/CPA | 3.0 | $ 350.00 | $ | 1,050.00 | Review tax payments to FTB, research issue and meeting with staff (.8); and Review year end packets for 2019 re QSF, NASI and OSR 1-3 (2.2). |
| 06/02/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | $ | 945.00 | Review year end financials and draft corresp. to/from CPAs re NASI, QSF, OSR, OSR 2 and OSR 3. |
| 06/03/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ | 175.00 | Research questions and draft corresp. to/from CPA re sale of ATMs in 2019. |
| 07/10/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ | 175.00 | Review financials and draft corresp. to/from CPA and T. Nguyen re 2019 tax return (Oasis). |
| 08/25/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ | 280.00 | Prepare Summary of funds transferred from CNB and draft corresp. to/from CPAs re tax liability and filings related to transfer. |
| 09/02/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | $ | 945.00 | Review tax guidance from CPA and meeting with staff re transfer of funds from CNB Claims Admin. (1.4) and Research filings and steps to dissolve entities (1.3). |
| 09/03/20 | A. Kudla | Attorney/CPA | 0.6 | $ 350.00 | $ | 210.00 | Review tax return information and draft corresp. to/from CPA. |
| 09/14/20 | A. Kudla | Attorney/CPA | 1.8 | $ 350.00 | $ | 630.00 | Review 2019 financials and tax return and finalize tax returns re NASI, OSR 1-3. |
| 09/30/20 | A. Kudla | Attorney/CPA | 2.3 | $ 350.00 | $ | 805.00 | Review entities and outstanding maintenance and dissolution requirements (1.2); Review outstanding tax items and draft corresp. to/from CPA (.8); and Draft corresp. to/from CT Corp. re quote for entities to be dissolved (.3). |
| 10/01/20 | A. Kudla | Attorney/CPA | 1.7 | $ 350.00 | $ | 595.00 | Review 2019 tax returns for QSF, NASI and OSR 1-3 and outstanding items for 2020 and teleconf. and draft corresp. CPA re winding down steps. |
| 10/07/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ | 175.00 | Review outstanding tax returns and draft corresp. to/from CPA. |
| 10/08/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | $ | 945.00 | Research dissolution issues, teleconf. FTB and research related issues re OSR prior year outstanding tax returns (1.2); and Research prior tax returns re 2009 and 2010 (1.5). |
| 10/12/20 | A. Kudla | Attorney/CPA | 0.8 | $ 350.00 | $ | 280.00 | Review, finalize and mail 2019 tax returns for QSF and draft corresp. to/from CPAs re QSF. |
| 10/17/20 | A. Kudla | Attorney/CPA | 1.8 | $ 350.00 | $ | 630.00 | Research prior tax returns, corresp. and notices, and database re missing 2009 and 2010 FTB returns. |
| 10/21/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | $ | 945.00 | Teleconf. FTB, prepare payment for outstanding fees, prepare FTB Revival, review and compile required documents to file, prepare corresp. to FTB re OSR. |
| 10/22/20 | A. Kudla | Attorney/CPA | 0.9 | $ 350.00 | $ | 315.00 | Teleconf. FTB, confirm tax amounts, pay taxes and draft corresp. to FTB re OSR. |
| 10/28/20 | A. Kudla | Attorney/CPA | 0.2 | $ 350.00 | $ | 70.00 | Draft corresp. to/from CPAs re estimates conclusion. |
| | | **Total** | **26.2** | | **$** | **9,170.00** | |

