ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:  (213) 620-8816
dzaro@allenmatkins.com
thsu@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax:  (619) 233-1158
tfates@allenmatkins.com

Attorneys for Receiver
AARON J. KUDLA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER, <br><br> Defendants, <br><br> OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC, <br><br> Relief Defendants. | Case No. CV-14-07249-CJC-FFM <br><br> **FINAL APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** <br><br> Date:  January 25, 2021 <br> Time:  1:30 p.m. <br> Ctrm:  9B <br> Judge:  Hon. Cormac J. Carney |

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ................................................................ 5

II.  FINAL APPLICATION PERIOD ....................................... 7

III.  SUMMARY OF TASKS PERFORMED INCURRED ........... 8

   **A.**  General Receivership ............................................. 8

   **B.**  Reporting ............................................................... 8

   **C.**  Operations & Asset Sales ...................................... 9

   **D.**  Claims and Distributions ....................................... 9

   **E.**  Third Party Recoveries .......................................... 9

   **F.**  Employment/Fees .................................................. 9

IV.  APPROVAL OF PRIOR INTERIM FEE APPLICATIONS AND PAYMENT OF HOLDBACKS ....................................... 10

V.  THE FEES AND COSTS ARE REASONABLE AND SHOULD BE ALLOWED .................................................. 11

VI.  CONCLUSION ................................................................ 12

# **TABLE OF AUTHORITIES**

**Page(s)**

**Cases**

*Gaskill v. Gordon*
        27 F.3d 248 (7th Cir. 1994)...................................................................... 11

*In re Imperial 400 Nat'l, Inc.*
        432 F.2d 232 (3d Cir. 1970) .................................................................... 11

*SEC v. Elliot*
        953 F.2d 1560 (11th Cir. 1992).............................................................. 11

*SEC v. W.L. Moody & Co., Bankers (Unincorporated)*
        374 F.Supp. 465 (S.D. Tex. 1974)......................................................... 11

*United States v. Code Prods. Corp.*
        362 F. 2d 669 (3d Cir. 1966) .................................................................. 11

1         Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general

2   counsel to Aaron J. Kudla ("Receiver"), the Court-appointed permanent receiver for

3   Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis

4   Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio

5   Rentals #3, LLC, and their subsidiaries and affiliates (collectively, "Receivership

6   Entities"), hereby submits this final application for approval and payment of fees and

7   reimbursement of expenses ("Application").  This Application is filed concurrently

8   with the Receiver's Motion to Conclude the Receivership ("Motion to Conclude"), as

9   well as the Receiver's final fee application.

10        Allen Matkins seeks approval of the total fees and costs incurred by the firm

11  for the receivership in the amount of $2,636,645.63, which includes the following:

12     •   Approval and payment of fees incurred during the seven-month period

13        from April 1, 2020 through October 31, 2020 ("Final Application

14        Period") of $22,136.40;

15     •   Final approval of the firm's 22 interim fee applications[1] and of the

16        $2,107,847.90 ($1,846,645.32 of fees and $261,202.58 of expenses)

17        previously paid in connection with those applications;

18     •   Approval and payment of the 20% of fees held back from Allen

19        Matkins' 22 interim fee applications in the total amount of $461,661.33

20        ("Holdback Amount"); and

21     •   Approval of estimated fees and costs of up to $45,000 for remaining

22        legal work to conclude the receivership, including work during

23        November 2020 on the Receiver's Motion to Conclude and work to

24        assist the Receiver with tasks remaining to close the receivership.

25

26  [1] Allen Matkins' twenty-two interim fee applications, along with bills reflecting the

27  work performed during each period, can be found at Dkt. Nos. 66, 75, 83, 102, 121,

28  157, 175, 191, 207, 221, 230, 250, 264, 279, 301, 319, 335, 353, 336, 374, 389, 410
and are incorporated herein by this reference.

# I.   INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission").  The former receiver, William Hoffman of Trigild, Inc., was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014.  Due to Mr. Hoffman's retirement, he was fully discharged as receiver on February 24, 2020, and Mr. Kudla (also of Trigild, Inc.) was appointed successor receiver.  Dkt. 383.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors.  The Receiver engaged Allen Matkins to assist with legal issues facing the receivership estate.  The Court approved the Receiver's proposal to file reports and fee applications on a quarterly basis.  Dkt. No. 47.  The Court also approved Allen Matkins' 22 prior interim fee applications, authorizing payment of 80% of fees incurred and 100% of costs incurred.  Dkt. Nos. 72, 79, 95, 109, 137, 165, 181, 196, 210, 225, 238, 260, 270, 292, 315, 326, 346, 359, 371, 373, 400 and 414.

Allen Matkins has diligently assisted the former receiver and Receiver in carrying out their Court-ordered duties over the last six years since the former receiver's appointment in September 2014.  Administrative fees and costs for Allen Matkins, if all fee applications are approved, amount to approximately $2,636,645.63, or about 4.1% of the total recovery (including the amounts recovered via the class settlement with City National Bank, for which the Receiver acted as administrator).

1     If the Motion to Conclude filed herewith and the fee applications are granted,

2  the proposed final distribution will be approximately $2,935,000; as such, investors

3  will have recovered approximately 45% of their investments under the distribution

4  plan approved by the Court on April 25, 2019 (the "Distribution Plan") (Dkt. 347)

5  and via the class settlement.

