MARK KRUSPODIN, CPA
DUFFY KRUSPODIN, LLP
Certified Public Accountants
21600 Oxnard Street, Suite 2000
Woodland Hills, Ca. 91367-4969
Phone: (818) 385-0585
Fax: (818) 436-7588
E-Mail: mkruspodin@dkllpcpa.com

Tax Accountants for Receiver
AARON J. KUDLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC,<br><br>Relief Defendants. | Case No. CV-14-07249-CJC-FFM<br><br>**FINAL APPLICATION OF DUFFY KRUSPODIN LLP, CERTIFIED PUBLIC ACCOUNTANT TO THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:     January 25, 2021<br>Time:    1:30 p.m.<br>Ctrm:    9B<br>Judge:   Hon. Cormac J. Carney |

LAW OFFICES
**Duffy Kruspodin Leck Gamble Mallory & Natsis LLP**

904637.01/SD

Duffy Kruspodin, LLP ("Duffy Kruspodin"), tax accountants to Aaron J. Kudla ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (collectively, "Receivership Entities"), hereby submits this final application for approval and payment of fees and reimbursement of expenses ("Application"). This Application is filed concurrently with the Receiver's Motion to Conclude the Receivership ("Motion to Conclude"), as well as the Receiver's final fee application.

Duffy Kruspodin seeks approval of the total fees and costs incurred by the firm for the receivership in the amount of $121,450.78, which includes the following:

- Approval and payment of fees and costs incurred during the Twelve-and ½ month period from September 17, 2019 through September 30, 2020 ("Final Application Period") of $13,982.40.
- Final approval of its five interim fee applications[1] and of the $65,974.71 previously paid in connection with those applications;
- Approval and payment of fees held back from Duffy Kruspodin' five interim fee applications in the total amount of $16,493.67 ("Holdback Amount"); and
- Approval of estimated fees and costs of up to $25,000.00 for remaining tax and accounting work to conclude the receivership, including work during September 2020 on the Receiver's Motion to Conclude and work to assist the Receiver with tasks remaining to close the receivership.

---

[1] Duffy Kruspodin' five interim fee applications, along with bills reflecting the work performed during each period can be found at Dkt. Nos. 103, 192, 231, 302, 375 and are incorporated herein by this reference.

# I. INTRODUCTION

This equity receivership involves a large and complex Ponzi scheme that is the subject of the Complaint filed by the Securities and Exchange Commission ("Commission"). The former receiver, William Hoffman of Trigild, Inc., was appointed on a temporary basis on September 30, 2014, and on a permanent basis on October 29, 2014. Due to Mr. Hoffman's retirement, he was fully discharged as receiver on February 24, 2020, and Mr. Kudla (also of Trigild, Inc.) was appointed successor receiver. Dkt. 383.

The appointment orders confer broad duties, responsibilities, and powers on the Receiver which are designed to allow him to secure, preserve, and protect the assets of the Receivership Entities, investigate and recover sums transferred to third parties, conduct a forensic accounting and analysis of the Receivership Entities' financial transactions, review and analyze investor claims, and maximize the amount ultimately available for distribution to investors. The appointment orders also authorize the Receiver to engage professionals to assist him in the performance of his duties. The Receiver promptly determined that an experienced, qualified tax accountant was critical due to the size and complexity of the receivership estate. Accordingly, the Receiver engaged Duffy Kruspodin to assist with urgent accounting and tax issues facing the receivership estate and the firm began work in January 2015, including assisting with the preparation of income tax returns.

# II. FINAL APPLICATION PERIOD

The fees incurred by Duffy Kruspodin during the Final Application Period (a Twelve- and 1/2-month period) total $13,982.40 in fees for a total of 54.40 hours worked.

