FILED
CLERK, U.S. DISTRICT COURT

1/5/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>           Defendants,<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>           Relief Defendants. | Case No.: CV 14-07249-CJC(FFMx)<br><br>ORDER APPROVING UNOPPOSED FINAL FEE APPLICATION OF THE RECEIVER, AARON J. KUDLA OF TRIGILD, INC., FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. 421] |

The Court having reviewed the Final Fee Application, (Dkt. 421 [hereinafter "Application"]), of Receiver Aaron J. Kudla ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates (collectively "Receivership Entities"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

The Receiver's Application is **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver's fees and costs for the April 1, 2020 through October 31, 2020 period are allowed and approved, on final a basis, in the amount of $91,255 and $5,069, respectively;

**IT IS FURTHER ORDERED** that the Receiver's twenty-two interim fee applications filed by the former receiver and Receiver and the $3,662,739 ($3,520,411 of fees and $142,328 of expenses) previously paid in connection with those applications are approved on a final basis;

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay fees held back from the twenty-two interim fee applications in the total amount of $880,103; and

///

///

///

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay up to $125,000 in fees and costs for remaining Receiver work to conclude the receivership.

DATED: January 5, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE