FILED
CLERK, U.S. DISTRICT COURT

1/5/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,

    Defendants,

OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,

    Relief Defendants.

Case No.: CV 14-07249-CJC(FFMx)

**ORDER APPROVING UNOPPOSED FINAL FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. 422]**

1  The Court having reviewed the Final Fee Application, (Dkt. 422 [hereinafter
2  "Application"]), of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen
3  Matkins"), general counsel to Aaron J. Kudla ("Receiver"), Court-appointed permanent
4  receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief
5  Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio
6  Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates (collectively
7  "Receivership Entities"), including any supporting declarations and objections filed
8  therein, and being so advised in the matter and finding good cause, orders as follows:

10  Allen Matkins' Application is **GRANTED**.

12  **IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the April 1,
13  2020 through October 31, 2020 period are allowed and approved, on final a basis, in the
14  amount of $22,136.40;

16  **IT IS FURTHER ORDERED** that Allen Matkins' twenty-two interim fee
17  applications and the $2,107,847.90 ($1,846,645.32 of fees and $261,202.58 of expenses)
18  previously paid in connection with those applications are approved on a final basis;

20  **IT IS FURTHER ORDERED** that the 20% of fees held back from Allen Matkins'
21  twenty-two interim fee applications in the total amount of $461,661.33 is approved; and

23  **IT IS FURTHER ORDERED** that the estimated fees and costs of up to $45,000
24  for remaining legal work to conclude the receivership, including work during November

26  ///

28  ///

2020 on the Receiver's Motion to Conclude and work to assist the Receiver with tasks remaining to close the receivership is approved.

DATED: January 5, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE