GARY Y. LEUNG (Cal. Bar No. 302928)
Email: leungg@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC., JOEL GILLIS, and EDWARD WISHNER,<br><br>　　　　Defendants,<br><br>　　and<br><br>OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, and OASIS STUDIO RENTALS #3, LLC,<br><br>　　　　Relief Defendants. | Case No. 2:14-cv-07249-CJC-FFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF RELIEF DEFENDANTS OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, AND OASIS STUDIO RENTALS #3, LLC** |

TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission respectfully submits this voluntary dismissal of Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC (collectively, "Oasis Relief Defendants").

Dated: April 2, 2021

Respectfully submitted,

*/s/ Gary Y. Leung*
Gary Y. Leung
Attorney for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:
U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 2, 2021, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF RELIEF DEFENDANTS OASIS STUDIO RENTALS, LLC, OASIS STUDIO RENTALS #2, LLC, AND OASIS STUDIO RENTALS #3, LLC** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 2, 2021        /s/ Gary Y. Leung
                           Gary Y. Leung

2

***SEC v. Nationwide Automated Systems, Inc.***
***United States District Court—Central District of California***
***Case No. 2:14-cv-07249-CJC-FFM***

**SERVICE LIST**

| | |
|---|---|
| James W. Spertus, Esq.<br>SPERTUS, LANDES & UMHOFER, LLP<br>1990 S. Bundy Drive, Suite 705<br>Los Angeles, CA 90025<br>Email: jim@spertuslaw.com | *Attorney for Defendants*<br>*JOEL GILLIS and*<br>*NATIONWIDE AUTOMATED*<br>*SYSTEMS, INC.* |
| Marc S. Williams, Esq.<br>DORDI WILLIAMS COHEN, LLP<br>724 S. Spring Street, Suite 903<br>Los Angeles, CA 90014<br>Email: rcohen@dordiwilliamscohen.com<br>Email: mwilliams@dordiwilliamscohen.com | *Attorneys for Defendant*<br>*EDWARD WISHNER* |
| Edward G. Fates, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101<br>Email: tfates@allenmatkins.com | *Attorney for Receiver*<br>*WILLIAM HOFFMAN* |
| Tim C. Hsu, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>865 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-2543<br>Email: thsu@allenmatkins.com | *Attorney for Receiver*<br>*WILLIAM HOFFMAN* |
| Michael P. Denver, Esq.<br>HOLLISTER & BRACE<br>P.O. Box 630<br>Santa Barbara, CA 93102<br>Email: mpdenver@hbsb.com | *Attorney for Interested Parties*<br>*Hattie and Michael Beresford* |
| Annie Verdries, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626-1925<br>Email: verdries@lbbslaw.com | *Attorney for Interested Party*<br>*H. Gilbert Jones* |