UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AUTOMATED SYSTEMS, INC.; JOEL GILLIS; and EDWARD WISHNER,<br><br>Defendants,<br><br>OASIS STUDIO RENTALS, LLC; OASIS STUDIO RENTALS #2, LLC; and OASIS STUDIO RENTALS #3, LLC,<br><br>Relief Defendants. | Case No. CV-14-07249-CJC-FFM<br><br>**ORDER DISCHARGING RECEIVER AND CLOSING RECEIVERSHIP**<br><br>Ctrm:   9B<br>Judge:  Hon. Cormac J. Carney |

4835-6837-3219 1

The Court having considered the Final Declaration of Aaron J. Kudla ("Receiver"), the Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc. ("NASI"), Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC ("Relief Defendants"), and their subsidiaries and affiliates (collectively "Receivership Entities"), regarding the completion of receivership tasks and use of reserve funds ("Receiver's Final Declaration"), and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1.  The Receiver's Final Declaration is approved;

2.  The Receiver is authorized to pay an additional $30,120.00 in Receiver fees above and beyond the Court-approved fee estimate that was provided in his Motion to Conclude (Dkt. 420);

3.  After such payment is made, the Receiver may complete the transfer all cash remaining in the receivership estate to the United States Treasury, as provided for in the Order to Conclude (Dkt. 428).

4.  The Receiver is discharged of all duties under the Temporary Restraining Order and Orders (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Granting Expedited Discovery; (4) Requiring Accountings; and (5) Appointing a Temporary Receiver, and Order to Show Cause re Preliminary Injunction and Appointment of a Permanent Receiver entered by this Court on September 30, 2014 ("TRO") (Dkt. No. 17), the Preliminary Injunction and Orders (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring Accountings; and (4) Appointing a Receiver entered by this Court on October 29, 2014 ("Preliminary Injunction Order") (Dkt. No. 42), and subsequent orders of the Court.  Pursuant to the discharge, the Receiver is released from any and all claims and liabilities associated with the receivership, the receivership entities, and the individual defendants named in this action.

5.  All actions taken by the Receiver and his professionals in performing the Receiver's Court-ordered duties under the TRO, Preliminary Injunction Order, and subsequent orders of the Court are approved and ratified.

6.  The Receiver is discharged from any further responsibility for payment of liabilities of the Receivership Entities.

7.  The receivership is closed.

8.  Jurisdiction over all disputes, claims, and causes of action arising from or relating to this receivership case is reserved in this Court.

Dated: January 20, 2022

Hon. Cormac J. Carney
Judge, United States District Court

CC: FISCAL