**USAO Restitution Loss Amounts:**

| Date | Personnel | Title of Personnel | Time | Rate | | Amount | Description of Services |
|---|---|---|---|---|---|---|---|
| 04/07/20 | A. Kudla | Attorney/CPA | 1.6 | $ 350.00 | $ | 560.00 | Coordinate preparation of payment to USAO and finalize Schedule re distributions to date. |
| 04/15/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ | 105.00 | Review status of USAO check and draft corresp. to/from USAO. |
| 05/18/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ | 105.00 | Draft corresp. to/from USAO with supporting Distribution Schedule. |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|-------------------------|
| 06/18/20 | A. Kudla | Attorney/CPA | 2.2 | $ 350.00 | $ 770.00 | Teleconf. T. Fates and USAO re restitution reconciliation with Receiver's loss list (.9); and Research investor files, claim forms, Schedule of Losses and documents received, and prepare Reconciliation Schedule, and draft corresp. to/from USAO (1.3). |
| 06/20/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | $ 175.00 | Research restitution filing and draft corresp. to/from USAO. |
| 06/23/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Reconcile select list of USAO restitution amounts with Receiver Distributions. |
| 07/27/20 | A. Kudla | Attorney/CPA | 1.2 | $ 350.00 | $ 420.00 | Review victim list from USAO and draft corresp. to/from USAO. |
| 08/11/20 | A. Kudla | Attorney/CPA | 3.8 | $ 350.00 | $ 1,330.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/12/20 | A. Kudla | Attorney/CPA | 2.5 | $ 350.00 | $ 875.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/13/20 | A. Kudla | Attorney/CPA | 2.3 | $ 350.00 | $ 805.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/14/20 | A. Kudla | Attorney/CPA | 4.7 | $ 350.00 | $ 1,645.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/17/20 | A. Kudla | Attorney/CPA | 5.2 | $ 350.00 | $ 1,820.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/20/20 | A. Kudla | Attorney/CPA | 2.5 | $ 350.00 | $ 875.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts. |
| 08/21/20 | A. Kudla | Attorney/CPA | 4.7 | $ 350.00 | $ 1,645.00 | Research claims submission forms, supporting documents and investor files and reconcile Receiver's claims with USAO's restitution loss amounts (2.7); and Consolidate and review all comments in response to USAO requests (2.0). |
| 08/24/20 | A. Kudla | Attorney/CPA | 2.0 | $ 350.00 | $ 700.00 | Teleconf. USAO and revise Reconciliation Schedule for USAO (2.6); and Draft corresp. to USAO (.2). |
| 08/27/20 | A. Kudla | Attorney/CPA | 1.2 | $ 350.00 | $ 420.00 | Review investor loss Schedules, revise USAO Restitution Schedule and teleconf. USAO. |
| 09/09/20 | A. Kudla | Attorney/CPA | 1.5 | $ 350.00 | $ 525.00 | Review request by USAO, research issues and draft corresp. to/from USAO. |
| 09/15/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Prepare letter to US Distr. Clerk re restitution information provided to USAO. |
| 09/17/20 | A. Kudla | Attorney/CPA | 1.1 | $ 350.00 | $ 385.00 | Research contact information for select investors and draft corresp. to/from USAO re restitution payments. |
| 09/29/20 | A. Kudla | Attorney/CPA | 0.3 | $ 350.00 | $ 105.00 | Teleconf. USAO re restitution filing. |
| | | **Total** | **39.7** | | **$ 13,895.00** | |

**Wind Down:**

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|-------------------------|
| 10/05/20 | A. Kudla | Attorney/CPA | 2.7 | $ 350.00 | 945.00 | Teleconf. T. Fates re wind down items and final distribution procedure (1.2); and Research dissolution procedures, required filings and related expenses (1.5). |
| 10/06/20 | A. Kudla | Attorney/CPA | 0.5 | $ 350.00 | 175.00 | Review final Fee App form for CPA and draft corresp. to/from CPA re items needed to conclude. |
| 10/14/20 | A. Kudla | Attorney/CPA | 3.8 | $ 350.00 | 1,330.00 | Prepare Schedule of Wind Down Items, research estimates for distribution and Receivership expenses (1.7); and Prepare Detailed Schedule and Summary Schedule of Distributions to All Professionals (2.1). |
| 10/15/20 | A. Kudla | Attorney/CPA | 2.8 | $ 350.00 | 980.00 | Prepare Schedule of Receipts and Distributions (2014 to 2020) (1.7); and Prepare Recovery Schedule (Detailed and Summary) (1.1). |
| 10/15/20 | A. Kudla | Attorney/CPA | 2.5 | $ 350.00 | 875.00 | Prepare CNB Recovery Schedule (.6); and Prepare Net Funds to Distribution Schedule and review supporting documents, including bank statements and outstanding checks (1.9). |
| 10/17/20 | A. Kudla | Attorney/CPA | 3.3 | $ 350.00 | 1,155.00 | Revise Professional Fee Schedule and reconcile with SFAR and Income statements and Expenses Schedule (2.2); and Prepare Claims Fees and Misc. Fee Schedule (1.1). |
| 10/22/20 | A. Kudla | Attorney/CPA | 2.3 | $ 350.00 | 805.00 | Revise Schedule of ATM Operating Revenue (.6); and Prepare Estimated Receiver's Fees to conclude and research items (1.7). |
| 10/22/20 | A. Kudla | Attorney/CPA | 2.4 | $ 350.00 | 840.00 | Research quotes and prepare Schedule of Estimated Receiver's Expenses to conclude (1.5); and Review Q3 financials and meeting with T. Nguyen (.9). |