6     The former receiver and the Receiver, with Allen Matkins' assistance, have

7  completed their Court-ordered duties, including securing, preserving and protecting

8  the Receivership Entities' assets, completing a forensic accounting of the sources and

9  uses of funds of the Receivership Entities, pursuing and enforcing Clawback Claims

10  against insiders and others who received profits from the Ponzi scheme (including

11  68 separate actions on Clawback Claims), and completing a claims and distribution

12  process.

13     The former receiver, the Receiver and Allen Matkins have filed detailed

14  reports on activities on a quarterly basis throughout the case and have sought Court

15  authority and approval of all sales of assets, pursuits of litigation, as well as all

16  aspects of the investor claims process and distribution of receivership estate funds.

17  The Receiver and Allen Matkins have also filed interim fee applications on a

18  quarterly basis throughout the case, including a hold back of 20% of fees incurred

19  from each application; all of the interim fee applications have been granted.

20     With respect to projected fees and costs for remaining work, the legal work

21  starting on November 1, 2020 necessary to conclude the receivership includes

22  (1) assisting the Receiver in preparing the Motion to Conclude, including meet and

23  confer communications with counsel for the Securities and Exchange Commission

24  ("Commission"), (2) addressing any responses to the Motion to Conclude and

25  attending the hearing, if one is held, (3) advising the Receiver on making

26  administrative payments and final distributions to approved claimants and

27  establishing a reserve for remaining administrative payments; (4) advising the

28  Receiver on tax issues relating to winding down the receivership, dissolving the

Receivership Entities and closing the receivership, (5) advising the Receiver on remaining Clawback settlements and collection of outstanding installment payments, and (6) otherwise assisting the Receiver in the discharge of his duties necessary to close the receivership. The following is a conservative projection of fees and costs associated with completing the remaining legal tasks:

| Fee Category | Est. Hours | Est. Amount |
|---|---|---|
| General Receivership/Tax Issues/Dissolution of Entities | 14 | $9,500 |
| Third Party Recoveries (Clawback) | 10 | $6,500 |
| Final Distributions/Reconciliation | 12 | $7,500 |
| Final Accounting and Report/Motion to Conclude/Final Declaration/Final Discharge Order | 25 | $16,000 |
| Contingency | 5 | $2,500 |
| Estimated Expenses | | $3,000 |
| **TOTAL** | | **$45,000** |

Accordingly, Allen Matkins requests final approval of its total fees and costs for the receivership in the amount of $2,636,645.63, including final approval of the $2,107,847.90 ($1,846,645.32 of fees and $261,202.58 of expenses) paid to the firm on an interim basis, fees incurred during the Final Application Period of $22,136.40, fees held back from its 22 previously-approved interim fee applications of $461,661.33, and projected fees and costs to complete the legal tasks remaining to conclude the receivership of up to $45,000.

Counsel for the Commission has reviewed this Application, along with the Receiver's fee application filed concurrently herewith. The Commission does not oppose the applications.

## II.   FINAL APPLICATION PERIOD

The fees incurred by Allen Matkins during the Final Application Period (a seventh-month period) total $22,136.40 for a total of 36.70 hours worked. The work

performed is described task-by-task on Exhibit A (by category) and Exhibit B (broken down by date and timekeeper).  The hours and fees are billed to the following categories:

| Category | Hours | Amount |
|---|---|---|
| General Receivership | 3.40 | $2,039.40 |
| Reporting | 14.60 | $8,897.40 |
| Operations & Assets | 7.20 | $4,307.40 |
| Claims & Distributions | 1.80 | $1,096.20 |
| Third Party Recoveries | 8.40 | $5,000.40 |
| Employment/Fees | 1.30 | $795.60 |
| Totals | 36.70 | $22,136.40 |

Allen Matkins has worked diligently and efficiently to assist the Receiver with important legal issues facing the receivership estate.  The firm has assisted the Receiver in carrying out his Court-ordered duties and should be compensated on an interim basis for its work.

### III.    SUMMARY OF TASKS PERFORMED INCURRED

### A.    General Receivership

Allen Matkins' work in this category focused on assisting the Receiver on issues relating to the distribution of the proceeds from the sale of Defendant Joel Gillis' former residence through the restitution order issued in the related criminal action.  The reasonable and necessary fees for work in this category total $2,039.40.

### B.    Reporting

Allen Matkins' work in this category during the Final Application Period focused on completing the Receiver's Twenty-Third Interim Report and preparing the Receiver's Twenty-Fourth Interim Report. Dkt. 401, 416.  The reports provided detailed summaries of the Receiver's activities during the first and second quarters of 2020, including receipts and disbursements for the receivership estate during those

1   periods.  *Id.*  The reasonable and necessary fees for work in this category total

2   $8,897.40.

3       **C.      Operations & Asset Sales**

4       Allen Matkins' work in this category focused on advising the Receiver on the

5   potential sale of outstanding judgments obtained on Clawback claims, including

6   preparing the Receiver's motion for authority to sell outstanding judgments, which

7   was granted on August 3, 2020.  Dkt. 407.  The reasonable and necessary fees for

8   work in this category total $4,307.40.

9       **D.      Claims and Distributions**

10      Allen Matkins' work in this category focused on responding to investor

11  inquiries and advising the Receiver regarding the final distribution process.  The

12  reasonable and necessary fees for work in this category total $1,096.20.

13      **E.      Third Party Recoveries**

14      Allen Matkins' work in this category focused mainly on settlements of

15  Clawback Claims and obtaining Court approval of such settlements.  The Receiver's

16  motion for approval of two Clawback settlements was filed on April 24, 2020 and

17  approved on May 26, 2020.  Dkt. 397, 403.  As discussed above, the Receiver and

18  Allen Matkins' work on Clawback Claims has been extremely successful as more

19  than $40 million has been recovered in Clawback settlements to date.  Allen Matkins

20  also advised the Receiver regarding residual funds from the CNB class settlement,

21  which funds will be distributed through the receivership.  The reasonable and

22  necessary fees for work in this category total $5,000.40.