The hours and fees for each of the Receivership Entities are as follows:

| COMPANY NAME/DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| **QUALIFIED SETTLEMENT FUND** | | |
| Gathering of required information and preparation of 2019 income tax returns | | |

|  | | |
|---|---:|---:|
|  | 23.80 | $7,149.50 |
| **NATIONWIDE AUTOMATED SYSTEMS, INC.** | | |
| Gathering of required information and preparation of 2019 income tax return | 15.30 | $4,008.50 |
| **OASIS STUDIO RENTALS, LLC** | | |
| Gathering of required information and preparation of 2019 income tax return | 8.70 | $2,428.50 |
| **OASIS STUDIO RENTALS 2, LLC** | | |
| Gathering of required information and preparation of 2019 income tax return | 3.40 | $983.50 |
| **OASIS STUDIO RENTALS 3, LLC** | | |
| Gathering of required information and preparation of 2019 income tax return | 3.20 | $966.00 |
| Total Fees | 54.40 | $15,536.00 |
| Less: 10% discount |  | -$1,553.60 |
| Discounted fees |  | $13,982.40 |

### III.   SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

#### A.   Categories and Descriptions of Work

1. Gathering of information, adjusting journal entries, generating financial reports, and preparation of income tax returns, and technical tax research.

Duffy Kruspodin has been working with the Receiver's office to assist with reconstruction of accounting records to produce a set of financial reports, make appropriate journal entries to close out the books for the year end, prepare income tax returns, and research various technical tax issues for the above five entities.

|  | **HOURS** | **FEES** | **AVERAGE RATE** |
|---|---:|---:|---:|
| TOTAL | 54.40 | $13,982.40 | $257 |

## IV. APPROVAL OF PRIOR INTERIM FEE APPLICATIONS AND PAYMENT OF HOLDBACKS

Duffy Kruspodin respectfully requests that the Court grant final approval of the its five interim fee applications and that the Receiver be authorized to pay the amounts held back from those five interim fee applications as follows:

| FEE APPLICATION | FEES INCURRED | INTERIM 80% PAYMENT | 20% HOLDBACK |
|---|---|---|---|
| First | $12,735.00 | $10,188.00 | $2,547.00 |
| Second | $26,464.95 | $21,171.96 | $5,292.99 |
| Third | $13,011.47 | $10,409.18 | $2,602.29 |
| Fourth | $16,412.13 | $13,129.70 | $3,282.43 |
| Fifth | $13,844.83 | $11,075.87 | $2,768.96 |
| TOTAL | $82,468.38 | $65,974.71 | $16,493.67 |

## V. THE FEES AND COSTS ARE REASONABLE AND SHOULD BE ALLOWED

"As a general rule, the expenses and fees of a receivership are a charge upon the property administered." *Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994). These expenses include the fees and expenses of this Receiver and his professionals, including Duffy Kruspodin. Decisions regarding the timing and amount of an award of fees and costs to the Receiver and his Professionals are committed to the sound discretion of the Court. *See SEC v. Elliot*, 953 F.2d 1560, 1577 (11th Cir. 1992).

In allowing fees, a court should consider "the time, labor and skill required, but not necessarily that actually expended, in the proper performance of the duties imposed by the court upon the receiver[], the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained." *United States v. Code Prods. Corp.*, 362 F. 2d 669, 673 (3d Cir. 1966) (internal quotation marks omitted). In practical terms, receiver and professional compensation thus ultimately

rests upon the result of an equitable, multi-factor balancing test involving the "economy of administration, the burden that the estate may be able to bear, the amount of time required, although not necessarily expended, and the overall value of the services to the estate." *In re Imperial 400 Nat'l, Inc.*, 432 F.2d 232, 237 (3d Cir. 1970). Regardless of how this balancing test is formulated, no single factor is determinative and "a reasonable fee is based [upon] all circumstances surrounding the receivership." *SEC v. W.L. Moody & Co., Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974).

As a preliminary matter, the TRO and Preliminary Injunction Order confer on the Receiver substantial duties and powers, including to conduct such investigation and discovery as is necessary to locate and account for all receivership assets, take such action as is necessary and appropriate to assume control over and preserve receivership assets, and employ attorneys and others to investigate and, where appropriate, institute, pursue, and prosecute all claims and causes of action of whatever kind and nature. *See* Dkt. No. 17 (TRO, Part XIII); Dkt. No. 42 (Preliminary Injunction Order, Part XII). The Receiver promptly determined that an experienced, qualified tax accountant was necessary due to the size and complexity of the receivership estate.