| Date | Personnel | Title of Personnel | Time | Rate | Amount | Description of Services |
|------|-----------|--------------------|------|------|--------|--------------------------|
| 10/23/20 | A. Kudla | Attorney/CPA | 3.2 | $ 350.00 | $ 1,120.00 | Review bank reconciliation, bank statements, outstanding checks and prepare Schedule of Bank Account Reconciliation through Q3 2020 (1.2); Review support for SFAR and prepare SFAR Report for Q3 3030 (.9); and Prepare supporting schedules for Net Funds to Distribute (1.1). |
| 10/23/20 | A. Kudla | Attorney/CPA | 3.4 | $ 350.00 | $ 1,190.00 | Revise Professional Fees and Expenses Schedule through Q1 2020 and reconcile SFAR with Income Statement (1.6); and Prepare Prof. Fee and Expenses for Q2 2020 through Completion and supporting schedules and documents (1.8). |
| 10/23/20 | A. Kudla | Attorney/CPA | 1.2 | $ 350.00 | $ 420.00 | Additional research and revise Schedule of Anticipated Receivership Expenses through completion. |
| 10/27/20 | A. Kudla | Attorney/CPA | 0.9 | $ 350.00 | $ 315.00 | Revise Schedule of ATM Operations for Report. |
| 10/28/20 | A. Kudla | Attorney/CPA | 1.7 | $ 350.00 | $ 595.00 | Revise Schedule of ATM Income and Expenses and Schedule of Professional Fees for Q2 and Q3 2020. |
| 10/29/20 | A. Kudla | Attorney/CPA | 3.4 | $ 350.00 | $ 1,190.00 | Revise Schedule of Q2 and Q3 Expenses Reimb. and Fees (.5); Revise Schedule of Receivership Recovery (1.2); and Prepare Schedule of OSR Income and asset recovery (1.7). |
| 10/29/20 | A. Kudla | Attorney/CPA | 2.8 | $ 350.00 | $ 980.00 | Prepare Schedule of Seized Assets (.8); Prepare Schedule of Interest Income (.5); and Prepare Schedule of Third-Party Litigation Income (1.5). |
| | | **Total** | **36.9** | | **$ 12,915.00** | |
| | | **TOTAL** | **323.3** | | **$ 91,255.00** | |

**Receiver Over NASI**
**Net Funds to Distribute**
**Attachment B-3-2**
**Receiver Expenses (Detailed)**
**April 1, 2020 to Oct. 31, 2020 (Actual)**

| Date | Description | | Amount |
|---|---|---|---|
| **Bank Fees** | | | |
| 04/30/20 | Bank Fee - April | $ | 369.25 |
| 05/30/20 | Bank Fee - May | $ | 366.61 |
| 06/30/20 | Bank Fee - June | $ | 382.94 |
| 07/31/20 | Bank Fee - July | $ | 365.70 |
| 08/31/20 | Bank Fee - August | $ | 365.69 |
| 09/30/20 | Bank Fee - Sept. | $ | 370.80 |
| 10/31/20 | Bank Fee - Oct. | $ | 367.02 |
| **Total Bank Fees** | | **$** | **2,588.01** |
| | | | |
| **Computer Equipment and Software:** | | | |
| 10/31/20 | MRI Software Fee ($150/month) (04/01/20 to 10/31/20) | $ | 1,050.00 |
| 10/31/20 | Website Hosting (Annual) | $ | 143.88 |
| 10/31/20 | Email License (@nasi-receivership.com) (Annual) | $ | 71.88 |
| 10/31/20 | Leapfile Data Transfer ($20/month (04/01/20 to 10/31/20) | $ | 140.00 |
| 10/31/20 | Background Research License ($26.82/month) (04/01/20 to 10/31/20) | $ | 187.74 |
| **Total Computer Equipment and Software** | | **$** | **1,593.50** |
| | | | |
| **Photocopying:** | | | |
| 04/30/20 | Copies - 654 BW @ .15 each = $98.10 | $ | 98.10 |
| 05/31/20 | Copies - 542 BW @ .15 each = $81.30 | $ | 81.30 |
| 06/30/20 | Copies - 704 BW @ .15 each = $105.60 | $ | 105.60 |
| 07/31/20 | Copies - 206 BW @ .15 each = $30.90 | $ | 30.90 |
| 08/31/20 | Copies - 235 BW @ .15 each = $35.25 | $ | 35.25 |
| 09/30/20 | Copies - 437 BW @ .15 each = $65.55 | $ | 65.55 |
| 10/31/20 | Copies - 871 BW @ .15 each = $130.65 | $ | 130.65 |
| **Total Photocopying** | | **$** | **547.35** |
| | | | |
| **Postage/ Overnight Expenses:** | | | |
| 04/30/20 | Postage - April | $ | 11.00 |
| 04/30/20 | FedEx - April | $ | 16.67 |
| 05/31/20 | Fedex - May | $ | 66.08 |
| 05/31/20 | Postage - May | $ | 0.73 |
| 06/30/20 | Postage - June | $ | 22.75 |
| 10/31/20 | FedEx - Oct. | $ | 24.83 |
| **Total Postage/ FedEx** | | **$** | **142.06** |
| | | | |
| **Storage of Documents:** | | | |
| 04/30/20 | Storage Fee - April | $ | 27.72 |
| 05/31/20 | Storage Fee - May | $ | 28.64 |
| 06/30/20 | Storage Fee - June | $ | 27.72 |
| 07/31/20 | Storage Fee - July | $ | 27.72 |
| 08/31/20 | Storage Fee - August | $ | 28.64 |
| 09/30/20 | Storage Fee - Sept | $ | 28.71 |
| 10/31/20 | Storage Fee - Oct | $ | 28.71 |
| **Total Storage** | | **$** | **197.86** |
| | | | |
| **Total Expense Reimbursements** | | **$** | **5,068.78** |