23      **F.      Employment/Fees**

24      Although fee applications are a necessary component of federal equity

25  receiverships, neither the Receiver nor his professionals charge for time spent

26  preparing their own detailed applications.  Allen Matkins assisted in preparing the

27  Receiver's Twenty-Second Interim Fee Application and handled meet and confer

28  communications with counsel for the Commission.  The fee applications were filed

on August 18, 2020 (Dkt. 409, 410) and approved on September 8, 2020 (Dkt. 413, 414).  The reasonable and necessary fees for work in this category total $795.60.

## IV.   APPROVAL OF PRIOR INTERIM FEE APPLICATIONS AND PAYMENT OF HOLDBACKS

Allen Matkins respectfully requests that the Court grant final approval of the firm's twenty-two interim fee applications and that the Receiver be authorized to pay the amounts held back from those twenty-two interim fee applications as follows:

| FEE APPLICATION | FEES INCURRED | INTERIM 80% PAYMENT | 20% HOLDBACK |
|---|---|---|---|
| First | $113,047.65 | $90,438.12 | $22,609.53 |
| Second | $67,638.75 | $54,111.00 | $13,527.75 |
| Third | $51,826.50 | $41,461.20 | $10,365.30 |
| Fourth | $120,108.60 | $96,086.88 | $24,021.72 |
| Fifth | $108,432.90 | $86,746.32 | $21,686.58 |
| Sixth | $136,535.40 | $109,228.32 | $27,307.08 |
| Seventh | $115,700.40 | $92,560.32 | $23,140.08 |
| Eighth | $116,666.10 | $93,332.88 | $23,333.22 |
| Ninth | $98,794.35 | $79,035.48 | $19,758.87 |
| Tenth | $134,453.70 | $107,562.96 | $26,890.74 |
| Eleventh | $152,366.40 | $121,893.12 | $30,473.28 |
| Twelfth | $182,921.40 | $146,337.12 | $36,584.28 |
| Thirteenth | $223,920.90 | $179,136.72 | $44,784.18 |
| Fourteenth | $214,990.65 | $171,992.52 | $42,998.13 |
| Fifteenth | 119,087.55 | $95,270.04 | $23,817.51 |
| Sixteenth | $91,916.55 | $73,533.24 | $18,383.31 |
| Seventeen | $97,054.20 | $77,643.36 | $19,410.84 |
| Eighteenth | $79,594.65 | $63,675.72 | $15,918.93 |
| Nineteenth | $33,855.75 | $27,084.60 | $6,771.15 |
| Twentieth | $20,719.80 | $16,575.84 | $4,143.96 |
| Twenty-First | $5,999.40 | $4,799.52 | $1,199.88 |
| Twenty-Second | $22,675.05 | $18,140.04 | $4,535.01 |
| TOTAL | $2,308,306.65 | $1,846,645.32 | $461,661.33 |

## V.   THE FEES AND COSTS ARE REASONABLE
## AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of the Receiver and his professionals, including Allen Matkins.  Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted).  In practical terms, receiver and professional compensation thus ultimately rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970).  Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F.Supp. 465, 480 (S.D. Tex. 1974).

Allen Matkins has submitted twenty-two detailed interim fee applications, as well as this application, which describe the nature of the services rendered, and the identity and billing rate of each individual performing each task.  Throughout the receivership, Allen Matkins has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented.  All of Allen

Matkins' requests for fees have been based on the firm's customary billing rates charged for comparable services provided in other matters, less a 10% discount.  In addition, over the course of the receivership, Allen Matkins has written off $41,931.00 in fees in recognition of the need to conserve receivership assts.

The work performed by Allen Matkins was essential to carrying out the Receiver's Court-ordered duties.  The Receiver and Allen Matkins have worked diligently since the Receiver's appointment to (a) investigate, secure, and protect the assets of the receivership estate, (b) preserve and maintain the limited revenue stream from the ATM business, (c) investigate transfers to third parties and potential claims related thereto, (d) pursue claims to recover fraudulent transfers and other improper transfers to third parties, (e) inform the Court and the parties of the Receiver activities, (f) make recommendations for the efficient and effective administration of the receivership, and (g) efficiently disseminate information to investors and respond to frequently asked questions.

## VI.   CONCLUSION

Allen Matkins therefore respectfully requests this Court enter an Order:

1.    Approving Allen Matkins' fees and costs for the receivership in the amount of $2,636,645.63, including:

a.    Approval and authority to pay fees of $22,136.40 for the Final Application Period;

b.    Approval, on a final basis of the $2,107,847.90 ($1,846,645.32 of fees and $261,202.58 of expenses) paid to Allen Matkins pursuant to its 22 interim fee applications;

c.    Approval and authority to pay fees held back from Allen Matkins' 22 interim fee applications in the amount of $461,661.33.

d.    Approval and authority to pay projected fees and costs from the reserve in an amount up to $45,000 to complete the legal tasks remaining to conclude the receivership; and

1      2.    For such other and further relief as the Court deems appropriate.