Duffy Kruspodin has submitted a detailed fee application which describes the nature of the services rendered, and the identity and billing rate of each individual performing each task. Bills reflecting the task, timekeepers, rate, hours, and charge for each task are attached hereto as Exhibit A. Duffy Kruspodin has endeavored to staff matters as efficiently as possible while remaining cognizant of the complexity of issues presented. The request for fees is based on Duffy Kruspodin's customary billing rates charged for comparable services provided in other matters, less a 10% discount.

The work performed by Duffy Kruspodin was essential to carrying out the Receiver's Court-ordered duties. The Receiver and Duffy Kruspodin have worked diligently since January 2015 to prepare timely filed income tax returns.

## VI.   CONCLUSION

Duffy Kruspodin therefore respectfully requests this Court enter an Order:

1. Approving Duffy Kruspodin's fees and costs for the receivership in the amount $121,450.78 including:

   a. Approval and authority to pay fees of $13,982.40 for the Final Application Period;

   b. Approval, on a final basis of the $65,974.71 of fees paid to Duffy Kruspodin pursuant to its five interim fee applications;

   c. Approval and authority to pay fees held back from Duffy Kruspodin five fee applications in the amount of $16,493.67.

   d. Approval and authority to pay projected fees and costs from the reserve in an amount up to $25,000.00 to complete the tax and accounting tasks remaining to conclude the receivership; and

2. For such other and further relief as the Court deems appropriate.

Dated:  December 17, 2020                    DUFFY KRUSPODIN, LLP

                                             By: *Mark Kruspodin*
                                                 Mark Kruspodin, CPA

# EXHIBIT A



**21600 Oxnard Street, Suite 2000**
**Woodland Hills, CA 91367-4969**
**PHONE: (818) 385-0585 FAX: (818) 436-7588**

Qualified Settlement Fund Over Nasi
9339 Genesee Ave Ste 130
#130
San Diego, CA 92121

Date             11/30/2020

Invoice No.      433143
Client No.       QUAL01

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **QUALIFIED SETTLEMENT FUND OVER NASI** | | | | | |
| 09/25/2019 | OTHER CLERICAL<br>Draft court papers and invoices | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 03/13/2020 | EXTENSION OF TIME TO FILE<br>Review Extension Filing Requirements | Cox, CPA, David (DC1) | 0.30 | $415.00 | $124.50 |
| 06/02/2020 | TAX PREP - INTERVIEW/REQUEST INFO<br>Correspondence regarding 2019 tax return | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 06/02/2020 | OTHER CLERICAL<br>Save 2019 tax workpapers | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 07/03/2020 | EXTENSION OF TIME TO FILE<br>Correspondence regarding 2019 extension | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 07/08/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.30 | $415.00 | $124.50 |
| 07/10/2020 | EXTENSION OF TIME TO FILE<br>Prepared manual Form 7004 for 2019 tax return and requested to be mailed. Saved copy of form in tax file. | Sawiris, Jackie | 0.40 | $290.00 | $116.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $7,152.50 | $0.00 | $0.00 | $0.00 | $9,459.68 | $16,612.18 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 9

DUFFY KRUSPODIN, LLP
Qualified Settlement Fund Over Nasi
Invoice No. 433143                                                                                                   Page No. 2