2

3  Dated:  December 17, 2020        ALLEN MATKINS LECK GAMBLE
                                MALLORY & NATSIS LLP

4

                         By:     */s/ Edward G. Fates*

5                                EDWARD G. FATES
                              Attorneys for Receiver

6                                AARON J. KUDLA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

}

11/13/20 13:01:37 PROFORMA STATEMENT FOR MATTER 374464.00002 (William J. Hoffman, Receiver for NASI) (General Receivership)

*Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)

Matter #: 374464.00002

Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20

Matter Name:  General Receivership

Proforma Number: 1062210

Client/Matter Joint Group # 374464-1

**Fees for Matter 374464.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/20 | 8055524 | Review order reassigning case and advise Receiver re: same | Fates, Edward (Ted) | 0.20 | 118.80 | 118.80 | WO | HD | TR | ____ |
| 04/06/20 | 8056257 | Advise Receiver re: second order transferring case | Fates, Edward (Ted) | 0.30 | 178.20 | 297.00 | WO | HD | TR | ____ |
| 04/17/20 | 8068494 | Discuss issues re: disbursement of net sale proceeds from J. Gillis property through criminal restitution process with Receiver | Fates, Edward (Ted) | 0.30 | 178.20 | 475.20 | WO | HD | TR | ____ |
| 04/20/20 | 8068877 | Analyze and advise Receiver re: status report filed by SEC | Fates, Edward (Ted) | 0.20 | 118.80 | 594.00 | WO | HD | TR | ____ |
| 06/17/20 | 8123541 | Discuss steps for wrapping up receivership and AUSA request for investor claim information with Receiver | Fates, Edward (Ted) | 0.60 | 356.40 | 950.40 | WO | HD | TR | ____ |
| 06/18/20 | 8124415 | Calls with Receiver and AUSA re: request for investor information for criminal restitution process | Fates, Edward (Ted) | 0.70 | 415.80 | 1,366.20 | WO | HD | TR | ____ |
| 07/15/20 | 8147187 | Discuss timing and steps remaining to conclude receivership with Receiver | Fates, Edward (Ted) | 0.20 | 122.40 | 1,488.60 | WO | HD | TR | ____ |

Exhibit A, Page 15

11/13/20 13:01:37 PROFORMA STATEMENT FOR MATTER 374464.00002 (William J. Hoffman, Receiver for NASI) (General Receivership)

---

**Fees for Matter 374464.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle | Action | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/20 | 8188577 | Discuss USAO restitution order/claims reconciliation issues with Receiver | Fates, Edward (Ted) | 0.20 | 122.40 | 1,611.00 | WO | HD | TR | ____ |
| 09/14/20 | 8204082 | Advise Receiver on requests from USAO relating to criminal restitution issues | Fates, Edward (Ted) | 0.40 | 244.80 | 1,855.80 | WO | HD | TR | ____ |
| 10/02/20 | 8224856 | Communications with Receiver re: wind down steps and process | Fates, Edward (Ted) | 0.30 | 183.60 | 2,039.40 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 2.30 | 594.00 | 1,366.20 |
| 001665 | Fates, Edward (Ted) | 1.10 | 612.00 | 673.20 |
| | | 3.40 | | $2,039.40 |
| Subtotal Fees | | | | $2,039.40 |
| Discount | | | | 0.00 |
| Total Fees | | | | 2,039.40 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

( } BILL ALL            ( } Hold
( } BILL FEES ONLY      ( } Write Off
( } BILL COST ONLY      ( } Transfer All _____

**Billing Instructions**

expires 6/30/2021:  10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | Calendar YTD | | LTD |
|---|---|---|---|---|

11/13/20 13:01:37 PROFORMA STATEMENT FOR MATTER 374464.00002 (William J. Hoffman, Receiver for NASI) (General Receivership)

| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| Worked | 6,052.86 | 673.20 | 5,379.66 | 20,229.14 | 8,631.45 | 11,597.69 | 2,039.40 | 2,039.40 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.71 | 3.87 | 15.84 |
| Billed | 18,189.74 | 6,592.05 | 11,597.69 | 21,243.14 | 8,077.05 | 13,166.09 | 69,052.32 | 69,052.32 | 215,349.82 |
| Collected | 18,189.74 | 6,592.05 | 11,597.69 | 21,243.14 | 8,077.05 | 13,166.09 | 284,402.14 | 69,052.32 | 215,349.82 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | **2,109.72** | **2,039.40** | **70.32** |
| **AR Balance** | **0.00** | **0.00** | **0.00** |
| **Unalloc Payment** | **0.00** | | |
| **Client Trust Balance** | **0.00** | | |

---

**Billing Address**

William J. Hoffman, Receiver for NASI
Trigild Inc
9339 Genesse Ave., Suite 130
 San Diego, CA  92121

---

Exhibit A, Page 17

}

11/13/20 13:01:39 PROFORMA STATEMENT FOR MATTER 374464.00004 (William J. Hoffman, Receiver for NASI) (Reporting)

*Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)

Matter #: 374464.00004

Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20
Proforma Number: 1062210

Matter Name:  Reporting

Client/Matter Joint Group # 374464-1

**Fees for Matter 374464.00004.(Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/20 | 8086859 | Work on Receiver's 23rd interim report (1.4) discuss same with A. Kudla (.4) meet and confer communications with SEC counsel re: same (.1) finalize report for filing (.2) | Fates, Edward (Ted) | 2.10 | 1,247.40 | 1,247.40 | WO | HD | TR | ____ |
| 08/27/20 | 8187789 | Work on Receiver's 24th interim report (1.6) discuss same with Receiver (.6) | Fates, Edward (Ted) | 2.20 | 1,346.40 | 2,593.80 | WO | HD | TR | ____ |
| 08/28/20 | 8188161 | Work on motion to conclude receivership/final report and accounting | Fates, Edward (Ted) | 0.30 | 183.60 | 2,777.40 | WO | HD | TR | ____ |
| 08/31/20 | 8190791 | Communications with Receiver re: revised 24th interim report (.1) meet and confer communications re: same with SEC counsel (.1) | Fates, Edward (Ted) | 0.20 | 122.40 | 2,899.80 | WO | HD | TR | ____ |
| 09/01/20 | 8195298 | Work on Receiver's final report and motion to conclude receivership | Fates, Edward (Ted) | 1.90 | 1,162.80 | 4,062.60 | WO | HD | TR | ____ |
| 09/02/20 | 8196272 | Work on Receiver's motion to conclude the receivership, including final report (1.6) discuss same with Receiver (.2) | Fates, Edward (Ted) | 1.80 | 1,101.60 | 5,164.20 | WO | HD | TR | ____ |