| Date | Description | Professional | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/2020 | ESTATE & TRUST TAX PREP.<br>review data | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 07/13/2020 | C-CORPORATION<br>2019 Fiduciary Tax Return | Justl, CPA, Mike | 1.60 | $185.00 | $296.00 |
| 07/13/2020 | C-CORPORATION<br>2019 Fiduciary Tax Return | Justl, CPA, Mike | 0.10 | $185.00 | $18.50 |
| 07/13/2020 | C-CORPORATION<br>2019 Fiduciary Tax Return | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 07/21/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.30 | $415.00 | $124.50 |
| 07/30/2020 | C-CORPORATION<br>contact technical to move file, attempt made but IT decided that it can not be done | Justl, CPA, Mike | 0.40 | $185.00 | $74.00 |
| 07/31/2020 | C-CORPORATION<br>2019 Corporation Tax Return; also to change to corp software required additional channels to move | Justl, CPA, Mike | 2.00 | $185.00 | $370.00 |
| 08/03/2020 | C-CORPORATION | Justl, CPA, Mike | 0.90 | $185.00 | $166.50 |
| 08/21/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.60 | $415.00 | $249.00 |
| 08/25/2020 | TAX RESEARCH<br>Research Taxation of Distributions | Cox, CPA, David (DC1) | 1.20 | $415.00 | $498.00 |
| 08/28/2020 | TAX RESEARCH<br>Additional Research on Distribution reporting | Cox, CPA, David (DC1) | 0.50 | $415.00 | $207.50 |
| 08/31/2020 | TAX RESEARCH<br>Email to Kudla on Distributions | Cox, CPA, David (DC1) | 0.20 | $415.00 | $83.00 |
| 09/01/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 2.20 | $185.00 | $407.00 |
| 09/01/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 2.20 | $185.00 | $407.00 |
| 09/03/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 1.00 | $415.00 | $415.00 |
| 09/09/2020 | C-CORPORATION | Justl, CPA, Mike | 0.10 | $185.00 | $18.50 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $7,152.50 | $0.00 | $0.00 | $0.00 | $9,459.68 | $16,612.18 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 10

DUFFY KRUSPODIN, LLP  
Qualified Settlement Fund Over Nasi  
Invoice No. 433143                                                                                       Page No.  3

|            |                         |                         |             |          |
|------------|-------------------------|-------------------------|-------------|----------|
|            | 2019 Corporation Tax Return |                     |             |          |
| 09/14/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 0.20 $185.00 | $37.00 |
| 09/23/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 1.90 $415.00 | $788.50 |
| 09/24/2020 | TAX REVIEW<br>Review Tax Return, Enter Prior Year Fed & CA Net Operating Loss Carryover Information, Prepare Custom Transmittal Letter, Clear Diagnostics, Review Reporting of Distributions, Update Balance Sheet, Analyze Electronic Filing Restrictions on QSF Returns, Review Proforma Carryover Information | Cox, CPA, David (DC1) | 4.70 $415.00 | $1,950.50 |
| 09/27/2020 | TAX REVIEW<br>Technical review of 2019 Corporation Tax Return | Kruspodin, CPA, Mark (MK1) | 0.80 $535.00 | $428.00 |
| 09/29/2020 | ASSEMBLY<br>Assembled 2019 income tax return | Quick, Joseph | 0.40 $105.00 | $42.00 |
| 09/30/2020 | POSTAGE<br>The cost of postage for a package | Estevez, Carlos |           | $3.00 |

Subtotal for: QUALIFIED SETTLEMENT FUND OVER NASI   $7,152.50

Invoice Total:   $7,152.50

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|------|-------|-------|--------|----------|---------|
| $7,152.50 | $0.00 | $0.00 | $0.00 | $9,459.68 | $16,612.18 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 11



**Duffy Kruspodin, LLP**
Certified Public Accountants

21600 Oxnard Street, Suite 2000
Woodland Hills, CA 91367-4969
PHONE: (818) 385-0585 FAX: (818) 436-7588

| | |
|---|---|
| Nationwide Automated Systems, Inc.<br>9339 Genesee Ave. Suite 130<br>San Diego, CA 92121 | Date        11/30/2020<br><br>Invoice No.    433159<br>Client No.     NASI01 |