11/13/20 13:01:39 PROFORMA STATEMENT FOR MATTER 374464.00004 (William J. Hoffman, Receiver for NASI) (Reporting)

**Fees for Matter 374464.00004.(Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/20 | 8198967 | Meet and confer communications with SEC counsel re: Receiver's 24th interim report | Fates, Edward (Ted) | 0.10 | 61.20 | 5,225.40 | WO | HD | TR | ____ |
| 09/09/20 | 8200338 | Communications with Receiver re: final report/motion to conclude and final fee applications | Fates, Edward (Ted) | 0.30 | 183.60 | 5,409.00 | WO | HD | TR | ____ |
| 09/10/20 | 8201602 | Review order re: joint status report and advise Receiver re: same | Fates, Edward (Ted) | 0.30 | 183.60 | 5,592.60 | WO | HD | TR | ____ |
| 09/14/20 | 8203824 | Communications with SEC counsel and Receiver re: Receiver's interim report and order requiring joint status report | Fates, Edward (Ted) | 0.30 | 183.60 | 5,776.20 | WO | HD | TR | ____ |
| 09/15/20 | 8204950 | Communications with Receiver and SEC counsel re: 24th interim report and questions relating to matters relating to closing of receivership (.4) finalize report (.2) | Fates, Edward (Ted) | 0.60 | 367.20 | 6,143.40 | WO | HD | TR | ____ |
| 09/16/20 | 8206084 | Analyze issues re: overall case status and order re: joint status report (.2) meet and confer with SEC counsel re: same (.1) | Fates, Edward (Ted) | 0.30 | 183.60 | 6,327.00 | WO | HD | TR | ____ |
| 09/17/20 | 8207451 | Communications with Receiver and SEC counsel re: draft joint status report per Court's minute order (.4) prepare draft joint status report (.7) | Fates, Edward (Ted) | 1.10 | 673.20 | 7,000.20 | WO | HD | TR | ____ |
| 09/18/20 | 8208168 | Communications with SEC counsel re: draft Joint Status Report (.2) finalize same (.1) | Fates, Edward (Ted) | 0.30 | 183.60 | 7,183.80 | WO | HD | TR | ____ |
| 09/28/20 | 8215833 | Communications with Receiver re: final report and motion to conclude receivership | Fates, Edward (Ted) | 0.30 | 183.60 | 7,367.40 | WO | HD | TR | ____ |

11/13/20 13:01:39 PROFORMA STATEMENT FOR MATTER 374464.00004 (William J. Hoffman, Receiver for NASI) (Reporting)

---

**Fees for Matter 374464.00004.(Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/20 | 8225251 | Work on Receiver's final report and motion to conclude receivership (.6) discuss same with Receiver (.3) | Fates, Edward (Ted) | 0.90 | 550.80 | 7,918.20 | WO | HD | TR | ____ |
| 10/12/20 | 8233333 | Calls/emails with Receiver to discuss motion to conclude receivership/final report and advise on steps for final distributions and closing receivership | Fates, Edward (Ted) | 1.60 | 979.20 | 8,897.40 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 2.10 | 594.00 | 1,247.40 |
| 001665 | Fates, Edward (Ted) | 12.50 | 612.00 | 7,650.00 |
| | | 14.60 | | $8,897.40 |

| | |
|---|---|
| Subtotal Fees | $8,897.40 |
| Discount | 0.00 |
| Total Fees | 8,897.40 |
| Total Disbursements | 0.00 |

**Attorney Billing Instructions**

|  |  |  |  |
|---|---|---|---|
| ( ) | BILL ALL | ( ) | Hold |
| ( ) | BILL FEES ONLY | ( ) | Write Off |
| ( ) | BILL COST ONLY | ( ) | Transfer All _____ |

**Billing Instructions**

expires 6/30/2021:  10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |

Exhibit A, Page 20

11/13/20 13:01:39 PROFORMA STATEMENT FOR MATTER 374464.00004 (William J. Hoffman, Receiver for NASI) (Reporting)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Worked | 8,874.00 | 8,874.00 | 0.00 | 12,891.15 | 12,891.15 | 0.00 | 8,897.40 | 8,897.40 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 2,769.75 | 2,769.75 | 0.00 | 6,571.35 | 6,571.35 | 0.00 | 47,095.65 | 47,095.65 | 45,852.76 |
| Collected | 2,769.75 | 2,769.75 | 0.00 | 6,571.35 | 6,571.35 | 0.00 | 92,948.41 | 47,095.65 | 45,852.76 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | *Total* | *Fees* | *Costs* |
|---|---|---|---|
| *WIP Balance* | *10,121.40* | *10,121.40* | *0.00* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

---

**Billing Address**

William J. Hoffman, Receiver for NASI
Trigild Inc
9339 Genesse Ave., Suite 130
San Diego, CA  92121