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| NASI NATIONWIDE AUTOMATED SYSTEMS, INC. | | | | | |
| 09/25/2019 | OTHER CLERICAL<br>Draft court papers and invoices | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 03/13/2020 | ESTIMATED TAXES<br>Correspondence regarding 2019 extension and 2020 estimated tax. Prepared 2020 estimated tax voucher and sent to client | Sawiris, Jackie | 0.30 | $290.00 | $87.00 |
| 06/02/2020 | TAX PREP - INTERVIEW/REQUEST INFO<br>Correspondence regarding 2019 tax return | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 06/02/2020 | OTHER CLERICAL<br>Save 2019 tax workpapers | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 06/02/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 1.50 | $185.00 | $277.50 |
| 06/02/2020 | TAX REVIEW<br>Review Tax Documentation | Cox, CPA, David (DC1) | 0.30 | $415.00 | $124.50 |
| 06/03/2020 | C-CORPORATION<br>2019 Corporation Tax Return, email to client | Justl, CPA, Mike | 0.80 | $185.00 | $148.00 |
| 06/03/2020 | TAX REVIEW | Cox, CPA, David (DC1) | 0.20 | $415.00 | $83.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $4,008.50 | $0.00 | $0.00 | $0.00 | $19,855.97 | $23,864.47 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 12

DUFFY KRUSPODIN, LLP  
Nationwide Automated Systems, Inc.  
Invoice No. 433159                                                                                             Page No. 2

| Date | Service | Professional | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Review questions on asset disposition | | | | |
| 06/04/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 2.50 | $185.00 | $462.50 |
| 06/09/2020 | C-CORPORATION<br>enter data in engagment | Justl, CPA, Mike | 0.40 | $185.00 | $74.00 |
| 06/15/2020 | C-CORPORATION<br>2019 Corporation Tax Return | Justl, CPA, Mike | 0.80 | $185.00 | $148.00 |
| 07/03/2020 | EXTENSION OF TIME TO FILE<br>Correspondence regarding 2019 extension | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 07/05/2020 | TAX REVIEW<br>Review Workpapers | Cox, CPA, David (DC1) | 0.20 | $415.00 | $83.00 |
| 07/10/2020 | EXTENSION OF TIME TO FILE<br>Prepared and e-filed extension. Saved copy in tax file | Sawiris, Jackie | 0.30 | $290.00 | $87.00 |
| 08/06/2020 | C-CORPORATION | Justl, CPA, Mike | 2.10 | $185.00 | $388.50 |
| 08/07/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 1.00 | $415.00 | $415.00 |
| 08/10/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.90 | $415.00 | $373.50 |
| 08/11/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 1.70 | $415.00 | $705.50 |
| 08/16/2020 | TAX REVIEW<br>Technical review of 2019 Corporation Tax Return | Kruspodin, CPA, Mark (MK1) | 0.60 | $535.00 | $321.00 |
| 08/17/2020 | ASSEMBLY<br>Assembled 2019 income tax return | Quick, Joseph | 0.40 | $105.00 | $42.00 |
| 09/14/2020 | EFILE ACKNOWLEDGEMENTS<br>Process efile | Griner, Patti | 0.20 | $195.00 | $39.00 |
| 09/14/2020 | EFILE ACKNOWLEDGEMENTS<br>Efile acceptance | Griner, Patti | 0.10 | $195.00 | $19.50 |

Subtotal for: NASI NATIONWIDE AUTOMATED SYSTEMS, INC.   $4,008.50

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $4,008.50 | $0.00 | $0.00 | $0.00 | $19,855.97 | $23,864.47 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

DUFFY KRUSPODIN, LLP
Nationwide Automated Systems, Inc.
Invoice No. 433159                                                                                                  Page No.  3

                                                      Invoice Total:    <u>$4,008.50</u>

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $4,008.50 | $0.00 | $0.00 | $0.00 | $19,855.97 | $23,864.47 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 14