---

Exhibit A, Page 21

}

11/13/20 13:01:40 PROFORMA STATEMENT FOR MATTER 374464.00005 (William J. Hoffman, Receiver for NASI) (Operations & Asset Sales)

### *Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)                    Matter #: 374464.00005                    Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20                                                                          Matter Name:  Operations & Asset Sales
Proforma Number: 1062210

Client/Matter Joint Group # 374464-1

---

**Fees for Matter 374464.00005.(Operations & Asset Sales)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/20 | 8092838 | Call with Receiver to discuss sale process for outstanding judgments and remaining due diligence to be gathered regarding same (.7) work on sale motion (1.8) | Fates, Edward (Ted) | 2.50 | 1,485.00 | 1,485.00 | WO | HD | TR | ____ |
| 05/27/20 | 8105096 | Analyze issues re: approach to potential judgment sales, advise Receiver re: same | Fates, Edward (Ted) | 1.10 | 653.40 | 2,138.40 | WO | HD | TR | ____ |
| 06/01/20 | 8110947 | Work on confidentiality agreement for prospective sale(s) of outstanding judgments (.8) discuss same with Receiver (.3) | Fates, Edward (Ted) | 1.10 | 653.40 | 2,791.80 | WO | HD | TR | ____ |
| 06/17/20 | 8123540 | Discuss strategy and approach to sale of remaining judgments and motion re: same with Receiver | Fates, Edward (Ted) | 0.40 | 237.60 | 3,029.40 | WO | HD | TR | ____ |
| 06/18/20 | 8124385 | Revisions to motion for authority to sell remaining clawback judgments (.3) meet and confer communications with SEC counsel re: same (.1) | Fates, Edward (Ted) | 0.40 | 237.60 | 3,267.00 | WO | HD | TR | ____ |

Exhibit A, Page 22

11/13/20 13:01:40 PROFORMA STATEMENT FOR MATTER 374464.00005 (William J. Hoffman, Receiver for NASI) (Operations & Asset Sales)

---

**Fees for Matter 374464.00005.(Operations & Asset Sales)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action |
|---|---|---|---|---|---|---|---|
| 07/02/20 | 8139047 | Meet and confer communications with SEC counsel re: motion for authority to sell outstanding clawback judgments | Fates, Edward (Ted) | 0.10 | 61.20 | 3,328.20 | WO  HD  TR  ____ |
| 07/10/20 | 8144232 | Meet and confer with SEC counsel re: motion for authority to sell remaining clawback judgments | Fates, Edward (Ted) | 0.10 | 61.20 | 3,389.40 | WO  HD  TR  ____ |
| 07/13/20 | 8145520 | Work on Receiver declaration and proposed order for motion to sell remaining clawback judgments | Fates, Edward (Ted) | 0.80 | 489.60 | 3,879.00 | WO  HD  TR  ____ |
| 08/04/20 | 8167864 | Review order authorizing sale of outstanding clawback judgments and advise Receiver re: same | Fates, Edward (Ted) | 0.20 | 122.40 | 4,001.40 | WO  HD  TR  ____ |
| 10/05/20 | 8225472 | Advise regarding Receiver on sale of remaining clawback judgments | Fates, Edward (Ted) | 0.30 | 183.60 | 4,185.00 | WO  HD  TR  ____ |
| 10/13/20 | 8232665 | Discuss issues re: sale of remaining clawback judgments with Receiver | Fates, Edward (Ted) | 0.20 | 122.40 | 4,307.40 | WO  HD  TR  ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 5.50 | 594.00 | 3,267.00 |
| 001665 | Fates, Edward (Ted) | 1.70 | 612.00 | 1,040.40 |
| | | 7.20 | | $4,307.40 |

Subtotal Fees $4,307.40
Discount 0.00
Total Fees 4,307.40
Total Disbursements 0.00

**Attorney Billing Instructions**

11/13/20 13:01:40 PROFORMA STATEMENT FOR MATTER 374464.00005 (William J. Hoffman, Receiver for NASI) (Operations & Asset Sales)

( } BILL ALL      ( } Hold
( } BILL FEES ONLY      ( } Write Off
( } BILL COST ONLY      ( } Transfer All _____

**Billing Instructions**

| expires 6/30/2021: 10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING |
|---|

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 1,958.40 | 1,958.40 | 0.00 | 5,463.00 | 5,463.00 | 0.00 | 4,307.40 | 4,307.40 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 237.60 | 237.60 | 0.00 | 1,069.20 | 1,069.20 | 0.00 | 13,574.70 | 13,574.70 | 0.00 |
| Collected | 237.60 | 237.60 | 0.00 | 1,069.20 | 1,069.20 | 0.00 | 13,574.70 | 13,574.70 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | **5,225.40** | **5,225.40** | **0.00** |
| **AR Balance** | **0.00** | **0.00** | **0.00** |
| **Unalloc Payment** | **0.00** | | |
| **Client Trust Balance** | **0.00** | | |

**Billing Address**

William J. Hoffman, Receiver for NASI
Trigild Inc
9339 Genesse Ave., Suite 130
San Diego, CA 92121

Exhibit A, Page 24

}

11/13/20 13:01:41 PROFORMA STATEMENT FOR MATTER 374464.00006 (William J. Hoffman, Receiver for NASI) (Claims & Distributions)

*Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)