**Duffy Kruspodin, LLP**
Certified Public Accountants

21600 Oxnard Street, Suite 2000
Woodland Hills, CA 91367-4969
PHONE: (818) 385-0585 FAX: (818) 436-7588

Oasis Studio Rental, LLC
9339 Genesee Ave. Suite 130
San Diego, CA 92121

Date: 11/30/2020

Invoice No. 433160
Client No. OASI01

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OASIS STUDIO RENTAL, LLC | | | | | |
| 09/25/2019 | OTHER CLERICAL<br>Draft court papers and invoices | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 03/12/2020 | EXTENSION OF TIME TO FILE<br>Prepared and e-filed 2019 extension | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 03/12/2020 | ESTIMATED TAXES<br>Prepared and sent 2020 estimated tax voucher to client | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 06/02/2020 | TAX PREP - INTERVIEW/REQUEST INFO<br>Correspondence regarding 2019 tax return | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 06/02/2020 | OTHER CLERICAL<br>Save 2019 tax workpapers | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 07/07/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.90 | $185.00 | $166.50 |
| 07/10/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.10 | $185.00 | $18.50 |
| 07/10/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 1.20 | $185.00 | $222.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $2,428.50 | $0.00 | $0.00 | $0.00 | $2,520.85 | $4,949.35 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 15

DUFFY KRUSPODIN, LLP
Oasis Studio Rental, LLC
Invoice No. 433160                                                                                                Page No. 2

| Date | Service | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2020 | PARTNERSHIPS & LLC'S<br>set up on cch | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.60 | $185.00 | $111.00 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.10 | $185.00 | $18.50 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 08/20/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.90 | $415.00 | $373.50 |
| 08/21/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 2.20 | $415.00 | $913.00 |
| 08/22/2020 | TAX REVIEW<br>Technical review of 2019 Partnership Tax Return | Kruspodin, CPA, Mark (MK1) | 0.40 | $535.00 | $214.00 |
| 08/24/2020 | ASSEMBLY<br>Assembled 2019 income tax return | Quick, Joseph | 0.40 | $105.00 | $42.00 |
| 09/10/2020 | EFILE ACKNOWLEDGEMENTS<br>Process efile | Griner, Patti | 0.20 | $195.00 | $39.00 |
| 09/10/2020 | EFILE ACKNOWLEDGEMENTS<br>Efile acceptance | Griner, Patti | 0.10 | $195.00 | $19.50 |

Subtotal for: OASIS STUDIO RENTAL, LLC   $2,428.50

Invoice Total:   $2,428.50

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $2,428.50 | $0.00 | $0.00 | $0.00 | $2,520.85 | $4,949.35 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 16



**Duffy Kruspodin, LLP**
Certified Public Accountants

21600 Oxnard Street, Suite 2000
Woodland Hills, CA 91367-4969
PHONE: (818) 385-0585 FAX: (818) 436-7588

Oasis Studio Rentals 2, LLC
9339 Genesee Ave. Suite 130
San Diego, CA 92121

Date: 11/30/2020

Invoice No. 433161
Client No. OASI02

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | OASIS STUDIO RENTALS 2, LLC | | | | |
| 09/25/2019 | OTHER CLERICAL<br>Draft court papers and invoices | Ambartsumyan, Lusine | 0.30 | $120.00 | $36.00 |
| 03/12/2020 | EXTENSION OF TIME TO FILE<br>Prepared and e-filed 2019 extension | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 03/12/2020 | ESTIMATED TAXES<br>Prepared and sent 2020 estimated tax voucher to client | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 06/02/2020 | TAX PREP - INTERVIEW/REQUEST INFO<br>Correspondence regarding 2019 tax return | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.30 | $185.00 | $55.50 |
| 08/20/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David  (DC1) | 0.30 | $415.00 | $124.50 |
| 08/21/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David  (DC1) | 1.00 | $415.00 | $415.00 |
| 08/22/2020 | TAX REVIEW<br>Technical review of 2019 Partnership Tax Return | Kruspodin, CPA, Mark  (MK1) | 0.20 | $535.00 | $107.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $983.50 | $0.00 | $0.00 | $0.00 | $1,042.68 | $2,026.18 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 17