Matter #: 374464.00006

Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20

Matter Name:  Claims & Distributions

Proforma Number: 1062210

Client/Matter Joint Group # 374464-1

**Fees for Matter 374464.00006.(Claims & Distributions)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/20 | 8084053 | Respond to investor inquiries regarding claims and final distributions | Fates, Edward (Ted) | 0.30 | 178.20 | 178.20 | WO | HD | TR | ____ |
| 07/31/20 | 8161751 | Discuss plan/strategy for final distribution process and motion to conclude receivership with Receiver | Fates, Edward (Ted) | 0.70 | 428.40 | 606.60 | WO | HD | TR | ____ |
| 08/20/20 | 8181168 | Respond to investor inquiries re: claims and distributions | Fates, Edward (Ted) | 0.30 | 183.60 | 790.20 | WO | HD | TR | ____ |
| 09/22/20 | 8211297 | Respond to direct inquiries from investor re: distributions | Fates, Edward (Ted) | 0.20 | 122.40 | 912.60 | WO | HD | TR | ____ |
| 10/13/20 | 8232668 | Respond to investor inquiries re: final distributions | Fates, Edward (Ted) | 0.30 | 183.60 | 1,096.20 | WO | HD | TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 0.30 | 594.00 | 178.20 |
| 001665 | Fates, Edward (Ted) | 1.50 | 612.00 | 918.00 |

Exhibit A, Page 25

11/13/20 13:01:41 PROFORMA STATEMENT FOR MATTER 374464.00006 (William J. Hoffman, Receiver for NASI) (Claims & Distributions)

**Proforma Summary**

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|--------|-----------|-------|------|---------|
| | | 1.80 | | $1,096.20 |
| Subtotal Fees | | | | $1,096.20 |
| Discount | | | | 0.00 |
| Total Fees | | | | 1,096.20 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| ( } | BILL ALL | ( } | Hold |
|-----|----------|-----|------|
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2021:  10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 918.00 | 918.00 | 0.00 | 4,957.20 | 4,957.20 | 0.00 | 1,096.20 | 1,096.20 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 3,861.00 | 3,861.00 | 0.00 | 7,543.80 | 7,543.80 | 0.00 | 112,988.70 | 112,988.70 | 0.00 |
| Collected | 3,861.00 | 3,861.00 | 0.00 | 7,543.80 | 7,543.80 | 0.00 | 112,988.70 | 112,988.70 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | 1,096.20 | 1,096.20 | 0.00 |
| **AR Balance** | 0.00 | 0.00 | 0.00 |
| **Unalloc Payment** | 0.00 | | |
| **Client Trust Balance** | 0.00 | | |

**Billing Address**

Exhibit A, Page 26

11/13/20 13:01:41 PROFORMA STATEMENT FOR MATTER 374464.00006 (William J. Hoffman, Receiver for NASI) (Claims & Distributions)

William J. Hoffman, Receiver for NASI
Trigild Inc
9339 Genesse Ave., Suite 130
 San Diego, CA  92121

}

11/13/20 13:01:42 PROFORMA STATEMENT FOR MATTER 374464.00007 (William J. Hoffman, Receiver for NASI) (Third Party Recoveries)

*Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)   Matter #: 374464.00007   Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20   Matter Name:  Third Party Recoveries
Proforma Number: 1062210

Client/Matter Joint Group # 374464-1

**Fees for Matter 374464.00007.(Third Party Recoveries)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle | Action | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/20 | 8056582 | Revisions to Receiver declaration re: residual class settlement funds and distribution of same through receivership (.6) discuss same with Receiver (.2) | Fates, Edward (Ted) | 0.80 | 475.20 | 475.20 | WO | HD | TR | ____ |
| 04/07/20 | 8057457 | Advise Receiver re: motion to transfer residual class settlement funds to receivership, revisions to draft motion | Fates, Edward (Ted) | 1.10 | 653.40 | 1,128.60 | WO | HD | TR | ____ |
| 04/17/20 | 8066969 | Discuss motion to approve multiple clawback settlements and enforcement steps regarding outstanding judgments with Receiver | Fates, Edward (Ted) | 0.50 | 297.00 | 1,425.60 | WO | HD | TR | ____ |
| 04/21/20 | 8069605 | Communications with Receiver re: motion to transfer residual class settlement funds to receivership for distribution | Fates, Edward (Ted) | 0.20 | 118.80 | 1,544.40 | WO | HD | TR | ____ |
| 04/21/20 | 8069959 | Discuss motion to approve two remaining clawback settlements with Receiver (.3) initial work on motion (.2) | Fates, Edward (Ted) | 0.50 | 297.00 | 1,841.40 | WO | HD | TR | ____ |

Exhibit A, Page 28

11/13/20 13:01:42 PROFORMA STATEMENT FOR MATTER 374464.00007 (William J. Hoffman, Receiver for NASI) (Third Party Recoveries)