DUFFY KRUSPODIN, LLP
Oasis Studio Rentals 2, LLC
Invoice No. 433161                                                                                                          Page No.  2

| Date | Service | | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/24/2020 | ASSEMBLY | Assembled 2019 income tax return | Quick, Joseph | 0.40 | $105.00 | $42.00 |
| 09/14/2020 | EFILE ACKNOWLEDGEMENTS | Process efile | Griner, Patti | 0.20 | $195.00 | $39.00 |
| 09/14/2020 | EFILE ACKNOWLEDGEMENTS | Efile acceptance | Griner, Patti | 0.10 | $195.00 | $19.50 |

Subtotal for: OASIS STUDIO RENTALS 2, LLC   $983.50

Invoice Total:   $983.50

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $983.50 | $0.00 | $0.00 | $0.00 | $1,042.68 | $2,026.18 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 18



## Duffy Kruspodin, LLP
### Certified Public Accountants

**21600 Oxnard Street, Suite 2000**
**Woodland Hills, CA 91367-4969**
**PHONE: (818) 385-0585 FAX: (818) 436-7588**

| | |
|---|---|
| Oasis Studio Rentals 3, LLC<br>9339 Genesee Ave. Suite 130<br>San Diego, CA 92121 | Date       11/30/2020<br><br>Invoice No.   433162<br>Client No.    OASI03 |

| Date | Service Code Name | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **OASIS STUDIO RENTALS 3, LLC** | | | | | |
| 03/12/2020 | EXTENSION OF TIME TO FILE<br>Prepared and e-filed 2019 extension | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 03/12/2020 | ESTIMATED TAXES<br>Prepared and sent 2020 estimated tax voucher to client | Sawiris, Jackie | 0.20 | $290.00 | $58.00 |
| 06/02/2020 | TAX PREP - INTERVIEW/REQUEST INFO<br>Correspondence regarding 2019 tax return | Sawiris, Jackie | 0.10 | $290.00 | $29.00 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 08/20/2020 | PARTNERSHIPS & LLC'S<br>2019 Partnership Tax Return | Justl, CPA, Mike | 0.20 | $185.00 | $37.00 |
| 08/20/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 0.30 | $415.00 | $124.50 |
| 08/21/2020 | TAX REVIEW<br>Review Tax Return | Cox, CPA, David (DC1) | 1.00 | $415.00 | $415.00 |
| 08/22/2020 | TAX REVIEW<br>Technical review of 2019 Partnership Tax Return | Kruspodin, CPA, Mark (MK1) | 0.20 | $535.00 | $107.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $966.00 | $0.00 | $0.00 | $0.00 | $956.52 | $1,922.52 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.

Exhibit A, Page 19

DUFFY KRUSPODIN, LLP
Oasis Studio Rentals 3, LLC
Invoice No. 433162                                                                                          Page No.  2

| Date | Type | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/24/2020 | ASSEMBLY<br>Assembled 2019 income tax return | Quick, Joseph | 0.40 | $105.00 | $42.00 |
| 09/14/2020 | EFILE ACKNOWLEDGEMENTS<br>Process efile | Griner, Patti | 0.20 | $195.00 | $39.00 |
| 09/16/2020 | EFILE ACKNOWLEDGEMENTS<br>Efile acceptance | Griner, Patti | 0.10 | $195.00 | $19.50 |

Subtotal for: OASIS STUDIO RENTALS 3, LLC   $966.00

Invoice Total:   $966.00

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $966.00 | $0.00 | $0.00 | $0.00 | $956.52 | $1,922.52 |

INVOICES ARE PAYABLE UPON RECEIPT. FINANCE CHARGES WILL BE ASSESSED ON BALANCES OVER 60 DAYS OLD.

FOR YOUR CONVENIENCE, PLEASE VISIT OUR WEBSITE WWW.DKLLPCPA.COM TO PAY YOUR INVOICE OR YOU MAY CALL THE OFFICE AND USE VISA, MASTERCARD OR AMERICAN EXPRESS.

THANK YOU FOR YOUR PROMPT PAYMENT.