---

**Fees for Matter 374464.00007.(Third Party Recoveries)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/20 | 8071098 | Prepare motion for approval of remaining clawback settlements (2.1) discuss same with Receiver (.2) | Fates, Edward (Ted) | 2.30 | 1,366.20 | 3,207.60 | WO | HD | TR | ____ |
| 04/23/20 | 8072715 | Discuss revisions to motion for approval of clawback settlements with Receiver (.2) work on revisions (.3) meet and confer communications with SEC counsel re: motion (.1) work on Receiver declaration in support of motion (.5) discuss same with Receiver (.2) | Fates, Edward (Ted) | 1.30 | 772.20 | 3,979.80 | WO | HD | TR | ____ |
| 04/24/20 | 8073928 | Revisions to letters re: enforcement of outstanding judgments and potential settlements (.4) discuss same with Receiver (.2) finalize motion for approval of two clawback settlements (.3) | Fates, Edward (Ted) | 0.90 | 534.60 | 4,514.40 | WO | HD | TR | ____ |
| 05/27/20 | 8104290 | Review order approving settlements and advise Receiver re: same | Fates, Edward (Ted) | 0.20 | 118.80 | 4,633.20 | WO | HD | TR | ____ |
| 08/14/20 | 8176664 | Communications with Receiver re: order approving transfer of residual class settlement funds to receivership estate | Fates, Edward (Ted) | 0.20 | 122.40 | 4,755.60 | WO | HD | TR | ____ |
| 10/05/20 | 8225473 | Advise Receiver on settlements of remaining clawback claims | Fates, Edward (Ted) | 0.40 | 244.80 | 5,000.40 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 7.80 | 594.00 | 4,633.20 |
| 001665 | Fates, Edward (Ted) | 0.60 | 612.00 | 367.20 |
| | | 8.40 | | $5,000.40 |
| Subtotal Fees | | | | $5,000.40 |

Exhibit A, Page 29

11/13/20 13:01:42 PROFORMA STATEMENT FOR MATTER 374464.00007 (William J. Hoffman, Receiver for NASI) (Third Party Recoveries)

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| Discount | | | | 0.00 |
| Total Fees | | | | 5,000.40 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| | | | |
|---|---|---|---|
| ( } | BILL ALL | ( } | Hold |
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2021:  10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 367.20 | 367.20 | 0.00 | 8,228.70 | 8,228.70 | 0.00 | 5,000.40 | 5,000.40 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 4.86 | 4.86 | 0.00 | 21.87 | 21.87 | 0.00 |
| Billed | 3,223.44 | 3,223.44 | 0.00 | 6,240.96 | 6,240.96 | 0.00 | 156,197.88 | 156,197.88 | 0.00 |
| Collected | 3,223.44 | 3,223.44 | 0.00 | 6,240.96 | 6,240.96 | 0.00 | 156,197.88 | 156,197.88 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | **5,000.40** | **5,000.40** | **0.00** |
| **AR Balance** | **0.00** | **0.00** | **0.00** |
| **Unalloc Payment** | **0.00** | | |
| **Client Trust Balance** | **0.00** | | |

**Billing Address**

William J. Hoffman, Receiver for NASI
Trigild Inc

Exhibit A, Page 30

11/13/20 13:01:42 PROFORMA STATEMENT FOR MATTER 374464.00007 (William J. Hoffman, Receiver for NASI) (Third Party Recoveries)

9339 Genesse Ave., Suite 130
San Diego, CA  92121

Exhibit A, Page 31

}

11/13/20 13:01:43 PROFORMA STATEMENT FOR MATTER 374464.00009 (William J. Hoffman, Receiver for NASI) (Employment/Fees)

### *Preliminary Billing Form*

Billing Atty: 001665 - Fates, Edward (Ted)                Matter #: 374464.00009                Client Name: William J. Hoffman, Receiver for NASI

Date of Last Billing: 09/22/20                Matter Name:  Employment/Fees
Proforma Number: 1062210

Client/Matter Joint Group # 374464-1

---

### Fees for Matter 374464.00009.(Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/20 | 8160928 | Revisions to Receiver's 22nd interim fee application (.6) discuss same with Receiver (.1) | Fates, Edward (Ted) | 0.70 | 428.40 | 428.40 | WO | HD | TR | ____ |
| 07/31/20 | 8161941 | Meet and confer communications with SEC counsel re: 21st interim fee applications | Fates, Edward (Ted) | 0.10 | 61.20 | 489.60 | WO | HD | TR | ____ |
| 08/17/20 | 8177720 | Finalize Receiver 22nd fee application, notice of hearing, and proposed order | Fates, Edward (Ted) | 0.20 | 122.40 | 612.00 | WO | HD | TR | ____ |
| 10/06/20 | 8226253 | Advise on preparation of Duffy final fee application | Fates, Edward (Ted) | 0.30 | 183.60 | 795.60 | WO | HD | TR | ____ |

---

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Fates, Edward (Ted) | 1.30 | 612.00 | 795.60 |
| | | 1.30 | | $795.60 |
| Subtotal Fees | | | | $795.60 |
| Discount | | | | 0.00 |
| Total Fees | | | | 795.60 |

Exhibit A, Page 32

11/13/20 13:01:43 PROFORMA STATEMENT FOR MATTER 374464.00009 (William J. Hoffman, Receiver for NASI) (Employment/Fees)

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| ( } | BILL ALL | ( } | Hold |
|---|---|---|---|
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All |

**Billing Instructions**

expires 6/30/2021:  10% OFF STD RATES (AUTOMATIC); NO TEXT EDITING

**Account Summary – As Of 11/13/20**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 795.60 | 795.60 | 0.00 | 1,508.40 | 1,508.40 | 0.00 | 795.60 | 795.60 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 712.80 | 712.80 | 0.00 | 2,019.60 | 2,019.60 | 0.00 | 20,043.90 | 20,043.90 | 0.00 |
| Collected | 712.80 | 712.80 | 0.00 | 2,019.60 | 2,019.60 | 0.00 | 20,043.90 | 20,043.90 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | 795.60 | 795.60 | 0.00 |
| **AR Balance** | 0.00 | 0.00 | 0.00 |
| **Unalloc Payment** | 0.00 | | |
| **Client Trust Balance** | 0.00 | | |

---

**Billing Address**

William J. Hoffman, Receiver for NASI
Trigild Inc
9339 Genesse Ave., Suite 130
 San Diego, CA  92121

---

Exhibit A, Page 33